CIVIL COVER SHEET ATTACHMENT

I. (a)    DEFENDANTS

Indiana Election Commission, Okeson, Paul, Chair; Indiana Election Commission,
Overholt, Suzannah, W., Vice-chair; Indiana Election Commission, Celestino-Horseman,
Karen, Member; Indiana Election Commission, Pyle, Litany, A., Member; Indiana
Election Division, King, J. Bradley, Co-Director; Indiana Election Division, Nussmeyer,
Angela, M., Co-Director; Monroe County Board of Elections

I. (c)    Attorneys

Aria Branch, Elias Law Group, 250 Massachusetts Ave. NW, Suite 400, Washington,
D.C. 20002, (202) 968-4490; Katie Chamblee-Ryan, Elias Law Group, 250
Massachusetts Ave. NW, Suite 400, Washington, D.C. 20002, (202) 968-4490; William
Hancock, Elias Law Group, 250 Massachusetts Ave. NW, Suite 400, Washington, D.C.
20002, (202) 968-4490; Daniel Cohen, Elias Law Group, 250 Massachusetts Ave. NW,
Suite 400, Washington, D.C. 20002, (202) 968-4490