# United States District Court

for the
Southern District of Indiana

| | | |
|---|---|---|
| COUNT US IN, WOMEN4CHANGE INDIANA, and JOSH MONTAGNE, | ) ) ) | |
| *Plaintiffs,* | ) ) ) | |
| vs. | ) ) | Cause No:1:25-cv-00864 |
| DIEGO MORALES, in his official capacity as Indiana Secretary of State; PAUL OKESON, in his Official capacity as Chair of the Indiana Election Commission; SUZANNAH WILSON OVERHOLT, in her official capacity as Vice-Chair of the Indiana Election Commission; KAREN CELESTINO-HORSEMAN in her official capacity as member of the Indiana Election Commission; LITANY A. PYLE, in her Official capacity a member of the Indiana Election Commission; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division; and MONROE COUNTY BOARD OF ELECTIONS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | STATEWIDE RELIEF SOUGHT |
| *Defendants.* | ) ) | |

## SUMMONS IN A CIVIL ACTION

**TO:**

| | | | |
|---|---|---|---|
| Paul Okeson, Suzannah Wilson Overholt, Karen Celestino-Horseman, and Litany A. Pyle c/o Indiana Election Commission 302 W. Washington Street E 204 Indianapolis, IN 46204 | Diego Morales Secretary of State 200 W. Washington Street Room 201 Indianapolis, IN 46204 | J. Bradley King, and Angela M. Nussmeyer c/o Indiana Election Division 302 W. Washington Street, E204 Indianapolis, IN 46204 | Monroe County Board of Elections 401 W. 7th Street Suite 100 Bloomington, IN 47404 |

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Jeffrey A. Macey*
MACEY SWANSON LLP
429 N. Pennsylvania Street, Suite 204
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 3)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*

_____ was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with

*(name)*_____

_____, a person of suitable age and discretion who resides

there, on *(date)* _____,  and mailed a copy to the individual's last known address;

or

☐ I served the summons on *(name of individual)* _____,

who is designated by law to accept service of process on behalf of *(name of organization)*

_____ _____on *(date)*

_____; or

☐ I returned the summons unexecuted because

_____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of

$_____.


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.