# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| COUNT US IN, WOMEN4CHANGE INDIANA, and JOSH MONTAGNE,<br><br>      Plaintiffs,<br>v.<br><br>DIEGO MORALES, in his official capacity as Indiana Secretary of State; PAUL OKESON, in his official capacity as Chair of the Indiana Election Commission; SUZANNAH WILSON OVERHOLT, in her official capacity as Vice-Chair of the Indiana Election Commission; KAREN CELESTINO-HORSEMAN, in her official capacity as member of the Indiana Election Commission; LITANY A. PYLE, in her official capacity as member of the Indiana Election Commission; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division; and MONROE COUNTY BOARD OF ELECTIONS,<br><br>      Defendants. | Case No.: 1:25-cv-00864-RLY-MKK<br><br>STATEWIDE RELIEF SOUGHT |

## **NOTICE OF APPEARANCE**

Jeffrey A. Macey, Indiana Attorney #28378-49, hereby enters his appearance for the Plaintiffs Count US IN, Women4Change Indiana, and Josh Montagne in this Matter.

| | |
|---|---|
| Date: May 5, 2025 | Respectfully submitted,<br><br>/s/ Jeffrey A. Macey<br>Jeffrey A. Macey, #28378-49<br>MACEY SWANSON LLP<br>429 N. Pennsylvania Street, Suite 204<br>Indianapolis, IN 46204<br>317-637-2345<br>317-637-2369 (fax)<br>jmacey@maceylaw.com |