# United States District Court

for the
Southern District of Indiana

COUNT US IN, WOMEN4CHANGE INDIANA, )
  and JOSH MONTAGNE, )
  )
  *Plaintiffs,* )
  )
  vs. )          Cause No:1:25-cv-00864
  )
DIEGO MORALES, in his official capacity as )          STATEWIDE RELIEF SOUGHT
Indiana Secretary of State; PAUL OKESON, in his )
Official capacity as Chair of the Indiana Election )
Commission; SUZANNAH WILSON OVERHOLT, )
in her official capacity as Vice-Chair of the Indiana )
Election Commission; KAREN CELESTINO- )
HORSEMAN in her official capacity as member of the )
Indiana Election Commission; LITANY A. PYLE, in her )
Official capacity a member of the Indiana Election )
Commission; J. BRADLEY KING, in his official )
capacity as Co-Director of the Indiana Election Division;)
ANGELA M. NUSSMEYER, in her official capacity as )
Co-Director of the Indiana Election Division; and )
MONROE COUNTY BOARD OF ELECTIONS, )
  )
  *Defendants.* )

## SUMMONS IN A CIVIL ACTION

**TO:**

Paul Okeson,              Diego Morales,         J. Bradley King, and    Monroe County Board
Suzannah Wilson Overholt, Secretary of State     Angela M. Nussmeyer     of Elections
Karen Celestino-Horseman, 200 W. Washington      c/o Indiana Election    401 W. 7th Street
and Litany A. Pyle        Street Room 201        Division                Suite 100
c/o Indiana Election      Indianapolis, IN       302 W. Washington       Bloomington, IN 47404
Commission                46204                  Street, E204
302 W. Washington Street                         Indianapolis, IN 46204
E 204
Indianapolis, IN 46204

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not
counting the day you received it) C or 60 days if you are the United States or a United States agency, or an
officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on
the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil
Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and
address are:

*Jeffrey A. Macey*
MACEY SWANSON LLP
429 N. Pennsylvania Street, Suite 204
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT, *Kristine L. Seufert*

Date: _____5/5/2025_____

BY: _____
*Deputy Clerk*

Civil Summons (Page 3)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*

_____ was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with

*(name)*_____

_____, a person of suitable age and discretion who resides

there, on *(date)* _____, and mailed a copy to the individual's last known address;

or

☐ I served the summons on *(name of individual)* _____,

who is designated by law to accept service of process on behalf of *(name of organization)*

_____ _____on *(date)*

_____; or

☐ I returned the summons unexecuted because

_____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of

$_____.


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.