UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COUNT US IN, WOMEN4CHANGE INDIANA, and JOSH MONTAGNE | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO.: 1:25-CV-00864-RLY-MKK<br>)<br>) |
| DIEGO MORALES, in his official capacity as Indiana Secretary of State, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

Comes now, David B. Schilling of the Monroe County Legal Department and enters his appearance for the Monroe County Election Board, in its official capacities. I certify that I am admitted to practice in this court.

/s/ David B. Schilling
David B. Schilling, Attorney No. 2255-12
Attorney for defendants,
Monroe County Election Board

MONROE COUNTY LEGAL DEPT.
Courthouse, Room 220
100 W. Kirkwood Ave.
Bloomington, IN  47404
(812) 349-2525
Fax: (812) 349-2982
Email: dschilling@co.monroe.in.us