# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| COUNT US IN, WOMEN4CHANGE INDIANA, and JOSH MONTAGNE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DIEGO MORALES, in his official capacity as Indiana Secretary of State, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:25-CV-00864-RLY-MKK |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs Count US IN, Women4Change, and Josh Montagne respectfully move pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule 65-2 for an order preliminarily enjoining Defendants, including their agents, employees, and successors, from enforcing the Student ID Ban in SB 10, codified at Ind. Code § 3-5-2.1-84(c).

As set forth in the accompanying brief and supporting exhibits, Plaintiffs are likely to succeed on the merits of their claims, will suffer irreparable harm absent an injunction, and both the equities and the public interest favor relief.

Accordingly, Plaintiffs' motion for a preliminary injunction should be granted.

Dated: February 6, 2026

Respectfully submitted,

/s/ *Aria C. Branch*
Aria C. Branch*
Katie Chamblee-Ryan*
Derek Zeigler*
Max Accardi*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
abranch@elias.law
kchambleeryan@elias.law
dzeigler@elias.law
maccardi@elias.law
Tel: (202) 968-4490

Jeffrey Macey
**Macey Swanson LLP**
429 N. Pennsylvania Street, Suite 204
Indianapolis, IN 46204
jmacey@maceylaw.com

*Attorneys for Plaintiffs*
*Admitted *Pro Hac Vice*