# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| COUNT US IN, WOMEN4CHANGE INDIANA, and JOSH MONTAGNE,<br><br>    Plaintiffs,<br><br>v.<br><br>DIEGO MORALES, in his official capacity as Indiana Secretary of State, *et al.*,<br><br>    Defendants. | Case No.: 1:25-CV-00864-RLY-MKK |

## [PROPOSED] ORDER GRANTING
## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule Local Rule 65-2, and upon considering Plaintiffs' motion, the briefing submitted by both parties, and the accompanying materials, the motion for a preliminary injunction is hereby **GRANTED**.

It is **ORDERED** that, pending a final judgment, Defendants, including their agents, employees, and successors, are enjoined from enforcing the Student ID Ban in Senate Bill 10, codified at Ind. Code § 3-5-2.1-84(c).

It is further **ORDERED** that, pending a final judgment, Defendants, including their agents, employees, and successors, shall permit the use of student IDs as voter identification under the terms set forth in the governing law before it was amended by SB 10.

IT IS SO ORDERED on this _____ day of _____, 2026.

 

_____
United States District Court Judge