UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COUNT US IN, <br> WOMEN4CHANGE INDIANA, <br> JOSH MONTAGNE, <br><br> Plaintiffs, <br><br> v. <br><br> DIEGO MORALES, <br> PAUL OKESON, <br> SUZANNAH W. OVERHOLT, <br> KAREN CELESTINO-HORSEMAN, <br> LITANY A. PYLE, <br> J. BRADLEY KING, <br> ANGELA M. NUSSMEYER, <br> MONROE COUNTY BOARD OF <br> ELECTIONS, <br><br> Defendants. <br><br> REPUBLICAN NATIONAL COMMITTEE, <br><br> Amicus. <br><br> BLAKE DORIOT, <br> MIKE GASKILL, <br> CHRIS GARTEN, <br><br> Interested Parties. | No. 1:25-cv-00864-RLY-MKK |

**O<u>RDER</u>**

This matter comes before the Court on Plaintiffs' Unopposed Motion for a Five-Page Extension of Length, Dkt. [84], whereby Plaintiffs request leave to file a 35 page brief in support of their motion for preliminary injunction, (Dkt. 85). Defendants do not oppose the motion.

1

The Court may allow a party to file a supporting brief exceeding thirty pages for extraordinary and compelling reasons. S.D. Ind. L. R. 7-1(e)(2). Plaintiffs state the complexity and breadth of the legal and factual issues to be addressed require a brief be in excess of thirty pages. The Court finds these reasons to be compelling.

The Court, having fully reviewed the matter, hereby **GRANTS** said Motion, Dkt. [84]. Plaintiffs are **GRANTED** leave to file a Brief in Support of their Motion for Preliminary Injunction, (Dkt. 85), of thirty-five (35) pages.

So **ORDERED**.

Date: 2/12/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-Registered counsel of record via CM/ECF