UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COUNT US IN, <br> WOMEN4CHANGE INDIANA, <br> JOSH MONTAGNE, <br><br> Plaintiffs, <br><br> v. <br><br> DIEGO MORALES, <br> PAUL OKESON, <br> SUZANNAH W. OVERHOLT, <br> KAREN CELESTINO-HORSEMAN, <br> LITANY A. PYLE, <br> J. BRADLEY KING, <br> ANGELA M. NUSSMEYER, <br> MONROE COUNTY BOARD OF ELECTIONS, <br><br> Defendants. | No. 1:25-cv-00864-RLY-MKK |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

On March 2, 2026, the Parties, by counsel, appeared for a telephonic status conference with the Magistrate Judge. The Parties discussed the status of discovery.

This matter is set for a telephonic status conference on **June 9, 2026, at 11:00 a.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.

Date: 03/04/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.