# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| COUNT US IN, WOMEN4CHANGE INDIANA, and JOSH MONTAGNE, <br><br> Plaintiffs, <br><br> v. <br><br> DIEGO MORALES, in his official capacity as Indiana Secretary of State, et al., <br><br> Defendants. | Case No. 1:25-CV-00864-RLY-MKK |

## STATE DEFENDANTS' INDEX OF EXHIBITS
## IN SUPPORT OF THEIR RESPONSE IN OPPOSITION
## TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| Exhibit No. | Description |
|---|---|
| 1 | Secretary of State ID Explanation |
| 2 | 2026 Indiana Election Calendar |
| 3 | Declaration of Professor James G. Gimpel |
| 4 | Declaration of Professor Brian J. Gaines |
| 5 | Declaration of Matthew Crane |
| 6 | Indiana University (Warnsman) Declaration |
| 7 | Purdue University (Hettinger) Declaration |
| 8 | Ivy Tech (Michalak) Declaration |
| 9 | Amy Voorhies Declaration |
| 10 | Secretary of State (Bonnet) Declaration |
| 11 | College Going Scorecard |
| 12 | Montagne Deposition |
| 13 | Vargas Deposition |
| 14 | Klitsch Deposition |
| 15 | Mayer Deposition |
| 16 | Quaddoura Deposition |
| 17 | Sand Deposition |
| 18 | Kuhl Deposition |
| 19 | Count Us IN Discovery Objections and Responses |

| Exhibit No. | Description |
|---|---|
| 20 | *Indiana Democratic Party v. Rokita* Motion for Summary Judgment Brief |
| 21 | Bureau of Motor Vehicles (Washabaugh) Declaration |

Dated: March 6th, 2026

ANDREW NUSSBAUM
CHRISTOPHER O. MURRAY

First & Fourteenth PLLC
2 N. Cascade Avenue, Suite 1430
Colorado Springs, CO 80903
(719) 286-2475
andrew@first-fourteenth.com
chris@first-fourteenth.com

JAMES COMPTON

First & Fourteenth PLLC
800 Connecticut Avenue, Suite 300
Washington, D.C. 20006
(202) 998-1978
james@first-fourteenth.com

THEODORE E. ROKITA
Attorney General of Indiana

*/s/ Andrew Nussbaum*
JAMES A. BARTA
Solicitor General

JEFFERSON S. GARN
BRADLEY DAVIS
KYLE HUNTER
Deputy Attorneys General

Office of Attorney General Todd Rokita
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
(317) 232-5933
James.Barta@atg.in.gov


*Counsel for State Defendants*