# EXHIBIT 12

**In the Matter Of:**

*COUNT US IN, ET AL.*

*-v-*

*DIEGO MORALES*

_____

**Josh Montagne**

*February 18, 2026*



**Stewart Richardson**

**DEPOSITION SERVICES**

800.869.0873 | www.StewartRichardson.com

REPORTING DRIVEN BY EXCELLENCE – *Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | CHESTERTON

**EXHIBIT 12**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

COUNT US IN, WOMEN 4            )
CHANGE INDIANA, and JOSH       )
MONTAGNE,                       )
                                )
          Plaintiffs,           )   Civil Action No.
                                )   1:24-cv-03512-CNS-STV
          -v-                   )
                                )
DIEGO MORALES, in his          )
official capacity as           )
Indiana Secretary of           )
State, et al.,                 )
                                )
          Defendants.           )


          The videoconference deposition upon oral

examination of JOSH MONTAGNE, a witness produced and

sworn remotely by me, Tina A. Parent-Cowsert, RPR,

CSR, CRI, Notary Public in and for the County of

Porter, State of Indiana, taken on behalf of the

Defendants, remotely via Zoom videoconference, on

February 18, 2026, at 2:00 p.m., pursuant to the

Federal Rules of Civil Procedure.


              STEWART RICHARDSON & ASSOCIATES
              Registered Professional Reporters
                     (800) 869-0873

**EXHIBIT 12**

```
 1                        APPEARANCES

 2          (All participants via Zoom videoconference)

 3    FOR THE PLAINTIFFS:

 4          MR. MAX ACCARDI, ESQ.
            MS. KATIE CHAMBLEE-RYAN, ESQ.
 5          MR. DEREK ZEIGLER, ESQ.
            ELIAS LAW GROUP LLP
 6          250 Massachusetts Ave NW
            Suite 400
 7          Washington, DC 20001
            maccardi@elias.law
 8          kchambleeryan@elias.law
            dzeigler@elias.law
 9

10    FOR THE DEFENDANTS:

11          MR. JAMES COMPTON, ESQ.
            FIRST & FOURTEENTH PLLC
12          800 Connecticut Avenue
            Suite 300
13          Washington, DC 20006
            james@first-fourteenth.com
14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 12**

1        INDEX OF EXAMINATION

2   EXAMINATION                                    PAGE

3   BY MR. COMPTON:                                5
    BY MR. ACCARDI:                                77
4

5

6

7

8

9

10              INDEX OF DEFENDANT'S EXHIBITS

11  NUM                  DESCRIPTION          PAGE

12  Exhibit 1     Social media post           69

13

14

15

16

17

18

19

20

21

22

23

24  [STENOGRAPHER'S NOTE:  Quotation marks are used for
    clarity and do not necessarily reflect a direct
25  quote.]

**EXHIBIT 12**

Page 4

1      COURT REPORTER:  My name is Tina

2   Parent-Cowsert, an associate of Stewart Richardson

3   & Associates located in Indianapolis, Indiana.

4   Today's date is February 18, 2026.  The time is

5   2:05 p.m.  This deposition is being held by

6   videoconference, and the deponent is Josh Montagne.

7      Will counsel please identify yourselves and

8   any persons present with you for the record.

9      MR. COMPTON:  James Compton for the state

10  defendants.

11     MR. ACCARDI:  Max Accardi with the Elias Law

12  Group for the plaintiff, and with me, I have my

13  colleagues, Katie Chamblee-Ryan and Derek Zeigler.

14     COURT REPORTER:  May we have a stipulation

15  that this deposition will proceed according to the

16  Federal Rules of Civil Procedure, and that the

17  parties waive any objection to the fact the notary

18  court reporter is administering the oath remotely?

19     MR. COMPTON:  Yes.

20     MR. ACCARDI:  Yes.

21              JOSH MONTAGNE,

22  called as a witness, having been first duly sworn,

23  was examined and testified as follows:

24                    * * *

25                    * * *

**EXHIBIT 12**

1    EXAMINATION

2    BY MR. COMPTON:

3    Q.    Hi, Mr. Montagne.  How are you doing today?

4    A.    Oh, I am doing fantastic.  How about you?

5    Q.    I am doing very well, too.  Thanks for asking.  My

6          name is James Compton.  I am going to be asking you

7          a few questions today; all right?

8    A.    Cool.

9    Q.    So, to start, can you state and spell your first

10         and last name for us.

11   A.    Josh, J-o-s-h, Montagne, M-o-n-t-a-g-n-e.

12   Q.    I'm glad we did that.  I would have gone with

13         "mon-tain," so --

14   A.    Everybody gets it wrong.  You are not the only one.

15         Don't beat yourself up.

16   Q.    Okay.  Have you ever been deposed before,

17         Mr. Montagne?

18   A.    No.

19   Q.    Okay.  So I am going to go over some sort of

20         prefatory instructions and questions so we can get

21         some things straight, and then we will get into the

22         material; all right?

23   A.    Cool.

24   Q.    So we are doing this deposition on the record.  We

25         have Tina here.  She is writing down what both of

**EXHIBIT 12**

Page 6

```
 1        us say, so that means sort of nods and head shakes
 2        and stuff don't work for answers, more for my
 3        responses, so you will need to answer audibly.
 4        Does that make sense?
 5   A.   Yes.
 6   Q.   It also means that we can't really talk over each
 7        other, interrupt.  I am occasionally guilty of sort
 8        of jumping in when I have something to say, but we
 9        can't do that here because she is trying to write
10        down our give-and-takes, so we have got to give
11        each other space to talk.  Does that work for you?
12   A.   Yes.
13   Q.   Great.  Also, if I ever say anything that you don't
14        understand, if I ask a question and it doesn't make
15        sense to you, please say so, and I will clarify so
16        we can make sure that you are understanding exactly
17        what I am asking, and I know what you are
18        answering.  Does that make sense?
19   A.   Yes.
20   Q.   And if you have any technical difficulties, if your
21        Zoom starts, you know, my words come across garbled
22        or you lose something, just tell me.  We will
23        repeat, and we will fix any problems we've got; all
24        right?
25   A.   Thank you.
```

**EXHIBIT 12**

```
 1   Q.   And then this one, it is a weird question.  It gets
 2        asked every time.  Are you on any medications or
 3        substances that would impair your ability to give
 4        answers in this deposition?
 5   A.   No.
 6   Q.   Great.  Let's start with some biographical stuff.
 7        How does that sound?
 8   A.   Okay.
 9   Q.   What do you do full-time, Mr. Montagne?
10   A.   Well, I am a full-time student.  I go to Indiana
11        University Bloomington, where I am a junior.  I
12        mean, I also work full-time.  I have two jobs.  I
13        work at IHOP, where I serve and occasionally cook.
14        I usually work probably 30 to 40 hours a week
15        there.  And then I currently have an unpaid job
16        where I am the assistant field director on a state
17        House race here in Indiana.
18   Q.   Let's talk about the field director job.  What does
19        that entail?
20   A.   So that entails -- field director is basically
21        people come to your door, and they say, "Hey, this
22        is my candidate.  This is why you should vote for
23        them."  This is X, Y, and Z, why they are amazing,
24        and they should represent you; right?
25             Those people that go to the doors, the people
```

**EXHIBIT 12**

Page 8

```
 1        that make the phone calls, the people that send out

 2        the little postcards that you get, I mean, it is

 3        all, you know, needs to -- you need to find out who

 4        you need to target, where you need to target, when

 5        you need to target, you know, what neighborhoods,

 6        so that -- that is all that work.  So that is

 7        mainly what I do for that.

 8   Q.   And who is the candidate that you work for?

 9   A.   Amy Huffman-Oliver.  She is running for state House

10        and House District 62.

11   Q.   Okay.  Is that a republican or a democrat?

12   A.   That is a democrat.

13   Q.   Okay.  Have you had political jobs before this one?

14   A.   Yes.

15   Q.   What were those jobs?

16   A.   Paid or unpaid?

17   Q.   Let's start with paid.

18   A.   Paid, I was a field director on a congressional

19        campaign for Dr. Tim Peck this past summer, so I

20        went to different fairs, and, you know, county

21        party meetings and represented the candidate, and

22        I, again, gave out postcards.  I sent people

23        door-knocking.  I door-knocked myself, sent people

24        lists of people to call to say, "This is my

25        candidate, why you should vote for him."
```

**EXHIBIT 12**

Page 9

1   Q.   Any other paid political jobs?

2   A.   Not paid, no.

3   Q.   Okay.  And is Dr. Peck a republican or a democrat?

4   A.   He is a democrat.

5   Q.   Okay.  What about your unpaid jobs?

6   A.   Unpaid?  I mean, I have just done volunteer work on

7        various campaigns, county council races, county

8        commissioner races, city council races here in

9        Bloomington since I basically stepped foot on the

10       IU campus in 2023.

11  Q.   Okay.  Have you been to political rallies before?

12  A.   Yeah.

13  Q.   Can you name them for us?

14  A.   Yeah, I have been to a lot of political rallies.

15       Come off to mind is the No Kings protests.  I spoke

16       at one of those, I know.  I have been just in the

17       crowd at several other of those.

18            There was a really cool rally that we did a

19       week before the election day down in Jeffersonville

20       last year, and Governor Andy Beshear spoke there,

21       Jennifer McCormick, the gubernatorial candidate,

22       spoke, Tim Peck spoke there, so I got to see that.

23       That was a really cool rally, and then just various

24       rallies for campaigns, and, you know.  I mean,

25       there is a ton.

**EXHIBIT 12**

1    Q.    Sure.  Have you done anything else that you would

2          count as, like, political advocacy?

3    A.    No, I don't think.  Well, like, I am a part of

4          organizations, but I don't know if that is

5          considered as political advocacy.

6    Q.    Yeah, we will talk about that in a second.  I am

7          talking more about like --

8    A.    Like, campaign work?

9    Q.    Yeah, like, door-knocking or speaking at rallies,

10         things like that?

11   A.    No, not that I can think of.

12   Q.    Okay.  Have any of the candidates that you've

13         worked for ever had -- have they had stances on

14         voter ID?

15   A.    I haven't discussed that issue with them; no.

16   Q.    Okay.  So you haven't talked with your current boss

17         about voter ID?

18   A.    No, not that I am aware of.

19             She is aware that I am in a lawsuit because

20         she is a lawyer, and she keeps up to date with that

21         kind of stuff; right?

22   Q.    Sure.

23   A.    But I try not to discuss the ongoing litigation

24         with many people; right?

25   Q.    That is probably good practice.

**EXHIBIT 12**

Page 11

```
 1   A.   Maybe my parents, but, you know.  That is just,
 2        like, "What is this thing you are a part of?  We
 3        are scared you are in a lawsuit.  We saw your name
 4        in the paper," kind of thing; right?  So . . .
 5   Q.   Yeah, those are good parent questions to be asking.
 6   A.   Right.
 7   Q.   But -- so, you are not aware of any stance your
 8        current boss has taken on the issue of voter ID or
 9        SB 10?
10   A.   No, I am not.
11   Q.   Okay.  Do you do policy work for your current -- on
12        the campaign you work on right now?
13   A.   No.
14   Q.   Okay.  Can you -- I know you gave sort of, like, a
15        general description of your duties.
16   A.   Yeah.
17   Q.   Can you describe your duties in that job for us?
18   A.   Yeah, it is just basically recruiting people to
19        come canvas with us, so knock on doors; to phone
20        banks and phone calls, send text messages.  We are
21        currently not doing text messages right now but in
22        the future.  Write postcards to send out to
23        potential voters, and, you know, they all need
24        lists of people to send those out to to make phone
25        calls, to knock on doors; right?  And so we have a
```

**EXHIBIT 12**

1    database that we pay for, and we basically, you

2    know, make those lists.

3    Q.    So do you do Get Out the Vote work?

4    A.    Yeah.

5    Q.    You describe it that way?  All right.  Let's talk

6          about organizations.  You said you belong to some

7          political organizations?

8    A.    Correct.

9    Q.    What are those?

10   A.    I -- while I am not currently, like, a super active

11         member, I am technically a part of the League of

12         Women Voters.  I am also on the steering committee

13         for the Stonewall Democrats of South Central

14         Indiana, and I am the finance director for the

15         college democrats at Indiana University and the

16         state chapter, College Democrats of Indiana.

17   Q.    Okay.  What are your responsibilities with the

18         college democrats?

19   A.    Oh, yeah.  So a lot of it is filing, like, campaign

20         finance reports, and having -- we have a bank

21         account, so, you know, we have a debit card.  So,

22         you know, we need pizza for a meeting.  Okay.  I am

23         going to order the pizza.  This is how much it

24         costs.  You've got to keep that in the record book

25         kind of thing.

**EXHIBIT 12**

```
 1              Yeah, you know, throw an annual fundraiser.
 2         We usually do that in December, and so we will
 3         reach out to local candidates running to, you know,
 4         people who are elected office, you know, just
 5         global democrats.  We're, like, "Hey, we do
 6         wonderful things on campus.  You should donate to
 7         us."  And then we raise a bunch of money, and it is
 8         supercool because we can do fun things.
 9    Q.   How did you get to be finance director?
10    A.   I ran for it.  We have our elections in December,
11         so December 2023, I was the only one running, and
12         so they were, like, "Yeah, you get the job now."  I
13         mean, I got sworn in obviously and all of that or
14         voted on, I guess, but yeah.  And then I ran for it
15         twice more, and I got the job again.
16    Q.   Has the chapter, the College Democrats that you are
17         involved in, done any voter ID advocacy since you
18         have been on the executive board?
19    A.   Yeah, we've made people aware of SB 10, or should I
20         refer to it as SEA 10?  I don't know, but . . .
21    Q.   I am going to refer to it as SB 10, so I think it
22         is probably --
23              [Simultaneous crosstalk.]
24    A.   Okay.  Okay.  I just wanted to make sure.  I don't
25         want anybody to get upset, you know, kind of thing,
```

**EXHIBIT 12**

Page 14

1    but yeah, SB 10, yeah, so, you know, we would make

2    story posts on our Instagram and stuff about, you

3    know, "Hey, this is something that could impact you

4    in using your student ID." And then a couple of us

5    went to Indianapolis and testified against it.

6  Q.  So do you interact with the members of that

7    organization regularly?

8  A.  Yeah. Yeah.

9  Q.  Okay. Have any of them told you that they are

10   going to have trouble getting voter ID in 2026?

11      MR. ACCARDI: Object to the form.

12 Q.  You can go ahead and answer the question.

13 A.  Okay. Not that I am aware of, but that is because

14   almost, if not all, of them are in-state college

15   students, so the law would not affect them.

16 Q.  Sure. But just to be clear, putting aside that,

17   have any of the other members of College Democrats

18   told you that they are going to have trouble

19   getting voter ID?

20      MR. ACCARDI: Object to the form.

21 Q.  You can go ahead. I will explain. Max, and some

22   other attorneys may object while we are doing

23   this --

24 A.  Right.

25 Q.  -- but unless they instruct you not to answer, you

**EXHIBIT 12**

Page 15

1       can go ahead and answer my question.

2   A.  Cool.

3   Q.  Yeah.

4   A.  Not explicitly.

5   Q.  Okay.  Have you heard of any members of the College

6       Democrats who are going -- think they might have

7       trouble getting voter ID?

8           MR. ACCARDI:  Object to the form.  You can

9       answer.

10  A.  Not that I am aware of.

11  Q.  Since you are on the executive board of the College

12      Democrats, has anyone who is not a member come up

13      to you and expressed concerns about having trouble

14      getting voter ID?

15          MR. ACCARDI:  Object to the form.  You can

16      answer.

17  A.  Not -- not that I am aware of.

18  Q.  Well, so I understand, you know, you are not aware

19      of, but I am asking you if anyone has come up to

20      you and said these things, so has that happened?

21      Has someone come up to you and said, "I am afraid I

22      am not going to be able to get voter ID."?

23          MR. ACCARDI:  Object to the form.

24  A.  No, not that I can remember.

25  Q.  Okay.  Has anyone come up to you and said anything

**EXHIBIT 12**

1       similar to that, expressed a similar concern?

2          MR. ACCARDI:  Same objection.

3  A.   I don't think so.

4  Q.   Okay.  So aside from your job and the College

5       Democrats, have you done any voter ID advocacy on

6       your own?

7  A.   I mean, I don't know if it is advocacy, but we do a

8       lot of voter registration tables.

9  Q.   Sure.  So what does that involve?

10  A.   So that involves we have to coordinate -- they

11       changed the rules since we first started it, but

12       you have to coordinate with IU basically, like, at

13       least ten days in advance and say, "Hey, I want to

14       reserve this space."  So outside, maybe Ballantine

15       Hall or inside Ballantine, or, you know, at the

16       IMU.  Someplace on campus where you want to have a

17       tabling event, right, and you tell them what is the

18       purpose.  And you say, "Hey, I want to do a voter

19       registration."  Great.  Then they approve it, or

20       whatever, you know, as long as it meets that

21       ten-day window.

22          And then you go out there with the table.  You

23       have voter registration forms, and, you know,

24       usually we'll have signs.  Like, one of them says,

25       like, "Hot people vote."  Right?  And it's just,

**EXHIBIT 12**

1      like, it gets people enticed to register to vote;

2      right?  And so then we have the federal forms out

3      there, and people can register.

4  Q.  Okay.  Do you help people fill out the forms?

5  A.  No.

6  Q.  Do you tell them what they need to submit to

7      register?

8  A.  I tell them what boxes they need to fill out, but I

9      cannot legally fill out the form for them.

10  Q.  So how many times have you done that, this sort of

11      tabling?

12  A.  A few dozen.

13  Q.  And when were those?

14  A.  A lot of them were before the law was passed

15      because there was no elections in Indiana last

16      year.  We didn't do much voter registration tables,

17      but we are starting up in March again with those.

18  Q.  Have you done any of them since SB 10 was passed?

19  A.  I am sure we did one or two.

20  Q.  While you were doing that, did anyone come up and

21      say, "Hey, I don't think I am going to be able to

22      get voter ID this year."?

23          MR. ACCARDI:  Object to the form.  You can

24      answer.

25  A.  I don't know that they have, but I also don't know

**EXHIBIT 12**

Page 18

```
 1          how aware, you know, especially if you are an
 2          out-of-state student, you don't know about the law
 3          that was passed the year before.
 4    Q.    Sure.  That makes sense, but what I am asking is,
 5          while you have been doing this tabling, has anyone
 6          expressed concerns to you about their ability to
 7          get voter ID?
 8    A.    Not that I can recall, but I wouldn't be surprised
 9          if it had happened.
10    Q.    Sure, but you can't remember it happening; right?
11    A.    Not currently.
12    Q.    Okay.  Do you do any other volunteer work?
13    A.    Like, politically?
14    Q.    At all.
15    A.    Oh, at all?  Shoot.  I will go into IHOP, and I
16          will cook off the clock sometimes.  We have this
17          great cook.  I love cooking with her.  She taught
18          me how to cook, and so sometimes I will go in.  We
19          will play some Spanish music.  It is a whole vibe.
20          I am loving it.  So yeah, I will do that volunteer
21          work.
22    Q.    Cooking pancakes?
23    A.    Oh, sorry, yes, pancakes, omelets.  I am your guy.
24    Q.    Yeah, that is definitely giving back to your
25          community.  I don't want to disagree with you, but
```

**EXHIBIT 12**

Page 19

```
 1        I was more maybe asking about stuff with a

 2        political valence?

 3   A.   Not that I can think of right now.

 4   Q.   Okay.  Do you want to take a minute to think about

 5        it?

 6   A.   Yeah, no, I don't think there is anything.

 7   Q.   Okay.  Do you do -- do you engage in any other

 8        activities that you would consider to be political?

 9   A.   I mean, Stonewall Dems is inherently political, I

10        guess.

11            [Reporter requests clarification.]

12            THE WITNESS:  The Stonewall Democrats of South

13        Central Indiana.

14   Q.   What sort of stuff do you do with the Stonewall

15        Democrats?

16   A.   We usually just have a board meeting, honestly, but

17        we will have, like, an annual meeting where we will

18        have elected officials or someone running for

19        office come and speak, and, you know, we have an

20        annual fundraiser.  We just had one the day before

21        Halloween, or sorry, excuse me, the day before

22        Valentine's Day, and so it will raise money, and we

23        are basically just advocating for queer causes.

24   Q.   Is that a group that is composed of college

25        students?
```

**EXHIBIT 12**

Page 20

1    A.    No, I am the only college student.

2    Q.    Okay.  Are there other young people in the group?

3    A.    I mean, it depends how you define "young."  I am

4          sure they would say they are young, but I would say

5          no.

6    Q.    Are there other people under the age of 25?

7    A.    No, I don't think so.

8    Q.    Okay.  Are you involved in any other organizations?

9    A.    No.

10   Q.    Okay.  So I want to talk about the ID that you have

11         currently.

12   A.    Sure.

13   Q.    Sorry, I am checking some things off my notes

14         first.

15             Do you currently have an Indiana driver's

16         license?

17   A.    No.

18   Q.    Why haven't you gotten one?

19             MR. ACCARDI:  Object to the form.  Sorry,

20         Josh.  I just need to get my objection in, but you

21         can answer.

22             THE WITNESS:  You're good.

23   A.    Because I don't have a car, so I don't see a reason

24         to get an Indiana driver's license.

25   Q.    Okay.  Do you have a United States passport?

**EXHIBIT 12**

Page 21

1    A.    Nope.

2    Q.    Do you have a passport card?

3    A.    Nope.

4    Q.    Do you have an Indiana University student ID?

5    A.    I do.

6    Q.    Is that a physical card or a digital ID?

7    A.    It is a physical card.  I actually have it right

8          here, if you want to see it?  It is pretty cool.

9    Q.    Yes, I think I have a copy in your declaration.

10   A.    Oh, that is awesome.

11   Q.    Yeah.  Have you ever had one of the digital student

12         IDs?

13   A.    Yeah, I think there is one on my phone, but yeah,

14         you can't even use that to get on the bus.

15   Q.    So you -- so I'll --

16   A.    From my knowledge.

17   Q.    Okay.  So I know that there are digital IU IDs out

18         there.  Are you familiar with those?

19   A.    Not really, but I know they exist.

20   Q.    Okay.  And are you aware of some people giving up

21         their physical ID card to get -- and having a

22         digital ID instead?

23   A.    No.

24             MR. ACCARDI:  Object to the form.  Sorry,

25         Josh.

**EXHIBIT 12**

Page 22

```
 1   Q.   Okay.  So you've never surrendered your physical ID
 2        card to have a digital one?
 3   A.   No.  From my knowledge, if you have -- you have to
 4        have a physical card.  If you have -- you can have
 5        a digital card, but I don't think that you can
 6        surrender it.
 7   Q.   So you are not aware of any program at your school
 8        that would let you transition to strictly digital
 9        ID; is that right?
10   A.   Correct.
11            MR. ACCARDI:  Object to the form.  Sorry,
12        Josh.  You've got to give me just a second to get
13        my --
14            THE WITNESS:  Sorry.
15   Q.   It's always awkward.
16            Do you have a birth certificate?
17   A.   I do.
18   Q.   Okay.  Do you have a Social Security card?
19   A.   I do.
20   Q.   Do you have a state of Indiana ID card that is not
21        a driver's license?
22   A.   No.  I mean, I have a CrimsonCard.
23   Q.   Sure.  Do you have any other forms of photo ID?
24   A.   Yes.
25   Q.   What are they?
```

**EXHIBIT 12**

Page 23

```
1    A.    Missouri driver's license.

2    Q.    Okay.  Anything else?

3    A.    No, not that -- I mean, I think I might have

4          expired permits.  I don't know.  They are probably

5          back in Missouri, honestly.  I don't know.

6    Q.    Okay, but nothing other than what we've discussed,

7          and maybe some --

8    A.    No.

9    Q.    Okay.  All right.  I want to ask you some questions

10         about how you get from place to place in your

11         day-to-day life; okay?  So do you have a car?

12   A.    No.

13   Q.    Do you have a bike?

14   A.    Yes, but it is currently flat.

15   Q.    Okay.  So it has a flat tire?

16   A.    Yeah, so I don't ride it.

17   Q.    Okay.  But normally, how often would you say you

18         use it when it is not flat?

19   A.    Hardly ever.

20   Q.    What sort of things -- oh, sorry.  Go ahead.

21   A.    I think I've maybe ridden it twice, to be honest.

22   Q.    Okay.  Where do you think you rode it those two

23         times?

24   A.    Around the neighborhood.  I don't know.  What kids

25         do, you know?
```

**EXHIBIT 12**

Page 24

1   Q.   Have you ever used it to get from one place to

2        another place?

3   A.   Not that I can think of.

4   Q.   Okay.  Do you have an electric bike, an e-bike?

5   A.   No.

6   Q.   Do you have any other sort of transportation that

7        is like a bike?  Anything like a motorized bike,

8        anything like that?

9   A.   Nothing.

10             MR. ACCARDI:  Object to the form.  Sorry,

11        Josh.  Object to the form.  You can go ahead and

12        answer.

13  A.   No, I don't.

14  Q.   Okay.  Do you walk from place to place often?

15  A.   Yes, I do.

16  Q.   How often would you say you do that?

17  A.   Multiple -- maybe -- yeah, technically, I guess it

18        would be multiple times a day.  Usually, to work

19        and back.

20  Q.   Okay.  So how far away is your work?

21  A.   It is about a 15-minute walk.

22  Q.   Okay.  Do you walk anywhere else?

23  A.   Sometimes I will walk to Kroger that is by my

24        house.

25  Q.   Okay.  How far away is Kroger?

**EXHIBIT 12**

Page 25

```
 1   A.   A 5-minute walk.

 2   Q.   Okay.  Do you walk to school?

 3   A.   No.

 4   Q.   If you were to, like, go into town for something

 5        other than groceries, say, so putting aside Kroger,

 6        would you walk anywhere else?

 7   A.   No.

 8   Q.   Okay.  Do you ever borrow a car from a friend?

 9   A.   Yeah, I think I borrowed a car once.

10   Q.   Do you remember when that was?

11   A.   Oh, yeah, that was, like, three weeks ago.  She

12        said, "I ordered Chipotle, and I am currently

13        working."  And I was at work because I have nothing

14        to do, and -- no, I am kidding.  I do.  I have tons

15        of stuff to do.  But I was -- I was hanging out

16        with a friend at IHOP, and she is, like, "Take my

17        car.  Go pick it up."

18   Q.   So you think that is the only time you've ever

19        borrowed a car from a friend?

20   A.   From a friend?  Correct.

21   Q.   Okay.  Have you ever borrowed a car from anyone

22        else?

23   A.   I mean, I guess it depends how you define

24        "borrowed," but no.  I mean, my parents before I

25        moved to Indiana, and I was lent a car last summer.
```

**EXHIBIT 12**

Page 26

1   Q.   Okay.  Tell me about last summer.  Who lent you

2        that car?

3   A.   It is a volunteer for the Peck campaign.  Her name

4        is Susan Popp.  Her daughter was in Switzerland for

5        the summer, and so I was able to use it for five

6        months.

7   Q.   Okay.  How often did you drive that car?

8   A.   A lot.  I drove around our 18-county district a

9        lot.  Probably --

10  Q.   Can you give me an estimation?

11  A.   I believe three, four hours a day, on average.

12  Q.   Okay.  In your current job as a field director, do

13       you use a car for that job?

14  A.   No.

15  Q.   Okay.  So other than you picking up a friend's

16       Chipotle order --

17  A.   Yes.

18  Q.   -- and the campaign last summer, have you driven a

19       car in Indiana?

20  A.   Yes.  And just because, you know, I can't lie,

21       right, is when I was volunteering on a county

22       commissioner race for a guy named Peter Iversen.

23       He, for some reason, would -- when we would do,

24       like, roll canvassing, which, if you don't know,

25       is, like, one person drives the car, and one person

**EXHIBIT 12**

Page 27

```
 1        gets out and goes and knocks on the door; right?
 2        Since he was the candidate, he would have me drive
 3        his little Prius, or whatever it was, and he would
 4        get out.
 5   Q.   And when --
 6   A.   Sorry.
 7   Q.   No, go ahead.
 8   A.   That's all.
 9   Q.   When was that?
10   A.   Early 2024, probably February to May.  I probably
11        did it maybe half a dozen times.
12   Q.   Okay.  So three weeks ago, and two campaigns.  Are
13        there any other times when you've driven a car in
14        Indiana?
15   A.   Not that I can think.
16   Q.   Okay.  Do you ever borrow your friends' bikes?
17   A.   No.
18   Q.   Do you borrow bikes from anyone else?
19   A.   No.
20   Q.   What about, you know, I am trying to think of a
21        good category here, like e-bikes, or, you know, but
22        I don't want to exclude, like, a Segway.  Do you
23        ever borrow, like, motorized transportation that is
24        not yours to use?
25   A.   No.
```

**EXHIBIT 12**

Page 28

1       MR. ACCARDI:  Object to the form.  Sorry,

2       Josh, you can go ahead.

3   A.  No, I don't.

4   Q.  Okay.  Does your current job, or any of your other

5       volunteer opportunities, do they offer you the use

6       of the car?

7   A.  No.

8   Q.  Okay.  Are there any other opportunities for you to

9       drive that might be offered to you that you just

10      haven't taken?

11      MR. ACCARDI:  Object to the form.

12  A.  No.

13  Q.  Okay.  So how do you get to school every day?

14  A.  I take the public transportation.  The city of

15      Bloomington has bus services that run near my

16      apartment.  I hop on it, ride to school.  When I am

17      done with class, hop on it again, ride back.

18  Q.  How is the public transportation network in

19      Bloomington?

20  A.  Most of it sucks, but my line is pretty good.

21  Q.  Do you use it often?

22  A.  Yeah, multiple times a day.

23  Q.  And do you go places, other than school, on the

24      bus?

25  A.  Very rarely.

**EXHIBIT 12**

Page 29

1  Q.   Okay.  But what sort of places do you go on the

2       bus?

3            MR. ACCARDI:  Object to the form.  Sorry,

4       Josh.

5  A.   Almost always school.  I mean, there is rare

6       exceptions.  There is a bus depot near the Monroe

7       County Democratic Headquarters, so once or twice I

8       have taken the bus to go there.

9            One time -- and this was such a hassle, I am

10       never doing it again -- is I took -- it was, like,

11       two separate lines to get to the movie theaters

12       because the one near my house, of course, they

13       closed, so I had to go all the way across town to

14       go see a movie.

15  Q.   Yep.  Are there non-bus public transportation

16       options in Bloomington?

17  A.   Like what?

18  Q.   A train?  Anything like that?

19  A.   No.

20  Q.   Okay.  Can you think of anywhere else you've ever

21       gone on the bus?

22            MR. ACCARDI:  Object to the form.

23  A.   Not off the top of my head.

24  Q.   So I think that is school, Monroe County Democrat

25       Headquarters, and the movies once; is that right?

**EXHIBIT 12**

Page 30

```
 1    A.    Yeah.

 2    Q.    And those are the only places you have gone on the

 3          bus?

 4              MR. ACCARDI:  Object to the form.

 5          Mischaracterizes the testimony.

 6    A.    Yeah.

 7    Q.    Okay.  Is there -- so where do you regularly travel

 8          to?

 9    A.    What, on the bus?

10    Q.    Anywhere.  So in your day-to-day life, what are the

11          places you go to regularly?

12              MR. ACCARDI:  Object to the form.  Sorry,

13          Josh, you have got to let me -- give me one second

14          to make my objection, but you can go ahead and

15          answer the question.

16              THE WITNESS:  Thank you.  Sorry about that.

17    A.    I go to IHOP, and I go to school.  Those are the

18          two main places, and I go home.

19    Q.    Okay.  Are there any places that you shop

20          regularly?

21    A.    Occasionally, I will go to the College Mall, which

22          is across the street from IHOP.

23    Q.    Okay.  Do you do any grocery shopping?

24    A.    Not really, but sometimes.  I mean, I will go to

25          Kroger every once in a while, maybe once a month.
```

**EXHIBIT 12**

Page 31

1  Q.  Okay.  Do you have any friends' homes that you

2      visit regularly?

3  A.  Friends' homes that I visit regularly?  Yes.

4  Q.  Okay.  How do you get to those places?

5  A.  Usually -- well, okay.  There is two things.

6      Either every once in a while, they will pick me up,

7      but usually, what I will do is I will take an Uber.

8  Q.  Okay.  And we will get to Uber in a second.

9  A.  Right.

10  Q.  Is there anywhere else that you go, you know, any

11      sort of -- any other places you visit on a regular

12      basis?

13         MR. ACCARDI:  Object to the form.

14  A.  Not that I can think of; no.

15  Q.  Okay.  Let's talk about Uber.  How often would you

16      say you use rideshares?

17         MR. ACCARDI:  Object to the form.

18  A.  Maybe four or five times a week.  I mean, during

19      the summer, it is going to be less, but because the

20      weather has been so bad lately, it has been

21      extremely snowy.  We had a major snowstorm

22      recently.  You know, walking in the cold is not

23      something I am a huge fan of, but it is usually

24      just to get to IHOP, but, you know, occasionally to

25      get to the bars or to, you know, to a friend's

**EXHIBIT 12**

1    house.

2  Q.  Sure.  So this is my next question is what sort of

3       places are you going when you take a rideshare?

4          MR. ACCARDI:  Object to the form.  You can go

5       ahead.

6  A.  Like I said, you know, friend's house occasionally,

7       the bars every once in a while, and really just

8       IHOP to and from work.

9  Q.  Okay.  So you use rideshares to go to and from

10      IHOP?

11 A.  Yeah.

12 Q.  How much would you say you spend every week on

13      rideshares?

14 A.  Probably -- I would say probably $30.

15 Q.  And that encompasses -- does that encompass all --

16      I think you said three or four trips each week?

17 A.  Yeah.  Yeah, yeah.

18 Q.  Are there weeks when you take more trips than that?

19 A.  Yeah.  There is also weeks where I take less trips

20      than that.

21 Q.  Sure.  All right.  Are there -- so other than work,

22      school, and friends' houses, are there any other

23      places you go often?

24         MR. ACCARDI:  Object to the form.  You can

25      answer.

**EXHIBIT 12**

Page 33

1   A.   No.  I mean, I will go to the democratic

2        headquarters maybe a few times a month, two or

3        three times.

4   Q.   Okay.  How do you get there?

5   A.   Usually, someone picks me up.

6   Q.   Who is picking you up?

7   A.   Do I have to say their name, or --

8   Q.   It is okay if you don't want to say their name.

9        Just is it a colleague?  A friend?

10  A.   Yeah, it is a friend.

11  Q.   Okay.  Do you take -- do friends pick you up in

12       their cars often?

13  A.   When I am doing campaign work.

14  Q.   Okay.

15  A.   But aside from that, no.

16  Q.   You are currently doing campaign work; right?

17  A.   Correct.

18  Q.   Okay.  So how often would you say you ride in a

19       friend's car?

20          MR. ACCARDI:  Object to the form.

21  A.   Maybe once a week.

22  Q.   Okay.  Are they taking you -- where are they taking

23       you?

24  A.   Usually to the headquarters and back.

25  Q.   Okay.  Do you ride with friends any other places?

**EXHIBIT 12**

Page 34

1    A.   No.  I mean, my boyfriend drives me around, but I
2         don't want to consider him a friend.
3    Q.   Okay.  Well, I want to talk about that, though.
4         Where does your boyfriend drive you?
5    A.   Usually to a restaurant that we are going to, or to
6         the mall, or somewhere around town.
7    Q.   Okay.  How often would you say that happens?
8    A.   Lately, it hasn't been happening that much.
9         Probably, I don't know, two, three times a month.
10   Q.   Okay.  Would you call him if you needed a ride
11        somewhere?
12            MR. ACCARDI:  Object to the form.
13   A.   Probably not.
14   Q.   Okay.  So if you did -- if you unexpectedly needed
15        to go somewhere that wasn't on the bus line, how
16        would you get there?
17   A.   That is a really good question.  Maybe I would take
18        an Uber.  I don't know.
19   Q.   Okay.  Let's talk now about, like, not around town
20        travel.  Since you started college, have you taken
21        any trips outside of Bloomington?
22   A.   Yes.
23            MR. ACCARDI:  Object to the form.  Sorry,
24        Josh.  You can go ahead.
25   A.   Yes, I have.

**EXHIBIT 12**

Page 35

1   Q.   Where have you gone?

2   A.   I have gone to St. Louis several times, or the

3        suburbs of St. Louis, and the city of St. Louis

4        once.  I have gone to Indianapolis a few times.  I

5        mean, for campaign work, it was all over the 9th

6        congressional district, I mean, all -- basically

7        all 18 counties.  Yeah.  We went to Evansville a

8        few months ago.  So sorry.

9   Q.   No, go ahead.

10  A.   That is it.

11  Q.   How many times have you been to St. Louis?

12  A.   Maybe six or seven times.

13  Q.   Okay.  And when would that have been?

14  A.   Thanksgiving and Christmas break.

15  Q.   Okay.  Is that where you usually go on school

16       breaks?

17  A.   Yeah.

18  Q.   That is where your family lives?

19  A.   Correct.

20  Q.   And what about Indianapolis, how many times have

21       you gone there?

22  A.   Two, three times maybe.  Yeah, three times, I

23       think.

24  Q.   And when was that?

25  A.   Real good question.  The Indiana Democratic Party

**EXHIBIT 12**

Page 36

1    does a holiday party every year.  So, in 2024, I
2    went, and that was my first time in the city.
3        Oh, I did go to the bus -- I took the bus, so
4    let me say this correctly.  I took the bus line
5    from Indy and took, like, 18 hours to get to
6    St. Louis, so I got home one time that way, so I
7    was in Indy that time.  And then, when I testified
8    against SB 10 is another time I went to Indy.
9  Q.  Okay.  And then I think you mentioned Evansville.
10    How many times have you been there?
11 A.  Well, I went there once.  There was a cool little
12    convention that this group that invited me, the
13    Rural Summit.  Bernie Sanders was speaking there.
14    It was a Eugene Debs event, so AOC and Bernie
15    Sanders were speaking there, and so I got to meet
16    them, and that was real cool.
17 Q.  When was that?
18 A.  Maybe three months ago, four months?  Well, wait,
19    it is February now.  Oh, geez, I think it was in
20    October.  It was a few months ago.
21 Q.  Okay.  So when you go to St. Louis --
22 A.  Yeah.
23 Q.  -- you mentioned once by bus.  How do you usually
24    get there?
25 A.  My parents come pick me up.

**EXHIBIT 12**

Page 37

1    Q.    Okay.  Have you traveled there any other ways?

2    A.    Yeah, one time last October, me and my friends, for

3          my 21st birthday, we went to St. Louis, and so my

4          friend drove.

5    Q.    Okay.  Anything else?  Your parents, the bus, your

6          friends?

7    A.    No.

8    Q.    Okay.  How did you get to Indianapolis when you

9          went?

10   A.    The first time was a very expensive Uber that I am

11         never doing again, and then -- yeah, it is

12         ridiculous.  The other one was my friend drove me.

13   Q.    Okay.  And what about Evansville?

14   A.    We had a whole van of people, so the leader of the

15         Rural Summit organization drove us.

16   Q.    Okay.  Have you taken any other out-of-state trips?

17         MR. ACCARDI:  Object to the form.  You can go

18         ahead.

19   A.    Not that I can think of.  I mean, technically, when

20         we were at that rally in Jeffersonville with Andy

21         Beshear, we got lunch in Louisville, so, I guess,

22         technically, that is out of state because

23         Jeffersonville is literally across the river from

24         Louisville.

25   Q.    How did you get there?

**EXHIBIT 12**

Page 38

1   A.   We had a volunteer driving.

2   Q.   Okay.  Have you taken any international trips?

3   A.   In my life?

4   Q.   Sure, in your life?

5   A.   Yeah, I went to Canada one time.

6   Q.   When was that?

7   A.   2018, I think.

8   Q.   How old were you in 2018, Mr. Montagne?

9   A.   Oh, no, now you are making me do math.  Let's see.

10       I had to have been, like, 14, I think, if I am

11       doing my math correctly, yeah.

12  Q.   Okay.  So, do you have an expired passport?

13  A.   Back in Missouri.

14  Q.   Okay.  And that passport, just to be perfectly

15       clear, are you sure that passport is expired?

16  A.   Yes, because when you are under the age of 18,

17       because your face changes so much, the kids'

18       passport only lasts five years, whereas an adult

19       one lasts ten.

20  Q.   Okay.  Do you plan to -- do you have any trips

21       planned right now?

22  A.   Yeah.

23       MR. ACCARDI:  Object to the form.  You can go

24       ahead.

25  A.   Yes.

**EXHIBIT 12**

Page 39

1   Q.   What trips do you have planned?

2   A.   My friends told me yesterday, they said, "Hey, we

3        are on spring break during St. Patrick's Day.

4        Let's go up to Chicago."

5   Q.   And are you going to go to Chicago?

6   A.   I am planning on it, yeah.  I have got to save some

7        money, but yeah.

8   Q.   How are you going to get there?

9   A.   We are going to take two cars.

10  Q.   Okay.  Who is going to drive?

11  A.   One of my -- two of my friends, I guess.  I don't

12       know.  They are going to decide it, not me.

13  Q.   So in the past, when you voted in Indiana, how did

14       you get to the polls?

15  A.   So there was two different ways:  The first time

16       was in November of 2023, the 2023 municipal general

17       election, when the polling place was on campus, and

18       I lived on campus, so I just walked to the polling

19       location.  And then the other two times, I took the

20       Bloomington Transit, the bus to early voting.

21  Q.   Would that be an option for you, again, in the 2026

22       elections?

23  A.   Not currently.

24  Q.   Putting aside the issue of your ID, is that a way

25       you could get to the polls?

**EXHIBIT 12**

Page 40

1   A.   Yes.

2   Q.   Okay.  Any other trips that you've taken, outside

3        of Indiana, that we haven't discussed?

4            MR. ACCARDI:  Object to the form.

5   A.   No, not that I can think of.

6   Q.   Okay.  So, no other travel outside of the state?

7   A.   No.

8   Q.   So you mentioned that you visit your family on

9        holidays; is that right?

10  A.   Correct.

11  Q.   Okay.  How often would you say you've been home to

12       visit your parents since you started college?

13  A.   How many times?  How long?

14  Q.   Uh-huh.  Let's start with how many times.

15  A.   How many times?  Probably six or seven times.

16  Q.   Okay.  And how long do you usually stay?

17  A.   Well, for Thanksgiving, it is usually a week

18       because that is how long the university gives us,

19       and then it is usually all of winter break, so

20       usually about three weeks in December, January.

21  Q.   And when you go, do your parents come and pick you

22       up?

23  A.   Yes.

24  Q.   Okay.  Is there a reason your parents couldn't

25       bring you your birth certificate when they come to

**EXHIBIT 12**

Page 41

1      pick you up?

2          MR. ACCARDI:  Object to the form.

3   A.  Well, I don't know that I would want them to bring

4       me my birth certificate.  You know, I lose stuff a

5       lot.  Like, it is pretty easy, and I don't know

6       that my mother would trust me with my birth

7       certificate, to be honest.

8   Q.  Sure.  But putting aside whether or not your mom

9       would trust you with your birth certificate, are

10      there any reasons they couldn't bring it in the car

11      with them?

12          MR. ACCARDI:  Object to the form.

13  A.  I guess they could.

14  Q.  Okay.  Is there a reason you couldn't bring it back

15      to school with you after you visited?

16          MR. ACCARDI:  Object to the form.  Calls for

17      speculation.

18  A.  I mean, again, I am scared of losing that thing

19      because there is only one, but I guess not.

20  Q.  Have you ever looked at ordering copies of your

21      birth certificate?

22          MR. ACCARDI:  Object to the form.

23  A.  No.

24  Q.  Just to be clear, you've never investigated

25      ordering copies of your birth certificate?

**EXHIBIT 12**

1        MR. ACCARDI:  Object to the form.

2  A.  No, I have the original copy back at home.  Why

3      would I do that?

4  Q.  Okay.  Are you aware of any reason your parents

5      couldn't mail you your birth certificate?

6        MR. ACCARDI:  Object to the form.  Calls for

7      speculation.

8  A.  Again, I don't want my birth certificate in the

9      mail.  My grandfather was a postal inspector, and

10     he's told me about, you know, different people who,

11     you know, have taken the mail in the past when he

12     was a mailman and stuff like that, you know.  And

13     obviously, you know, mail theft, you get arrested,

14     and all of that.

15       But any sensitive documents, I am very,

16     very -- I do not send through the mail.  I don't

17     send checks through the mail, don't send cash

18     through the mail, and definitely I'm not sending

19     sensitive documents like my birth certificate

20     through the mail.

21  Q.  Okay.  Have your parents ever come to visit you at

22     college?

23  A.  Oh, yeah, a few times.

24  Q.  Okay.  How many times would you say that has

25     happened?

**EXHIBIT 12**

Page 43

```
1    A.    Maybe four, five times.

2    Q.    Okay.  When was that?

3    A.    Throughout.  Just randomly, you know.  They will

4          come in March.  We went to a baseball game.  We

5          went to an Indiana men's basketball game.

6             The very first football game of the season

7          against Ohio State, my first year, when the team

8          was actually terrible and not national

9          championships -- champions like we are right now.

10         Sorry, I had to throw that in.  We went to an Ohio

11         State football game in Indiana; right.

12            So just -- well, I guess that was when they

13         moved me in, but yeah, just a few times.

14   Q.    And when was the last time they came to visit?

15   A.    I mean, came, like, to see me?  That, I don't know.

16   Q.    Did they come to visit you in 2025?

17   A.    I am sure they did.  They had to have.  They love

18         me, so I am sure they did.

19   Q.    I am sure they did, too, but if you could take a

20         minute and try and think about when that might have

21         been, I would appreciate it.

22   A.    It was still, like, during the spring, I would

23         assume, maybe, like, March.  I don't know that they

24         came during the summer.  Maybe they did.  I was

25         also really busy this summer, so I don't know
```

**EXHIBIT 12**

1         that -- oh, you know what?  You know what, now that

2         I am thinking about it, I did take a week off work

3         in July, and I went back home.  We were having,

4         like, a family reunion, so I guess they picked me

5         up then.

6   Q.  So they came in July.  Did they come visit you last

7         fall?

8   A.  No, I don't think they did because I was coming

9         home for -- you know what, they did.  They did.

10        They did.  I lied.  Sorry.  They did.  In early

11        November, I think, they came and visited because

12        they visited my brother in Chicago the week before,

13        and then they came, and they said, "We are going to

14        visit you this week."

15  Q.  Okay.

16  A.  Two weeks before Thanksgiving.

17  Q.  How long were they there when they were there in

18        November?

19  A.  Oh, we just grabbed lunch.  It was maybe an

20        afternoon, you know, four hours, five hours.  They

21        wanted to get back home.  They have a long drive

22        back home.

23  Q.  How long do they usually visit you for?

24  A.  Usually about that, about four hours.

25  Q.  Okay.  Do they pick you up from school at the end

EXHIBIT 12

Page 45

1        of term in the summer?

2   A.    No.

3   Q.    How do you get --

4   A.    I am so sorry.  Go ahead.  Sorry.

5   Q.    No, I am the one breaking my rule.  I am the one

6        talking over you.  I apologize, and I apologize to

7        Tina.

8            Do they come and pick you up at the end of

9        term in the summer?

10  A.    No, they don't.

11  Q.    Okay.  Do you stay in Indiana for the summers?

12  A.    Yes.

13           [Reporter requests clarification.]

14  Q.    Did they come pick you up for Thanksgiving last

15        year?

16  A.    Yep.

17  Q.    Okay.  How long were they there that time?

18  A.    Oh, they were here maybe an hour and a half.  They

19        picked me up.  They said, "Let's go grab lunch, and

20        then we are getting the heck out of here."

21  Q.    Okay.  Are you aware of any reason your parents

22        couldn't bring your birth certificate when they

23        come visit, take you to the BMV, and then drive

24        back to Missouri?

25           MR. ACCARDI:  Objection.  Calls for

**EXHIBIT 12**

Page 46

```
 1          speculation.  Asked and answered.

 2    A.    I think that is -- that is a lot on my parents to

 3          ask them to do that.  I mean, I don't know what the

 4          BMV hours are.  I don't know if they are even open

 5          on the weekends because if they aren't, then my

 6          parents would have to take off work, they would

 7          have to come here, they would have to, you know,

 8          bring my birth certificate, then we would have to

 9          go to the BMV and, you know, wait all day through

10          that.  They just want to get home.  Man, it is a

11          four-hour drive back to St. Louis.  I don't know

12          that they would do that.

13    Q.    That was my next question, actually.  How long do

14          your parents drive to get to you?

15    A.    Yeah, it is four hours here; almost exactly four

16          hours here and four hours back.

17    Q.    Okay.  But are you aware of any reason it wouldn't

18          be possible for them to bring your birth

19          certificate?

20    A.    I mean, a lot --

21              MR. ACCARDI:  Object to the -- sorry, Josh.

22          Object to the form.  Asked and answered.

23          Speculation.

24    A.    A lot of things are possible, but is it reasonable

25          for them to do it?  I don't think it is reasonable.
```

**EXHIBIT 12**

Page 47

1    Q.    But my question was whether it is possible.  Do you

2          think it would be possible?

3               MR. ACCARDI:  Object to the form.  Calls for

4          speculation.  Asked and answered.  Josh, you can go

5          ahead.

6    A.    Yeah, I guess so.  I guess it is possible.

7    Q.    Okay, but you are saying you wouldn't ask them to

8          do that; is that right?

9    A.    No, I think that is really rude and a waste of

10         their time to do that.

11   Q.    Okay.  All right.  Do you have a credit card?

12   A.    No.

13   Q.    Do you have a bank account?

14   A.    Yes.

15   Q.    What is the address that is associated with that

16         bank account?

17   A.    Depends which one.

18   Q.    How many bank accounts do you have?

19   A.    Two.

20   Q.    Okay.  Pick one to be first.  Which -- what two

21         banks do you have accounts at?

22   A.    Bank of America, and IU Credit Union.

23   Q.    Okay.  What address is associated with your Bank of

24         America account?

25   A.    2312 Longmont Drive, O'Fallon, Missouri 63368.

**EXHIBIT 12**

Page 48

1    Q.   And I am having trouble recalling the name of the

2         other bank.  It was IU something.

3    A.   IU Credit Union.

4    Q.   What address is associated with that account?

5    A.   3105 East Stratum Way, Bloomington, Indiana 47408.

6         There is, like, eight different zip codes here in

7         Bloomington.  That is one of them.

8    Q.   Yep, I get it.

9              Do you have a voter ID card or a voter

10        registration card from Indiana?

11   A.   I believe I do.

12   Q.   Okay.  Have you visited the doctor since you've

13        moved to Indiana?

14   A.   Yes.  The doctors in St. Louis; yes.

15   Q.   Have you visited a doctor in Indiana since you

16        moved to Indiana?

17   A.   I think I went to the IU hospital one time.  Like,

18        I had the flu or something.

19   Q.   Okay.

20   A.   So yeah.

21   Q.   Do you have any records from IU Bloomington with

22        your current address on them?

23   A.   No, I don't think I do.

24   Q.   Okay.

25   A.   It is off-campus housing.  I don't know why they

**EXHIBIT 12**

Page 49

1              would have my address.

2    Q.   So you live off campus; is that right?

3    A.   Correct.

4    Q.   Do you pay for utilities at your current address?

5    A.   So it is -- kind of.  I personally don't pay for

6         the utilities.  It is kind of weird.

7              So the way my apartment is set up is you pay

8         for the rent, and you pay for the electricity.

9         Everything else, the water, the gas, the parking,

10        the Wi-Fi, it is all incorporated into the rent.

11        So the only bills -- my roommate is on the electric

12        bill, so I just send him money via Cash App every

13        month.  He says, "Send me this much," and I send

14        him that much, and our electricity stays on, so

15        that is good.  And then I pay the rent

16        electronically.  It is directly taken out of my

17        Bank of America account every month.

18   Q.   Okay.  Do you receive statements when you pay your

19        rent?

20   A.   No.

21   Q.   Do you receive any sort of receipt when you pay

22        your rent?

23   A.   They might send me an email that says, "Hey, you

24        paid your rent."  I don't know.  Usually, when I

25        get an email from the apartment, I just delete it.

**EXHIBIT 12**

Page 50

1   Q.   So you are not aware of any receipts or statements

2        when you pay your rent?

3   A.   No.

4   Q.   Okay.  Do you know what the nearest Bureau of Motor

5        Vehicles office -- I am going to call it the BMV.

6        Do you know how close the nearest BMV is to you?

7   A.   It is about four miles away, I think.

8   Q.   Okay.  Have you ever been there before?

9   A.   No.

10  Q.   Is it accessible by bus?

11       MR. ACCARDI:  Object to the form.

12  A.   I think, yeah, but I think it is multiple lines

13       that you have to take.  It would take, like, half a

14       day, I think.

15  Q.   Okay.  You have to pay -- are you aware that you

16       have to pay certain fees to get a driver's license

17       in Indiana?

18  A.   I assumed that.

19  Q.   Okay.  Do you think that paying those fees would be

20       an obstacle to you getting a driver's license?

21       MR. ACCARDI:  I will object to the form.

22       Sorry, Josh.  Go ahead.

23  A.   Any money out of my bank account is, you know,

24       hurting me, but I don't know how much those fees --

25       I think it would depend on how much they are.

**EXHIBIT 12**

Page 51

1   Q.   Sure.  Do you consider yourself to be indigent?

2        MR. ACCARDI:  Object to the form.

3   Q.   If you don't know what that word means, that is

4        okay, but do you consider yourself to be indigent?

5   A.   Can you define the word?

6   Q.   How about you answer my question, and then we can

7        do some more questions from there.  So if you don't

8        know what that means --

9   A.   I don't know what that means.  I prefer not to

10       answer it because I -- yeah, I don't know what it

11       means.

12  Q.   That is a perfectly fine answer.

13       Do you think that -- well, let's assume the

14       fee for getting a driver's license is $30.  Would

15       you be unable to pay that?

16       MR. ACCARDI:  Object to the form.

17  A.   I mean, I could pay it.  I don't want to pay that.

18       Also, that seems like a lot.  I don't know what the

19       fee is, but $30 seems -- from what I recall, I

20       don't know that I had to pay $30 in Missouri for my

21       driver's license, but I also don't remember exactly

22       how much that was.

23  Q.   Okay.  You think $30 would be a lot?

24  A.   I think it would be a lot, yeah.

25  Q.   Okay.  Do you consider yourself to be an Indiana

**EXHIBIT 12**

Page 52

1    resident, Mr. Montagne?

2  A.    I do.

3  Q.    When do you think you became an Indiana resident?

4         MR. ACCARDI:  Object to the form.

5  A.    August of 2023.

6  Q.    And what happened then?

7  A.    I moved my residency to Indiana University

8         Bloomington, Eigenmann Hall, Floor 11, Room 1144.

9         I started living in Bloomington.  I started going

10        to school in Bloomington.  I think that is when I

11        became a resident of Indiana.

12  Q.   So, is that the first day that you lived in

13        Indiana?

14  A.    Yeah, August something of 2023.  I don't remember

15        the exact date, but yeah.

16  Q.    Okay.  Do you intend to stay in Indiana in the near

17        future?

18  A.    Yeah.

19  Q.    Are you going to stay after you graduate?

20        MR. ACCARDI:  Object to the form.

21  A.    That, I don't know.  I might.  So I have an

22        internship lined up in DC for my last semester.  I

23        might stay in DC, I might go to another state, I

24        might come back because Bloomington politics I have

25        been very involved in, and there is a lot of

**EXHIBIT 12**

Page 53

```
 1            problems that we need to fix in this city and in

 2            this county, and we need someone to do that.

 3    Q.      What is your internship in DC this summer?

 4    A.      It is actually in the spring of '27.  It is my last

 5            semester.

 6    Q.      Okay.

 7    A.      I have a class for it next semester, but I don't

 8            know.  In that class, you will be taught how to

 9            basically, you know, beef up your res -- well, not

10            beef up your resume, but, you know, make your

11            resume look presentable, and they make you pick,

12            like, 50 different people that you send, you know,

13            internships to.  So some people do, like, law

14            groups, some people do non-profits.  I am looking

15            to internship on the Hill.

16    Q.      Okay.  Have you been accepted as an intern on the

17            Hill?

18    A.      No.

19    Q.      Okay.  To whom did you apply?

20    A.      I have not applied yet.  That class doesn't start

21            until next semester.

22    Q.      Okay.  I understand.

23    A.      So I won't -- yes.

24    Q.      When you fill out a form that asks for your

25            permanent address, what do you write?
```

**EXHIBIT 12**

Page 54

1    A.    I write 3105 East Stratum Way, Bloomington, Indiana

2          47408.

3    Q.    Do you have any plans for this summer?

4    A.    Yeah, I plan on working at IHOP a lot.  I plan on

5          working on my Statehouse campaign.

6    Q.    So, will you remain in Indiana then?

7    A.    Yeah.

8    Q.    Are you planning on doing anything else?

9              MR. ACCARDI:  Object to the form.

10   A.    I am sure there is other things that I am going to

11         do, aside from work, sleep.  I mean, there is tons

12         of things that I am going to do, but --

13   Q.    Sure.  I am thinking any other jobs?  Any

14         volunteering?  Any organized activities?

15   A.    Oh.  Well, I mean, politics is an ever-changing

16         field.  It changes week to week, let alone month to

17         month, but as of right now, no.

18   Q.    Okay.  Are you registered to vote in Indiana?

19   A.    I am.

20   Q.    Do you consider yourself a resident of any other

21         state?

22   A.    No.

23             MR. ACCARDI:  Object to the form.

24   A.    No, I don't.

25   Q.    Do you intend to move out of Indiana any time soon?

**EXHIBIT 12**

Page 55

1    MR. ACCARDI:  Object to the form.

2   A.    No.

3   Q.    Okay.  And I think we've covered this already, but

4         I am going to ask it anyway.  Have you ever driven

5         a car in Indiana?

6   A.    Yes.

7         MR. ACCARDI:  Object to the form.  Sorry,

8         Josh.  Go ahead.

9   A.    Yes, I have.

10  Q.    Do you plan to do that again in the future?

11        MR. ACCARDI:  Object to the form.

12  A.    Potentially.

13  Q.    All right.  I want to dig a little bit more.  You

14        mentioned digital ID a few times, and I want to

15        talk about it a little bit more.  You have a

16        digital ID, you said; is that right?

17  A.    Yeah, I think I do.  I think it is on my phone.  I

18        put it on there at some point.

19  Q.    Okay.  What can you do with that?

20        MR. ACCARDI:  Object to the form.

21  A.    I don't ever use it, so I don't really know.

22  Q.    Okay.  Do any of your friends have digital IDs?

23  A.    Yeah, I think they do.

24  Q.    Do you know what they do with them?

25        MR. ACCARDI:  Object to the form.

**EXHIBIT 12**

Page 56

1   A.   No.  I think you can get into, like, your dorm room

2        and stuff with it, so, you know, in case you lose

3        it.

4   Q.   Those friends who have digital IDs, do they also

5        have physical IDs?

6   A.   Yeah.

7   Q.   Okay.  Do you intend to get, or do you intend to

8        get rid of your physical IU ID in any way?

9   A.   No.

10            MR. ACCARDI:  Object to the form.  Sorry,

11       Josh.

12  A.   No, I don't.

13  Q.   Do you expect IU to require you to get rid of it?

14  A.   No.

15  Q.   Okay.  Do you expect IU to require you to use your

16       digital ID more than they do right now?

17            MR. ACCARDI:  Object to the form.

18  A.   I have no idea.  Maybe.  Maybe not.  Probably not.

19       I don't know.  I don't talk to Pamela Whitten, the

20       president of IU.  I don't know what is going on in

21       her head.

22  Q.   Have you read anything about IU transitioning to

23       digital IDs?

24            MR. ACCARDI:  Object to the form.

25  A.   No, I haven't.

**EXHIBIT 12**

Page 57

```
 1   Q.   Okay.  Do you think SB 10 is going to make it

 2        harder for students to vote?

 3   A.   Yes.

 4   Q.   Why do you think that?

 5   A.   Well, I mean, me personally, I am not able to do my

 6        civic duty because I don't have the documents that

 7        the state now says are the only ones that you can

 8        use when going to the polls to vote.

 9   Q.   Have you tried to get any of those documents?

10   A.   Like, as in a state-issued ID, or a passport, or a

11        driver's license?  No, I haven't.

12   Q.   So, have you made any effort to get an Indiana

13        driver's license?

14            MR. ACCARDI:  Object to the form.

15   A.   No, I don't see a reason to do that if I don't have

16        a car, and I don't plan on driving.

17   Q.   Have you made any effort to get an Indiana ID card?

18            MR. ACCARDI:  Object to the form.

19   A.   No, I don't see a reason to have one.  My Missouri

20        driver's license allows me to buy alcohol, to get

21        into bars to use as any form of ID.  I don't see a

22        reason why I need an Indiana one.

23   Q.   Have you made any effort to get a United States

24        passport?

25   A.   No, I don't plan on traveling out of state, so I --
```

**EXHIBIT 12**

Page 58

```
 1        or out of -- not out of state but out of the
 2        country, so I don't see a reason to get one either.
 3   Q.   Have you investigated the requirements to get an
 4        Indiana driver's license?
 5   A.   Not specifically, but I assume they are a lot of
 6        the same ones that the Missouri driver's license
 7        required.
 8   Q.   Have you investigated the requirements to get a
 9        United States passport?
10   A.   No.
11   Q.   Have you investigated the requirements to get an ID
12        card from Indiana?
13   A.   Nope.
14   Q.   Do you know of any of your friends or acquaintances
15        who are in the same situation you are in with
16        respect to voter ID?
17             MR. ACCARDI:  Object to the form.
18   A.   No, because all of my friends and acquaintances are
19        from Indiana.
20   Q.   Okay.  So I just want to be perfectly clear about
21        what I am asking.  I am asking if you know anyone
22        in your social circle who will be unable to vote
23        because of SB 10?
24   A.   I know I will.
25   Q.   Okay.  Do you know anyone else?
```

**EXHIBIT 12**

Page 59

```
 1          MR. ACCARDI:  Object to the form.
 2   A.   Not off the top of my head.  Not off the top of my
 3        head.
 4   Q.   All right.  You can take a minute to think about it
 5        because I want to know if you know anyone who will
 6        be unable to vote?
 7          MR. ACCARDI:  Again, object to the form.
 8   A.   I cannot think of any person at this time.
 9   Q.   Okay.  Do you know anyone, friend or acquaintance,
10        who is going to have to go get a new ID in order to
11        vote?
12          MR. ACCARDI:  Object to the form.
13   A.   No, but also, like, I don't talk about that stuff
14        with my friends.  I don't -- you know, we don't
15        say, you know, "Hey, you going to go get your
16        Indiana driver's license later this week?"  That is
17        not a topic of conversation that comes up.
18   Q.   You are a pretty political guy; right?
19   A.   Right, but SB 10 is not the only thing that I talk
20        about with my friends.
21   Q.   Sure, but this hasn't come up at College Democrats
22        meetings?
23   A.   Not that I can think of.  Not specifically.  Like,
24        we haven't had a meeting on SB 10; no.
25   Q.   It hasn't come up at the Stonewall Democrats
```

**EXHIBIT 12**

Page 60

1        meetings?

2    A.   Definitely not; no.

3    Q.   It hasn't come up on the democrat campaigns that

4        you work on?

5            MR. ACCARDI:  Object to the form.

6    A.   I don't -- no.  No, not that I can think of.

7    Q.   Okay.  Do you do -- do you knock on doors as part

8        of your work on campaigns?

9    A.   Yes.

10   Q.   Okay.  Do you talk with people about registering to

11       vote when you do that?

12   A.   So all of the people that we knock on doors are

13       registered to vote.

14   Q.   Okay.  Fair enough.  Do you talk about voter ID

15       with those people when you knock on their doors?

16   A.   No.

17           MR. ACCARDI:  Object to the form.

18   A.   No, I don't.

19   Q.   So when you go door-knocking across Indiana -- how

20       many people would you say -- how many doors would

21       you say you've knocked on in 2025?

22   A.   2025, I knocked on over 3,000 doors.

23   Q.   Okay.  Did any of those people mention SB 10, or

24       having trouble getting voter ID?

25           MR. ACCARDI:  Object to the form.

**EXHIBIT 12**

Page 61

```
 1   A.   Well, none of those people that I knocked on were
 2        students, so SB 10 wouldn't affect them.
 3             When I talk to people at their doors, they
 4        talk about the issues that are affecting their
 5        day-to-day life.  People don't care about politics,
 6        and if they do, it is because it is affecting their
 7        day-to-day life.  They can't take their kids to
 8        soccer practice anymore because, you know, of ICE,
 9        or because of this, that, or the other; their
10        utility bills are way too high.  So if SB 10 is
11        affecting them, they are a college student, and we
12        are not usually knocking on college student doors.
13   Q.   Do you ever knock on doors of people who are under
14        the age of 25?
15             MR. ACCARDI:  Object to the form.
16   A.   I am sure we have.
17   Q.   Okay.  Do you recall any person of that age raising
18        the issue of being unable to get voter ID to you?
19             MR. ACCARDI:  Object to the form.
20   A.   Not off the top of my head, but I am not going to
21        remember every discussion that I have had with the
22        3,000 doors that I have knocked.
23   Q.   Sure, but you can't recall anyone bringing this up?
24             MR. ACCARDI:  Object to the form.
25   A.   No, but usually people also just don't want to talk
```

**EXHIBIT 12**

Page 62

```
 1          to you when you go to their door.  They are, like,
 2          "Get out of my face."
 3    Q.    Sure, but you can't recall having that
 4          conversation?
 5    A.    Not specifically.
 6    Q.    How many of your friends or acquaintances at your
 7          school don't have a driver's license?
 8              MR. ACCARDI:  Object to the form.
 9    A.    I have no idea, man.  I don't ask them, "Hey, can I
10          see your driver's license?"  We don't compare
11          driver's licenses.  Like, I am sure they have a
12          driver's license.  I am sure some of them don't.  I
13          don't know.
14    Q.    Okay.  I will ask it a different way.  Are you
15          aware of any friend or acquaintance who doesn't
16          have a driver's license?
17              MR. ACCARDI:  Object to the form.
18    A.    Not that I can think of, but there might be.
19    Q.    Okay.  But are you aware of any?
20              MR. ACCARDI:  Object to the form.  Asked and
21          answered.
22    A.    Oh, actually, yes, I am aware of one.
23    Q.    Okay.  Who is that?
24    A.    I would rather not say her name, but it is a close
25          friend of mine.
```

**EXHIBIT 12**

```
 1   Q.   Do you know if she is having trouble getting voter
 2        ID?
 3   A.   From my understanding, she is not a U.S. Citizen,
 4        so she can't vote.
 5   Q.   Okay.  So this person who doesn't have a driver's
 6        license is not a U.S. Citizen; is that right?
 7   A.   Correct.  She is here on a student visa.
 8   Q.   Okay.  Have you had conversations with your
 9        friends, acquaintances, or other students about
10        SB 10?
11   A.   Yeah, when we were talking about going to testify
12        or the effects that SB 10 could have, there was a
13        lot of discussion, especially around campus.
14        People -- a lot of people were worried that their
15        right to vote was going to be taken away, or other
16        people's right to vote were going to be taken away.
17   Q.   Okay.  Well, I want to parse that distinction.
18        When you were talking about that, were people
19        concerned about other people's right to vote, or
20        their right to vote?
21             MR. ACCARDI:  Object to the form.
22   A.   I don't know.  I think they were just concerned in
23        general.
24   Q.   So did any of those people you talked to ever tell
25        you that they were going to be unable to vote?
```

**EXHIBIT 12**

1  A.   I am sure there were several people.  I don't know

2       specific names.

3  Q.   Because remember, I asked you earlier if you knew

4       of anyone, a friend, or acquaintance who would be

5       unable to vote.

6  A.   They are not my friends or acquaintances, but when

7       we are doing voter registration and we are saying,

8       "Hey, there is -- just so you know, there is this

9       law that is going through the ranks in the state

10      legislature that, you know, if you don't have a

11      CrimsonCard, and you are an out-of-state college

12      student, then you might not be able to vote in

13      Indiana," and that is also going to maybe deter

14      them from registering to vote in Indiana.

15          They might want to say, hey -- because in

16      Indiana, as a college student, you have two ways of

17      voting.  You can either vote back at home or you

18      can vote here in Indiana.  And we obviously want

19      them to vote in Indiana, unless maybe, you know,

20      there is some circumstances, like, if you have a

21      really close, you know, swing state kind of thing,

22      like in Michigan or something like that, maybe you

23      want to keep your registration there.  We

24      understand that, but, like, I don't know where I

25      was going with that.  But we -- we inform them of

**EXHIBIT 12**

Page 65

```
 1          what could happen if the law was passed.
 2   Q.   Sure.  What event was it that you were talking to
 3          people about this?  You were describing --
 4   A.   At various voter registration tables.
 5   Q.   Okay.  Was this something that you brought up
 6          affirmatively when you were doing the voter
 7          registration tables?
 8   A.   What do you mean by "affirmatively"?
 9   Q.   So is this something you would talk about when
10          someone else asked you about it, or would you bring
11          it up?
12              MR. ACCARDI:  Object to the form.
13   A.   I would probably say I would have brought them up.
14          It's just, like, a, "Hey, just so you know, because
15          you are a freshman and you just moved to Indiana
16          and you probably don't know about out-of-state laws
17          that changed in the last six months, or might
18          change because they are going to the state
19          legislature," yeah, I probably informed them.
20   Q.   Okay.
21   A.   And it would probably change whether maybe or not
22          they want to register to vote here in Bloomington.
23   Q.   Do you recall any of the people you spoke to about
24          that telling you that SB 10 would affect their
25          ability to vote?
```

**EXHIBIT 12**

Page 66

1          MR. ACCARDI:  Object to the form.

2     A.  Not specifically, but I am sure there were people.

3     Q.  Okay.  About how many people did you talk to when

4          you were doing the tablings?

5     A.  I mean, since I got on campus, we've registered

6          hundreds of students.  Arguably, actually, probably

7          thousands of students.  So specifically about

8          SB 10?  Is that what you asked?

9     Q.  Yes.

10    A.  I don't know.  Maybe -- maybe a few hundred.  Maybe

11         less.  Probably less, actually.  Maybe a few dozen.

12    Q.  Okay.  Is there anyone else that you can think of

13         that you've talked to about SB 10?

14    A.  So, just, like, in general?

15    Q.  Yeah.

16         MR. ACCARDI:  Object to the form.

17    A.  My parents.  I mean, you know.

18    Q.  Sure.  I will be narrower.  Are there any other

19         students that you remember talking -- or people

20         under the age of 25 that you remember talking to

21         about SB 10?

22    A.  I get friends, acquaintances, people who are

23         registering to vote.  Aside from that, maybe a

24         professor or two.

25    Q.  Have any of those people raised concerns to you

**EXHIBIT 12**

Page 67

1    about their ability to vote?

2  A.   Well, the professors --

3        MR. ACCARDI:  Object to the form.  Sorry,

4    Josh.

5        THE WITNESS:  Thank you.

6  A.   Maybe, but not that I can specifically recall.

7  Q.   Okay.  That is what I am asking about.  Can you

8    specifically recall any conversation in which

9    anyone under the age of 25 has told you that SB 10

10   is going to affect their ability to vote?

11 A.   No.

12       MR. ACCARDI:  Object to the form.

13 A.   No, I can't.

14       MR. COMPTON:  Okay.  Give me just one second,

15   Mr. Montagne.  I am going to go over some notes

16   here and look at a few things.

17       THE WITNESS:  Cool.  Take your time.

18       MR. COMPTON:  I appreciate it.

19       COURT REPORTER:  Can we take a couple-minute

20   break?

21       MR. COMPTON:  We sure can, Tina.

22       MR. ACCARDI:  Let's go off the record.  We

23   have been going for about an hour and 20.

24       MR. COMPTON:  I am totally fine to take a

25   break.  I don't have a lot left after this, but I

**EXHIBIT 12**

Page 68

1     am down to take a break.

2           COURT REPORTER:  Thanks.  I appreciate it.

3           MR. COMPTON:  How long --

4           MR. ACCARDI:  30 after?  Does that work?

5           MR. COMPTON:  3:30 works for me.

6           [A brief recess was taken.]

7           MR. COMPTON:

8    Q.   I just have a couple of questions to wrap things up

9         here, Mr. Montagne.

10   A.   Cool.

11   Q.   Have you traveled anywhere on a plane recently?

12   A.   No.

13   Q.   Okay.  And do you intend to in the near future?

14   A.   No.

15   Q.   Okay.  Do you intend to get a real ID in the

16        future?

17          MR. ACCARDI:  Object to the form.

18   A.   Maybe.  I don't know.  I don't have one currently.

19   Q.   Okay.  Do you know of any reason you might need

20        one?

21          MR. ACCARDI:  Object to the form.

22   A.   No.

23   Q.   Okay.  Did you go to an Olivia Rodrigo concert in

24        2024?

25   A.   Yeah.  I don't see the relevancy of that, but I

**EXHIBIT 12**

Page 69

1         absolutely did.

2    Q.   I understand.  Can you see the Zoom chat?  I am

3         going to drop in something for you to look at.  Is

4         that okay?

5    A.   Sure.

6    Q.   This is Exhibit 1 here, we are going to call it.

7    A.   Cool.

8    Q.   I think this is a Tweet from your Twitter account.

9         Can you take a look at it?

10   A.   Oh, no, I didn't know we were going through that.

11        Oh, no, it says I've got to download it.  Okay.  I

12        see that.  Oh, yeah.  Yeah.  Yeah.  Yeah.  Yeah.

13        Yeah.  Yeah.

14   Q.   Is that -- did you Tweet that?

15   A.   I did.  Yeah.  Yeah.

16   Q.   Did you pay $800 to go to the concert?

17   A.   I did.  I did.  It was ridiculous.

18   Q.   Concerts are out of control, without a doubt.

19             Where was that concert?

20   A.   That was in St. Louis.  I went there on spring

21        break.

22   Q.   Okay.  How did you get to St. Louis for the

23        concert?

24   A.   That is a great question.  How did I get to

25        St. Louis for that concert?  I think my parents

**EXHIBIT 12**

Page 70

| | | |
|---|---|---|
| 1 | | must have picked me up. |
| 2 | Q. | Okay. |
| 3 | A. | Yeah.  That had to have been the only way. |
| 4 | Q. | Would they have brought you back to school, too? |
| 5 | A. | Yeah, I think so. |
| 6 | Q. | Have you been to any other concerts since then? |
| 7 | A. | Since that one?  No. |
| 8 | Q. | Okay. |
| 9 | A. | Well, wait, technically, what do you describe as a |
| 10 | | concert?  Like, how many people? |
| 11 | Q. | I am thinking of something big on the order of -- |
| 12 | A. | Okay.  Then no.  Then no.  Sorry.  I saw something |
| 13 | | at the IU auditorium on Sunday, so I didn't know |
| 14 | | necessarily. |
| 15 | Q. | No, I was thinking big trips.  Have you taken any |
| 16 | | big trips like this since then? |
| 17 | A. | I mean, like I said before, I went to St. Louis on |
| 18 | | my 21st.  I wouldn't -- I don't know if that is |
| 19 | | big.  We went to the zoo, and we went to an MLS |
| 20 | | game. |
| 21 | Q. | Okay.  How much were the tickets to the MLS game? |
| 22 | A. | Oh, I don't know.  We waited until last minute when |
| 23 | | they were real cheap.  They weren't expensive. |
| 24 | Q. | Can you give me a ballpark? |
| 25 | A. | I know for sure less than a hundred dollars because |

**EXHIBIT 12**

Page 71

1        I am not spending that on an MLS game.

2   Q.   Okay.  Do you go to other sporting events

3        regularly?

4   A.   Not regularly, but, you know, when I lived with my

5        parents, we would go to a baseball game a few times

6        a year, kind of thing.

7   Q.   Okay.  All right.  Do you think that SB 10 makes it

8        impossible for you to vote in Indiana?

9             MR. ACCARDI:  Object to the form.

10  A.   I don't think it makes it impossible.  I think it

11       makes it very burdensome for me to vote in Indiana,

12       and I think it is, frankly, a ridiculous law, in my

13       opinion.

14  Q.   Okay.  But you don't think it makes it impossible?

15            MR. ACCARDI:  Objection.  Asked and answered.

16  A.   No, I don't think it makes it impossible.

17  Q.   Okay.  Do you think voting is your civic duty?

18  A.   I do.

19  Q.   So, can you just explain to me why you can't just

20       go get a driver's license then?

21            MR. ACCARDI:  Object to the form.

22  A.   Because it is completely -- so basically what I

23       would have to do, right, is I would have to go get

24       a birth certificate from Missouri, from my parents;

25       right?  I would have to -- so four hours there,

**EXHIBIT 12**

Page 72

```
1        four hours back, or we risk, you know, the whole

2        mail thing like you had suggested, which I don't

3        trust that and don't want to do that.

4            And then I -- I have to have two forms of -- I

5        think it is two forms of a proof of residency, so I

6        probably have to go down to my bank and get maybe a

7        form from them, I don't know.  Maybe that is

8        possible.  I haven't really looked into that.

9            And then I have the voter card.  I don't even

10       know if that is acceptable as a proof of residency.

11       Maybe it is, maybe it isn't.  Maybe I don't have

12       enough proof of residency.

13           So then I have to take off work.  I have to

14       maybe miss classes so I can go down, take two bus

15       lines, spend a whole day going down to the BMV,

16       wait in line all day, have all those documents

17       there to maybe have enough proof of residency to

18       get my Indiana driver's license to take away my

19       Missouri driver's license to give me a little card

20       that says, "Hey, you can vote," when I don't even

21       have a car or plan on driving.  So I don't even --

22       there is no reason for me to get a license.

23  Q.   But getting an ID card or a license would let you

24       vote; right?

25  A.   Yes, it would.
```

**EXHIBIT 12**

Page 73

1   Q.   So, is it safe to say it is -- is it the

2        inconvenience that is stopping you?

3             MR. ACCARDI:  Object to the form.

4   A.   Yeah, I think it is a major inconvenience.  Being

5        able to accomplish my civic duty shouldn't be an

6        inconvenience on me.  It should be easy for me to

7        be able to vote on the people who are representing

8        me.

9   Q.   So, is the reason you are not doing it because you

10       think it is wrong in principle or because you can't

11       do it?

12            MR. ACCARDI:  Object to the form.

13  A.   I don't think either of those two are right.  It is

14       not that I can't do it; right?  And it is not that

15       it is wrong in principle.  It is that it would take

16       a lot of strain on my life to go and do that.

17  Q.   Okay.  So you think that going and getting a

18       driver's license would be a lot of strain?

19  A.   Yes, I do think so.

20  Q.   Okay.  You have done voter registration drives

21       before; right?

22  A.   Correct.  Many.

23  Q.   Has someone ever told you that they -- forget

24       SB 10.  Has someone ever told you, "I don't know if

25       I can vote.  I don't have ID."?

**EXHIBIT 12**

Page 74

1   A.    Yes.  Before SB 10, yes.  And then we would tell

2         them, "Yeah, but you can use your CrimsonCard as a

3         form of ID when you go to the polls and vote."

4         Now, we can't do that.

5   Q.    Okay.  Did you ever talk to someone who wasn't a

6         student, like door-knocking, or something like

7         that?

8   A.    No, we usually don't do voter registration, again,

9         because the people we are knocking doors on are

10        registered to vote.

11  Q.    Okay.  If it comes down to it, and the general

12        election, you know, gets close, will you go get a

13        driver's license even though it is inconvenient?

14  A.    No, but --

15              MR. ACCARDI:  Objection --

16              THE WITNESS:  I am sorry.

17  A.    No, but also, there is a much closer election.  The

18        primary election is happening on May 5th; right?

19        Early voting for that starts in April, so I

20        wouldn't be able to vote.

21  Q.    Sure.  Are you going to go get a driver's license

22        before the primary?

23  A.    No, because there is no point in me getting a

24        driver's license.  I don't have a car.  I am not

25        wasting money to go get a license so I can be able

**EXHIBIT 12**

Page 75

1            to use it to vote when I had a perfectly good ID to

2            begin with.

3    Q.     Do you know how long it would take you to get a

4            driver's license?

5    A.     I don't.  I don't know how long.

6    Q.     Do you know how much it would cost?

7    A.     I don't.

8    Q.     Okay.  So explain to me why you wouldn't try and go

9            get one before the primary?

10                MR. ACCARDI:  Objection.  Asked and answered.

11   A.     I mean, yeah, I think I already answered that, but

12           why I wouldn't?  Because it is very burdensome on

13           me to go out and grab that and take off work.

14           Yeah.  That is all I've got to say.

15   Q.     Do you plan to look into what it would take to get

16           a driver's license before the primary?

17                MR. ACCARDI:  Object to the form.

18   A.     I don't know, maybe, but probably not.

19   Q.     Why won't you look at what it would take?

20                MR. ACCARDI:  Object to the form.  Asked and

21           answered.

22   A.     Again, because I don't need a driver's license.  I

23           have a Missouri driver's license.  Literally,

24           everything you need an ID for, whether it is

25           alcohol, whether it is "Hey, are you 18 plus?"  Are

**EXHIBIT 12**

1        you -- you know, to get into a bar, into a club,

2        whatever it may be, my Missouri driver's license

3        works perfectly fine.  It is not expired, doesn't

4        expire until much later than now, so I don't see a

5        reason why I shouldn't just keep using that ID.

6        Why should I go out, spend all of my day going --

7        finding the right documents, going on a little

8        treasure hunt, so I can go and find the different

9        documents to go along with it?  And then go all the

10       way -- take off work, go all the way down to the

11       BMV using the bus lines, and then pay to get my

12       Missouri driver's license taken away just so they

13       can give me a little card that says, "You can

14       vote."?  I think it is absolutely ridiculous.

15  Q.   Okay.  Let me check my notes here one more time.

16            Do you know if you would have to surrender

17       your Missouri driver's license to get an Indiana ID

18       card?

19  A.   I don't know.  I might.  I don't know that.

20  Q.   Do you know how long ID card or driver's license

21       appointments take at the BMV?

22  A.   No.  I assume as long as, you know, the DMV back in

23       Missouri would take.

24            MR. COMPTON:  I don't think I have anything

25       else.  And by that, I mean, I don't have anything

**EXHIBIT 12**

Page 77

```
 1        else right now.
 2             THE WITNESS:  Cool.
 3             MR. ACCARDI:  I think plaintiffs have a few
 4        questions.  It shouldn't take too long.
 5   EXAMINATION
 6   BY MR. ACCARDI:
 7   Q.   Josh, you mentioned that your parents live in the
 8        suburbs of St. Louis; is that right?
 9   A.   Correct.
10   Q.   How long, on average, does it take to drive back to
11        your parents' house?
12   A.   Four hours.
13   Q.   Is it sometimes longer?
14   A.   Usually not.  Usually, traffic is not that bad,
15        but, you know, occasionally it may be -- maybe it
16        might be 15 minutes longer because there is an
17        accident on the road.  I don't know.
18   Q.   Do you have any specific plans to go back to
19        St. Louis before May of this year?
20   A.   No.
21   Q.   Do you have any reason to believe for sure that you
22        could get an Indiana driver's license before the
23        primary?
24   A.   No, I have no belief that I am able to do that.
25   Q.   And you mentioned that the primary is in May of
```

**EXHIBIT 12**

Page 78

1         this year; is that right?

2    A.   Yeah.

3    Q.   You mentioned also that you believe it is your

4         general civic duty to vote; is that correct?

5    A.   Absolutely.

6    Q.   Is there any specific reason that you are

7         interested in and committed to trying to vote at

8         the primary this year?

9    A.   Yeah, I want to be able to vote for the right --

10        the right democrats, in my case, you know, because

11        I would be voting in the democratic primary; the

12        right democrats that I want on the general election

13        ballot.

14            I know these races very closely.  We have a

15        very contested county commissioner race.  We have a

16        contested prosecutor race; very competitive U.S.

17        Congress race, and in my specific district, we have

18        a contested state House District 61 race.  And so,

19        you know, I know these candidates well.  I know

20        what they stand for, and I am an informed voter.  I

21        want to be able to vote on them.  I know that local

22        elections impact your day-to-day life way more than

23        state and federal elections do, and, you know, I

24        just want to be able to do my civic duty as the

25        Constitution says.

**EXHIBIT 12**

Page 79

1    Q.    Switching gears a little bit --

2    A.    Uh-huh.

3    Q.    -- how many hours a week do you work at IHOP?

4    A.    It varies.  Probably usually, on average, 30 to 40.

5    Q.    And then how many hours a week do you work at your

6          political job?

7    A.    Probably 10 to 15.

8    Q.    And how many credit hours are you enrolled in this

9          semester?

10   A.    Currently, 15.

11   Q.    How much do you make from your job at IHOP?

12   A.    So I make -- serving, I make 2.13 an hour plus

13         tips.  And the occasional times that I will cook on

14         the clock will be 15 an hour.

15   Q.    You mentioned before that some of your friends are

16         originally from Indiana; right?

17   A.    Yeah.

18   Q.    And you also mentioned that you don't sit around

19         with your friends comparing driver's licenses;

20         right?

21   A.    Yeah.

22   Q.    Do you have any reason to know whether or not the

23         bulk of your friends have Indiana driver's

24         licenses?

25   A.    Aside from the fact that I know they have cars and

**EXHIBIT 12**

Page 80

```
 1          they drive?  No.
 2     Q.   Do you have some friends who don't have cars?
 3     A.   Yeah.
 4     Q.   And you have no reason to know whether or not they
 5          have Indiana driver's licenses?
 6     A.   Correct.
 7     Q.   And there are people who are originally from
 8          Indiana; is that right?
 9     A.   Yeah.
10     Q.   If they don't have Indiana driver's licenses, they
11          would be affected by SB 10 as well; right?
12     A.   I guess so, yeah.
13     Q.   So SB 10 can also affect people who are not from
14          out of state; right?
15     A.   Yeah.
16          MR. COMPTON:  Object to form.
17     A.   Yeah.
18          MR. ACCARDI:  Sorry, give me one second to
19          confer with my team.
20          MR. COMPTON:  Okay.
21          MR. ACCARDI:  Okay.  Plaintiffs have no
22          further questions.  Thanks very much for your time
23          this afternoon, Josh.
24          THE WITNESS:  Thank you.
25          MR. COMPTON:  Yep, thank you, Mr. Montagne.
```

**EXHIBIT 12**

Page 81

1         THE WITNESS:  Thank you.

2         COURT REPORTER:  This concludes the deposition

3    of Josh Montagne.  Will counsel please state if

4    they wish a copy of the transcript, any

5    stipulations, or other matters to be included in

6    the record?

7         MR. ACCARDI:  The witness will read and sign.

8         MR. COMPTON:  We do want a transcript.

9         MR. ACCARDI:  The plaintiffs also would like a

10   rough, and then an expedited final transcript.

11        COURT REPORTER:  When do you want the final

12   by?

13        MR. ACCARDI:  What is typical for you?

14        COURT REPORTER:  Two weeks is normal, so just

15   tell me when you want it by.

16        MR. ACCARDI:  I think we would like it by, I

17   guess, a week from today, if that is possible.

18        COURT REPORTER:  Okay.

19        MR. COMPTON:  Yep.  I concur with that.

20        COURT REPORTER:  So next Wednesday, the 25th?

21        MR. ACCARDI:  That's right.

22        COURT REPORTER:  And Mr. Compton, you want

23   that also by the 25th?

24        MR. COMPTON:  Yes, please.

25        [The deposition concluded at 3:46 p.m.]

**EXHIBIT 12**

Page 82

```
 1                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF INDIANA
 2                     INDIANAPOLIS DIVISION


 3

   COUNT US IN, WOMEN 4 CHANGE    )
 4 INDIANA, and JOSH MONTAGNE,    )
                                  )
 5      Plaintiffs,               )
                                  )   Civil Action No.
 6      -v-                       )   1:24-cv-03512-CNS-STV
                                  )
 7 DIEGO MORALES, in his          )
   official capacity as           )
 8 Indiana Secretary of State,    )
   et al.,                        )
 9                                )
        Defendants.               )
10

11                        Job No. 205725

12

13        I, JOSH MONTAGNE, state that I have read the
   foregoing transcript of the testimony given by me
14 at my deposition on February 18, 2026, and that
   said transcript constitutes a true and correct
15 record of the testimony given by me at said
   deposition except as I have so indicated on the
16 errata sheets provided herein.

17

18        _____

19        JOSH MONTAGNE

20

21

22

23        STEWART RICHARDSON & ASSOCIATES
          Registered Professional Reporters
24        One Indiana Square, Suite 2425
             Indianapolis, IN 46204
25              (800) 869-0873
```

**EXHIBIT 12**

Page 83

```
 1   STATE OF INDIANA   )
                        )
 2   COUNTY OF PORTER   )

 3

 4        I, Tina A. Parent-Cowsert, RPR, CSR, CRI, a

 5   Notary Public in and for said county and state, do

 6   hereby certify that the deponent herein, JOSH

 7   MONTAGNE, was by me first duly sworn to tell the

 8   truth, the whole truth, and nothing but the truth in

 9   the aforementioned matter;

10        That the foregoing deposition was held

11   remotely via videoconference on behalf of the

12   Defendants; that said deposition was taken at the time

13   and place heretofore mentioned between 2:00 p.m. and

14   3:46 p.m.;

15        That said deposition was taken down in

16   stenograph notes and afterward reduced to typewriting

17   under my direction; and the typewritten transcript is

18   a true record of the proceedings to the best of my

19   ability, taking into account technology difficulties

20   that may have occurred in connection with the

21   videoconference proceedings;

22        In the event of perceived interference and

23   technical difficulties during the videoconference

24   proceedings, I did interrupt to clarify to the best of

25   my ability;
```

**EXHIBIT 12**

Page 84

1          And thereafter presented to said witness for

2     signature; that this certificate does not purport to

3     acknowledge or verify the signature hereto of the

4     deponent.

5          I do further certify that I am a disinterested

6     person in this cause of action; and that I am not a

7     relative of the attorneys for any of the parties.

8          IN WITNESS WHEREOF, I have hereunto set my

9     hand and affixed my notarial seal this 24th day of

10    February, 2026.

11

12

13

14

15

16

17

18

19    Notary Public - State of Indiana
      My Commission Expires:  September 21, 2030

20

      Job No. 205725

21

22

23

24

25

**EXHIBIT 12**

**Exhibits**

**Josh Montagne Ex 01** 3:12
69:6

**$**

**$30** 32:14 51:14,19,20,23

**$800** 69:16

**1**

**1** 69:6

**10** 11:9 13:19,20,21 14:1 17:18
36:8 57:1 58:23 59:19,24 60:23
61:2,10 63:10,12 65:24 66:8,13,
21 67:9 71:7 73:24 74:1 79:7
80:11,13

**11** 52:8

**1144** 52:8

**14** 38:10

**15** 77:16 79:7,10,14

**15-minute** 24:21

**18** 4:4 35:7 36:5 38:16 75:25

**18-county** 26:8

**2**

**2.13** 79:12

**20** 67:23

**2018** 38:7,8

**2023** 9:10 13:11 39:16 52:5,14

**2024** 27:10 36:1 68:24

**2025** 43:16 60:21,22

**2026** 4:4 14:10 39:21

**21st** 37:3 70:18

**2312** 47:25

**25** 20:6 61:14 66:20 67:9

**25th** 81:20,23

**27** 53:4

**2:05** 4:5

**3**

**3,000** 60:22 61:22

**30** 7:14 68:4 79:4

**3105** 48:5 54:1

**3:30** 68:5

**3:46** 81:25

**4**

**40** 7:14 79:4

**47408** 48:5 54:2

**5**

**5-minute** 25:1

**50** 53:12

**5th** 74:18

**6**

**61** 78:18

**62** 8:10

**63368** 47:25

**9**

**9th** 35:5

**A**

**ability** 7:3 18:6 65:25 67:1,10

**able** 15:22 17:21 26:5 57:5 64:12
73:5,7 74:20,25 77:24 78:9,21,24

**about** 5:4 7:18 9:5 10:6,7,17 12:6
14:2 15:13 18:2,6 19:1,4 20:10
23:10 24:21 26:1 27:20 30:16
31:15 34:3,19 35:20 37:13 40:20
42:10 43:20 44:2,24 50:7 51:6
55:15 56:22 58:20 59:4,13,20
60:10,14 61:4,5 63:9,11,18,19
65:3,9,10,16,23 66:3,7,13,21
67:1,7,23

**absolutely** 69:1 76:14 78:5

**Accardi** 4:11,20 14:11,20 15:8,
15,23 16:2 17:23 20:19 21:24
22:11 24:10 28:1,11 29:3,22 30:4,
12 31:13,17 32:4,24 33:20 34:12,
23 37:17 38:23 40:4 41:2,12,16,
22 42:1,6 45:25 46:21 47:3 50:11,
21 51:2,16 52:4,20 54:9,23 55:1,
7,11,20,25 56:10,17,24 57:14,18
58:17 59:1,7,12 60:5,17,25 61:15,
19,24 62:8,17,20 63:21 65:12
66:1,16 67:3,12,22 68:4,17,21
71:9,15,21 73:3,12 74:15 75:10,
17,20 77:3,6 80:18,21 81:7,9,13,
16,21

**acceptable** 72:10

**accepted** 53:16

**accessible** 50:10

**accident** 77:17

**accomplish** 73:5

**according** 4:15

**account** 12:21 47:13,16,24 48:4
49:17 50:23 69:8

**accounts** 47:18,21

**acquaintance** 59:9 62:15 64:4

**acquaintances** 58:14,18 62:6
63:9 64:6 66:22

**across** 6:21 29:13 30:22 37:23
60:19

**active** 12:10

**activities** 19:8 54:14

**actually** 21:7 43:8 46:13 53:4
62:22 66:6,11

**address** 47:15,23 48:4,22 49:1,4
53:25

**administering** 4:18

**adult** 38:18

**advance** 16:13

**advocacy** 10:2,5 13:17 16:5,7

**advocating** 19:23

**affect** 14:15 61:2 65:24 67:10
80:13

**affected** 80:11

**affecting** 61:4,6,11

**EXHIBIT 12**

**affirmatively** 65:6,8

**afraid** 15:21

**after** 41:15 52:19 67:25 68:4

**afternoon** 44:20 80:23

**again** 8:22 13:15 17:17 28:17 29:10 37:11 39:21 41:18 42:8 55:10 59:7 74:8 75:22

**against** 14:5 36:8 43:7

**age** 20:6 38:16 61:14,17 66:20 67:9

**ago** 25:11 27:12 35:8 36:18,20

**ahead** 14:12,21 15:1 23:20 24:11 27:7 28:2 30:14 32:5 34:24 35:9 37:18 38:24 45:4 47:5 50:22 55:8

**alcohol** 57:20 75:25

**all** 5:7,22 6:23 8:3,6 11:23 12:5 13:13 14:14 18:14,15 23:9 27:8 29:13 32:15,21 35:5,6,7 40:19 42:14 46:9 47:11 49:10 55:13 58:18 59:4 60:12 71:7 72:16 75:14 76:6,9,10

**allows** 57:20

**almost** 14:14 29:5 46:15

**along** 76:9

**already** 55:3 75:11

**also** 6:6,13 7:12 12:12 17:25 32:19 43:25 51:18,21 56:4 59:13 61:25 64:13 74:17 78:3 79:18 80:13 81:9,23

**always** 22:15 29:5

**am** 5:4,5,6,19 6:7,17 7:10,11,16 10:3,6,18,19 11:10 12:10,11,12, 14,22 13:21 14:13 15:10,17,19, 21,22 17:19,21 18:4,20,23 20:1,3, 13 25:12,14 27:20 28:16 29:9 31:23 33:13 37:10 38:10 39:6 41:18 42:15 43:17,18,19 44:2 45:4,5 48:1 50:5 53:14 54:10,12, 13,19 55:4 57:5 58:21 61:16,20 62:11,12,22 64:1 66:2 67:7,15,24 68:1 69:2 70:11 71:1 74:16,24 77:24 78:20

**amazing** 7:23

**America** 47:22,24 49:17

**Amy** 8:9

**an** 4:2 7:15 13:1 18:1 19:17,19 20:15,24 21:4 24:4 26:10 31:7 34:18 38:12,18 39:21 43:5,10 44:19 45:18 49:23,25 50:20 51:25 52:3,21 53:16 54:15 57:12,17,22 58:3,11 64:11 67:23 68:23 70:19 71:1 72:23 73:5 75:24 76:17 77:16,22 78:20 79:12,14 81:10

**and** 4:6,7,12,13,16,23 5:9,10,20, 21 6:1,2,14,15,17,20,23 7:1,13, 15,21,23,24 8:8,10,20,21 9:3,20, 23,24 10:20 11:20,23,25 12:1,14, 15,20 13:2,7,11,13,14,15 14:2,4, 5,12,21 15:1,13,20,21,25 16:4,13, 17,18,22,23,25 17:2,3,13,20 18:15,18 19:19,22 21:20,21 23:7 24:11,19 25:12,13,14,16,25 26:5, 18,20,25 27:1,3,5,12 28:23 29:9, 25 30:2,14,17,18 31:8 32:7,8,9, 15,22 33:24 35:3,13,14,20,24 36:2,5,7,9,14,15,16 37:2,3,11,13 38:14 39:5,17,19 40:16,19,21 41:5 42:9,12,14,18 43:8,14,20 44:3,11,13 45:6,8,18,19,23 46:1, 9,16,22 47:4,9,22 48:1 49:8,13, 14,15 51:6 52:6,25 53:1,2,11 55:3,14 56:2 57:16 58:18 61:6,11 62:20 64:7,11,13,18 65:15,16,21 67:16,23 68:13 70:19 71:12,15 72:3,4,6,9 73:14,16,17 74:1,3,11 75:8,10,13,20 76:8,9,11,25 77:25 78:7,17,18,20,23 79:5,8,13,18,25 80:4,7 81:7,10,22

**Andy** 9:20 37:20

**annual** 13:1 19:17,20

**another** 24:2 36:8 52:23

**answer** 6:3 14:12,25 15:1,9,16 17:24 20:21 24:12 30:15 32:25 51:6,10,12

**answered** 46:1,22 47:4 62:21 71:15 75:10,11,21

**answering** 6:18

**answers** 6:2 7:4

**any** 4:8,17 6:20,23 7:2 9:1 10:12 11:7 13:17 14:9,17 15:5 16:5 17:18 18:12 19:7 20:8 22:7,23 24:6 27:13 28:4,8 30:19,23 31:1, 10,11 32:22 33:25 34:21 37:1,16 38:2,20 40:2 41:10 42:4,15 45:21 46:17 48:21 49:21 50:1,23 54:3, 13,14,20,25 55:22 56:8 57:9,12,

**17,21,23** 58:14 59:8 60:23 61:17 62:15,19 63:24 65:23 66:18,25 67:8 68:19 70:6,15 77:18,21 78:6 79:22 81:4

**anybody** 13:25

**anymore** 61:8

**anyone** 15:12,19,25 17:20 18:5 25:21 27:18 58:21,25 59:5,9 61:23 64:4 66:12 67:9

**anything** 6:13 10:1 15:25 19:6 23:2 24:7,8 29:18 37:5 54:8 56:22 76:24,25

**anyway** 55:4

**anywhere** 24:22 25:6 29:20 30:10 31:10 68:11

**AOC** 36:14

**apartment** 28:16 49:7,25

**apologize** 45:6

**App** 49:12

**applied** 53:20

**apply** 53:19

**appointments** 76:21

**appreciate** 43:21 67:18 68:2

**approve** 16:19

**April** 74:19

**are** 5:3,14,24 6:16,17 7:2,23 11:2, 3,5,7,20 12:9,17 13:4,16 14:9,14, 18,22 15:6,11,18 17:17 18:1 19:23 20:2,4,6,8 21:17,18,20 22:7,25 23:4 27:12 28:8 29:15 30:2,10,17,19 32:3,18,21,22 33:16,22 34:5 38:9,15,16 39:3,5, 8,9,12 41:9 42:4 43:9 44:13 45:20,21 46:4,17,24 47:7 50:1,15, 25 52:19 54:8,18 57:7 58:5,15,18 59:18 60:12 61:4,10,11,12,13 62:1,14,19 64:6,7,11 65:15,18 66:18,22 69:6,18 73:7,9,13 74:9, 21 75:25 78:6 79:8,15 80:7,13

**aren't** 46:5

**Arguably** 66:6

**around** 23:24 26:8 34:1,6,19 63:13 79:18

**arrested** 42:13

EXHIBIT 12

**as** 4:22,23 10:2,5 13:20,21 16:20
26:12 53:16 54:17 57:10,21 60:7
64:16 70:9 72:10 74:2 76:22
78:24 80:11

**aside** 14:16 16:4 25:5 33:15
39:24 41:8 54:11 66:23 79:25

**ask** 6:14 23:9 46:3 47:7 55:4
62:9,14

**asked** 7:2 46:1,22 47:4 62:20
64:3 65:10 66:8 71:15 75:10,20

**asking** 5:5,6 6:17 11:5 15:19
18:4 19:1 58:21 67:7

**asks** 53:24

**assistant** 7:16

**associate** 4:2

**associated** 47:15,23 48:4

**Associates** 4:3

**assume** 43:23 51:13 58:5 76:22

**assumed** 50:18

**at** 7:13 9:16,17 10:9 12:15 16:12,
15 18:14,15 22:7 25:13,16 37:20
41:20 42:2,21 44:25 45:8 47:21
49:4 54:4 55:18 59:8,21,25 61:3
62:6 64:17 65:4 67:16 69:3,9
70:13 75:19 76:21 78:7 79:3,5,11
81:25

**attorneys** 14:22

**audibly** 6:3

**auditorium** 70:13

**August** 52:5,14

**average** 26:11 77:10 79:4

**aware** 10:18,19 11:7 13:19 14:13
15:10,17,18 18:1 21:20 22:7 42:4
45:21 46:17 50:1,15 62:15,19,22

**away** 24:20,25 50:7 63:15,16
72:18 76:12

**awesome** 21:10

**awkward** 22:15

---

**B**

**back** 18:24 23:5 24:19 28:17
33:24 38:13 41:14 42:2 44:3,21,
22 45:24 46:11,16 52:24 64:17

70:4 72:1 76:22 77:10,18

**bad** 31:20 77:14

**Ballantine** 16:14,15

**ballot** 78:13

**ballpark** 70:24

**bank** 12:20 47:13,16,18,22,23
48:2 49:17 50:23 72:6

**banks** 11:20 47:21

**bar** 76:1

**bars** 31:25 32:7 57:21

**baseball** 43:4 71:5

**basically** 7:20 9:9 11:18 12:1
16:12 19:23 35:6 53:9 71:22

**basis** 31:12

**basketball** 43:5

**be** 5:6 11:5 13:9 14:16 15:22
17:21 18:8 19:8 23:21 24:18 28:9
31:19 38:14 39:21 41:7,24 46:18
47:2,20 50:19 51:1,4,15,23,24,25
53:8 58:20,22 59:6 62:18 63:15,
16,25 64:4,12 66:18 73:5,6,7,18
74:20,25 76:2 77:15,16 78:9,11,
21,24 79:14 80:11 81:5

**beat** 5:15

**became** 52:3,11

**because** 6:9 10:19 13:8 14:13
17:15 20:23 25:13 26:20 29:12
31:19 37:22 38:16,17 40:18 41:19
44:8,11 46:5 51:10 52:24 57:6
58:18,23 59:5 61:6,8,9 64:3,15
65:14,18 70:25 71:22 73:9,10
74:9,23 75:12,22 77:16 78:10

**beef** 53:9,10

**been** 4:22 5:16 9:11,14,16 13:18
18:5 31:20 34:8 35:11,13 36:10
38:10 40:11 43:21 50:8 52:25
53:16 67:23 70:3,6

**before** 5:16 8:13 9:11,19 17:14
18:3 19:20,21 25:24 44:12,16
50:8 70:17 73:21 74:1,22 75:9,16
77:19,22 79:15

**begin** 75:2

**being** 4:5 61:18 73:4

**belief** 77:24

**believe** 26:11 48:11 77:21 78:3

**belong** 12:6

**Bernie** 36:13,14

**Beshear** 9:20 37:21

**big** 70:11,15,16,19

**bike** 23:13 24:4,7

**bikes** 27:16,18

**bill** 49:12

**bills** 49:11 61:10

**biographical** 7:6

**birth** 22:16 40:25 41:4,6,9,21,25
42:5,8,19 45:22 46:8,18 71:24

**birthday** 37:3

**bit** 55:13,15 79:1

**Bloomington** 7:11 9:9 28:15,19
29:16 34:21 39:20 48:5,7,21 52:8,
9,10,24 54:1 65:22

**BMV** 45:23 46:4,9 50:5,6 72:15
76:11,21

**board** 13:18 15:11 19:16

**book** 12:24

**borrow** 25:8 27:16,18,23

**borrowed** 25:9,19,21,24

**boss** 10:16 11:8

**both** 5:25

**boxes** 17:8

**boyfriend** 34:1,4

**break** 35:14 39:3 40:19 67:20,25
68:1 69:21

**breaking** 45:5

**breaks** 35:16

**brief** 68:6

**bring** 40:25 41:3,10,14 45:22
46:8,18 65:10

**bringing** 61:23

**brother** 44:12

**brought** 65:5,13 70:4

**bulk** 79:23

**bunch** 13:7

**EXHIBIT 12**

Index: burdensome..competitive

**burdensome** 71:11 75:12

**Bureau** 50:4

**bus** 21:14 28:15,24 29:2,6,8,21
30:3,9 34:15 36:3,4,23 37:5 39:20
50:10 72:14 76:11

**busy** 43:25

**but** 6:8 10:4,23 11:1,7,21 13:14,
20 14:1,13,16,25 15:19 16:7,11
17:8,17,25 18:4,8,10,25 19:16
20:4,20 21:13,19 22:5 23:6,14,17
25:15,24 27:21 28:20 29:1 30:14,
24 31:7,19,23,24 33:15 34:1 39:7
41:8,19 42:15 43:13,19 46:17,24
47:1,7 50:12,24 51:4,19,21 52:15
53:7,10 54:12,17 55:3 58:1,5
59:13,19,21 61:20,23,25 62:3,18,
19,24 64:6,24,25 66:2 67:6,25
68:25 71:4,14 72:23 74:2,14,17
75:11,18 77:15

**buy** 57:20

**by** 4:5 5:2 24:23 36:23 50:10 65:8
76:25 77:6 80:11 81:12,15,16,23

—————————————
**C**
—————————————

**call** 8:24 34:10 50:5 69:6

**called** 4:22

**calls** 8:1 11:20,25 41:16 42:6
45:25 47:3

**came** 43:14,15,24 44:6,11,13

**campaign** 8:19 10:8 11:12 12:19
26:3,18 33:13,16 35:5 54:5

**campaigns** 9:7,24 27:12 60:3,8

**campus** 9:10 13:6 16:16 39:17,
18 49:2 63:13 66:5

**can** 5:9,20 6:16 9:13 10:11 11:14,
17 13:8 14:12,21 15:1,8,15,24
17:3,23 18:8 19:3 20:21 22:4,5
24:3,11 26:10 27:15 28:2 29:20
30:14 31:14 32:4,24 34:24 37:17,
19 38:23 40:5 47:4 51:5,6 55:19
56:1 57:7 59:4,23 60:6 62:9,18
64:17,18 66:12 67:6,7,19,21 69:2,
9 70:24 71:19 72:14,20 73:25
74:2,25 76:8,13 80:13

**can't** 6:6,9 18:10 21:14 26:20
61:7,23 62:3 63:4 67:13 71:19
73:10,14 74:4

**Canada** 38:5

**candidate** 7:22 8:8,21,25 9:21
27:2

**candidates** 10:12 13:3 78:19

**cannot** 17:9 59:8

**canvas** 11:19

**canvassing** 26:24

**car** 20:23 23:11 25:8,9,17,19,21,
25 26:2,7,13,19,25 27:13 28:6
33:19 41:10 55:5 57:16 72:21
74:24

**card** 12:21 21:2,6,7,21 22:2,4,5,
18,20 47:11 48:9,10 57:17 58:12
72:9,19,23 76:13,18,20

**care** 61:5

**cars** 33:12 39:9 79:25 80:2

**case** 56:2 78:10

**cash** 42:17 49:12

**category** 27:21

**causes** 19:23

**Central** 12:13 19:13

**certain** 50:16

**certificate** 22:16 40:25 41:4,7,9,
21,25 42:5,8,19 45:22 46:8,19
71:24

**Chamblee-ryan** 4:13

**champions** 43:9

**championships** 43:9

**change** 65:18,21

**changed** 16:11 65:17

**changes** 38:17 54:16

**chapter** 12:16 13:16

**chat** 69:2

**cheap** 70:23

**check** 76:15

**checking** 20:13

**checks** 42:17

**Chicago** 39:4,5 44:12

**Chipotle** 25:12 26:16

**Christmas** 35:14

**circle** 58:22

**circumstances** 64:20

**Citizen** 63:3,6

**city** 9:8 28:14 35:3 36:2 53:1

**civic** 57:6 71:17 73:5 78:4,24

**Civil** 4:16

**clarification** 19:11 45:13

**clarify** 6:15

**class** 28:17 53:7,8,20

**classes** 72:14

**clear** 14:16 38:15 41:24 58:20

**clock** 18:16 79:14

**close** 50:6 62:24 64:21 74:12

**closed** 29:13

**closely** 78:14

**closer** 74:17

**club** 76:1

**codes** 48:6

**cold** 31:22

**colleague** 33:9

**colleagues** 4:13

**college** 12:15,16,18 13:16 14:14,
17 15:5,11 16:4 19:24 20:1 30:21
34:20 40:12 42:22 59:21 61:11,12
64:11,16

**come** 6:21 7:21 9:15 11:19 15:12,
19,21,25 17:20 19:19 36:25
40:21,25 42:21 43:4,16 44:6 45:8,
14,23 46:7 52:24 59:21,25 60:3

**comes** 59:17 74:11

**coming** 44:8

**commissioner** 9:8 26:22 78:15

**committed** 78:7

**committee** 12:12

**community** 18:25

**compare** 62:10

**comparing** 79:19

**competitive** 78:16

EXHIBIT 12

**completely** 71:22

**composed** 19:24

**Compton** 4:9,19 5:2,6 67:14,18, 21,24 68:3,5,7 76:24 80:16,20,25 81:8,19,22,24

**concern** 16:1

**concerned** 63:19,22

**concerns** 15:13 18:6 66:25

**concert** 68:23 69:16,19,23,25 70:10

**concerts** 69:18 70:6

**concluded** 81:25

**concludes** 81:2

**concur** 81:19

**confer** 80:19

**Congress** 78:17

**congressional** 8:18 35:6

**consider** 19:8 34:2 51:1,4,25 54:20

**considered** 10:5

**Constitution** 78:25

**contested** 78:15,16,18

**control** 69:18

**convention** 36:12

**conversation** 59:17 62:4 67:8

**conversations** 63:8

**cook** 7:13 18:16,17,18 79:13

**cooking** 18:17,22

**cool** 5:8,23 9:18,23 15:2 21:8 36:11,16 67:17 68:10 69:7 77:2

**coordinate** 16:10,12

**copies** 41:20,25

**copy** 21:9 42:2 81:4

**correct** 12:8 22:10 25:20 33:17 35:19 40:10 49:3 63:7 73:22 77:9 78:4 80:6

**correctly** 36:4 38:11

**cost** 75:6

**costs** 12:24

**could** 14:3 39:25 41:13 43:19 51:17 63:12 65:1 77:22

**couldn't** 40:24 41:10,14 42:5 45:22

**council** 9:7,8

**counsel** 4:7 81:3

**count** 10:2

**counties** 35:7

**country** 58:2

**county** 8:20 9:7 26:21 29:7,24 53:2 78:15

**couple** 14:4 68:8

**couple-minute** 67:19

**course** 29:12

**court** 4:1,14,18 67:19 68:2 81:2, 11,14,18,20,22

**covered** 55:3

**credit** 47:11,22 48:3 79:8

**Crimsoncard** 22:22 64:11 74:2

**crosstalk** 13:23

**crowd** 9:17

**current** 10:16 11:8,11 26:12 28:4 48:22 49:4

**currently** 7:15 11:21 12:10 18:11 20:11,15 23:14 25:12 33:16 39:23 68:18 79:10

---

**D**

---

**database** 12:1

**date** 4:4 10:20 52:15

**daughter** 26:4

**day** 9:19 19:20,21,22 24:18 26:11 28:13,22 39:3 46:9 50:14 52:12 72:15,16 76:6

**day-to-day** 23:11 30:10 61:5,7 78:22

**days** 16:13

**DC** 52:22,23 53:3

**debit** 12:21

**Debs** 36:14

**December** 13:2,10,11 40:20

**decide** 39:12

**declaration** 21:9

**defendants** 4:10

**define** 20:3 25:23 51:5

**definitely** 18:24 42:18 60:2

**delete** 49:25

**democrat** 8:11,12 9:3,4 29:24 60:3

**democratic** 29:7 33:1 35:25 78:11

**democrats** 12:13,15,16,18 13:5, 16 14:17 15:6,12 16:5 19:12,15 59:21,25 78:10,12

**Dems** 19:9

**depend** 50:25

**depends** 20:3 25:23 47:17

**deponent** 4:6

**deposed** 5:16

**deposition** 4:5,15 5:24 7:4 81:2, 25

**depot** 29:6

**Derek** 4:13

**describe** 11:17 12:5 70:9

**describing** 65:3

**description** 11:15

**deter** 64:13

**did** 5:12 9:18 13:9 17:19,20 26:7 27:11 34:14 36:3 37:8,25 39:13 43:16,17,18,19,24 44:2,6,8,9,10 45:14 53:19 60:23 63:24 66:3 68:23 69:1,14,15,16,17,22,24 74:5

**didn't** 17:16 69:10 70:13

**different** 8:20 39:15 42:10 48:6 53:12 62:14 76:8

**difficulties** 6:20

**dig** 55:13

**digital** 21:6,11,17,22 22:2,5,8 55:14,16,22 56:4,16,23

**directly** 49:16

**EXHIBIT 12**

Index: director..especially

**director** 7:16,18,20 8:18 12:14 13:9 26:12

**disagree** 18:25

**discuss** 10:23

**discussed** 10:15 23:6 40:3

**discussion** 61:21 63:13

**distinction** 63:17

**district** 8:10 26:8 35:6 78:17,18

**DMV** 76:22

**do** 6:9 7:9 8:7 11:11 12:3 13:2,5,8 14:6 16:7,18 17:4,6,16 18:12,20 19:4,7,14 20:15,25 21:2,4,5 22:16,17,18,19,20,23 23:11,13, 22,25 24:4,6,14,15,16,22 25:2,8, 10,14,15 26:12,23 27:16,18,22 28:5,13,21,23 29:1 30:7,23 31:1, 4,7 33:4,7,11,25 36:23 38:9,12,20 39:1 40:16,21 42:3,16 44:23,25 45:3,8,11 46:3,12,13,25 47:1,8, 10,11,13,18,21 48:9,11,21,23 49:4,18,21 50:4,6,19 51:1,4,7,13, 25 52:2,3,16 53:2,13,14,25 54:3, 11,12,20,25 55:10,17,19,22,23,24 56:4,7,13,15,16 57:1,4,5,15 58:14,25 59:9 60:7,10,11,14 61:6, 13,17 63:1 65:8,23 68:13,15,19 70:9 71:2,7,17,18,23 72:3 73:11, 14,16,19 74:4,8 75:3,6,15 76:16, 20 77:18,21,24 78:23,24 79:3,5, 11,22 80:2 81:8,11

**doctor** 48:12,15

**doctors** 48:14

**documents** 42:15,19 57:6,9 72:16 76:7,9

**does** 6:4,11,18 7:7,18 16:9 28:4 32:15 34:4 36:1 68:4 77:10

**doesn't** 6:14 53:20 62:15 63:5 76:3

**doing** 5:3,4,5,24 11:21 14:22 17:20 18:5 29:10 33:13,16 37:11 38:11 54:8 64:7 65:6 66:4 73:9

**dollars** 70:25

**don't** 5:15 6:2,13 10:3,4 13:20,24 16:3,7 17:21,25 18:2,25 19:6 20:7,23 22:5 23:4,5,16,24 24:13 26:24 27:22 28:3 33:8 34:2,9,18 39:11 41:3,5 42:8,16,17 43:15,23, 25 44:8 45:10 46:3,4,11,25 48:23,

25 49:5,24 50:24 51:3,7,9,10,17, 18,20,21 52:14,21 53:7 54:24 55:21 56:12,19,20 57:6,15,16,19, 21,25 58:2 59:13,14 60:6,18 61:5, 25 62:7,9,10,12,13 63:22 64:1,10, 24 65:16 66:10 67:25 68:18,25 70:18,22 71:10,14,16 72:2,3,7,9, 11,20,21 73:13,24,25 74:8,24 75:5,7,18,22 76:4,19,24,25 77:17 79:18 80:2,10

**donate** 13:6

**done** 9:6 10:1 13:17 16:5 17:10, 18 28:17 73:20

**door** 7:21 27:1 62:1

**door-knocked** 8:23

**door-knocking** 8:23 10:9 60:19 74:6

**doors** 7:25 11:19,25 60:7,12,15, 20,22 61:3,12,13,22 74:9

**dorm** 56:1

**doubt** 69:18

**down** 5:25 6:10 9:19 68:1 72:6, 14,15 74:11 76:10

**download** 69:11

**dozen** 17:12 27:11 66:11

**Dr** 8:19 9:3

**drive** 26:7 27:2 28:9 34:4 39:10 44:21 45:23 46:11,14 47:25 77:10 80:1

**driven** 26:18 27:13 55:4

**driver's** 20:15,24 22:21 23:1 50:16,20 51:14,21 57:11,13,20 58:4,6 59:16 62:7,10,11,12,16 63:5 71:20 72:18,19 73:18 74:13, 21,24 75:4,16,22,23 76:2,12,17, 20 77:22 79:19,23 80:5,10

**drives** 26:25 34:1 73:20

**driving** 38:1 57:16 72:21

**drop** 69:3

**drove** 26:8 37:4,12,15

**duly** 4:22

**during** 31:18 39:3 43:22,24

**duties** 11:15,17

**duty** 57:6 71:17 73:5 78:4,24

**E**

**e-bike** 24:4

**e-bikes** 27:21

**each** 6:6,11 32:16

**earlier** 64:3

**early** 27:10 39:20 44:10 74:19

**East** 48:5 54:1

**easy** 41:5 73:6

**effects** 63:12

**effort** 57:12,17,23

**Eigenmann** 52:8

**eight** 48:6

**either** 31:6 58:2 64:17 73:13

**elected** 13:4 19:18

**election** 9:19 39:17 74:12,17,18 78:12

**elections** 13:10 17:15 39:22 78:22,23

**electric** 24:4 49:11

**electricity** 49:8,14

**electronically** 49:16

**Elias** 4:11

**else** 10:1 23:2 24:22 25:6,22 27:18 29:20 31:10 37:5 49:9 54:8 58:25 65:10 66:12 76:25 77:1

**email** 49:23,25

**encompass** 32:15

**encompasses** 32:15

**end** 44:25 45:8

**engage** 19:7

**enough** 60:14 72:12,17

**enrolled** 79:8

**entail** 7:19

**entails** 7:20

**enticed** 17:1

**especially** 18:1 63:13

**EXHIBIT 12**

**estimation** 26:10

**Eugene** 36:14

**Evansville** 35:7 36:9 37:13

**even** 21:14 46:4 72:9,20,21 74:13

**event** 16:17 36:14 65:2

**events** 71:2

**ever** 5:16 6:13 10:13 21:11 23:19
24:1 25:8,18,21 27:16,23 29:20
41:20 42:21 50:8 55:4,21 61:13
63:24 73:23,24 74:5

**ever-changing** 54:15

**every** 7:2 28:13 30:25 31:6 32:7,
12 36:1 49:12,17 61:21

**Everybody** 5:14

**everything** 49:9 75:24

**exact** 52:15

**exactly** 6:16 46:15 51:21

**EXAMINATION** 5:1 77:5

**examined** 4:23

**exceptions** 29:6

**exclude** 27:22

**excuse** 19:21

**executive** 13:18 15:11

**Exhibit** 69:6

**exist** 21:19

**expect** 56:13,15

**expedited** 81:10

**expensive** 37:10 70:23

**expire** 76:4

**expired** 23:4 38:12,15 76:3

**explain** 14:21 71:19 75:8

**explicitly** 15:4

**expressed** 15:13 16:1 18:6

**extremely** 31:21

---

**F**

---

**face** 38:17 62:2

**fact** 4:17 79:25

**Fair** 60:14

**fairs** 8:20

**fall** 44:7

**familiar** 21:18

**family** 35:18 40:8 44:4

**fan** 31:23

**fantastic** 5:4

**far** 24:20,25

**February** 4:4 27:10 36:19

**federal** 4:16 17:2 78:23

**fee** 51:14,19

**fees** 50:16,19,24

**few** 5:7 17:12 33:2 35:4,8 36:20
42:23 43:13 55:14 66:10,11 67:16
71:5 77:3

**field** 7:16,18,20 8:18 26:12 54:16

**filing** 12:19

**fill** 17:4,8,9 53:24

**final** 81:10,11

**finance** 12:14,20 13:9

**find** 8:3 76:8

**finding** 76:7

**fine** 51:12 67:24 76:3

**first** 4:22 5:9 16:11 20:14 36:2
37:10 39:15 43:6,7 47:20 52:12

**five** 26:5 31:18 38:18 43:1 44:20

**fix** 6:23 53:1

**flat** 23:14,15,18

**Floor** 52:8

**flu** 48:18

**follows** 4:23

**foot** 9:9

**football** 43:6,11

**for** 4:8,9,12 5:5,10 6:2,11 7:22
8:7,8,9,19,25 9:13,24 10:13
11:11,17 12:1,13,14,22 13:10,14
17:9 19:18,23 25:4 26:3,4,5,13,
22,23 28:8 35:5 37:2 39:21 40:17
41:16 42:6 44:9,23 45:11,14,25
46:18,25 47:3 49:4,5,8 51:14,20

52:22 53:7,24 54:3 57:2 67:23
68:5 69:3,22,25 70:25 71:8,11
72:22 73:6 74:19 75:24 77:21
78:9,20 80:22 81:13

**forget** 73:23

**form** 14:11,20 15:8,15,23 17:9,23
20:19 21:24 22:11 24:10,11 28:1,
11 29:3,22 30:4,12 31:13,17 32:4,
24 33:20 34:12,23 37:17 38:23
40:4 41:2,12,16,22 42:1,6 46:22
47:3 50:11,21 51:2,16 52:4,20
53:24 54:9,23 55:1,7,11,20,25
56:10,17,24 57:14,18,21 58:17
59:1,7,12 60:5,17,25 61:15,19,24
62:8,17,20 63:21 65:12 66:1,16
67:3,12 68:17,21 71:9,21 72:7
73:3,12 74:3 75:17,20 80:16

**forms** 16:23 17:2,4 22:23 72:4,5

**four** 26:11 31:18 32:16 36:18
43:1 44:20,24 46:15,16 50:7
71:25 72:1 77:12

**four-hour** 46:11

**frankly** 71:12

**freshman** 65:15

**friend** 25:8,16,19,20 33:9,10 34:2
37:4,12 59:9 62:15,25 64:4

**friend's** 26:15 31:25 32:6 33:19

**friends** 33:11,25 37:2,6 39:2,11
55:22 56:4 58:14,18 59:14,20
62:6 63:9 64:6 66:22 79:15,19,23
80:2

**friends'** 27:16 31:1,3 32:22

**from** 16:4 21:16 22:3 23:10 24:1,
14 25:8,19,20,21 27:18 30:22
32:8,9 33:15 36:5 37:23 44:25
48:10,21 49:25 51:7,19 54:11
58:12,19 63:3 64:14 66:23 69:8
71:24 72:7 79:11,16,25 80:7,13
81:17

**full-time** 7:9,10,12

**fun** 13:8

**fundraiser** 13:1 19:20

**further** 80:22

**future** 11:22 52:17 55:10 68:13,
16

**EXHIBIT 12**

## G

**game** 43:4,5,6,11 70:20,21 71:1,5

**garbled** 6:21

**gas** 49:9

**gave** 8:22 11:14

**gears** 79:1

**geez** 36:19

**general** 11:15 39:16 63:23 66:14 74:11 78:4,12

**get** 5:20,21 8:2 12:3 13:9,12,25 15:22 17:22 18:7 20:20,24 21:14, 21 22:12 23:10 24:1 27:4 28:13 29:11 31:4,8,24,25 33:4 34:16 36:5,24 37:7,25 39:8,14,25 42:13 44:21 45:3 46:10,14 48:8 49:25 50:16 56:1,7,8,13 57:9,12,17,20, 23 58:2,3,8,11 59:10,15 61:18 62:2 66:22 68:15 69:22,24 71:20, 23 72:6,18,22 74:12,21,25 75:3,9, 15 76:1,11,17 77:22

**gets** 5:14 7:1 17:1 27:1 74:12

**getting** 14:10,19 15:7,14 45:20 50:20 51:14 60:24 63:1 72:23 73:17 74:23

**give** 6:10 7:3 22:12 26:10 30:13 67:14 70:24 72:19 76:13 80:18

**give-and-takes** 6:10

**gives** 40:18

**giving** 18:24 21:20

**glad** 5:12

**global** 13:5

**go** 5:19 7:10,25 14:12,21 15:1 16:22 18:15,18 23:20 24:11 25:4, 17 27:7 28:2,23 29:1,8,13,14 30:11,14,17,18,21,24 31:10 32:4, 9,23 33:1 34:15,24 35:9,15 36:3, 21 37:17 38:23 39:4,5 40:21 45:4, 19 46:9 47:4 50:22 52:23 55:8 59:10,15 60:19 62:1 67:15,22 68:23 69:16 71:2,5,20,23 72:6,14 73:16 74:3,12,21,25 75:8,13 76:6, 8,9,10 77:18

**goes** 27:1

**going** 5:6,19 12:23 13:21 14:10,

18 15:6,22 17:21 31:19 32:3 34:5 39:5,8,9,10,12 44:13 50:5 52:9,19 54:10,12 55:4 56:20 57:1,8 59:10, 15 61:20 63:11,15,16,25 64:9,13, 25 65:18 67:10,15,23 69:3,6,10 72:15 73:17 74:21 76:6,7

**gone** 5:12 29:21 30:2 35:1,2,4,21

**good** 10:25 11:5 20:22 27:21 28:20 34:17 35:25 49:15 75:1

**got** 6:10,23 9:22 12:24 13:13,15 22:12 30:13 36:6,15 37:21 39:6 66:5 69:11 75:14

**gotten** 20:18

**Governor** 9:20

**grab** 45:19 75:13

**grabbed** 44:19

**graduate** 52:19

**grandfather** 42:9

**great** 6:13 7:6 16:19 18:17 69:24

**groceries** 25:5

**grocery** 30:23

**group** 4:12 19:24 20:2 36:12

**groups** 53:14

**gubernatorial** 9:21

**guess** 13:14 19:10 24:17 25:23 37:21 39:11 41:13,19 43:12 44:4 47:6 80:12 81:17

**guilty** 6:7

**guy** 18:23 26:22 59:18

## H

**had** 8:13 10:13 18:9 19:20 21:11 29:13 31:21 37:14 38:1,10 43:10, 17 48:18 51:20 59:24 61:21 63:8 70:3 72:2 75:1

**half** 27:11 45:18 50:13

**Hall** 16:15 52:8

**Halloween** 19:21

**hanging** 25:15

**happen** 65:1

**happened** 15:20 18:9 42:25 52:6

**happening** 18:10 34:8 74:18

**happens** 34:7

**harder** 57:2

**Hardly** 23:19

**has** 11:8 13:16 15:12,19,20,21,25 18:5 23:15 28:15 31:20 42:24 67:9 73:23,24

**hasn't** 34:8 59:21,25 60:3

**hassle** 29:9

**have** 4:12,14 5:12,16,25 6:8,10, 20 7:12,15 8:13 9:6,11,14,16 10:1,12,13 11:25 12:20,21 13:10, 18 14:9,10,17,18 15:5,6 16:5,10, 12,16,23,24 17:2,10,18,25 18:5, 16 19:16,17,18,19 20:10,15,23,25 21:2,4,7,9,11 22:2,3,4,16,18,20, 22,23 23:3,11,13 24:1,4,6 25:13, 14,21 26:18 27:2 29:8 30:2,13 31:1 33:7 34:20,25 35:1,2,4,11, 13,20 36:10 37:1,16 38:2,10,12, 20 39:1,6 41:20 42:2,11,21 43:17, 20 44:21 46:6,7,8 47:11,13,18,21 48:9,12,15,21 49:1 50:8,13,15,16 52:21,24 53:7,16,20 54:3 55:4,9, 15,22 56:4,5,18,22 57:6,9,12,15, 17,19,23 58:3,8,11 59:10 61:16, 21,22 62:7,9,11,16 63:5,8,12 64:10,16,20 65:13 66:25 67:23,25 68:8,11,18 70:1,3,4,6,15 71:23,25 72:4,6,9,11,13,16,17,21 73:20,25 74:24 75:23 76:16,24,25 77:3,18, 21,24 78:14,15,17 79:22,23,25 80:2,4,5,10,21

**haven't** 10:15,16 20:18 28:10 40:3 56:25 57:11 59:24 72:8

**having** 4:22 12:20 15:13 21:21 44:3 48:1 60:24 62:3 63:1

**he** 9:4 26:23 27:2,3 42:11 49:13

**he's** 42:10

**head** 6:1 29:23 56:21 59:2,3 61:20

**headquarters** 29:7,25 33:2,24

**heard** 15:5

**heck** 45:20

**held** 4:5

**help** 17:4

**EXHIBIT 12**

**her** 18:17 26:3,4 56:21 62:24

**here** 5:25 6:9 7:17 9:8 21:8 27:21 45:18,20 46:7,15,16 48:6 63:7 64:18 65:22 67:16 68:9 69:6 76:15

**hey** 7:21 13:5 14:3 16:13,18 17:21 39:2 49:23 59:15 62:9 64:8, 15 65:14 72:20 75:25

**Hi** 5:3

**high** 61:10

**Hill** 53:15,17

**him** 8:25 34:2,10 49:12,14

**his** 27:3

**holiday** 36:1

**holidays** 40:9

**home** 30:18 36:6 40:11 42:2 44:3,9,21,22 46:10 64:17

**homes** 31:1,3

**honest** 23:21 41:7

**honestly** 19:16 23:5

**hop** 28:16,17

**hospital** 48:17

**Hot** 16:25

**hour** 45:18 67:23 79:12,14

**hours** 7:14 26:11 36:5 44:20,24 46:4,15,16 71:25 72:1 77:12 79:3, 5,8

**house** 7:17 8:9,10 24:24 29:12 32:1,6 77:11 78:18

**houses** 32:22

**housing** 48:25

**how** 5:3,4 7:7 12:23 13:9 17:10 18:1,18 20:3 23:10,17 24:16,20, 25 25:23 26:7 28:13,18 31:4,15 32:12 33:4,18 34:7,15 35:11,20 36:10,23 37:8,25 38:8 39:8,13 40:11,13,14,15,16,18 42:24 44:17,23 45:3,17 46:13 47:18 50:6,24,25 51:6,22 53:8 60:19,20 62:6 66:3 68:3 69:22,24 70:10,21 75:3,5,6 76:20 77:10 79:3,5,8,11

**Huffman-oliver** 8:9

**huge** 31:23

**hundred** 66:10 70:25

**hundreds** 66:6

**hunt** 76:8

**hurting** 50:24

--------

**I**

**I'LL** 21:15

**I'M** 5:12 42:18

**I'VE** 23:21 69:11 75:14

**ICE** 61:8

**ID** 10:14,17 11:8 13:17 14:4,10,19 15:7,14,22 16:5 17:22 18:7 20:10 21:4,6,21,22 22:1,9,20,23 39:24 48:9 55:14,16 56:8,16 57:10,17, 21 58:11,16 59:10 60:14,24 61:18 63:2 68:15 72:23 73:25 74:3 75:1, 24 76:5,17,20

**idea** 56:18 62:9

**identify** 4:7

**IDS** 21:12,17 55:22 56:4,5,23

**if** 6:13,14,20 10:4 14:14 15:19 16:7 18:1,9 21:8 22:3,4 25:4 26:24 33:8 34:10,14 38:10 43:19 46:4,5 51:3,7 57:15 58:21 59:5 61:6,10 63:1 64:3,10,20 65:1 70:18 72:10 73:24 74:11 76:16 80:10 81:3,17

**IHOP** 7:13 18:15 25:16 30:17,22 31:24 32:8,10 54:4 79:3,11

**impact** 14:3 78:22

**impair** 7:3

**impossible** 71:8,10,14,16

**IMU** 16:16

**in** 4:3 6:8 7:4,17 9:8,10,16,19 10:6,19 11:3,4,17,21 12:24 13:2, 10,13,17 14:4,10 16:13 17:15,17 18:18 19:7 20:2,8,20 21:9 23:5,10 26:4,12,19 27:13 28:18 29:16 30:10,25 31:6,8,22 32:7 33:11,18 36:1,2,7,19 37:20,21 38:3,4,8,13 39:13,16,21 40:20 41:10 42:8,11 43:4,10,11,13,16 44:3,6,10,12,17 45:1,9,11 48:6,14,15 50:17 51:20 52:9,10,12,16,22,23,25 53:1,3,4,8 54:6,18 55:5,10 56:2,8,20 57:10

58:15,22 59:10 60:21 63:22 64:9, 12,14,15,18,19,22 65:17,22 66:14 67:8 68:13,15,23 69:3,20 71:8,11, 12 72:16 73:10,15 74:19,23 76:22 77:7,25 78:7,10,11,17 79:8 81:5

**in-state** 14:14

**included** 81:5

**inconvenience** 73:2,4,6

**inconvenient** 74:13

**incorporated** 49:10

**Indiana** 4:3 7:10,17 12:14,15,16 17:15 19:13 20:15,24 21:4 22:20 25:25 26:19 27:14 35:25 39:13 40:3 43:5,11 45:11 48:5,10,13,15, 16 50:17 51:25 52:3,7,11,13,16 54:1,6,18,25 55:5 57:12,17,22 58:4,12,19 59:16 60:19 64:13,14, 16,18,19 65:15 71:8,11 72:18 76:17 77:22 79:16,23 80:5,8,10

**Indianapolis** 4:3 14:5 35:4,20 37:8

**indigent** 51:1,4

**Indy** 36:5,7,8

**inform** 64:25

**informed** 65:19 78:20

**inherently** 19:9

**inside** 16:15

**inspector** 42:9

**Instagram** 14:2

**instead** 21:22

**instruct** 14:25

**instructions** 5:20

**intend** 52:16 54:25 56:7 68:13,15

**interact** 14:6

**interested** 78:7

**intern** 53:16

**international** 38:2

**internship** 52:22 53:3,15

**internships** 53:13

**interrupt** 6:7

**into** 5:21 18:15 25:4 49:10 56:1 57:21 72:8 75:15 76:1

**EXHIBIT 12**

**investigated** 41:24 58:3,8,11

**invited** 36:12

**involve** 16:9

**involved** 13:17 20:8 52:25

**involves** 16:10

**is** 4:1,4,5,6,18 5:6,25 6:9 7:1,20, 22,23 8:2,6,8,9,11,12,24 9:3,4,15, 25 10:4,19,20,25 11:1,2,18 12:19, 23 13:7,22 14:3,13 15:12 16:7,17 18:4,19,24 19:6,9,24 21:6,7,8,10, 13 22:9,20 23:14,18 24:7,20,21, 23,25 25:16,18 26:3,4,21,25 27:23 28:18,20 29:5,6,10,24,25 30:7,22 31:5,7,10,19,22,23 32:2, 19 33:6,8,9,10 34:17 35:10,15,18 36:8,19 37:11,22,23 38:15 39:10, 24 40:9,17,18,19,24 41:5,14,19 46:2,10,15,24,25 47:1,6,8,9,15,23 48:4,6,7,25 49:2,5,6,7,10,11,15, 16 50:6,7,10,12,23 51:3,12,14,19 52:10,12,25 53:3,4 54:10,11,15 55:16,17 56:20 57:1 59:10,16,19 61:6,10 62:23,24 63:1,3,6,7 64:8, 9,13,20 65:9 66:8,12 67:7,10 69:3,6,8,14,24 70:18 71:12,17,22, 23 72:5,7,10,11,22 73:1,2,4,9,10, 13,14,15 74:13,17,18,23 75:12, 14,24,25 76:3,14 77:8,13,14,16, 25 78:1,3,4,6 80:8 81:13,14,17

**isn't** 72:11

**issue** 10:15 11:8 39:24 61:18

**issues** 61:4

**it** 5:14 6:6,14 7:1 8:2 11:18 12:5, 19,23 13:7,10,14,20,21 14:5 16:7, 11,19,20 17:1 18:9,10,19,20 19:5, 22 20:3 21:7,8 22:6 23:14,15,16, 18,21,22 24:1,17,21 25:17,23 26:3,5 27:3,11 28:16,17,20,21 29:10 31:19,20,23 33:8,9,10 34:8 35:5,10 36:14,19,20 37:11 39:6, 12 40:17,19 41:5,10,14 43:21,22 44:2,19 46:10,15,17,24,25 47:1,2, 6 48:2,8,25 49:5,6,10,16,25 50:5, 7,10,12,13,25 51:10,17,24 53:4,7 54:16 55:4,15,17,18,21 56:2,3,13 57:1 59:4,25 60:3 61:6 62:14,24 65:2,10,11,21 67:18 68:2 69:6,9, 11,17 71:7,10,11,12,14,16,22 72:5,11,25 73:1,4,6,9,10,11,13, 14,15 74:11,13 75:1,3,6,12,15,19, 24,25 76:2,3,9,14 77:4,10,13,15

78:3 79:4 81:15,16

**it's** 16:25 22:15 65:14

**IU** 9:10 16:12 21:17 47:22 48:2,3, 17,21 56:8,13,15,20,22 70:13

**Iversen** 26:22

---

## J

**J-O-S-H** 5:11

**James** 4:9 5:6

**January** 40:20

**Jeffersonville** 9:19 37:20,23

**Jennifer** 9:21

**job** 7:15,18 11:17 13:12,15 16:4 26:12,13 28:4 79:6,11

**jobs** 7:12 8:13,15 9:1,5 54:13

**Josh** 4:6,21 5:11 20:20 21:25 22:12 24:11 28:2 29:4 30:13 34:24 46:21 47:4 50:22 55:8 56:11 67:4 77:7 80:23 81:3

**July** 44:3,6

**jumping** 6:8

**junior** 7:11

**just** 6:22 9:6,16,23 11:1,18 13:4, 24 14:16 16:25 19:16,20,23 20:20 22:12 26:20 28:9 31:24 32:7 33:9 38:14 39:18 41:24 43:3,12,13 44:19 46:10 49:12,25 58:20 61:25 63:22 64:8 65:14,15 66:14 67:14 68:8 71:19 76:5,12 78:24 81:14

---

## K

**Katie** 4:13

**keep** 12:24 64:23 76:5

**keeps** 10:20

**kidding** 25:14

**kids** 23:24 61:7

**kids'** 38:17

**kind** 10:21 11:4 12:25 13:25 49:5, 6 64:21 71:6

**Kings** 9:15

**knew** 64:3

**knock** 11:19,25 60:7,12,15 61:13

**knocked** 60:21,22 61:1,22

**knocking** 61:12 74:9

**knocks** 27:1

**know** 6:17,21 8:3,5,20 9:16,24 10:4 11:1,14,23 12:2,21,22 13:1, 3,4,20,25 14:1,3 15:18 16:7,15, 20,23 17:25 18:1,2 19:19 21:17, 19 23:4,5,24,25 26:20,24 27:20, 21 31:10,22,24,25 32:6 34:9,18 39:12 41:3,4,5 42:10,11,12,13 43:3,15,23,25 44:1,9,20 46:3,4,7, 9,11 48:25 49:24 50:4,6,23,24 51:3,8,9,10,18,20 52:21 53:8,9, 10,12 55:21,24 56:2,19,20 58:14, 21,24,25 59:5,9,14,15 61:8 62:13 63:1,22 64:1,8,10,19,21,24 65:14, 16 66:10,17 68:18,19 69:10 70:13,18,22,25 71:4 72:1,7,10 73:24 74:12 75:3,5,6,18 76:1,16, 19,20,22 77:15,17 78:10,14,19, 21,23 79:22,25 80:4

**knowledge** 21:16 22:3

**Kroger** 24:23,25 25:5 30:25

---

## L

**last** 5:10 9:20 17:15 25:25 26:1, 18 37:2 43:14 44:6 45:14 52:22 53:4 65:17 70:22

**lasts** 38:18,19

**lately** 31:20 34:8

**later** 59:16 76:4

**law** 4:11 14:15 17:14 18:2 53:13 64:9 65:1 71:12

**laws** 65:16

**lawsuit** 10:19 11:3

**lawyer** 10:20

**leader** 37:14

**League** 12:11

**least** 16:13

**left** 67:25

**legally** 17:9

**EXHIBIT 12**

**legislature** 64:10 65:19

**lent** 25:25 26:1

**less** 31:19 32:19 66:11 70:25

**let** 22:8 30:13 36:4 72:23 76:15

**let alone** 54:16

**let's** 7:6,18 8:17 12:5 31:15 34:19 38:9 39:4 40:14 45:19 51:13 67:22

**license** 20:16,24 22:21 23:1 50:16,20 51:14,21 57:11,13,20 58:4,6 59:16 62:7,10,12,16 63:6 71:20 72:18,19,22,23 73:18 74:13,21,24,25 75:4,16,22,23 76:2,12,17,20 77:22

**licenses** 62:11 79:19,24 80:5,10

**lie** 26:20

**lied** 44:10

**life** 23:11 30:10 38:3,4 61:5,7 73:16 78:22

**like** 10:2,3,7,8,9,10 11:2,14 12:10,19 13:5,12 16:12,24,25 17:1 18:13 19:17 24:7,8 25:4,11, 16 26:24,25 27:21,22,23 29:10, 17,18 32:6 34:19 36:5 38:10 41:5 42:12,19 43:9,15,22,23 44:4 48:6, 17 50:13 51:18 53:12,13 56:1 57:10 59:13,23 62:1,11 64:20,22, 24 65:14 66:14 70:10,16,17 72:2 74:6 81:9,16

**line** 28:20 34:15 36:4 72:16

**lined** 52:22

**lines** 29:11 50:12 72:15 76:11

**lists** 8:24 11:24 12:2

**literally** 37:23 75:23

**litigation** 10:23

**little** 8:2 27:3 36:11 55:13,15 72:19 76:7,13 79:1

**live** 49:2 77:7

**lived** 39:18 52:12 71:4

**lives** 35:18

**living** 52:9

**local** 13:3 78:21

**located** 4:3

**location** 39:19

**long** 16:20 40:13,16,18 44:17,21, 23 45:17 46:13 68:3 75:3,5 76:20, 22 77:4,10

**longer** 77:13,16

**Longmont** 47:25

**look** 53:11 67:16 69:3,9 75:15,19

**looked** 41:20 72:8

**looking** 53:14

**lose** 6:22 41:4 56:2

**losing** 41:18

**lot** 9:14 12:19 16:8 17:14 26:8,9 41:5 46:2,20,24 51:18,23,24 52:25 54:4 58:5 63:13,14 67:25 73:16,18

**Louis** 35:2,3,11 36:6,21 37:3 46:11 48:14 69:20,22,25 70:17 77:8,19

**Louisville** 37:21,24

**love** 18:17 43:17

**loving** 18:20

**lunch** 37:21 44:19 45:19

---

**M**

**M-O-N-T-A-G-N-E** 5:11

**made** 13:19 57:12,17,23

**mail** 42:5,9,11,13,16,17,18,20 72:2

**mailman** 42:12

**main** 30:18

**mainly** 8:7

**major** 31:21 73:4

**make** 6:4,14,16,18 8:1 11:24 12:2 13:24 14:1 30:14 53:10,11 57:1 79:11,12

**makes** 18:4 71:7,10,11,14,16

**making** 38:9

**mall** 30:21 34:6

**man** 46:10 62:9

**many** 10:24 17:10 35:11,20 36:10 40:13,14,15 42:24 47:18 60:20

62:6 66:3 70:10 73:22 79:3,5,8

**March** 17:17 43:4,23

**material** 5:22

**math** 38:9,11

**matters** 81:5

**Max** 4:11 14:21

**may** 4:14 14:22 27:10 74:18 76:2 77:15,19,25

**maybe** 11:1 16:14 19:1 23:7,21 24:17 27:11 30:25 31:18 33:2,21 34:17 35:12,22 36:18 43:1,23,24 44:19 45:18 56:18 64:13,19,22 65:21 66:10,11,23 67:6 68:18 72:6,7,11,14,17 75:18 77:15

**Mccormick** 9:21

**me** 4:12 6:22 18:18 19:21 22:12 26:1,10 27:2 30:13 31:6 33:5 34:1 36:4,12,25 37:2,12 38:9 39:2,12 41:4,6 42:10 43:13,15,18 44:4 45:19 49:13,23 50:24 57:5,20 67:14 68:5 70:1,24 71:11,19 72:19,22 73:6,8 74:23 75:8,13 76:13,15 80:18 81:15

**mean** 7:12 8:2 9:6,24 13:13 16:7 19:9 20:3 22:22 23:3 25:23,24 29:5 30:24 31:18 33:1 34:1 35:5,6 37:19 41:18 43:15 46:3,20 51:17 54:11,15 57:5 65:8 66:5,17 70:17 75:11 76:25

**means** 6:1,6 51:3,8,9,11

**medications** 7:2

**meet** 36:15

**meeting** 12:22 19:16,17 59:24

**meetings** 8:21 59:22 60:1

**meets** 16:20

**member** 12:11 15:12

**members** 14:6,17 15:5

**men's** 43:5

**mention** 60:23

**mentioned** 36:9,23 40:8 55:14 77:7,25 78:3 79:15,18

**messages** 11:20,21

**Michigan** 64:22

**EXHIBIT 12**

**might** 15:6 23:3 28:9 43:20 49:23 52:21,23,24 62:18 64:12,15 65:17 68:19 76:19 77:16

**miles** 50:7

**mind** 9:15

**mine** 62:25

**minute** 19:4 43:20 59:4 70:22

**minutes** 77:16

**Mischaracterizes** 30:5

**miss** 72:14

**Missouri** 23:1,5 38:13 45:24 47:25 51:20 57:19 58:6 71:24 72:19 75:23 76:2,12,17,23

**MLS** 70:19,21 71:1

**mom** 41:8

**mon-tain** 5:13

**money** 13:7 19:22 39:7 49:12 50:23 74:25

**Monroe** 29:6,24

**Montagne** 4:6,21 5:3,11,17 7:9 38:8 52:1 67:15 68:9 80:25 81:3

**month** 30:25 33:2 34:9 49:13,17 54:16,17

**months** 26:6 35:8 36:18,20 65:17

**more** 6:2 10:7 13:15 19:1 32:18 51:7 55:13,15 56:16 76:15 78:22

**Most** 28:20

**mother** 41:6

**Motor** 50:4

**motorized** 24:7 27:23

**move** 54:25

**moved** 25:25 43:13 48:13,16 52:7 65:15

**movie** 29:11,14

**movies** 29:25

**Mr** 4:9,11,19,20 5:2,3,17 7:9 14:11,20 15:8,15,23 16:2 17:23 20:19 21:24 22:11 24:10 28:1,11 29:3,22 30:4,12 31:13,17 32:4,24 33:20 34:12,23 37:17 38:8,23 40:4 41:2,12,16,22 42:1,6 45:25 46:21 47:3 50:11,21 51:2,16 52:1,

4,20 54:9,23 55:1,7,11,20,25 56:10,17,24 57:14,18 58:17 59:1, 7,12 60:5,17,25 61:15,19,24 62:8, 17,20 63:21 65:12 66:1,16 67:3, 12,14,15,18,21,22,24 68:3,4,5,7, 9,17,21 71:9,15,21 73:3,12 74:15 75:10,17,20 76:24 77:3,6 80:16, 18,20,21,25 81:7,8,9,13,16,19,21, 22,24

**much** 12:23 17:16 32:12 34:8 38:17 49:13,14 50:24,25 51:22 70:21 74:17 75:6 76:4 79:11 80:22

**multiple** 24:17,18 28:22 50:12

**municipal** 39:16

**music** 18:19

**must** 70:1

**my** 4:1,12 5:5 6:2,21 7:22 8:24 11:1 15:1 20:13,20 21:13,16 22:3, 13 24:23 25:16,24 28:15,20 29:12,23 30:14 32:2 34:1 36:2,25 37:2,3,12 38:3,11 39:2,11 41:4,6 42:8,9,19 43:7 44:12 45:5 46:2,5, 8,13 47:1 49:1,7,11,16 50:23 51:6,20 52:7,22 53:4 54:5 55:17 57:5,19 58:18 59:2,14,20 61:20 62:2 63:3 64:6 66:17 69:25 70:18 71:4,12,24 72:6,18 73:5,16 76:2, 6,11,15 78:10,17,24 80:19

**myself** 8:23

_____

**N**

**name** 4:1 5:6,10 9:13 11:3 26:3 33:7,8 48:1 62:24

**named** 26:22

**names** 64:2

**narrower** 66:18

**national** 43:8

**near** 28:15 29:6,12 52:16 68:13

**nearest** 50:4,6

**necessarily** 70:14

**need** 6:3 8:3,4,5 11:23 12:22 17:6,8 20:20 53:1,2 57:22 68:19 75:22,24

**needed** 34:10,14

**needs** 8:3

**neighborhood** 23:24

**neighborhoods** 8:5

**network** 28:18

**never** 22:1 29:10 37:11 41:24

**new** 59:10

**next** 32:2 46:13 53:7,21 81:20

**no** 5:18 7:5 9:2,15 10:3,11,15,18 11:10,13 15:24 17:5,15 19:6 20:1, 5,7,9,17 21:23 22:3,22 23:3,8,12 24:5,13 25:3,7,14,24 26:14 27:7, 17,19,25 28:3,7,12 29:19 31:14 33:1,15 34:1 35:9 37:7 38:9 40:5, 6,7 41:23 42:2 44:8 45:2,5,10 47:9,12 48:23 49:20 50:3,9 53:18 54:17,22,24 55:2 56:1,9,12,14,18, 25 57:11,15,19,25 58:10,18 59:13,24 60:2,6,16,18 61:25 62:9 67:11,13 68:12,14,22 69:10,11 70:7,12,15 71:16 72:22 74:8,14, 17,23 76:22 77:20,24 80:1,4,21

**nods** 6:1

**non-bus** 29:15

**non-profits** 53:14

**none** 61:1

**Nope** 21:1,3 58:13

**normal** 81:14

**normally** 23:17

**not** 5:14 9:2 10:11,18,23 11:7,10, 21 12:10 14:13,14,15,25 15:4,10, 12,17,18,22,24 18:8,11 19:3 21:19 22:7,20 23:3,18 24:3 27:15, 24 29:23 30:24 31:14,22 34:13,19 37:19 39:12,23 40:5 41:8,19 42:16,18 43:8 50:1 51:9 53:9,20 56:18 57:5 58:1,5 59:2,17,19,23 60:2,6 61:12,20 62:5,18,24 63:3,6 64:6,12 65:21 66:2 67:6 71:1,4 73:9,14 74:24 75:18 76:3 77:14 79:22 80:4,13

**notary** 4:17

**notes** 20:13 67:15 76:15

**nothing** 23:6 24:9 25:13

**November** 39:16 44:11,18

**now** 11:12,21 13:12 19:3 34:19 36:19 38:9,21 43:9 44:1 54:17

**EXHIBIT 12**

56:16 57:7 74:4 76:4 77:1

## O

**O'FALLON** 47:25

**oath** 4:18

**object** 14:11,20,22 15:8,15,23
17:23 20:19 21:24 22:11 24:10,11
28:1,11 29:3,22 30:4,12 31:13,17
32:4,24 33:20 34:12,23 37:17
38:23 40:4 41:2,12,16,22 42:1,6
46:21,22 47:3 50:11,21 51:2,16
52:4,20 54:9,23 55:1,7,11,20,25
56:10,17,24 57:14,18 58:17 59:1,
7,12 60:5,17,25 61:15,19,24 62:8,
17,20 63:21 65:12 66:1,16 67:3,
12 68:17,21 71:9,21 73:3,12
75:17,20 80:16

**objection** 4:17 16:2 20:20 30:14
45:25 71:15 74:15 75:10

**obstacle** 50:20

**obviously** 13:13 42:13 64:18

**occasional** 79:13

**occasionally** 6:7 7:13 30:21
31:24 32:6 77:15

**October** 36:20 37:2

**of** 4:2,16 5:19,25 6:1,7,8 8:24
9:14,16,17 10:3,11,12,18,21 11:2,
4,7,8,14,15,24 12:11,13,16,19,25
13:7,13,19,25 14:4,6,9,13,14,17
15:5,10,11,17,19 16:8,24 17:10,
14,18 19:3,12,14,24 20:6 21:11,
20 22:7,20,23 23:20 24:3,6 25:15
27:20 28:4,6,14,20 29:1,12,20,23
31:11,14,23 32:2 34:21 35:3
37:14,19,22 38:16 39:11,16,24
40:3,5,6,19 41:18,20,25 42:4,14
43:6 45:1,8,20,21 46:17,24 47:9,
22,23 48:1,7 49:5,6,16,17,21
50:1,4,23 52:5,11,14,25 53:4
54:12,17,20,25 55:22 56:8,13,20
57:9,21,25 58:1,5,14,18,23 59:2,
8,17,23 60:6,8,12,23 61:1,8,9,13,
14,17,18,20 62:2,6,12,15,18,19,
22,25 63:13,14,24 64:4,16,21,25
65:23 66:6,7,12,20,25 67:9 68:8,
19,25 69:18 70:11 71:6 72:4,5,10,
12,17 73:13,16,18 74:3 76:6 77:8,
19,25 79:15,23 80:14 81:3,4

**off** 9:15 18:16 20:13 29:23 44:2

46:6 49:2 59:2 61:20 67:22 72:13
75:13 76:10

**off-campus** 48:25

**offer** 28:5

**offered** 28:9

**office** 13:4 19:19 50:5

**officials** 19:18

**often** 23:17 24:14,16 26:7 28:21
31:15 32:23 33:12,18 34:7 40:11

**oh** 5:4 12:19 18:15,23 21:10
23:20 25:11 36:3,19 38:9 42:23
44:1,19 45:18 54:15 62:22 69:10,
11,12 70:22

**Ohio** 43:7,10

**okay** 5:16,19 7:8 8:11,13 9:3,5,11
10:12,16 11:11,14 12:17,22 13:24
14:9,13 15:5,25 16:4 17:4 18:12
19:4,7 20:2,8,10,25 21:17,20
22:1,18 23:2,6,9,11,15,17,22
24:4,14,20,22,25 25:2,8,21 26:1,
7,12,15 27:12,16 28:4,8,13 29:1,
20 30:7,19,23 31:1,4,5,8,15 32:9
33:4,8,11,14,18,22,25 34:3,7,10,
14,19 35:13,15 36:9,21 37:1,5,8,
13,16 38:2,12,14,20 39:10 40:2,6,
11,16,24 41:14 42:4,21,24 43:2
44:15,25 45:11,17,21 46:17 47:7,
11,20,23 48:12,19,24 49:18 50:4,
8,15,19 51:4,23,25 52:16 53:6,16,
19,22 54:18 55:3,19,22 56:7,15
57:1 58:20,25 59:9 60:7,10,14,23
61:17 62:14,19,23 63:5,8,17 65:5,
20 66:3,12 67:7,14 68:13,15,19,
23 69:4,11,22 70:2,8,12,21 71:2,
7,14,17 73:17,20 74:5,11 75:8
76:15 80:20,21 81:18

**old** 38:8

**Olivia** 68:23

**omelets** 18:23

**on** 5:24 7:2,16 8:18 9:6,9 10:13
11:8,11,12,19,25 12:12 13:6,14,
18 14:2 15:11 16:5,16 21:13,14
26:11,21 27:1 28:16,17,23 29:1,
21 30:2,9 31:11 32:12 34:15
35:15 39:3,6,17,18 40:8 46:2,5
48:22 49:11,14 50:25 53:15,16
54:4,5,8 55:17,18 56:20 57:16,25
59:24 60:3,4,7,8,12,15,21,22
61:1,12,13 63:7 66:5 68:11 69:20

70:11,13,17 71:1 72:21 73:6,7,16
74:9,18 75:12 76:7 77:10,17
78:12,21 79:4,13

**once** 25:9 29:7,25 30:25 31:6
32:7 33:21 35:4 36:11,23

**one** 5:14 7:1 8:13 9:16 13:11
16:24 17:19 19:20 20:18 21:11,13
22:2 24:1 26:25 29:9,12 30:13
36:6 37:2,12 38:5,19 39:11 41:19
45:5 47:17,20 48:7,17 57:19,22
58:2 62:22 67:14 68:18,20 70:7
75:9 76:15 80:18

**ones** 57:7 58:6

**ongoing** 10:23

**only** 5:14 13:11 20:1 25:18 30:2
38:18 41:19 49:11 57:7 59:19
70:3

**open** 46:4

**opinion** 71:13

**opportunities** 28:5,8

**option** 39:21

**options** 29:16

**or** 6:22 7:2 8:11,16 9:3 10:9 11:8
13:13,19 16:15,19 17:19 19:18,21
21:6 27:3,21 28:4 29:7 31:18,25
32:16 33:2,7 34:5,6 35:2,12 40:15
41:8 48:9,18 50:1 56:7 57:10
58:1,14 59:9 60:23 61:9 62:6,15
63:9,12,15,19 64:4,6,17,22 65:10,
17,21 66:19,24 72:1,21,23 73:10
74:6 76:20 79:22 80:4 81:5

**order** 12:23 26:16 59:10 70:11

**ordered** 25:12

**ordering** 41:20,25

**organization** 14:7 37:15

**organizations** 10:4 12:6,7 20:8

**organized** 54:14

**original** 42:2

**originally** 79:16 80:7

**other** 6:7,11 9:1,17 14:17,22
18:12 19:7 20:2,6,8 22:23 23:6
24:6 25:5 26:15 27:13 28:4,8,23
31:11 32:21,22 33:25 37:1,12,16
39:19 40:2,6 48:2 54:10,13,20
61:9 63:9,15,19 66:18 70:6 71:2
81:5

**EXHIBIT 12**

**our** 6:10 13:10 14:2 26:8 49:14

**out** 8:1,3,22 11:22,24 12:3 13:3 16:22 17:2,4,8,9 21:17 25:15 27:1,4 37:22 45:20 49:16 50:23 53:24 54:25 57:25 58:1 62:2 69:18 75:13 76:6 80:14

**out-of-state** 18:2 37:16 64:11 65:16

**outside** 16:14 34:21 40:2,6

**over** 5:19 6:6 35:5 45:6 60:22 67:15

**own** 16:6

**P**

**p.m.** 4:5 81:25

**paid** 8:16,17,18 9:1,2 49:24

**Pamela** 56:19

**pancakes** 18:22,23

**paper** 11:4

**parent** 11:5

**Parent-cowsert** 4:2

**parents** 11:1 25:24 36:25 37:5 40:12,21,24 42:4,21 45:21 46:2,6, 14 66:17 69:25 71:5,24 77:7

**parents'** 77:11

**parking** 49:9

**parse** 63:17

**part** 10:3 11:2 12:11 60:7

**parties** 4:17

**party** 8:21 35:25 36:1

**passed** 17:14,18 18:3 65:1

**passport** 20:25 21:2 38:12,14, 15,18 57:10,24 58:9

**past** 8:19 39:13 42:11

**Patrick's** 39:3

**pay** 12:1 49:4,5,7,8,15,18,21 50:2,15,16 51:15,17,20 69:16 76:11

**paying** 50:19

**Peck** 8:19 9:3,22 26:3

**people** 7:21,25 8:1,22,23,24 10:24 11:18,24 13:4,19 16:25 17:1,3,4 20:2,6 21:20 37:14 42:10 53:12,13,14 60:10,12,15,20,23 61:1,3,5,13,25 63:14,18,24 64:1 65:3,23 66:2,3,19,22,25 70:10 73:7 74:9 80:7,13

**people's** 63:16,19

**perfectly** 38:14 51:12 58:20 75:1 76:3

**permanent** 53:25

**permits** 23:4

**person** 26:25 59:8 61:17 63:5

**personally** 49:5 57:5

**persons** 4:8

**Peter** 26:22

**phone** 8:1 11:19,20,24 21:13 55:17

**photo** 22:23

**physical** 21:6,7,21 22:1,4 56:5,8

**pick** 25:17 31:6 33:11 36:25 40:21 41:1 44:25 45:8,14 47:20 53:11

**picked** 44:4 45:19 70:1

**picking** 26:15 33:6

**picks** 33:5

**pizza** 12:22,23

**place** 23:10 24:1,2,14 39:17

**places** 28:23 29:1 30:2,11,18,19 31:4,11 32:3,23 33:25

**plaintiff** 4:12

**plaintiffs** 77:3 80:21 81:9

**plan** 38:20 54:4 55:10 57:16,25 72:21 75:15

**plane** 68:11

**planned** 38:21 39:1

**planning** 39:6 54:8

**plans** 54:3 77:18

**play** 18:19

**please** 4:7 6:15 81:3,24

**plus** 75:25 79:12

**point** 55:18 74:23

**policy** 11:11

**political** 8:13 9:1,11,14 10:2,5 12:7 19:2,8,9 59:18 79:6

**politically** 18:13

**politics** 52:24 54:15 61:5

**polling** 39:17,18

**polls** 39:14,25 57:8 74:3

**Popp** 26:4

**possible** 46:18,24 47:1,2,6 72:8 81:17

**postal** 42:9

**postcards** 8:2,22 11:22

**posts** 14:2

**potential** 11:23

**Potentially** 55:12

**practice** 10:25 61:8

**prefatory** 5:20

**prefer** 51:9

**present** 4:8

**presentable** 53:11

**president** 56:20

**pretty** 21:8 28:20 41:5 59:18

**primary** 74:18,22 75:9,16 77:23, 25 78:8,11

**principle** 73:10,15

**Prius** 27:3

**probably** 7:14 10:25 13:22 23:4 26:9 27:10 32:14 34:9,13 40:15 56:18 65:13,16,19,21 66:6,11 72:6 75:18 79:4,7

**problems** 6:23 53:1

**Procedure** 4:16

**proceed** 4:15

**professor** 66:24

**professors** 67:2

**program** 22:7

**proof** 72:5,10,12,17

**prosecutor** 78:16

**EXHIBIT 12**

Index: protests..rude

**protests** 9:15

**public** 28:14,18 29:15

**purpose** 16:18

**put** 55:18

**putting** 14:16 25:5 39:24 41:8

---

**Q**

**queer** 19:23

**question** 6:14 7:1 14:12 15:1 30:15 32:2 34:17 35:25 46:13 47:1 51:6 69:24

**questions** 5:7,20 11:5 23:9 51:7 68:8 77:4 80:22

---

**R**

**race** 7:17 26:22 78:15,16,17,18

**races** 9:7,8 78:14

**raise** 13:7 19:22

**raised** 66:25

**raising** 61:17

**rallies** 9:11,14,24 10:9

**rally** 9:18,23 37:20

**ran** 13:10,14

**randomly** 43:3

**ranks** 64:9

**rare** 29:5

**rarely** 28:25

**rather** 62:24

**reach** 13:3

**read** 56:22 81:7

**real** 35:25 36:16 68:15 70:23

**really** 6:6 9:18,23 21:19 30:24 32:7 34:17 43:25 47:9 55:21 64:21 72:8

**reason** 20:23 26:23 40:24 41:14 42:4 45:21 46:17 57:15,19,22 58:2 68:19 72:22 73:9 76:5 77:21 78:6 79:22 80:4

**reasonable** 46:24,25

**reasons** 41:10

**recall** 18:8 51:19 61:17,23 62:3 65:23 67:6,8

**recalling** 48:1

**receipt** 49:21

**receipts** 50:1

**receive** 49:18,21

**recently** 31:22 68:11

**recess** 68:6

**record** 4:8 5:24 12:24 67:22 81:6

**records** 48:21

**recruiting** 11:18

**refer** 13:20,21

**register** 17:1,3,7 65:22

**registered** 54:18 60:13 66:5 74:10

**registering** 60:10 64:14 66:23

**registration** 16:8,19,23 17:16 48:10 64:7,23 65:4,7 73:20 74:8

**regular** 31:11

**regularly** 14:7 30:7,11,20 31:2,3 71:3,4

**relevancy** 68:25

**remain** 54:6

**remember** 15:24 18:10 25:10 51:21 52:14 61:21 64:3 66:19,20

**remotely** 4:18

**rent** 49:8,10,15,19,22,24 50:2

**repeat** 6:23

**reporter** 4:1,14,18 19:11 45:13 67:19 68:2 81:2,11,14,18,20,22

**reports** 12:20

**represent** 7:24

**represented** 8:21

**representing** 73:7

**republican** 8:11 9:3

**requests** 19:11 45:13

**require** 56:13,15

**required** 58:7

**requirements** 58:3,8,11

**res** 53:9

**reserve** 16:14

**residency** 52:7 72:5,10,12,17

**resident** 52:1,3,11 54:20

**respect** 58:16

**responses** 6:3

**responsibilities** 12:17

**restaurant** 34:5

**resume** 53:10,11

**reunion** 44:4

**Richardson** 4:2

**rid** 56:8,13

**ridden** 23:21

**ride** 23:16 28:16,17 33:18,25 34:10

**rideshare** 32:3

**rideshares** 31:16 32:9,13

**ridiculous** 37:12 69:17 71:12 76:14

**right** 5:7,22 6:24 7:24 10:21,24 11:4,6,12,21,25 12:5 14:24 16:17, 25 17:2 18:10 19:3 21:7 22:9 23:9 26:21 27:1 29:25 31:9 32:21 33:16 38:21 40:9 43:9,11 47:8,11 49:2 54:17 55:13,16 56:16 59:4, 18,19 63:6,15,16,19,20 71:7,23, 25 72:24 73:13,14,21 74:18 76:7 77:1,8 78:1,9,10,12 79:16,20 80:8,11,14 81:21

**risk** 72:1

**river** 37:23

**road** 77:17

**rode** 23:22

**Rodrigo** 68:23

**roll** 26:24

**room** 52:8 56:1

**roommate** 49:11

**rough** 81:10

**rude** 47:9

**EXHIBIT 12**

**rule** 45:5

**rules** 4:16 16:11

**run** 28:15

**running** 8:9 13:3,11 19:18

**Rural** 36:13 37:15

---

**S**

**safe** 73:1

**said** 12:6 15:20,21,25 25:12 32:6,
16 39:2 44:13 45:19 55:16 70:17

**same** 16:2 58:6,15

**Sanders** 36:13,15

**save** 39:6

**saw** 11:3 70:12

**say** 6:1,8,13,15 7:21 8:24 16:13,
18 17:21 20:4 23:17 24:16 25:5
31:16 32:12,14 33:7,8,18 34:7
36:4 40:11 42:24 59:15 60:20,21
62:24 64:15 65:13 73:1 75:14

**saying** 47:7 64:7

**says** 16:24 49:13,23 57:7 69:11
72:20 76:13 78:25

**SB** 11:9 13:19,21 14:1 17:18 36:8
57:1 58:23 59:19,24 60:23 61:2,
10 63:10,12 65:24 66:8,13,21
67:9 71:7 73:24 74:1 80:11,13

**scared** 11:3 41:18

**school** 22:7 25:2 28:13,16,23
29:5,24 30:17 32:22 35:15 41:15
44:25 52:10 62:7 70:4

**SEA** 13:20

**season** 43:6

**second** 10:6 22:12 30:13 31:8
67:14 80:18

**Security** 22:18

**see** 9:22 20:23 21:8 29:14 38:9
43:15 57:15,19,21 58:2 62:10
68:25 69:2,12 76:4

**seems** 51:18,19

**Segway** 27:22

**semester** 52:22 53:5,7,21 79:9

**send** 8:1 11:20,22,24 42:16,17
49:12,13,23 53:12

**sending** 42:18

**sense** 6:4,15,18 18:4

**sensitive** 42:15,19

**sent** 8:22,23

**separate** 29:11

**serve** 7:13

**services** 28:15

**serving** 79:12

**set** 49:7

**seven** 35:12 40:15

**several** 9:17 35:2 64:1

**shakes** 6:1

**she** 5:25 6:9 8:9 10:19,20 18:17
25:11,16 63:1,3,4,7

**Shoot** 18:15

**shop** 30:19

**shopping** 30:23

**should** 7:22,24 8:25 13:6,19 73:6
76:6

**shouldn't** 73:5 76:5 77:4

**sign** 81:7

**signs** 16:24

**similar** 16:1

**Simultaneous** 13:23

**since** 9:9 13:17 15:11 16:11
17:18 27:2 34:20 40:12 48:12,15
66:5 70:6,7,16

**sit** 79:18

**situation** 58:15

**six** 35:12 40:15 65:17

**sleep** 54:11

**snowstorm** 31:21

**snowy** 31:21

**so** 5:9,13,19,20,24 6:1,3,10,15
7:20 8:6,19 9:22 10:16 11:4,7,19,
25 12:3,19,21 13:2,11,12,21 14:1,
6,15 15:18,20 16:3,4,9,10,14
17:2,10 18:18,20 19:22 20:7,10,

23 21:15,17 22:1,7 23:11,15,16
24:20 25:5,18 26:5,15 27:12
28:13 29:7,13,24 30:7,10 31:20
32:2,9,21 33:18 34:14 35:8 36:1,
3,6,14,15,21 37:3,14,21 38:12,17
39:13,15,18 40:6,8,19 43:12,18,
25 44:4,6 45:4 47:6 48:20 49:2,5,
7,11,12,14 50:1 51:7 52:12,21
53:13,23 54:6 55:21 56:2 57:12,
25 58:2,20 60:12,19 61:2,10 63:4,
5,24 64:8 65:9,14 66:7,14 70:5,13
71:19,22,25 72:5,13,14,21 73:1,9,
17,19 74:19,25 75:8 76:4,8,12
78:18 79:12 80:12,13 81:14,20

**soccer** 61:8

**social** 22:18 58:22

**some** 5:19,21 7:6 12:6 14:21
18:19 20:13 21:20 23:7,9 26:23
39:6 51:7 53:13,14 55:18 62:12
64:20 67:15 79:15 80:2

**someone** 15:21 19:18 33:5 53:2
65:10 73:23,24 74:5

**Someplace** 16:16

**something** 6:8,22 14:3 25:4
31:23 48:2,18 52:14 64:22 65:5,9
69:3 70:11,12 74:6

**sometimes** 18:16,18 24:23
30:24 77:13

**somewhere** 34:6,11,15

**soon** 54:25

**sorry** 18:23 19:21 20:13,19 21:24
22:11,14 23:20 24:10 27:6 28:1
29:3 30:12,16 34:23 35:8 43:10
44:10 45:4 46:21 50:22 55:7
56:10 67:3 70:12 74:16 80:18

**sort** 5:19 6:1,7 11:14 17:10 19:14
23:20 24:6 29:1 31:11 32:2 49:21

**sound** 7:7

**South** 12:13 19:12

**space** 6:11 16:14

**Spanish** 18:19

**speak** 19:19

**speaking** 10:9 36:13,15

**specific** 64:2 77:18 78:6,17

**specifically** 58:5 59:23 62:5
66:2,7 67:6,8

**EXHIBIT 12**

**speculation** 41:17 42:7 46:1,23 47:4

**spell** 5:9

**spend** 32:12 72:15 76:6

**spending** 71:1

**spoke** 9:15,20,22 65:23

**sporting** 71:2

**spring** 39:3 43:22 53:4 69:20

**St** 35:2,3,11 36:6,21 37:3 39:3 46:11 48:14 69:20,22,25 70:17 77:8,19

**stance** 11:7

**stances** 10:13

**stand** 78:20

**start** 5:9 7:6 8:17 40:14 53:20

**started** 16:11 34:20 40:12 52:9

**starting** 17:17

**starts** 6:21 74:19

**state** 4:9 5:9 7:16 8:9 12:16 22:20 37:22 40:6 43:7,11 52:23 54:21 57:7,25 58:1 64:9,21 65:18 78:18, 23 80:14 81:3

**state-issued** 57:10

**Statehouse** 54:5

**statements** 49:18 50:1

**States** 20:25 57:23 58:9

**stay** 40:16 45:11 52:16,19,23

**stays** 49:14

**steering** 12:12

**stepped** 9:9

**Stewart** 4:2

**still** 43:22

**stipulation** 4:14

**stipulations** 81:5

**Stonewall** 12:13 19:9,12,14 59:25

**stopping** 73:2

**story** 14:2

**straight** 5:21

**strain** 73:16,18

**Stratum** 48:5 54:1

**street** 30:22

**strictly** 22:8

**student** 7:10 14:4 18:2 20:1 21:4, 11 61:11,12 63:7 64:12,16 74:6

**students** 14:15 19:25 57:2 61:2 63:9 66:6,7,19

**stuff** 6:2 7:6 10:21 14:2 19:1,14 25:15 41:4 42:12 56:2 59:13

**submit** 17:6

**substances** 7:3

**suburbs** 35:3 77:8

**such** 29:9

**sucks** 28:20

**suggested** 72:2

**summer** 8:19 25:25 26:1,5,18 31:19 43:24,25 45:1,9 53:3 54:3

**summers** 45:11

**Summit** 36:13 37:15

**Sunday** 70:13

**super** 12:10

**supercool** 13:8

**sure** 6:16 10:1,22 13:24 14:16 16:9 17:19 18:4,10 20:4,12 22:23 32:2,21 38:4,15 41:8 43:17,18,19 51:1 54:10,13 59:21 61:16,23 62:3,11,12 64:1 65:2 66:2,18 67:21 69:5 70:25 74:21 77:21

**surprised** 18:8

**surrender** 22:6 76:16

**surrendered** 22:1

**Susan** 26:4

**swing** 64:21

**Switching** 79:1

**Switzerland** 26:4

**sworn** 4:22 13:13

---

**T**

---

**table** 16:22

**tables** 16:8 17:16 65:4,7

**tabling** 16:17 17:11 18:5

**tablings** 66:4

**take** 19:4 25:16 28:14 31:7 32:3, 18,19 33:11 34:17 39:9 43:19 44:2 45:23 46:6 50:13 59:4 61:7 67:17,19,24 68:1 69:9 72:13,14, 18 73:15 75:3,13,15,19 76:10,21, 27 77:4,10

**taken** 11:8 28:10 29:8 34:20 37:16 38:2 40:2 42:11 49:16 63:15,16 68:6 70:15 76:12

**taking** 33:22

**talk** 6:6,11 7:18 10:6 12:5 20:10 31:15 34:3,19 55:15 56:19 59:13, 19 60:10,14 61:3,4,25 65:9 66:3 74:5

**talked** 10:16 63:24 66:13

**talking** 10:7 45:6 63:11,18 65:2 66:19,20

**target** 8:4,5

**taught** 18:17 53:8

**team** 43:7 80:19

**technical** 6:20

**technically** 12:11 24:17 37:19, 22 70:9

**tell** 6:22 16:17 17:6,8 26:1 63:24 74:1 81:15

**telling** 65:24

**ten** 16:13 38:19

**ten-day** 16:21

**term** 45:1,9

**terrible** 43:8

**testified** 4:23 14:5 36:7

**testify** 63:11

**testimony** 30:5

**text** 11:20,21

**than** 23:6 25:5 26:15 28:23 32:18, 20,21 56:16 70:25 76:4 78:22

**thank** 6:25 30:16 67:5 80:24,25 81:1

**Thanks** 5:5 68:2 80:22

**EXHIBIT 12**

**Thanksgiving** 35:14 40:17
44:16 45:14

**that** 4:15,16 5:12 6:1,4,6,9,11,13,
16,18 7:3,7,19,20,25 8:1,2,6,7,8,
11,12 9:18,22,23 10:1,4,6,10,11,
12,15,18,19,20,25 11:1,17 12:1,5,
24 13:2,13,16 14:3,6,9,13,16,18
15:10,17,20,24 16:1,9,10,20
17:10,20,25 18:3,4,8,20,24 19:3,
8,24 20:10 21:6,10,14,17 22:5,8,
9,20 23:3 24:3,6,8,16,23 25:10,
11,18 26:2,7,13 27:9,15,23 28:9,
15 29:18,24,25 30:16,19 31:1,3,
10,14 32:15,18,20 33:15 34:3,5,7,
8,15,17 35:10,13,15,18,24 36:2,6,
7,12,16,17 37:10,19,20,22 38:6,
14,15 39:21,24 40:2,3,5,8,9,18
41:3,6,18 42:3,12,14,24 43:2,10,
12,15,20,23 44:1,24 45:17 46:2,3,
10,12,13 47:8,9,10,15 48:4,7
49:2,14,15,23 50:13,15,18,19
51:3,8,9,12,13,15,17,18,20,22
52:10,12,21 53:1,2,8,12,20,24
54:10,12 55:10,16,19 57:4,6,7,15
58:6 59:13,16,17,19,23 60:3,6,11,
12 61:1,4,9,17,21,22 62:3,18,23
63:6,12,14,17,18,25 64:9,10,13,
22,24,25 65:2,5,17,24 66:8,12,13,
19,20,23 67:6,7,9 68:4,25 69:4,
10,12,14,19,20,24,25 70:3,7,18
71:1,7 72:3,7,8,10,20 73:2,14,15,
16,17,23 74:4,7,19 75:11,13,14
76:5,13,19,25 77:7,8,14,21,24,25
78:1,3,4,6,12,21 79:13,15,18,25
80:8 81:17,19,23

**That's** 27:8 81:21

**the** 4:4,6,8,9,11,12,15,16,17,18
5:14,21,24 7:16,18,25 8:1,2,8,21
9:9,15,16,19,21 10:12,23 11:4,8,
12,22 12:3,11,12,13,14,15,17,23,
24 13:11,12,15,16,18 14:6,11,12,
15,17,20 15:5,8,11,15,23 16:4,11,
15,17,22 17:2,4,9,14,23 18:2,3,16
19:12,14,20,21 20:1,2,6,10,19,22
21:11,14,24 22:11,14 23:24
24:10,11 25:18 26:3,5,18,25 27:1,
2 28:1,5,6,11,14,18,23 29:1,3,6,8,
11,12,13,21,22,23,25 30:2,4,5,9,
10,12,15,16,17,21,22 31:13,17,
19,22,25 32:4,7,24 33:1,20,24
34:6,12,15,23 35:2,3,5,25 36:2,3,
4,12 37:5,10,12,14,17,23 38:16,
17,23 39:13,14,15,16,17,18,19,
20,21,24,25 40:4,6,18 41:2,10,12,
16,22 42:1,2,6,8,11,16,17,18,20
43:6,7,14,22,24 44:12,25 45:1,5,
8,9,11,20,23 46:3,5,9,21,22 47:3,
15 48:1,12,14,17,18 49:6,7,8,9,
10,11,15,25 50:4,5,6,11,21 51:2,
5,13,16,18 52:4,12,15,16,18 53:4,
15,16 54:9,23 55:1,7,10,11,20,25
56:10,17,19,24 57:6,7,8,14,18
58:1,3,6,8,11,15,17 59:1,2,7,12,
19,25 60:3,5,12,17,25 61:4,9,14,
15,18,19,20,21,24 62:8,17,20
63:12,21 64:9 65:1,6,12,17,18,23
66:1,4,16,20 67:2,3,5,9,12,17,22
68:13,15,17,21,25 69:2,16,22
70:3,11,13,19,21 71:9,21 72:1,9,
15 73:1,3,7,9,12 74:3,9,11,16,17,
22 75:9,16,17,20 76:7,8,9,10,11,
21,22 77:2,7,17,22,25 78:8,9,10,
11,12,24 79:13,14,22,25 80:24
81:1,2,4,6,7,9,11,20,23,25

**theaters** 29:11

**theft** 42:13

**their** 18:6 21:21 33:7,8,12 47:10
60:15 61:3,4,6,7,9 62:1 63:14,20
65:24 67:1,10

**them** 7:23 9:13 10:15 14:9,14,15
16:17,24 17:6,8,9,14,18 36:16
41:3,11 46:3,18,25 47:7 48:7,22
55:24 61:2,11 62:9,12 64:14,19,
25 65:13,19 72:7 74:2 78:21

**then** 5:21 7:1,15 9:23 13:7,14
14:4 16:19,22 17:2 36:7,9 37:11
39:19 40:19 44:5,13 45:20,23
46:5,8 49:15 51:6 52:6 54:6 64:12
70:6,12,16 71:20 72:4,9,13 74:1
76:9,11 79:5 81:10

**there** 7:15 9:18,20,22,25 16:22
17:3,15 19:6 20:2,6 21:13,17,18
27:13 28:8 29:5,6,8,15 30:7,19
31:5,10 32:18,19,21,22 33:4
34:16 35:21 36:10,11,13,15,24
37:1,25 39:8,15 40:24 41:10,14,
19 44:17 45:17 48:6 50:8 51:7
52:25 54:10,11 55:18 62:18 63:12
64:1,8,20,23 66:2,12,18 69:20
71:25 72:17,22 74:17,23 77:16
78:6 80:7

**these** 15:20 78:14,19

**they** 7:21,23,24 10:13 11:23
13:12 14:9,18,25 15:6 16:10,19
17:6,8,25 20:4 21:19 22:25 23:4
28:5 29:12 31:6 33:22 39:2,12

**though** 34:3 74:13

**thousands** 66:7

**three** 25:11 26:11 27:12 32:16
33:3 34:9 35:22 36:18 40:20

**through** 42:16,17,18,20 46:9
64:9 69:10

**Throughout** 43:3

**throw** 13:1 43:10

**tickets** 70:21

**thing** 11:2,4 12:25 13:25 41:18
59:19 64:21 71:6 72:2

**things** 5:21 10:10 13:6,8 15:20
20:13 23:20 31:5 46:24 54:10,12
67:16 68:8

**think** 10:3,11 13:21 15:6 16:3
17:21 19:3,4,6 20:7 21:9,13 22:5
23:3,21,22 24:3 25:9,18 27:15,20
29:20,24 31:14 32:16 35:23 36:9,
19 37:19 38:7,10 40:5 43:20 44:8,
11 46:2,25 47:2,9 48:17,23 50:7,
12,14,19,25 51:13,23,24 52:3,10
55:3,17,23 56:1 57:1,4 59:4,8,23
60:6 62:18 63:22 66:12 69:8,25
70:5 71:7,10,12,14,16,17 72:5
73:4,10,13,17,19 75:11 76:14,24
77:3 81:16

**thinking** 44:2 54:13 70:11,15

**this** 4:5,15 5:24 7:1,4,21,22,23
8:13,19,24 11:2 12:23 14:3,23
16:14 17:10,22 18:5,16 29:9 32:2
36:4,12 43:25 44:14 49:13 53:1,2,
3 54:3 55:3 59:8,16,21 61:9,23
63:5 64:8 65:3,5,9 67:25 69:6,8
70:16 77:19 78:1,8 79:8 80:23
81:2

**those** 7:25 8:15 9:16,17 11:5,24
12:2,9 17:13,17 21:18 23:22 30:2,
17 31:4 50:19,24 56:4 57:9 60:15,
23 61:1 63:24 66:25 72:16 73:13

**40:**25 41:10,13 43:3,12,14,16,17,
18,19,23,24 44:4,6,8,9,10,11,12,
13,17,20,21,23,25 45:8,10,14,17,
18,19,22 46:4,5,6,7,10,12 48:25
49:23 50:25 53:11 55:23,24 56:4,
16 58:5 61:3,6,7,11 62:1,11
63:22,25 64:6,15 65:18,22 70:4,
23 73:23 76:12 78:20 79:25 80:1,
4,10 81:4

**EXHIBIT 12**

**Tim** 8:19 9:22

**time** 4:4 7:2 25:18 29:9 36:2,6,7,8 37:2,10 38:5 39:15 43:14 45:17 47:10 48:17 54:25 59:8 67:17 76:15 80:22

**times** 17:10 23:23 24:18 27:11,13 28:22 31:18 33:2,3 34:9 35:2,4, 11,12,20,22 36:10 39:19 40:13, 14,15 42:23,24 43:1,13 55:14 71:5 79:13

**Tina** 4:1 5:25 45:7 67:21

**tips** 79:13

**tire** 23:15

**to** 4:15,17 5:6,9,19 6:3,8,9,10,11, 15 7:3,10,14,21,25 8:3,4,5,20,24 9:11,14,15,22 10:20,23 11:5,18, 19,22,24,25 12:6,23,24 13:3,6,9, 20,21,24,25 14:5,10,11,16,18,20, 25 15:8,13,15,19,21,22,23,25 16:1,10,12,13,16,18 17:1,6,8,21, 23 18:6,18,24,25 19:4,8 20:10,19, 20,24 21:8,14,21,24 22:2,3,8,11, 12 23:9,10,21 24:1,10,11,14,18, 23 25:2,4,14,15,25 26:5 27:10,20, 22,24 28:1,8,9,11,13,16 29:3,8, 11,13,22 30:4,8,11,12,13,14,17, 21,24 31:4,8,13,17,19,24,25 32:4, 8,9,24 33:1,7,8,20,24 34:2,3,5,12, 15,23 35:2,4,7,11 36:3,5,8,15,21 37:3,8,17 38:5,10,14,20,23 39:4, 5,6,8,9,10,12,14,18,20,25 40:4, 11,25 41:2,3,7,12,15,16,22,24 42:1,6,21 43:4,5,10,14,15,16,17 44:13,21 45:6,23,24 46:2,3,6,7,8, 9,10,11,14,18,21,22,25 47:3,7,10, 20 48:13,16,17 50:5,6,11,13,15, 16,20,21 51:1,2,4,9,15,16,17,20, 25 52:4,7,10,16,19,20,23 53:1,2, 8,13,15,19 54:9,10,12,16,18,23, 25 55:1,4,7,10,11,13,14,20,25 56:7,10,13,15,17,19,22,24 57:1,2, 5,8,9,12,14,15,17,18,19,20,21,23 58:2,3,8,11,16,17,20,22 59:1,4,5, 6,7,10,12,15 60:5,10,13,17,25 61:3,7,15,18,19,20,24,25 62:1,8, 17,20 63:11,15,16,17,19,20,21, 24,25 64:5,12,13,14,15,19,23 65:2,12,15,18,22,23,25 66:1,3,13, 16,20,23,25 67:1,3,10,12,15,24 68:1,8,13,15,17,21,23 69:3,6,11, 16,22,24 70:3,4,6,17,19,21 71:2, 5,8,9,11,19,21,23,25 72:3,4,6,13, 15,17,18,19,22 73:1,3,5,6,7,12,16

74:3,5,10,11,20,21,25 75:1,3,8, 13,14,15,17,20 76:1,9,10,11,16, 17 77:10,18,21,24 78:4,7,9,21,24 79:4,7,22 80:4,16,18 81:5

**today** 5:3,7 81:17

**Today's** 4:4

**told** 14:9,18 39:2 42:10 67:9 73:23,24

**ton** 9:25

**tons** 25:14 54:11

**too** 5:5 43:19 61:10 70:4 77:4

**took** 29:10 36:3,4,5 39:19

**top** 29:23 59:2 61:20

**topic** 59:17

**totally** 67:24

**town** 25:4 29:13 34:6,19

**traffic** 77:14

**train** 29:18

**transcript** 81:4,8,10

**Transit** 39:20

**transition** 22:8

**transitioning** 56:22

**transportation** 24:6 27:23 28:14,18 29:15

**travel** 30:7 34:20 40:6

**traveled** 37:1 68:11

**traveling** 57:25

**treasure** 76:8

**tried** 57:9

**trips** 32:16,18,19 34:21 37:16 38:2,20 39:1 40:2 70:15,16

**trouble** 14:10,18 15:7,13 48:1 60:24 63:1

**trust** 41:6,9 72:3

**try** 10:23 43:20 75:8

**trying** 6:9 27:20 78:7

**Tweet** 69:8,14

**twice** 13:15 23:21 29:7

**Twitter** 69:8

**two** 7:12 17:19 23:22 27:12 29:11 30:18 31:5 33:2 34:9 35:22 39:9, 11,15,19 44:16 47:19,20 64:16 66:24 72:4,5,14 73:13 81:14

**typical** 81:13

---

**U**

**U.S.** 63:3,6 78:16

**Uber** 31:7,8,15 34:18 37:10

**Uh-huh** 40:14 79:2

**unable** 51:15 58:22 59:6 61:18 63:25 64:5

**under** 20:6 38:16 61:13 66:20 67:9

**understand** 6:14 15:18 53:22 64:24 69:2

**understanding** 6:16 63:3

**unexpectedly** 34:14

**Union** 47:22 48:3

**United** 20:25 57:23 58:9

**university** 7:11 12:15 21:4 40:18 52:7

**unless** 14:25 64:19

**unpaid** 7:15 8:16 9:5,6

**until** 53:21 70:22 76:4

**up** 5:15 10:20 15:12,19,21,25 17:17,20 21:20 25:17 26:15 31:6 33:5,6,11 36:25 39:4 40:22 41:1 44:5,25 45:8,14,19 49:7 52:22 53:9,10 59:17,21,25 60:3 61:23 65:5,11,13 68:8 70:1

**upset** 13:25

**us** 5:10 6:1 9:13 11:17,19 13:7 14:4 37:15 40:18

**use** 21:14 23:18 26:5,13 27:24 28:5,21 31:16 32:9 55:21 56:15 57:8,21 74:2 75:1

**used** 24:1

**using** 14:4 76:5,11

**usually** 7:14 13:2 16:24 19:16 24:18 31:5,7,23 33:5,24 34:5 35:15 36:23 40:16,17,19,20 44:23,24 49:24 61:12,25 74:8

**EXHIBIT 12**

Index: utilities..while

77:14 79:4

**utilities** 49:4,6

**utility** 61:10

---

**V**

**valence** 19:2

**Valentine's** 19:22

**van** 37:14

**varies** 79:4

**various** 9:7,23 65:4

**Vehicles** 50:5

**very** 5:5 28:25 37:10 42:15,16
43:6 52:25 71:11 75:12 78:14,15,
16 80:22

**via** 49:12

**vibe** 18:19

**videoconference** 4:6

**visa** 63:7

**visit** 31:2,3,11 40:8,12 42:21
43:14,16 44:6,14,23 45:23

**visited** 41:15 44:11,12 48:12,15

**volunteer** 9:6 18:12,20 26:3 28:5
38:1

**volunteering** 26:21 54:14

**vote** 7:22 8:25 12:3 16:25 17:1
54:18 57:2,8 58:22 59:6,11 60:11,
13 63:4,15,16,19,20,25 64:5,12,
14,17,18,19 65:22,25 66:23 67:1,
10 71:8,11 72:20,24 73:7,25 74:3,
10,20 75:1 76:14 78:4,7,9,21

**voted** 13:14 39:13

**voter** 10:14,17 11:8 13:17 14:10,
19 15:7,14,22 16:5,8,18,23 17:16,
22 18:7 48:9 58:16 60:14,24
61:18 63:1 64:7 65:4,6 72:9 73:20
74:8 78:20

**voters** 11:23 12:12

**voting** 39:20 64:17 71:17 74:19
78:11

---

**W**

**wait** 36:18 46:9 70:9 72:16

**waited** 70:22

**waive** 4:17

**walk** 24:14,21,22,23 25:1,2,6

**walked** 39:18

**walking** 31:22

**want** 13:25 16:13,16,18 18:25
19:4 20:10 21:8 23:9 27:22 33:8
34:2,3 41:3 42:8 46:10 51:17
55:13,14 58:20 59:5 61:25 63:17
64:15,18,23 65:22 72:3 78:9,12,
21,24 81:8,11,15,22

**wanted** 13:24 44:21

**was** 4:23 8:18 9:18,23 13:11
17:14,15,18 18:3 19:1 25:10,11,
13,15,25 26:4,5,21 27:2,3,9 29:9,
10 35:5,24 36:2,7,11,13,14,16,17,
19,20 37:10,12 38:6 39:15,16,17
42:9,12 43:2,8,12,14,22,24 44:8,
19 46:13 47:1 48:2 51:22 63:12,
15 64:25 65:1,2,5 68:6 69:17,19,
20 70:15

**wasn't** 34:15 74:5

**waste** 47:9

**wasting** 74:25

**water** 49:9

**way** 12:5 29:13 36:6 39:24 48:5
49:7 54:1 56:8 61:10 62:14 70:3
76:10 78:22

**ways** 37:1 39:15 64:16

**we** 4:14 5:12,20,21,24 6:6,8,10,
16,22,23 9:18 10:6 11:2,3,20,25
12:1,20,21,22 13:2,5,7,8,10 14:1,
22 16:7,10,11 17:2,16,17,19
18:16,18 19:16,17,19,20,22 26:23
31:8,21 34:5 35:7 37:3,14,20,21
38:1 39:2,9 40:3 43:4,9,10 44:3,
13,19 45:20 46:8 51:6 53:1,2
59:14,24 60:12 61:11,16 62:10
63:11 64:7,18,23,25 67:19,21,22
69:6,10 70:19,22 71:5 72:1 74:1,
4,8,9 78:14,15,17 81:8,16

**we'll** 16:24

**We're** 13:5

**we've** 6:23 13:19 23:6 55:3 66:5

**weather** 31:20

**Wednesday** 81:20

**week** 7:14 9:19 31:18 32:12,16
33:21 40:17 44:2,12,14 54:16
59:16 79:3,5 81:17

**weekends** 46:5

**weeks** 25:11 27:12 32:18,19
40:20 44:16 81:14

**weird** 7:1 49:6

**well** 5:5 7:10 10:3 15:18 31:5
34:3 36:11,18 40:17 41:3 43:12
51:13 53:9 54:15 57:5 61:1 63:17
67:2 70:9 78:19 80:11

**went** 8:20 14:5 35:7 36:2,8,11
37:3,9 38:5 43:4,5,10 44:3 48:17
69:20 70:17,19

**were** 8:15 13:12 17:13,14,20 25:4
36:15 37:20 38:8 44:3,17 45:17,
18 61:1 63:11,14,16,18,22,25
64:1 65:2,3,6 66:2,4 69:10 70:21,
23

**weren't** 70:23

**what** 5:25 6:17 7:9,18 8:5,7,15
9:5 11:2 12:9,17 16:9,17 17:6,8
18:4 19:14 22:25 23:6,20,24
27:20 29:1,17 30:9,10 31:7 32:2
35:20 37:13 39:1 44:1,9 46:3
47:15,20,23 48:4 50:4 51:3,8,9,
10,18,19 52:6 53:3,25 55:19,24
56:20 58:21 65:1,2,8 66:8 67:7
70:9 71:22 75:15,19 78:20 81:13

**whatever** 16:20 27:3 76:2

**when** 6:8 8:4 17:13 23:18 25:10
26:21,23 27:5,9,13 28:16 32:3,18
33:13 35:13,24 36:7,17,21 37:8,
19 38:6,16 39:13,17 40:21,25
42:11 43:2,7,12,14,20 44:17
45:22 49:18,21,24 50:2 52:3,10
53:24 57:8 60:11,15,19 61:3 62:1
63:11,18 64:6 65:6,9 66:3 70:22
71:4 72:20 74:3 75:1 81:11,15

**where** 7:11,13,16 8:4 16:16
19:17 23:22 30:7 32:19 33:22
34:4 35:1,15,18 64:24 69:19

**whereas** 38:18

**whether** 41:8 47:1 65:21 75:24,
25 79:22 80:4

**which** 26:24 30:21 47:17,20 67:8
72:2

**while** 12:10 14:22 17:20 18:5

**EXHIBIT 12**

Index: Whitten..your

30:25 31:6 32:7

**Whitten** 56:19

**who** 8:3,8 13:4 15:6,12 26:1 33:6
39:10 42:10 56:4 58:15,22 59:5,
10 61:13 62:15,23 63:5 64:4
66:22 73:7 74:5 80:2,7,13

**whole** 18:19 37:14 72:1,15

**whom** 53:19

**why** 7:22,23 8:25 20:18 42:2
48:25 57:4,22 71:19 75:8,12,19
76:5,6

**Wi-fi** 49:10

**will** 4:7,15 5:21 6:3,15,22,23 10:6
13:2 14:21 18:15,16,18,19,20
19:17,22 24:23 30:21,24 31:6,7,8
33:1 43:3 50:21 53:8 54:6 58:22,
24 59:5 62:14 66:18 74:12 79:13,
14 81:3,7

**window** 16:21

**winter** 40:19

**wish** 81:4

**with** 4:8,11,12 5:12 7:6 8:17
10:15,16,20,24 11:19 12:17 14:6
16:12,22 17:17 18:17,25 19:1,14
21:18 25:16 28:17 33:25 37:20
40:14 41:6,9,11,15 47:15,23 48:4,
21 55:19,24 56:2 58:15 59:14,20
60:10,15 61:21 63:8 64:25 71:4
75:2 76:9 79:19 80:19 81:19

**without** 69:18

**witness** 4:22 19:12 20:22 22:14
30:16 67:5,17 74:16 77:2 80:24
81:1,7

**Women** 12:12

**won't** 53:23 75:19

**wonderful** 13:6

**word** 51:3,5

**words** 6:21

**work** 6:2,11 7:12,13,14 8:6,8 9:6
10:8 11:11,12 12:3 18:12,21
24:18,20 25:13 32:8,21 33:13,16
35:5 44:2 46:6 54:11 60:4,8 68:4
72:13 75:13 76:10 79:3,5

**worked** 10:13

**working** 25:13 54:4,5

**works** 68:5 76:3

**worried** 63:14

**would** 5:12 7:3 10:1 14:1,15 19:8
20:4 22:8 23:17 24:16,18 25:6
26:23 27:2,3 31:15 32:12,14
33:18 34:7,10,16,17 35:13 39:21
40:11 41:3,6,9 42:3,24 43:21,22
46:6,7,8,12 47:7 49:1 50:13,19,25
51:14,23,24 60:20 62:24 64:4
65:9,10,13,21,24 70:4 71:5,23,25
72:23,25 73:15,18 74:1 75:3,6,15,
19 76:16,23 78:11 80:11 81:9,16

**wouldn't** 18:8 46:17 47:7 61:2
70:18 74:20 75:8,12

**wrap** 68:8

**write** 6:9 11:22 53:25 54:1

**writing** 5:25

**wrong** 5:14 73:10,15

---

### Y

**yeah** 9:12,14 10:6,9 11:5,16,18
12:4,19 13:1,12,14,19 14:1,8 15:3
18:20,24 19:6 21:11,13 23:16
24:17 25:9,11 28:22 30:1,6 32:11,
17,19 33:10 35:7,17,22 36:22
37:2,11 38:5,11,22 39:6,7 42:23
43:13 46:15 47:6 48:20 50:12
51:10,24 52:14,15,18 54:4,7
55:17,23 56:6 63:11 65:19 66:15
68:25 69:12,13,15 70:3,5 73:4
74:2 75:11,14 78:2,9 79:17,21
80:3,9,12,15,17

**year** 9:20 17:16,22 18:3 36:1 43:7
45:15 71:6 77:19 78:1,8

**years** 38:18

**Yep** 29:15 45:16 48:8 80:25 81:19

**yes** 4:19,20 6:5,12,19 8:14 18:23
21:9 22:24 23:14 24:15 26:17,20
31:3 34:22,25 38:16,25 40:1,23
45:12 47:14 48:14 53:23 55:6,9
57:3 60:9 62:22 66:9 72:25 73:19
74:1 81:24

**yesterday** 39:2

**yet** 53:20

**you** 4:8 5:3,4,6,9,14,16 6:3,11,13,
15,16,17,20,21,22,25 7:2,9,22,24
8:2,3,4,5,8,13,20,25 9:11,13,24

10:1,16 11:1,2,3,7,11,12,14,17,23
12:1,3,5,6,21,22 13:1,3,4,6,9,12,
16,17,25 14:1,2,3,6,9,12,18,21,25
15:5,8,11,13,15,18,19,20,21,25
16:5,12,15,16,17,18,20,22,23
17:4,6,10,18,20,23 18:1,2,5,6,10,
12,25 19:4,7,8,14,19 20:3,8,10,
15,18,20,25 21:2,4,8,11,14,15,18,
20 22:3,4,5,7,8,16,18,20,23 23:9,
10,11,13,17,22,25 24:1,4,6,11,14,
16,22 25:2,4,6,8,10,18,21,23
26:1,7,10,13,15,18,20,24 27:16,
18,20,21,22 28:2,5,8,9,13,21,23
29:1,20 30:2,7,11,13,14,16,19,23
31:1,4,10,11,15,16,22,24,25 32:3,
4,6,9,12,16,18,23,24 33:4,6,8,11,
16,18,22,23,25 34:4,7,10,14,16,
20,24 35:1,11,15,21 36:9,10,21,
23 37:1,8,16,17,25 38:2,8,9,12,
15,16,20,23 39:1,5,8,13,14,21,25
40:8,11,12,16,21,25 41:1,4,9,14,
15,20 42:4,5,10,11,12,13,21,24
43:3,16,19 44:1,6,9,14,20,23,25
45:3,6,8,11,14,21,23 46:7,9,14,17
47:1,4,7,11,13,18,21 48:9,12,15,
21 49:2,4,7,8,18,21,23 50:1,2,4,6,
8,13,15,19,20,23 51:1,3,4,5,6,7,
13,15,23,25 52:3,12,16,19 53:8,9,
10,11,12,16,19,24,25 54:3,6,8,18,
20,25 55:4,10,13,15,16,19,24
56:1,2,7,13,15,22 57:1,4,7,9,12,
17,23 58:3,8,11,14,15,21,25 59:4,
5,9,14,15,18 60:4,7,10,11,14,15,
19,20,21 61:8,13,17,18,23 62:1,3,
14,19 63:1,8,18,24,25 64:3,8,10,
11,12,16,17,19,20,21,22 65:2,3,5,
6,8,9,10,14,15,16,23,24 66:3,4,8,
12,17,19,20,25 67:5,7,9 68:11,13,
15,19,23 69:2,3,9,14,16,22 70:4,
6,9,15,24 71:2,4,7,8,14,17,19
72:1,2,20,23 73:2,9,10,17,20,23,
24 74:2,3,5,12,21 75:3,6,8,15,19,
24,25 76:1,13,16,20,22 77:7,15,
18,21,25 78:3,6,10,19,23 79:3,5,
8,11,15,18,22 80:2,4,24,25 81:1,
11,13,15,22

**You're** 20:22

**you've** 10:12 12:24 22:1,12
25:18 27:13 29:20 40:2,11 41:24
48:12 60:21 66:13

**young** 20:2,3,4

**your** 5:9 6:20 7:3,21 9:5 10:16
11:3,7,11,15,17 12:17 14:4 16:4,6
18:23,24 21:9 22:1,7 23:10 24:20

**EXHIBIT 12**

26:12 27:16 28:4 30:10 34:4
35:18 37:5 38:4,17 39:24 40:8,12,
21,24,25 41:8,9,20,25 42:4,5,21
45:21,22 46:14,18 47:23 48:22
49:4,18,22,24 50:2 53:3,9,10,24
55:22 56:1,8,15 58:14,22 59:15
60:8 62:6,10 63:8 64:23 67:17
69:8 71:17 74:2 76:17 77:7,11
78:3,22 79:5,11,15,19,23 80:22

**yours**  27:24

**yourself**  5:15 51:1,4,25 54:20

**yourselves**  4:7

---

**Z**

---

**Zeigler**  4:13

**zip**  48:6

**zoo**  70:19

**Zoom**  6:21 69:2

**EXHIBIT 12**