# EXHIBIT 15

**In the Matter Of:**

*COUNT US IN, ET AL.*

*-v-*

*DIEGO MORALES, ET AL.*

_____

**Kenneth Mayer, Ph.D.**

*February 24, 2026*



**Stewart Richardson**

DEPOSITION SERVICES

800.869.0873 | www.StewartRichardson.com

REPORTING DRIVEN BY EXCELLENCE – *Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | CHESTERTON

**EXHIBIT 15**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

COUNT US IN, WOMEN 4 CHANGE    )
INDIANA, and JOSH MONTAGNE,    )
                               )
        Plaintiffs,            )
                               )    Civil Action No.
        -v-                    )    1:24-cv-03512-CNS-STV
                               )
DIEGO MORALES, in his          )
official capacity as Indiana   )
Secretary of State, et al.,    )
                               )
        Defendants.            )


        The videoconference deposition upon oral

examination of KENNETH MAYER, Ph.D., a witness

produced and sworn remotely by me, Tina A.

Parent-Cowsert, RPR, CSR, CRI, Notary Public in and

for the County of Porter, State of Indiana, taken on

behalf of the Defendants, remotely via Zoom

videoconference, on February 24, 2026, at 10:02 a.m.,

pursuant to the Federal Rules of Civil Procedure.


                STEWART RICHARDSON & ASSOCIATES
                Registered Professional Reporters
                        (800) 869-0873

**EXHIBIT 15**

Page 2

1                          APPEARANCES

2           (All participants via Zoom videoconference)

3    FOR THE PLAINTIFFS:

4           MS. KATIE CHAMBLEE-RYAN, ESQ.
            MR. DEREK ZEIGLER, ESQ.
5           ELIAS LAW GROUP LLP
            250 Massachusetts Ave NW
6           Suite 400
            Washington, DC 20001
7           kchambleeryan@elias.law
            dzeigler@elias.law

8

9    FOR THE DEFENDANTS:

10          MR. ANDREW NUSSBAUM, ESQ.
            FIRST & FOURTEENTH PLLC
11          2 North Cascade Avenue
            Suite 1430
12          Colorado Springs, Colorado 80903
            andrew@first-fourteenth.com

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT 15**

Page 3

1          INDEX OF EXAMINATION

2   EXAMINATION                                          PAGE

3   BY MR. NUSSBAUM:                                     4
    BY MS. CHAMBLEE-RYAN:                                99
4   BY MR. NUSSBAUM:                                     103

5
              INDEX OF DEFENDANT'S EXHIBITS
6
    NUM                    DESCRIPTION                   PAGE
7
    Exhibit 1     Report by Kenneth Mayer, Ph.D.         14
8
    Exhibit 2     NSLVE Campus Report for Notre          27
9                 Dame 08/2024

10  Exhibit 3     NSLVE Campus Report for Butler         33
                  University 06/2024
11
    Exhibit 4     2024 Department of Defense             49
12                Demographics Profile Active-Duty
                  Members
13
    Exhibit 5     Department of Defense                  50
14                Active-Duty Members:  Age

15

16

17

18

19

20

21

22
    [STENOGRAPHER'S NOTE:  All quotations from exhibits
23  are reflected in the manner in which they were read
    into the record and do not necessarily denote an exact
24  quote from the document.  Quotation marks are used for
    clarity and do not necessarily reflect a direct
25  quote.]

**EXHIBIT 15**

Page 4

1        COURT REPORTER:  May we have a stipulation

2     that all parties waive any objection to the fact

3     that the notary court reporter is administering the

4     oath remotely?

5        MR. NUSSBAUM:  So stipulated by counsel for

6     the state defendants.

7        MS. CHAMBLEE-RYAN:  Yes, we agree as well.

8              KENNETH MAYER, Ph.D.,

9     called as a witness, having been first duly sworn,

10     was examined and testified as follows:

11  EXAMINATION

12  BY MR. NUSSBAUM:

13  Q.   Good morning, Dr. Mayer.  My name is Andrew

14     Nussbaum.  I am an attorney for the state

15     defendants in this case.

16        Could you state and spell your name for the

17     record, please.

18  A.   Name is Kenneth R. Mayer, M-a-y-e-r.

19  Q.   And Dr. Mayer, you are testifying from Madison,

20     Wisconsin; is that right?

21  A.   That's correct.

22  Q.   And where -- are you in your offices at the

23     University of Wisconsin?

24  A.   I am in my home office.

25  Q.   Okay.  Is anyone in the room with you?

**EXHIBIT 15**

Page 5

1  A.   No.

2  Q.   And do you have any notes or other materials in

3       front of you?

4  A.   No.

5  Q.   Dr. Mayer, have you been deposed before?

6  A.   Yes.

7  Q.   Okay.  So you generally know how depositions go,

8       but let me go through just a couple of brief ground

9       rules.

10          The most important one is that because this

11       deposition is by Zoom, there is often a lag because

12       of the Internet or other issues, and so it is

13       important that you pause and let me finish my

14       question before you respond so we are not talking

15       over each other.  Will you agree to do that?

16 A.   Yes.

17 Q.   And from time to time, your counsel may object, so

18       that is another reason to just pause before you

19       answer so the transcript is clear.  Does that make

20       sense?

21 A.   Yes.

22 Q.   You should feel free to take a break at any time if

23       you need to use the bathroom, if you need to get a

24       glass of water, a snack, whatever you need.  That

25       is just fine.  All I would ask is that you answer

**EXHIBIT 15**

Page 6

```
 1          any pending questions before you do so; is that
 2          fair?
 3   A.     Yes.
 4   Q.     All right.  Dr. Mayer, how would you describe the
 5          field in which you are an expert in?
 6   A.     So, for these purposes, I would say it is in
 7          election administration, which is the practices and
 8          regulations and implementation of policies with
 9          respect to voter registration, and the conduct of
10          elections, and how election officials carry out
11          their duties.
12   Q.     So, have you ever served as an election
13          administrator?
14   A.     No.
15   Q.     Have you ever served as a county clerk?
16   A.     No.
17   Q.     Have you ever had any role in running a county or
18          state or federal election?
19   A.     So, I've done training of election workers and
20          clerks.
21   Q.     Okay.  What election workers and clerks have you
22          trained?
23   A.     Clerks in Dane County.  I have done presentations
24          to clerks around the state.
25   Q.     All in Wisconsin?
```

**EXHIBIT 15**

Page 7

1    A.    Yes.

2    Q.    Any in Indiana?

3    A.    No.

4    Q.    Okay.  And what was the nature of those trainings?

5    A.    Some of them had to do with polling place

6          organization and line length management.  Some of

7          them had to do with some of the forms that election

8          officials and poll workers filled out, and some of

9          them were about election policies generally.

10   Q.    So if I caught that right, you said you trained

11         them on line length management, some of the forms

12         that voters had to fill out, and election policies;

13         is that right?

14   A.    Not voters, that poll workers filled out.

15   Q.    Okay.  So poll worker forms, line length

16         management, and election policies generally?

17         Anything else?

18   A.    Yeah, and organization of polling places.

19   Q.    What does that mean, the organization of polling

20         places?

21   A.    The number of stations, the number of polling

22         places, and how to minimize line length and wait

23         times.

24   Q.    Any other topics that you covered in training?

25   A.    Not that I recall.

**EXHIBIT 15**

Page 8

1   Q.   And when you say "election policies," generally,

2        what did that entail?

3   A.   Just the practices of -- I don't recall the topics

4        sitting here, but just talking about the processes

5        of running elections.

6   Q.   Did you ever train any poll workers or other

7        election officials in administering a voter ID

8        regime?

9   A.   No.

10  Q.   And how many times did you train election

11       workers --

12            [Reporter requests clarification.]

13  Q.   So I think my question was how many times did you

14       train election workers and clerks that we were just

15       discussing?

16  A.   I don't recall specifically.  It was probably less

17       than ten.

18  Q.   And how long ago was that, Dr. Mayer?

19  A.   It varied.  Some of these were in 2022.  Some of

20       these were 15 years ago.  I don't recall.

21  Q.   So over the last 15 or so years, you did ten or so

22       trainings of election workers and clerks in the

23       state of Wisconsin?

24  A.   I would say it is probably fewer than ten.

25  Q.   Okay.  But other than that, my characterization was

**EXHIBIT 15**

Page 9

1       accurate?

2   A.  I think that is right.

3   Q.  So you said that you are an expert in the field of

4       election administration; is that correct?

5   A.  Correct.

6   Q.  And is that expertise based primarily on your work

7       with election workers that we just discussed?

8   A.  No, it is based on my research and academic work.

9   Q.  And when you say your research and your academic

10      work, you are referring to your work as a political

11      scientist at the University of Wisconsin; is that

12      fair?

13  A.  Yes, mainly.

14  Q.  What else?

15  A.  Say experience as an expert witness.

16  Q.  Anything else?

17  A.  I think that covers it.

18  Q.  Okay.  And what was the -- what topic or topics

19      were kind of your primary research focus, or are

20      your primary research focus as a political

21      scientist?

22  A.  Well, those would be reflected in my CV.  I would

23      say over the course of my career focused on

24      American institutions, campaign finance, election

25      administration, election integrity, the effects of

**EXHIBIT 15**

Page 10

```
 1          voter ID laws, incidents of voter fraud, the way in

 2          which election officials and clerks perceive the

 3          burdens of election policies, the effects of

 4          different ways of selecting election officials, the

 5          effects of different registration practices on

 6          turnout both in terms of turnout generally, and the

 7          effects on different subpopulations.  So basically,

 8          the full range of subjects related to the study of

 9          election administration, the rules, the underlying

10          data, things like that.

11     Q.   And you are trained as a political scientist,

12          Dr. Mayer?

13     A.   That's correct.

14     Q.   You have no on-the-ground experience with

15          registering voters, do you?

16     A.   I have not participated in voter registration

17          drives or things like that, so I would say that is

18          correct.

19     Q.   And you have never personally administered a

20          polling place?

21     A.   That's correct.  In Wisconsin, that is a job for

22          election supervisors and municipal clerks.

23     Q.   So you have no firsthand knowledge of the practical

24          difficulties of administering an election?

25     A.   I would say that is incorrect.  My knowledge of
```

**EXHIBIT 15**

1        that comes from my scholarly investigations, which

2        have included interviews and surveys of election

3        workers, and I would say it is not correct to say I

4        have no firsthand knowledge of the issues or

5        problems or practices of administering an election.

6  Q.  Do you have any firsthand knowledge -- and when I

7        say firsthand knowledge, I mean you actually

8        experienced the difficulty or the issue.  Do you

9        have any firsthand knowledge of the practical

10       difficulties of, say, using university IDs?

11  A.  Well, in a way, yes, because I have studied the

12       issue.  I have never used the university ID to

13       vote, but I would say that is -- that is an

14       inaccurate way of describing firsthand knowledge.

15       It doesn't have to be something that has affected

16       me personally from an academic standpoint.

17       Firsthand knowledge can come from things that you

18       observe either directly or things that emerge from

19       the study of data.

20  Q.  So, setting aside the study of data, what have you

21       observed directly vis- -vis the administration of a

22       voter ID regime?

23  A.  Well, I don't think you can separate the two.  I

24       don't think it is necessary to actually see with,

25       you know, to be present when voter ID law is in

**EXHIBIT 15**

```
 1        effect to reach a conclusion about the effects of a

 2        voter ID policy or practice in terms of data on who

 3        possess them, data on what forms of ID are shown at

 4        polling places, and so I think you are conflating

 5        two different things incorrectly.

 6   Q.   So fair enough.  I take that qualification.  I

 7        understand that what you are saying is that the

 8        study from the literature is adequate to form an

 9        expert opinion.  I understand that.

10   A.   No, that is incorrect, Counsel.  It is not from the

11        literature, it is from data.  I mean, I have

12        collected independent, original data on the effects

13        of.  When you say it is the literature, that is me

14        reading articles and doing a literature review.

15            So I am not trying to quibble, but I do think

16        it is important to be precise here.

17   Q.   I totally agree.

18            And so my direct -- my precise question was

19        have you directly dealt with -- and, I mean on a

20        firsthand basis, not studying the data, not

21        studying literature, but have you directly dealt

22        with the difficulties or issues or ease of

23        administering a voter ID regime?

24   A.   And again, I am not trying to quibble here, but I

25        mean, does it count when I show an ID at the polls,
```

**EXHIBIT 15**

```
 1        or I see what is going on at the polls when I go

 2        vote?  I mean, I think you are conflating things

 3        that shouldn't be conflating.

 4           You don't have to be a poll worker to

 5        understand the effects of a voter ID law.  You

 6        don't have to be a clerk to observe and understand

 7        the effects of different policies.  Again, I am not

 8        trying to fight you.  I just want to be, you know,

 9        precise and about, you know, where my knowledge and

10        ability to make -- to state conclusions comes from.

11   Q.   I appreciate that.  So other than personally using

12        a voter ID and your personal observations when you

13        went to vote -- and I presume Wisconsin has a voter

14        ID system -- do you have any other firsthand

15        observations of voter ID regime?

16   A.   I would say that I would regard the data that I

17        have collected and seen, you know, from the

18        standpoint of the ability to make statements.  Now,

19        you don't have to see it and experience it

20        directly.  I mean, this goes back to Karl Popper.

21        I mean, all of science and social science would be

22        impossible if the only statements you could make

23        would be about things that you directly observe.

24           So, I guess, you know, I am challenging the

25        premise of that question, which is direct
```

**EXHIBIT 15**

```
 1            observation and direct personal experience is the

 2            only way to know about a subject.  I think that is

 3            wrong.

 4   Q.   So other than the data you observed or read about,

 5            and then your personal experiences voting, anything

 6            else?

 7   A.   No, I would say it comes from my experience in

 8            studying the issue and familiarity with the

 9            practices, and, you know, the decades I have spent

10            studying and collecting data on the issue, and, you

11            know, it extends further to understanding the

12            nature of administrative burdens and the ways in

13            which different election practices are implemented.

14   Q.   Anything else?

15   A.   I would think that would cover it.

16   Q.   Have you ever authored a study about Indiana's

17            voter ID system?

18   A.   Not specifically about Indiana's voter ID, but I

19            have authored studies about voter ID laws.

20   Q.   I am going to drop into the chat here, my first

21            exhibit, and it might take a second to make sure

22            everybody gets access to it.

23            I am going to mark these as your last name,

24            Dr. Mayer.  Mayer Exhibit 1 will be the first one.

25            Tell me when you have it open on your screen.
```

**EXHIBIT 15**

1              MR. NUSSBAUM:  And Katie, if you have issues

2         with it, let me know.

3    Q.   I can also share my screen, Dr. Mayer.  I will do

4         that anyway because I will point you to specific

5         provisions.  I just want to make sure you have it

6         downloaded, and you can open it, so let me know

7         when you do that.

8    A.   Okay.  I now have it open in Acrobat on my

9         computer.

10   Q.   Okay.  So I will share my screen now to make this

11        more complicated.

12             So I am showing you the first page of what is

13        marked as Mayer Exhibit 1.  Can you see that on my

14        screen or your screen, Dr. Mayer?

15   A.   Yes.

16   Q.   Okay.  And can you identify this document?

17   A.   This appears to be the first page of the report

18        that I submitted, I think, in January.

19   Q.   Okay.  And I want to talk to you about pages 5 and

20        6 of that report, maybe just page 5.  It says here

21        that, "In the past ten years, I've testified as an

22        expert witness in trial or deposition or submitted

23        a report in the following cases," and then you list

24        all of the cases by federal court and state court.

25        Do I see that correctly?

**EXHIBIT 15**

Page 16

1    A.    Yes.

2    Q.    Okay.  And my question for you is, in any of these

3          cases, did you ever testify in favor of or in

4          support of a regulation on voting?

5    A.    So, again, I am not -- I am not trying to quibble,

6          but what does that mean?  What is testifying in

7          favor of a regulation?

8    Q.    So, taking this case as an example, SB 10, I would

9          qualify as a regulation on voting in Indiana, and

10         your testimony is submitted in opposition to SB 10,

11         that it poses a burden on the right to vote; is

12         that fair?

13   A.    I am sorry, say that again.

14         MR. NUSSBAUM:  Could you read it back for me.

15         [Requested material was read back by reporter.]

16         MS. CHAMBLEE-RYAN:  Object to form.

17   A.    You know, I think that is an inaccurate

18         characterization of what I did.  I am offering an

19         opinion about the effects of a particular provision

20         of SB 10, which is, in my opinion, is about the

21         effects of SB 10.

22   Q.    Okay.  And your opinion is that it is a burden on

23         the right to vote, and it targets young people

24         specifically; correct?

25   A.    Well, I would say my opinion is that you can

**EXHIBIT 15**

1    observe the effects that it imposes a -- that it

2    imposes a burden on students who don't already

3    possess one of the other qualifying forms of voter

4    ID, and that the effects will be largest against

5    voters in particular age groups, which in the

6    context of my report would be 18- to 24-year-olds.

7  Q.  Okay.  But, specifically, the effects are negative;

8    right?  You are not saying that SB 10 is a good law

9    and it enhances the right to vote; you are saying

10   that the effects are negative; right?

11       MS. CHAMBLEE-RYAN:  Object to form.

12  A.  No, I am saying that the effects are what you can

13   observe, and that it makes it more difficult to

14   vote.

15  Q.  Okay.  Fair enough.  That is what I was looking for

16   there.

17       And you would agree SB 10 is a regulation, or

18   a law regulating voting; right?

19  A.  Well, you know --

20       MS. CHAMBLEE-RYAN:  Object to form.

21  A.  I mean, I take great pains to be precise in my

22   language.  I mean, regulation can mean something

23   very specific, but, you know, SB 10 creates a rule,

24   maybe not in the sense of administrative law, but

25   it creates a particular -- you know, it creates a

**EXHIBIT 15**

Page 18

```
 1        particular practice, in this case, excluding
 2        student IDs, or excluding IDs issued by a public
 3        educational institution in Indiana as a voter ID.
 4        So yes, that is what it does.
 5   Q.   Okay.  So I agree with you.  I want to use your
 6        precise language, so I am on the same page, and I
 7        think you just described it as a rule affecting
 8        voting; is that fair?
 9   A.   Yes.  But, again, a rule not in the sense of a
10        rulemaking from the Code of Federal Regulations,
11        but it creates a practice.
12   Q.   Okay.  And similarly, your testimony is that it has
13        a negative or deleterious effect on the ability of
14        young people to vote; is that fair?
15   A.   I think that is a fair characterization.
16   Q.   Okay.  So, going back to the cases you've testified
17        in in federal and state court and using your
18        terminology, in any of those cases, did you testify
19        that the rules affecting voting had a nonnegative
20        or positive effect on the right to vote or the
21        administration of a voting system?
22            MS. CHAMBLEE-RYAN:  Object to form.
23   A.   You know, I am unclear about exactly what that
24        means.  You know, a positive effect, are you saying
25        that -- are you asking if my testimony was
```

**EXHIBIT 15**

1          typically about things that my conclusion was, that

2          it made it more difficult to vote as opposed to

3          making it easier to vote?  I mean, I just want to

4          make sure that I understand the question precisely.

5    Q.    Yeah.  So, using your definitions that we just went

6          through, I think you used the term "rule affecting

7          voting," and then, in this case, you are saying

8          that SB 10 has a negative effect on the right to

9          vote.

10         So the question is, in those cases listed on

11         page 5 of your report, did you ever testify that

12         the rules affecting voting in those cases had a

13         positive effect on the right to vote, or the

14         ability to administer a voting system?

15         MS. CHAMBLEE-RYAN:  Object to form.

16   A.    I would say in my recollection, the bulk of the

17         time, my analysis was about restrictive laws and

18         practices that typically made it more difficult to

19         vote, and that was -- that was the conclusion of my

20         testimony in -- as I recall, but not every case was

21         about election administration.  Some were about

22         redistricting.  Some were about different types of

23         representational structures, so not every case was

24         about election administration.

25   Q.    In any of the cases, did you offer an opinion that

**EXHIBIT 15**

Page 20

```
 1        the voting law, or the law at issue, if it
 2        pertained to voting, had a positive effect on the
 3        right to vote?
 4             MS. CHAMBLEE-RYAN:  Object to form.
 5   A.   Well, I am thinking that, you know, there may have
 6        been cases where there was a particular practice
 7        that I concluded did not have that effect, but
 8        again, we are talking about 25 years' worth of
 9        work.  So I would say typically these cases
10        involved what I would consider to be laws that
11        restricted and made voting more difficult, but that
12        doesn't mean in every case, in every instance, in
13        every aspect of the law my testimony was
14        100 percent that all of these things were -- made
15        it more difficult to vote.
16   Q.   Can you identify any of the cases, as you sit here
17        today, on the list in your report in which you said
18        that a voting regulation was, in any way, positive?
19   A.   Well, you know, we are talking about probably tens
20        of thousands of pages of text over decades, so I
21        couldn't -- I couldn't go through and point to a
22        particular case and say, "Well, it was that one."
23   Q.   So the answer to my question is you can't identify
24        any of these cases that --
25             MS. CHAMBLEE-RYAN:  Object to form.
```

**EXHIBIT 15**

Page 21

1        Mischaracterizing testimony.  Vague.

2   A.   Well, I would say --

3   Q.   So let me pause there for a second.

4           MR. NUSSBAUM:  First, Katie, let me finish my

5        questions, please, before you object.  I would

6        appreciate, also if we'd stick to object to form

7        rather than going into speaking objections, but let

8        me go back to my question, Dr. Mayer.

9   Q.   So my question was, as you sit here today, looking

10       at this list of cases on page 5 of your report, can

11       you identify any of the cases in which you

12       testified in whole or in part in favor of a voting

13       regulation or a rule affecting voting?

14          MS. CHAMBLEE-RYAN:  Object to form.

15  A.   And I can't conclusively testify about every aspect

16       of every report, but no, I can't point to a

17       specific case and say, you know, this one was one

18       rule or one aspect of that, so . . .

19  Q.   All right.  I want to switch topics a bit here,

20       Dr. Mayer, and I want to talk specifically about

21       SB 10.  What do you understand, in your own words,

22       Indiana Senate Bill 10 to do?

23  A.   Well, as I note on page 6 of my report, SB 10

24       revised Indiana statutes above what qualified as a

25       voter ID.

**EXHIBIT 15**

```
 1              Prior to SB 10, the restrictions, or the
 2        definition said that an ID that met these
 3        characteristics:  Had a photo, had a signature, had
 4        an expiration date, was issued by the state of
 5        Indiana, the federal government, or was a tribal
 6        ID, or a military veteran's ID.  What SB 10 did was
 7        add a section that said the term "proof of
 8        identification" does not include a document issued
 9        by an educational institution.
10   Q.   And I was a little bit confused about this on your
11        resume.  Are you currently emeritus at the
12        University of Wisconsin, or are you an active
13        faculty member?
14   A.   I am emeritus.  I retired in May of 2024.
15   Q.   And do you have a University of Wisconsin ID?
16   A.   Yes.
17   Q.   As a faculty member?
18   A.   As an emeritus faculty member, yes.
19   Q.   And are you aware that the Supreme Court of the
20        United States upheld Indiana's voter ID law in
21        2008?
22   A.   Yes.
23            MS. CHAMBLEE-RYAN:  Objection.  Relevance.
24   A.   The Marion versus Crawford County is well-known in
25        the elections administration literature.
```

**EXHIBIT 15**

Page 23

1   Q.   Did you review it as part of your preparation in

2        drafting your report here?

3   A.   No.

4            MS. CHAMBLEE-RYAN:  Objection.

5            THE WITNESS:  Sorry.

6   A.   No.

7   Q.   You did not?

8   A.   I did not.

9   Q.   You didn't think it was relevant to understand what

10       the Supreme Court said about the burdens, or lack

11       thereof, imposed by Indiana's voter ID law on

12       Indiana voters?

13           MS. CHAMBLEE-RYAN:  Object to form.

14  A.   No, because that basically is a legal conclusion,

15       and I am familiar with the decision, but my report

16       is about the empirical effects of who would be

17       affected by this, what are the specific burdens

18       that are imposed on specific individuals.  That was

19       not generally about voter ID.

20  Q.   Since Indiana's voter ID law was enacted in 2005,

21       to your knowledge, has a private university ID ever

22       been a valid form of voter identification in the

23       state?

24  A.   No, because those would not be considered issued by

25       the federal government or the state of Indiana.

**EXHIBIT 15**

Page 24

1    Q.    So students at Notre Dame, Butler, DePauw, and

2          other private Indiana universities have never been

3          able to use their university IDs to vote; correct?

4    A.    That is my understanding.

5    Q.    Those private university students have always had

6          to use an Indiana driver's license, a state ID, a

7          passport, or other qualifying form of ID; right?

8    A.    That's correct, to vote in an election in Indiana.

9    Q.    Are you aware of any evidence that this prohibition

10         on the use of private university IDs has materially

11         suppressed voter participation among private

12         university students?

13   A.    That was not a question, or not something I

14         analyzed for this report.

15   Q.    I am looking at your report briefly.  I am going to

16         share my screen again, Dr. Mayer, and again, we are

17         looking at Mayer Exhibit 1.  This is a copy of your

18         report, and I am going to increase my screen here.

19         Do you see I am showing you Table 7 of your report?

20   A.    Yes.

21   Q.    All right.  And this shows voter turnout among

22         public university students in the 2014, 2016, 2018,

23         2020, and 2022 elections; is that correct?

24   A.    Yes, as indicated, or as estimated by the National

25         Study of Learning, Voting and Engagement.

**EXHIBIT 15**

Page 25

1    Q.    In the 2014 election, we only have data from IU
2          Bloomington and Ball State, but the average was
3          less than 10 percent voter turnout; is that right?
4    A.    That is what it shows.
5    Q.    And the average voter turnout in 2016, among public
6          university students in Indiana, was 53 percent?
7    A.    I think that was the national public four-year
8          institution, not just Indiana.
9    Q.    Okay.  So these averages at the bottom, those are
10         not for Indiana public university students, they
11         are for national university or public students?
12   A.    Give me one second.  Yes.  So the row that shows
13         public four-year institutions, that is all public
14         four-year institutions nationally.
15   Q.    Got it.  And that probably makes some sense because
16         if I am looking at 2016, and I am not going to ask
17         you to do the math on the fly, but it looks like
18         likely the voter turnout percentages for Indiana
19         public universities was slightly lower than the
20         national average?
21   A.    Well, again, the national -- it is not an average,
22         it is a median, so it is slightly different.
23   Q.    Fair enough.  So let me restate my question.
24              The median among public university students
25         for voter turnout in 2016 was slightly below the

**EXHIBIT 15**

Page 26

1          national median?

2    A.    That's correct.

3    Q.    Okay.  And same thing for 2018, the national median

4          was 41 percent, and it looks like the median at

5          Indiana public universities was slightly lower than

6          that?

7    A.    That is what Table 7 indicates.

8    Q.    And actually, maybe fairly lower.  It could be

9          between 30 and 35 percent for the median at Indiana

10         public universities; right?

11   A.    Well, we have got to be careful calculating a

12         median with 5, but yes, it looks like turnout at

13         Indiana four-year institutions was typically lower

14         than the national four-year median.

15   Q.    Okay.  So -- and for the national median for 2020

16         was 66 percent?

17   A.    That is what the table indicates.

18   Q.    And the national median for 2022 was 35 percent?

19   A.    That's correct.

20   Q.    And the turnout of those that reported -- those

21         public universities in Indiana that reported data

22         in 2022 was substantially lower than the national

23         median; right?

24   A.    That's correct.

25   Q.    Okay.  I am going to drop a new exhibit into the

**EXHIBIT 15**

1    chat, and I am also just going to share it on my

2    screen, so I don't think you need to pull it up,

3    but I want to make sure everyone has it [Ex. 2].

4        All right.  Dr. Mayer, I will represent to you

5    that this is the NSLVE report for the University of

6    Notre Dame.  And just to be clear for the record,

7    you relied on the NSLVE data when preparing your

8    report as to public institutions in the state of

9    Indiana; correct?

10  A.  That's correct, for that table.

11  Q.  Okay.  Did you review NSLVE data for private

12      universities in Indiana when preparing your report?

13  A.  No.

14  Q.  And I am going to point you to a specific page on

15      the report.  It is Bates No. Notre Dame 200040.

16      Can you see that, Dr. Mayer, the data on the page?

17  A.  Yes.

18  Q.  All right.  So this is similar information to what

19      appears in Table 7 of your report, but for the

20      University of Notre Dame; right?

21  A.  That is what it looks like.

22  Q.  So in 2014, for example, 22.6 percent of Notre

23      Dame's registered students voted in 2014; correct?

24  A.  No, that middle table is the percentage of

25      registrants who voted, not the percentage of

**EXHIBIT 15**

1    students who voted.

2  Q.  So are you saying that 15.4 percent is the voting

3      rate among all Notre Dame students in 2014?

4  A.  Well, that -- so 15 -- so there were three charts

5      here.  The one on the left shows their estimate of

6      the percentage of Notre Dame -- eligible Notre Dame

7      students who were registered.  The middle chart

8      shows the percentage of registrants who voted, and

9      the third chart shows the number of eligible

10     students who voted.

11 Q.  And so eligible students means you take the

12     68.1 percent in the first chart and then figure out

13     the actual number of the students who voted in that

14     population; is that right?

15 A.  No, I think the voting rate is the actual number of

16     students who voted divided by the number of

17     students who are eligible, which I think probably

18     would be mathematically equivalent to the

19     registration rate times the voting rate of

20     registered students.

21 Q.  So I appreciate that qualification, and actually,

22     that was one of my questions.  So, in your Table 7

23     in your report, and I will go back to it, what is

24     the denominator in -- what is the denominator in

25     the data in your Table 7?

**EXHIBIT 15**

Page 29

| | | |
|---|---|---|
| 1 | A. | So this is the percentage of eligible -- this is |
| 2 | | the percentage of eligible students who voted.  So |
| 3 | | the denominator is the total number of eligible |
| 4 | | students, which, under the NSLVE's definition, |
| 5 | | essentially student American citizens over the age |
| 6 | | of 18. |
| 7 | Q. | Okay.  So, going back to the Notre Dame NSLVE data, |
| 8 | | the data reported in the voting rate chart is the |
| 9 | | same information reported in your Table 7, correct, |
| 10 | | just for the University of Notre Dame? |
| 11 | A. | It should be. |
| 12 | Q. | Okay.  Got it.  Thank you for that clarification. |
| 13 | | So in 2014, the voting rate for the University |
| 14 | | of Notre Dame was 15.4 percent; correct? |
| 15 | A. | Yes. |
| 16 | Q. | And that is significantly higher than the voting |
| 17 | | rate for those public universities in Indiana that |
| 18 | | reported data to the NSLVE in 2014; correct? |
| 19 | A. | Well, yes, I think that is an accurate |
| 20 | | characterization. |
| 21 | Q. | Okay.  And in 2018, it is 35.8 percent voting rate |
| 22 | | at the University of Notre Dame; correct? |
| 23 | A. | That's correct. |
| 24 | Q. | And so that is a little bit -- I am sorry, that is |
| 25 | | higher than most public universities in the state |

**EXHIBIT 15**

Page 30

1    of Indiana, their voting rate; right?

2  A.  That's correct.

3  Q.  I will toggle back and forth here a couple times.

4    In 2020 -- strike that.

5      In the 2020 election, the voting rate at the

6    University of Notre Dame was 71.3 percent; correct?

7  A.  Correct.

8  Q.  And that is substantially higher than the voting

9    rate at all Indiana public universities; correct?

10 A.  I would not characterize it as substantially

11   higher.  I would characterize it as slightly

12   higher, marginally higher.

13 Q.  It is higher; fair?

14 A.  Yes.

15 Q.  Okay.  And then in 2022 -- strike that.

16     In the 2022 election, the voting rate among

17   Notre Dame students was 26.6 percent; correct?

18 A.  Correct.

19 Q.  And that is also higher than the Indiana public

20   universities that reported data for that election

21   to the NSLVE; right?

22 A.  Correct.

23 Q.  Why do you think Notre Dame's turnout was, on

24   average, higher than public university students?

25 A.  Well, there are all kinds of possibilities.  Notre

**EXHIBIT 15**

1    Dame is a private, religious institution, so it is

2    likely that the student body has different

3    demographics, probably a lot more students from

4    wealthy families.  It is significantly smaller, it

5    is significantly more selective.  So I don't think

6    you can look at data from Notre Dame and say,

7    "Well, more Notre Dame students voted than IU

8    students, so, therefore, the student ID is

9    irrelevant."

10        And again, it is also crucial to note that I

11   am not making a statement about aggregate turnout.

12   I am not making a claim that the turnout rate is

13   going to fall, even though I suspect it will.  My

14   report is about identifying a population of

15   affected students.

16        So it is true that that data show that student

17   voting at the University of Notre Dame is higher

18   than it is at public universities, but that doesn't

19   surprise me because all other things being equal,

20   Notre Dame is a very different institution,

21   smaller, more selective, most likely has a student

22   body that is higher income.

23        So I think it is fundamentally inaccurate to

24   compare those two institutional turnout rates and

25   draw the inference that the ability of students to

**EXHIBIT 15**

Page 32

```
 1        use their student ID has no effect.
 2   Q.   So the differences you identified were the
 3        selectiveness of the institution, the wealth of the
 4        student body.  You also mentioned that it is a
 5        religious institution and that the population is
 6        smaller.  Anything else?
 7   A.   Well, I mean, you would suspect that the percentage
 8        of students that possess a passport is higher.
 9        There are all kinds of reasons why you would expect
10        turnout at a place like Notre Dame.  It would be
11        like comparing Yale University to the University of
12        Connecticut.
13   Q.   Anything else?
14            MS. CHAMBLEE-RYAN:  Object to form.  He said
15        those are just examples.
16   A.   I mean, I could go on, but all of it is -- points
17        to the conclusion that those two institutions, or
18        Notre Dame is not directly comparable to any of the
19        four-year public institutions in Indiana.
20   Q.   So I want to make sure I get your complete
21        testimony today.  You mentioned selectiveness,
22        wealth, capital of city, its small size.  You
23        mention that it is your suspicion that more
24        students at Notre Dame have passports.  Anything
25        else?
```

**EXHIBIT 15**

Page 33

```
1           MS. CHAMBLEE-RYAN:  Object to form.
2    A.   Well --
3           THE WITNESS:  Sorry.
4           MS. CHAMBLEE-RYAN:  Object to form.
5    A.   No, it is -- the things that -- decades of
6         literature on voting and the correlates of turnout
7         would all point to the conclusion that you would
8         expect, private selective institution that the
9         students there would be more likely to vote than
10        students at even a flagship state institution.
11   Q.   Anything else?
12   A.   I think that covers it.
13          MS. CHAMBLEE-RYAN:  Object to form.
14   Q.   Now, you didn't consider Notre Dame at all in
15        drafting your report; right?
16   A.   That's correct.  My report was about the effect on
17        removing that student ID option as a voter ID,
18        which did not apply to the University of Notre
19        Dame.
20   Q.   All right.  I want to talk to you about another
21        example.  I will drop what I am going to mark as
22        Mayer Exhibit 3 into the chat, and I will share my
23        screen here.
24          Dr. Mayer, I will represent to you that this
25        is the NSLVE report for student voting rates for
```

**EXHIBIT 15**

Page 34

```
 1            Butler University.  Do you see that?
 2   A.   Yes.
 3   Q.   And you are aware that Butler University is a
 4        private university in the state of Indiana;
 5        correct?
 6   A.   That's correct.
 7   Q.   Is it fair to say that Butler is less selective
 8        than the University of Notre Dame, Dr. Mayer?
 9   A.   Well, probably, but Butler is a small liberal arts
10        institution.  So, again, you know, I don't think it
11        is accurate or good or valid to, say, compare
12        Butler to Purdue or IU or IU Bloomington.
13   Q.   It's fair to state --
14   A.   Well, I'm -- no, go ahead.
15   Q.   It is fair to say its population is likely less
16        wealthy than the University of Notre Dame student
17        population?
18   A.   It might be, but again, we are talking about a
19        small, private liberal arts institution.  So I
20        would -- I would suspect that an institution like
21        that would have a student body that comes from
22        families with higher wealth.  I have not seen the
23        data, but again, if you are looking at something
24        like voting, I think it would be fundamentally
25        inaccurate to look at Butler and compare that to
```

**EXHIBIT 15**

```
 1          Ball State or IU or IU Indianapolis.
 2   Q.    And you -- but you haven't compared the wealth or
 3          socioeconomic data of Butler with, say, IU
 4          Bloomington?
 5   A.    I have not.  I am not aware that there would be
 6          data on family wealth, but anyhow, I did not look
 7          at data from Butler.
 8   Q.    And you agree with me that Butler is not a
 9          religious institution like Notre Dame?
10   A.    Well, it might be.  It might be a sectarian
11          institution, but it is not religious in the way
12          that Notre Dame is, but I don't know.
13   Q.    And do you know the rate of passport holding at
14          Butler University?
15   A.    No.
16   Q.    And you didn't compare, say, the rate of passports
17          or military enlistment at Butler versus public
18          institutions in the state of Indiana?
19   A.    No, although I suspect it is probably lower.
20   Q.    So, going back to this Butler report on page Butler
21          00016, that is the Bates number.  It looks like the
22          voting rate at Butler was 10.1 percent in 2014;
23          right?
24   A.    Can you make it a little bigger?  I can't see it.
25          All right.  Thank you.
```

**EXHIBIT 15**

Page 36

| | | |
|---|---|---|
| 1 | Q. | So the question was the voting rate at Butler for |
| 2 | | the 2014 election was 10.1 percent; right? |
| 3 | A. | That's correct. |
| 4 | Q. | And that is higher than the two institutions -- |
| 5 | | strike that. |
| 6 | | That is a higher voting rate than the two |
| 7 | | public institutions in Indiana that reported data |
| 8 | | to the NSLVE; correct? |
| 9 | A. | I mean, it is higher.  I wouldn't regard it as |
| 10 | | meaningfully higher.  You are talking about a |
| 11 | | percentage point or two, but yes, it is higher than |
| 12 | | the reported rates, or IU Bloomington and Ball |
| 13 | | State in 2014. |
| 14 | Q. | And in 2018, the voting rate was 36.8 percent; |
| 15 | | correct? |
| 16 | A. | That's correct. |
| 17 | Q. | And that is similar to the voting rate at public |
| 18 | | institutions for that election; right? |
| 19 | A. | It is in the range. |
| 20 | Q. | Slightly higher in most of them; right? |
| 21 | A. | That's correct. |
| 22 | Q. | All right.  And in 2020, the voting rate was |
| 23 | | 74.9 percent; correct? |
| 24 | A. | That's correct. |
| 25 | Q. | And let me strike that.  I need to make sure the |

**EXHIBIT 15**

1    record is clear.

2         The voting rate at Butler University for the

3    2020 election was 74.9 percent; correct?

4  A.  Correct.

5  Q.  And that is higher than the voting rate at public

6    institutions in Indiana for the 2020 election;

7    right?

8  A.  That's right.  I mean, I would regard that as

9    minimally higher, not significantly, but it is

10   higher.

11 Q.  When would it be significantly higher for you?  At

12   what threshold?

13 A.  Well, you would have to look at the -- well,

14   significance here is not going to be significance

15   in the statistically significant sense where you

16   are looking at computationally tractable margins of

17   error and distributions, but again, I don't think

18   it is valid to compare an institution, a private

19   institution like Butler, to a public institution.

20        My recollection is that if you look at the

21   NSLVE medians for private institutions, they will

22   be higher than for public institutions because the

23   demographics are different, the student body is

24   much smaller, students are likely to be more

25   concentrated on campus.  There are any number of

**EXHIBIT 15**

Page 38

```
 1          reasons why you would expect turnout at an
 2          institution like Butler to be higher than at a
 3          public four-year institution.
 4   Q.     That is not true as a categorical matter, is it?  I
 5          mean, there are large, private universities with
 6          big student population, and there are small public
 7          universities; right?
 8   A.     Well, that would be true, but as a general matter,
 9          an institution like Butler is not directly
10          comparable to an institution like IU or Purdue or a
11          state institution in terms of where do the students
12          come from?  What is the background of the students?
13          I mean, there are all kinds of reasons why you
14          would expect a population, or students at a private
15          institution would have higher voter turnout than
16          students at a public institution.
17              So again, I am not disputing that the numbers
18          are a little bit different.  I am saying that that
19          doesn't -- that doesn't lead to the conclusion that
20          the student ID issue has no effect.  It is quite
21          possible.  I would say it is even likely that if
22          private student ID is counted, you would see
23          slightly higher turnout, but again, that is not an
24          issue that I analyzed.  My opinions and conclusions
25          are about the effects of SB 10, which affected
```

**EXHIBIT 15**

Page 39

```
 1            students at public institutions in Indiana.
 2   Q.   You would agree with me that a school like Notre
 3        Dame draws from a larger national population;
 4        correct?
 5   A.   I would say that is probably true.
 6   Q.   It is more likely that students at IU Bloomington
 7        are going to be from Indiana; right?
 8   A.   That's correct.
 9   Q.   And why do you think Butler's turnout rate was, on
10        average, higher than public university students in
11        the state of Indiana?
12   A.   Well, I am not offering an opinion about that.  I
13        am saying I don't think Butler is directly
14        comparable to a place like IU Bloomington.  It is
15        private.  It is smaller, it is a liberal arts
16        institution.  I don't know what its admission rates
17        are.  It wouldn't surprise me if they were higher,
18        I don't know, or if their admission rates are
19        lower, but again, Butler is not comparable to IU
20        Bloomington or Purdue or IU Indianapolis.
21   Q.   And you didn't evaluate Butler or other private
22        university voter data in drafting your report;
23        right?
24   A.   That's correct.
25   Q.   You agree with me that those young people not
```

**EXHIBIT 15**

Page 40

```
 1          enrolled in a public university have always been
 2          subject to Indiana's standard voter ID
 3          requirements; correct?
 4    A.    That's correct.
 5    Q.    You agree with me that the only people affected by
 6          Senate Bill 10 are students, faculty, and staff
 7          enrolled at or employed by public universities who
 8          do not already have an Indiana driver's license or
 9          other valid form of voter ID; correct?
10    A.    So there is a lot going on there.  Can you ask that
11          question again?
12    Q.    Of course.
13              MR. NUSSBAUM:  Could you read it back,
14          Ms. Cowsert.
15              [Requested material was read back by reporter.]
16              MS. CHAMBLEE-RYAN:  Object to form.
17    A.    So I would say that is generally true, although
18          there would be students, I would say, at public
19          four-year university, that is correct.  There would
20          be students at public institutions like Vincennes
21          or the Ivy Tech system.  So stick with the caveat
22          that if we are talking about four-year
23          institutions, that's correct.
24    Q.    I want to share my screen again.  This is back to
25          Exhibit 1.  You state, "By prohibiting the use of
```

**EXHIBIT 15**

1    student IDs as a qualifying voter ID, SB 10 will

2    drive these already low turnout rates even lower."

3    Did I read that correctly?

4  A.    Yes.

5  Q.    You don't cite anything for that proposition in

6    your report, Dr. Mayer, so what is your support for

7    that assertion?

8  A.    It is an inference that is based on other data in

9    the report about the number and percentage of

10   voters at campus precincts who use something other

11   than an Indiana driver's license or ID to vote.  It

12   is based on my knowledge of the literature on

13   voting and turnout, so it is based -- that

14   particular statement is based on what preceded this

15   about the size of the population that is affected,

16   and the patterns of ID presentation at the polls in

17   Monroe County.

18  Q.    Anything else?

19  A.    I think that covers it.

20  Q.    Do you know whether voter ID laws, in general,

21   drive down voter turnout?

22  A.    So there are two pieces of that.  There is a

23   literature that concludes that it does, that voter

24   turnout is lower in areas with a strict voter ID

25   law.  There is a literature that contests that.

**EXHIBIT 15**

Page 42

1          There are studies where the authors have

2      concluded that the effects are mixed or difficult

3      to detect, in part, because turnout can rise and

4      fall based on a lot of different factors.  But

5      there is, I think, an undisputed literature that

6      finds that strict voter ID laws have particular

7      effects on individuals, so that even if, say, you

8      can't definitively say that turnout was 6

9      percentage points lower here because of a voter ID

10     law that there are individuals that are affected

11     and prevented from voting, in part, because of

12     states that allow voters to use some alternative

13     method of proving their identity like an affidavit

14     or something like that.

15          So, in my view, the literature does show that

16     strict voter ID laws do suppress turnout, and they

17     do make it difficult, if not impossible, for

18     individuals to vote, even if you are not going to

19     necessarily detect that in a statewide election

20     where turnout will rise and fall based on many

21     different factors.

22  Q.  Do you know whether turnout decreased in Indiana

23      after it adopted voter ID in 2005?

24  A.  So I do know that Indiana has among the lowest

25      turnout rates in the country.  It has been a while

**EXHIBIT 15**

Page 43

```
1         since I have looked.  I am not -- I know that there
2         were some studies of Indiana from, say, 2009 in the
3         first few years that did conclude that it reduced
4         turnout.
5    Q.   Okay.  So, other than those 2009 studies, are you
6         aware what the voter turnout data has been in the
7         subsequent elections, say, 2010 to 2024?
8    A.   Well, I haven't looked at each one specifically,
9         but I am aware of the turnout in -- statewide
10        turnout in Indiana tends to be well below national
11        averages and tends to be among the lower ranges of
12        statewide turnout nationally.
13   Q.   Do you know if it decreased after Indiana voted,
14        adopted voter ID in 2005?
15   A.   Sitting here, I don't know, but I know -- I do know
16        that there were some studies that came out
17        initially that argued that it did.
18             MR. NUSSBAUM:  We have been going for a little
19        bit more than an hour.  I would like to take a
20        quick break, if that is okay with everyone on this
21        call?  I was thinking five minutes, unless you'd
22        like longer, Dr. Mayer, or anyone else?
23             THE WITNESS:  Five minutes is fine with me.
24             [A brief recess was taken.]
25             MR. NUSSBAUM:
```

**EXHIBIT 15**

Page 44

1   Q.   So I wanted to go back to one question I had for

2        you in the first part of our conversation,

3        Dr. Mayer.

4             We were talking about the affected

5        population -- strike that.

6             We were talking about the population affected

7        by SB 10, and you qualified your answer to say that

8        SB 10 applied only to public four-year students,

9        faculty, and staff.

10            [Reporter requests clarification.]

11  Q.   So we were talking about the population affected by

12       SB 10, Dr. Mayer, and that it applies to students,

13       faculty, and staff enrolled at or employed by

14       Indiana public universities who do not already have

15       an Indiana driver's license or other valid form of

16       voter ID, and you qualified your answer to say that

17       the affected population was only those faculty,

18       staff, and students at public four-year

19       institutions.  Do you recall that?

20  A.   Yes.

21            MS. CHAMBLEE-RYAN:  Objection.

22       Mischaracterization.  Compound question.

23  A.   So, yes.

24  Q.   All right.  And can you explain that clarification

25       related to your answer only applying to those at

**EXHIBIT 15**

Page 45

1        four-year public institutions?

2   A.   So, this is, in part, based on data that is

3        provided by The Indiana Commission for Higher

4        Education.  There are two large two-year

5        institutions in Indiana; one is the Ivy Tech

6        system, which is the community college system.  The

7        other is a public institution called Vincennes

8        University, which does actually offer some bachelor

9        degrees but is considered a two-year institution,

10       and my understanding of the student IDs at

11       Vincennes and Ivy Tech is that they -- even prior

12       to SB 10, they did not meet the requirements of a

13       valid voter ID because they did not have an

14       expiration date.

15  Q.   Okay.  Thank you for that clarification.

16            And so, just to state that affirmatively, you

17       excluded Ivy Tech and Vincennes from your analysis

18       because its IDs lacked an expiration date, and,

19       therefore, never qualified as a voter ID even

20       before Indiana Senate Bill 10?

21  A.   That's correct.  I explained that in footnote 30 of

22       my report on page 11.

23  Q.   So any public university-issued ID that lacks an

24       expiration date would not qualify as valid voter

25       ID, even if SB 10 was not in effect; correct?

**EXHIBIT 15**

Page 46

1    A.    That is my understanding.

2    Q.    Are you aware that many Indiana public universities

3          have transitioned or are transitioning to digital

4          or mobile student IDs?

5    A.    Yes --

6              MS. CHAMBLEE-RYAN:  Objection.  Foundation.

7    A.    Yes, I am aware that both IU and Purdue have

8          digital forms of ID.

9    Q.    Was a digital ID displayed on a smartphone ever a

10         valid form of voter ID in Indiana?

11   A.    I don't believe so.

12   Q.    So, students who already rely on a digital

13         university ID would not have been able to use it as

14         a voter ID before SB 10 either?

15             MS. CHAMBLEE-RYAN:  Object to form.

16   A.    That is true, but my understanding is that both

17         institutions will issue a physical ID if the

18         student requests it.

19   Q.    So SB 10 has no effect on students whose only

20         university ID is a digital one?

21             MS. CHAMBLEE-RYAN:  Object to form.

22   A.    I think that would be correct.

23   Q.    Have you reviewed data on the age demographics of

24         active-duty military?

25   A.    Not in Indiana; no.

**EXHIBIT 15**

Page 47

1    Q.    And did you do that in preparation of your report?

2    A.    No.

3    Q.    So are you aware that active-duty service members

4          are disproportionately young between the ages of 18

5          and 24?

6    A.    That would not surprise me in the sense that when

7          you say disproportionately that the percentage of

8          active-duty service members who are in that age

9          group would exceed the percentages in the general

10         Indiana population.

11   Q.    So I am going to show you again your expert report,

12         which is Exhibit 1, and this is page 14 of your

13         report.  You write, "The only precinct not on or

14         adjacent to a public university is Precinct LA 056

15         in Marion County in the town of Lawrence.  That

16         precinct includes a military facility engaged in

17         military recruitment, the Indianapolis Military

18         Entrance Processing Station."  Did I read that

19         correctly?

20   A.    Yes.

21   Q.    And so this finding would be consistent with a

22         conclusion that service members are

23         disproportionately young in the state of Indiana;

24         correct?

25   A.    No, I would not draw that inference based on that

**EXHIBIT 15**

Page 48

```
 1            single data point.  What that data point indicates
 2            is that the percentage of registered voters in that
 3            precinct is high, and I don't know that you
 4            would -- I mean, I would not look at that one piece
 5            of data and say you could draw the inference that
 6            military personnel in general are -- that
 7            particular percentage are disproportionately young.
 8    Q.      And I appreciate that qualification.  In this
 9            section of your report, however, you've identified
10            the precincts in the state of Indiana with the
11            highest concentrations of registrants aged 18 to
12            24.  Did I read that correctly?
13    A.      Yes.
14    Q.      And the vast majority of those precincts are
15            adjacent to public universities in the state;
16            correct?
17    A.      Either adjacent to or on.
18    Q.      Okay.  But the one exception is the precinct that
19            includes a military facility engaged in military
20            recruitment; right?
21    A.      That's correct.
22    Q.      Okay.  So, in that precinct that is engaged in
23            military recruitment or the military facility --
24            that is a bad question.
25                In the precinct that includes a military
```

**EXHIBIT 15**

Page 49

```
1          facility engaged in military recruitment, there is
2          a high concentration of 18- to 24-year-olds,
3          correct?
4    A.    That is correct, but again, I wouldn't make a more
5          generalized inference based on that because this is
6          an entrance processing station which is dealing
7          with people who have just recently entered into the
8          service, and presumably that is going to be younger
9          than military personnel, generally.
10              So, again, I mean, yes, that is what the data
11         show.  That is one precinct that is not on or
12         adjacent to a public university campus, and there
13         is a military personnel facility there.
14   Q.    All right.  I dropped what I've marked as Mayer
15         Exhibit 4, and I hope that's marked properly.
16         Might not be properly marked.  So the document's
17         title is "2024 Demographics Active-Duty Members,"
18         and I have meant to, and if it is not, it should be
19         marked Mayer Exhibit 4.
20              I will represent to you that this is a summary
21         report from the Department of Defense of the
22         demographics of active-duty members across the
23         United States.  Do you see that there that the
24         average age of enlisted service members is 27.4,
25         Dr. Mayer?
```

**EXHIBIT 15**

Page 50

1    A.    Yes.

2    Q.    Okay.  And the average age of officers is 34.3;

3          correct?

4    A.    Yes.

5    Q.    All right.  And I just dropped in the chat what

6          I've marked as Mayer Exhibit 5, and I will

7          represent to you that this is further data pulled

8          from the Department of Defense's website, and it

9          shows active-duty members broken down by age, and

10         you can see that the largest group of active-duty

11         service members is those 25 years old or younger;

12         correct?

13   A.    Well, yeah.  I haven't seen this before, but based

14         on your representation, it shows that 42.8 percent

15         of active-duty members are 25 years old or younger.

16   Q.    That is almost two times as large as the next

17         largest group of service members at 26 to 30 years

18         old, who represent 21.7 percent of active-duty

19         service members; correct?

20   A.    That's correct.

21   Q.    You are aware that after the initial enactment of

22         Indiana's voter ID law in 2005, the Indiana

23         legislature amended the voter ID law to add

24         military IDs as an accepted form of identification

25         for voting; correct?

**EXHIBIT 15**

1  A.  Well, I think the exception is that military IDs

2      are accepted even if they don't have an expiration

3      date.

4  Q.  But you are aware of that amendment?

5  A.  Yes.

6          MS. CHAMBLEE-RYAN:  Object to form.

7  Q.  And so based on the data we just discussed, that

8      amendment would have, if anything, a positive

9      effect on voting opportunities for young Hoosiers;

10     correct?

11         MS. CHAMBLEE-RYAN:  Object to form.

12 A.  Well, it would, contingent on it would affect the

13     number of active-duty military personnel who

14     would -- could rely on that as their voter ID.

15 Q.  Are you aware that public university IDs at Indiana

16     public universities are issued not just to students

17     but also to faculty and staff?

18         MS. CHAMBLEE-RYAN:  Object to form.

19 A.  That would be typical.

20 Q.  Are you aware that some Indiana public universities

21     issue IDs to contractors and vendors as well?

22         MS. CHAMBLEE-RYAN:  Object to form.

23 A.  That, I don't know.  I am not aware of that.

24 Q.  And faculty and staff members can be of any age;

25     correct?

**EXHIBIT 15**

Page 52

1                MS. CHAMBLEE-RYAN:  Object to form.

2    A.   They -- that would include people who would be

3         outside the range of the typical age for students.

4    Q.   And in your experience, graduate students are over,

5         say, 25 years old?

6    A.   Well, I wouldn't say in my experience --

7                MS. CHAMBLEE-RYAN:  Object to form.

8                THE WITNESS:  I am sorry, Katie.

9                MS. CHAMBLEE-RYAN:  That's okay.

10   A.   That is not my experience.  That is what the data

11        show:  That graduate students are almost, by

12        definition, going to be older than undergraduates.

13   Q.   Over 25, in general?

14               MS. CHAMBLEE-RYAN:  Object to form.

15   A.   I don't know that it would be necessarily over 25,

16        but there will be -- I think a graduate student is

17        more likely to be over age 25 than an

18        undergraduate.

19   Q.   So those graduate students at public universities

20        in Indiana who hold university IDs would tend to be

21        older than the undergraduate population; correct?

22               MS. CHAMBLEE-RYAN:  Object to form.  If

23        counsel could stop leading, that would save a lot

24        of objections.

25               MR. NUSSBAUM:  I think I am allowed to lead

**EXHIBIT 15**

Page 53

```
 1        with a hostile witness, Ms. Chamblee-Ryan.

 2             MS. CHAMBLEE-RYAN:  I don't think that is

 3        accurate.  I will continue objecting.

 4             MR. NUSSBAUM:  Great.

 5   A.   I am sorry, can you ask the question again.

 6             MR. NUSSBAUM:  Could you read it back.

 7             [Requested material was read back by reporter.]

 8   A.   I mean, I would say as a general rule that would be

 9        true that a graduate student, in general, you know,

10        on average, would be older than an undergraduate

11        student, on average.

12   Q.   Before SB 10, could a 55-year-old university

13        administrator at a public university in Indiana

14        have used her public university ID to vote?

15   A.   Assuming that the employee IDs had an expiration

16        date as student IDs did; yes.

17   Q.   Does SB 10 treat the 55-year-old public university

18        administrator the same as it treats a 20-year-old

19        public university undergrad?

20   A.   So the text itself does.  In practice, it will be

21        different because a 55-year-old is more likely to

22        have an Indiana driver's license than someone 18 to

23        24, and is likely, more likely to have a passport.

24        So in that sense, the text itself treats them the

25        same, but in practice, the effects will be
```

**EXHIBIT 15**

Page 54

1      different.

2   Q.  Preparing your report, you reviewed data on

3       Indiana's population ages 18 to 24; correct?

4   A.  So if we are going to do that, can I look at my

5       report?

6   Q.  I will pull it up for you right now, just so we are

7       on the same page.

8            So this is your report, and I am thinking

9       about Tables 2 and 3 specifically, so let me just

10      restate the question for the record, Dr. Mayer.

11           In preparing your report, did you review data

12      on Indiana's population ages 18 to 24?

13  A.  Yes, I reviewed census data on the Indiana

14      population.

15  Q.  Okay.  So I want to talk a little bit about those

16      tables, Tables 2 and 3.  Table 3 in the first

17      column shows that the total population of Hoosiers

18      aged 18 to 24 totaled 679,203; is that right?

19  A.  That is what the American Community Survey

20      indicated for that year.

21  Q.  And I understand that these tables toggle between

22      years, but they are relatively close in time

23      because if you go to Table 2, you are talking about

24      fiscal year 2023; right?

25  A.  That actually should be fall 2023, not fiscal 2023.

**EXHIBIT 15**

Page 55

1   Q.   So this would be fall 2023 through spring 2024; is

2        that right?

3   A.   No, it would just be for the fall.

4   Q.   Okay.  So got it, fall in 2023.  That is what

5        Table 2 shows.

6             And so in fall 2023, the total enrollment at

7        Indiana public universities of 18- to 24-year-olds

8        was 152,464; is that right?

9   A.   That is what the data indicate.

10  Q.   So by my math, if you divide the number of students

11       aged 18 to 24 enrolled at Indiana public

12       universities by the total population, we are

13       talking about roughly 75 percent of Indiana's 18-

14       to 24-year-old population were not enrolled at any

15       public university?

16  A.   In Indiana.

17  Q.   So the answer to my question is yes?

18  A.   Well, not as you phrased it.  It indicates that it

19       is about a fifth of the Indiana 18- to 24-year-old

20       population is not enrolled at a four-year

21       institution in Indiana.

22  Q.   So let me -- I want to make sure we get the record

23       clear here.  We have 152,000, approximately, 18- to

24       24-year-olds enrolled in public universities in

25       Indiana; right?

**EXHIBIT 15**

Page 56

1   A.   That's correct.

2   Q.   And the total population is about 679,000 18- to

3        24-year-olds; right?

4   A.   That's correct.

5   Q.   And so approximately 25 percent of Hoosiers, aged

6        18 to 24, were enrolled in public universities in

7        Indiana; correct?

8   A.   Roughly.

9   Q.   Okay.  And so that means that roughly 75 percent of

10       Hoosiers aged 18 to 24 were not enrolled at public

11       universities in Indiana?

12  A.   And again, at a four-year public university in

13       Indiana.

14  Q.   So, roughly, 75 percent of 18- to 24-year-old

15       Hoosiers were not enrolled at public universities

16       in Indiana?

17  A.   Well, public four-year universities in Indiana.

18  Q.   So, roughly, 75 percent of 18- to 24-year-old

19       Hoosiers were not enrolled at public four-year

20       universities in the state of Indiana; correct?

21  A.   That is what the data show.

22  Q.   Okay.  And of that population, the 25 percent

23       enrolled in public four-year universities in

24       Indiana, 73.4 percent of them have Indiana driver's

25       license?

**EXHIBIT 15**

1   A.   Well, that is -- so that is the data that divides

2       the number of driver's licenses by the population.

3       So that doesn't tell you whether any particular

4       person has a driver's license, but that -- that is

5       a population estimate of the possession rate of an

6       Indiana driver's license.

7   Q.   Got it.  So, as a population estimate, 73.4 percent

8       of 18- to 24-year-olds enrolled in Indiana

9       four-year public universities would have driver's

10      licenses?

11  A.   No, that is incorrect.  You would not apply that

12      same percentage to a particular subpopulation

13      without more data.

14  Q.   So you don't know what the driver's license

15      possession rate is of four-year -- let me strike

16      that.

17        You don't know what the driver's license

18      possession rate is of 18- to 24-year-old Hoosiers

19      enrolled at public four-year universities?

20  A.   So that is correct.  I suspect it is probably close

21      to this because, again, this is not just data

22      limited to Indiana.  Data in every state show a

23      similar pattern where people in that 18- to

24      24-year-old age group are less likely to have a

25      driver's license than people who are older, but

**EXHIBIT 15**

```
 1            again, this is a population estimate.  It is likely
 2            that it is close to this, but I am not making a
 3            specific claim about this is the percentage of
 4            Indiana four-year college students who possess an
 5            Indiana driver's license.
 6    Q.     Some of this population, the 152,000 18- to
 7            24-year-olds enrolled at four-year public
 8            universities in Indiana, some of that population
 9            will vote in other states; correct?
10    A.     The nonresident population could.
11    Q.     And some of this population would also have
12            military IDs; right?
13    A.     It is possible, yes.
14    Q.     And some would also have passports?
15    A.     Correct.
16    Q.     And your report didn't make any attempt to subtract
17            out of this number those who have military IDs or
18            passports or vote out of state; right?
19    A.     I did make an attempt to estimate passport
20            possession because data showed that about half of
21            Indiana residents report having a passport, but --
22            and so even if you took these numbers and cut them
23            in half, assuming that the possession rate among
24            18- to 24-year-olds is the same as for older
25            people, but I did not have data on the number of
```

**EXHIBIT 15**

```
 1            people in this age group who might have a military
 2            ID.
 3    Q.      Okay.  We talked a little bit before the break
 4            about this Table 4 and your attempt to determine
 5            alternative uses -- sorry, alternative ID usage in
 6            the 18-to-24 population.  Do you recall that?
 7    A.      This is the wrong table for that.
 8    Q.      Is it Table 5?
 9    A.      Yes, it is Table 5.
10    Q.      Okay.  So Table 5.  Thank you for that correction.
11                And what you did to determine alternative ID
12            usage rates in public university students is you
13            looked at precincts in Monroe County around IU
14            Bloomington to determine types of ID usage among
15            that population; correct?
16    A.      No.  It was -- this was data that was from --
17            excuse me.  I am going to turn my microphone off
18            for a second.
19                This was data that I received that was from
20            the Monroe County clerk, which showed the form of
21            ID that was used by individual voters in 2022 and
22            2024, whether it was an Indiana driver's license or
23            ID, or some other form of ID.  And so I was able to
24            calculate the number of election day voters who
25            used a driver's license or some other form of ID at
```

**EXHIBIT 15**

Page 60

```
 1        precincts in the county, and what Table 5 shows is
 2        that the precincts with the highest number of other
 3        forms of ID were all on or basically contiguous to
 4        the IU Bloomington campus.
 5   Q.   Okay.  But this analysis is limited to data from
 6        Monroe County; right?
 7   A.   That's correct.  I didn't have data from other
 8        counties in Indiana.
 9   Q.   Did you conduct a statewide analysis of the types
10        of IDs used by public university students?
11   A.   I did not have that data.
12   Q.   And in reviewing your report, I didn't see any
13        reference that these precincts are representative
14        of all public university students; is that fair?
15            MS. CHAMBLEE-RYAN:  Object to form.
16   A.   So this was limited to Monroe County.  And again,
17        it was not limited to Bloomington and IU.  This is
18        all the county -- all the precincts in Monroe
19        County.
20            So I am not claiming that these percentages
21        are representative of what you would see at other
22        precincts, but it would not remotely surprise me
23        that if I had data for, let's see, Tippecanoe
24        County which I believe is where West Lafayette and
25        Purdue is, I would not be remotely surprised to see
```

**EXHIBIT 15**

Page 61

```
 1          a similar pattern at precincts on or around the

 2          Purdue University campus.  And, you know, same

 3          would likely be true of Ball State, or any of the

 4          four-year campuses.

 5   Q.     But your report didn't attempt that analysis, did

 6          it?

 7   A.     I didn't have data on that.

 8   Q.     On page 16 of your report, you write, "Overall,

 9          more than 14.6 percent of voters in these precincts

10          used something besides a driver's license or

11          Indiana state ID to vote."  Did I read that

12          correctly?

13   A.     Yes.

14   Q.     Do you know what type of ID that 14.6 percent of

15          voters used to vote?

16   A.     No.  I note that at the bottom of page 16.  It just

17          says they used something else.  It doesn't specify

18          what form of ID.

19   Q.     So it could have been military IDs?

20   A.     It could have been, but again, given the geography

21          of this area, I can say it is very likely that

22          these were student IDs.  And, again, there was a

23          statement from the Monroe County clerk that on the

24          polling place that was on the IU campus, which is

25          multiple precincts around campus at the student
```

**EXHIBIT 15**

Page 62

```
 1              union, she said two-thirds of the voters at this
 2              precinct use a student ID or university ID to vote.
 3     Q.   It could have been two-thirds, or it could have
 4              been all public university IDs; right?
 5     A.   I don't understand the question.
 6     Q.   My question was that 14.6 percent, it could be the
 7              two-thirds figure you just referenced, or it could
 8              be 100 percent, or 90 percent; right?
 9              MS. CHAMBLEE-RYAN:  Object to form.
10     A.   Well, you are confusing two different numbers.
11              This is what the data show, and again, this is only
12              election day voters, which is less than half
13              because a lot of these people -- a lot of the
14              voters in this precinct voted early, and some of
15              them could also have voted absentee, but the
16              clerk -- the Monroe County clerk said that she
17              estimated that at this polling place over the whole
18              election period that two-thirds of the voters used
19              a student ID as their voter ID.
20     Q.   I am not trying to quibble with you.  My point is
21              simply, just like what you said, that is an
22              estimate, and we don't know one way or the other if
23              it was two-thirds or 100 percent or less than that;
24              right?
25     A.   I am basing that on what she said, which is, again,
```

**EXHIBIT 15**

1        not -- she didn't say the two-thirds of the other

2        ID users were student IDs.  She said two-thirds of

3        all voters used a student ID.

4  Q.  I want to talk a little bit about the cost of

5        voting model in your report, and as I understand

6        that model, it holds that a person will vote if the

7        benefits of voting outweigh the costs.  Is that a

8        fair description of it?

9  A.  As a general framework, yes, that is what the model

10       suggests.

11  Q.  So voter motivation could outweigh the burdens

12       associated with voting; is that fair?

13  A.  Well, the general framework is that when the voters

14       perceive benefits exceed the costs, that is when

15       someone will vote.

16  Q.  And one of the benefits could be civic -- I mean, a

17       benefit is described more broadly than what we

18       would think of as a benefit in normal, like,

19       economic analysis.  It could be civic engagement,

20       gratification for participating in a civic ritual,

21       things like that.  Is that my understanding of what

22       you are saying?

23  A.  That is correct.  I note that in my report that

24       that is -- yes.

25  Q.  And so those benefits, as defined in your report,

**EXHIBIT 15**

Page 64

```
 1          could outweigh any burdens associated with voting,

 2          and then the voter would vote; right?

 3     A.   Well, you are conflating a number of different

 4          things that -- that -- yeah, it is quite possible

 5          and not quite possible.  It is true that in many

 6          circumstances the burdens of voting are such that

 7          even someone who wants to vote is unable to do so,

 8          or would not be able to do so without incurring not

 9          just, you know, an opportunity cost but a monetary

10          cost.

11     Q.   On page 7 of your report, and I will share my

12          screen so you have it.  You write in this

13          paragraph, "Education and income are the

14          socio-economic factors most strongly linked to

15          turnout."  Is that fair?

16     A.   That is what I wrote.

17     Q.   Okay.  And you also wrote that, "Higher education

18          increases the probability of voting."?

19     A.   That's correct.

20     Q.   And "Higher education increases the benefits of

21          voting by 'increasing' the gratification that

22          individuals receive from politics."?

23     A.   That is correct.  It is a couple of paragraphs

24          down.

25     Q.   Okay.  I am just looking at my notes here.  I
```

**EXHIBIT 15**

Page 65

1    apologize.

2        On page 8 of your report, you point out that

3    voter turnout is generally lower among young

4    people?

5  A.  Well, I would phrase it more strongly than that.  I

6    mean, the turnout is much lower than among young

7    voters than for older voters.

8  Q.  Often by huge margins is what you write?

9  A.  That is what I wrote.

10 Q.  And you list the reasons for that.  You say, "The

11   reasons include younger voters face higher

12   administrative burdens because of residential

13   instability and frequent moves, which require

14   frequent reregistration, a lack of experience with

15   the voter registration and voting processes,

16   potential increases in political engagement that

17   come from lifecycle events such as purchasing a

18   home, working full-time, or having children

19   enrolled in local schools.  The fact that voting is

20   a habitual behavior that becomes more likely the

21   more often one engages in it, and direct

22   mobilization activities by candidates and parties

23   directed at more likely voters."  Did I read that

24   correctly?

25 A.  Yes.

**EXHIBIT 15**

Page 66

```
 1   Q.   None of those factors you referenced refer to voter
 2        ID; correct?
 3             MS. CHAMBLEE-RYAN:  Object to form.
 4   A.   Well, this is the ability to overcome that, but
 5        this paragraph does not refer specifically to voter
 6        ID.  It is talking about why, or explanations for
 7        why turnout tends to go up as people get older.
 8   Q.   And you did not attempt to control for these list
 9        of variables in your analysis of Senate Bill 10's
10        effect on young voters in Indiana?
11   A.   Well, this is -- this is a summary of the
12        literature, so this was not a specific attempt to
13        look at SB 10.  Here I am sort of framing the
14        general approach about why the cost of voting model
15        tends to focus more on the costs than the benefits,
16        and why younger voters face -- or it is typically
17        more difficult for younger voters to overcome the
18        costs of complying with the various administrative
19        requirements for voting which then gets you to an
20        explanation, or points to the conclusion why things
21        like SB 10 tend to have a disproportionate effect
22        on younger voters.
23   Q.   So those -- that, what I am talking about, that
24        literature, you said you are summarizing, and it is
25        looking at page 8 in these two paragraphs starting
```

**EXHIBIT 15**

Page 67

```
 1          with Leighley.  And then, you know, down here,
 2          Niemi and Hamner, Jackson, Wines, et cetera.  Do
 3          any of those studies that you cite here concern
 4          lowered youth turnout in response to or as a result
 5          of voter ID laws?
 6     A.   So I would have to go back and look at them.  It
 7          wouldn't surprise me if they did because voter ID
 8          is a form of administrative compliance, and if you
 9          look at all of the things that go into this
10          hypothesis or this set of explanations, the
11          possession rates of qualifying forms of ID would be
12          one of the reasons why you would expect to see
13          lower turnout among young people, which again, I
14          mean, this is not, you know, this is not the
15          complete set of things that I relied on.  You have
16          to look at this in combination with the rest of the
17          report, which does go into specific data.
18     Q.   Yeah, I appreciate that.  I am just wondering about
19          these specific studies here today.  As you sit here
20          in your deposition, you can't recall whether any of
21          these studies dealt with voter ID laws?
22     A.   Well, not these studies.  I mean, there is a --
23          there is a large literature on the effect of voter
24          ID laws, but this is -- this part of the report is
25          setting the framing of the rest of the report about
```

**EXHIBIT 15**

Page 68

```
 1           why this leads to the inference or conclusion that
 2           SB 10 has a particular effect on specific
 3           populations.
 4    Q.     Are you aware that Indiana offers a free state ID
 5           card to any resident who requests one for the
 6           purposes of voting?
 7    A.     I am, and I deal with that in my report that the
 8           problem with that argument is that in most cases
 9           the ID actually won't be free because Indiana is a
10           REAL ID state which requires someone to have not
11           only a birth certificate but then proof of any
12           subsequent name changes which could mean that you
13           needed that -- needed to have a marriage or divorce
14           certificate.  You would have to surrender any other
15           credentials that you have.  So someone who was from
16           California who met the residency requirements for
17           Indiana voting would have to surrender their
18           driver's license to get that, quote/unquote, free
19           ID.
20               So yes, I am aware that Indiana offers that,
21           but as I note in my report, that doesn't mitigate
22           the effect because, in most cases, it won't be
23           free.
24    Q.     So you anticipated where I was going, and I want to
25           talk to you a little bit about those burdens, but
```

**EXHIBIT 15**

Page 69

```
 1            before we get there, for students who already have

 2            the birth certificate or the marriage certificate

 3            that you discuss, the only remaining requirement

 4            for that subset of students is a trip to the

 5            nearest BMV location; right?

 6    A.      No, that is incorrect.  There are a number of

 7            additional requirements to get a REAL ID.  You have

 8            to have proof of Social Security, which would

 9            involve either a Social Security card or a W-2 or

10            some tax documents, so no, it is not true that if

11            you have a birth certificate, all you need to do is

12            go to the DMV and you are good.  It is -- it is a

13            complicated process that requires multiple

14            documents, a birth certificate, or a passport.  I

15            mean, it is -- you are making it sound like it is

16            no big deal.  It is actually not -- it actually can

17            be a big deal.

18    Q.      So, fair enough.  I just want to make sure I

19            understand your testimony and precisely what

20            burdens you are identifying here.

21                 From your report, I understood the birth

22            certificate and the marriage certificate are

23            burdens on students obtaining a voter ID.  You also

24            just listed a Social Security number or card, or a

25            proof of Social Security.  Are there any others?
```

**EXHIBIT 15**

1    A.    Well, you could go to the REAL ID section of the

2          Indiana Bureau of Motor Vehicles, and they lay it

3          out, but it is -- there is a specific set of

4          documentary requirements even to get that, again,

5          quote/unquote, REAL, free ID --

6    Q.    I am sorry to interrupt you.  Finish.

7    A.    No, I am done.

8    Q.    So I am just trying to understand your expert

9          opinion about the burden associated with obtaining

10         a voter ID in the state of Indiana, and you just

11         mentioned birth certificate, marriage certificate,

12         Social Security verification.  Anything else?

13   A.    Well, again, it is -- we are not talking about a

14         voter ID.  We are talking about getting that

15         ostensibly free ID.  In order to get that, you

16         would have to meet all of the requirements in order

17         to get a REAL ID, which has, you know, proof of

18         identity, a passport, or, you know, proof of

19         identity, proof of legal presence in the U.S.  So

20         you don't -- you can get that as a noncitizen,

21         proof of Social Security.  I think you have to have

22         at least one or maybe more proof of address.  So, I

23         mean, the documentary requirements are laid out,

24         and I don't know if I have listed them all, but

25         there are specific and nonnegotiable requirements

**EXHIBIT 15**

Page 71

```
 1            for that.
 2    Q.    And I am not trying to engage in a memory test, and
 3          I -- and I apologize if that is how my question is
 4          coming off.  You list here, you say, "in
 5          addition" -- so you say it is a REAL ID state, this
 6          is at the bottom of page 8, "U.S. passport or birth
 7          certificate as proof of citizenship;" right?
 8    A.    Yes.
 9    Q.    And "proof of Social Security;" correct?
10    A.    Yes, which requires either the physical card or
11          some, like, a W-2 or a 1099 or some tax document
12          that has your Social Security number on it.
13    Q.    "Documentation of any name changes through marriage
14          or divorce."?
15    A.    Correct.
16    Q.    And "proof of Indiana residence"?
17    A.    Correct.
18    Q.    All right.  Any others?
19    A.    I think that is it.
20    Q.    And --
21    A.    And also, I would like to drop in here that those
22          requirements are actually substantially more
23          significant than what is required to register to
24          vote.
25    Q.    And you say that here at the top of page 9 of your
```

**EXHIBIT 15**

Page 72

1          report.
2                  So I want to talk first about the birth
3          certificate, and you write here that an Indiana
4          birth certificate costs $10 from the state, or
5          22.95 if ordered online; is that right?
6     A.   That's correct.
7     Q.   Okay.  So, for a student born in Indiana, the
8          maximum cost of a birth certificate is $22.95?
9     A.   I think that is right.  There may be an additional
10         charge for credit card orders, but yeah, $23.
11    Q.   And on page 10, I want to make sure I am right
12         here.  Oh, right there.  On page 9, you write that
13         the "Indiana Department of Health estimates a
14         processing time of up to six to eight weeks, and
15         the online vendor puts the processing time at
16         between three and four months."  Do you see that?
17    A.   Yes.
18    Q.   Where did you obtain that information?
19    A.   That would be footnote 11 and 12, which is --
20         footnote 11 is the instructions for ordering
21         through the Indiana Department of Health, and
22         footnote 12 is the online ordering through Vital
23         Check, which is a commercial entity that allows
24         people to -- well, it is just a commercial entity
25         that in this case handles online orders for the

**EXHIBIT 15**

Page 73

```
 1          state of Indiana.
 2    Q.    For students born in other states, on pages 9 and
 3          10, you walk through the costs for obtaining birth
 4          certificates, and you focus on Illinois,
 5          California, Ohio, Texas, and New York, the five
 6          states sending the most out-of-state students to
 7          Indiana University and Purdue; right?
 8    A.    That's correct.
 9    Q.    And the costs you identified for those states range
10          from $15 for Illinois, and up to $45 for ordering a
11          birth certificate online in New York?
12    A.    Now, it could actually be higher in Texas that it
13          could approach $100 if you order one and try to do
14          it quickly.
15    Q.    So the highest cost example is a Texas student
16          ordering a birth certificate by overnight delivery.
17          That would be $100?
18    A.    That was my estimate because in Texas, if you
19          expedite, you have to send the application by
20          overnight mail as well.
21    Q.    Okay.  But for all other states, the highest cost
22          example would be New York, which is $45; right?
23    A.    I think that is right.  Except maybe in California,
24          if it is a mail application, it is the cost of the
25          birth certificate plus the cost of getting the
```

**EXHIBIT 15**

Page 74

```
 1            application notarized.
 2     Q.     Do you have any data on what percentage of
 3            Indiana's students -- strike that.
 4               Do you have any data on what percentage of
 5            students enrolled at public four-year institutions
 6            in Indiana were born out of state?
 7     A.     No.  It will be greater than zero because the
 8            requirements for in-state residential tuition only
 9            require you to have established residency for at
10            least 12 months for a purpose other than getting
11            in-state tuition.  So there will be students who
12            are Indiana residents who were born in other
13            states.
14     Q.     And do you know what percentage of students
15            enrolled at public four-year universities in
16            Indiana were born in Indiana but then went to high
17            school, say, in Illinois or another state?
18     A.     No, I have not seen data on that.
19     Q.     Switching to marriage certificates, you identify
20            the cost of obtaining a marriage certificate is $8?
21     A.     In Indiana.
22     Q.     And that cost would only apply to students who have
23            been married and changed their name?
24     A.     That's correct because in order to get a REAL ID,
25            even the ostensibly free ID, you have to establish
```

**EXHIBIT 15**

1          your legal presence, which, for a citizen, the

2          cheapest option would be a birth certificate, and

3          you would have to document any name changes, so

4          there would have to be a chain of documentation

5          between the name on your birth certificate and your

6          current legal name.

7    Q.    Do you have any data on what percentage of Indiana

8          public university students enrolled at a four-year

9          public university fall into that category?

10   A.    Well, I can tell you that there is survey data that

11         shows that about 80 percent of women in opposite

12         sex marriages change their name as opposed to only

13         6 percent of men, but I don't know.  I have not

14         seen data on the number of Indiana students who

15         have -- who are married and have changed their name

16         from what was on their birth certificate.

17   Q.    All right.  So for the total for -- strike that.

18              For students enrolled at public four-year

19         universities who were born in the state of Indiana,

20         the maximum cost of obtaining a REAL ID would be

21         around $30; right?

22   A.    Well, I mean, you make it sound like it is nothing.

23         $30 can be a significant outlay, and it is not just

24         the money.  It is the administrative costs, it is

25         the wait time, but yes, for someone who was born

**EXHIBIT 15**

Page 76

1       and married in Indiana, the dollar cost of

2       obtaining the documentation would appear to top out

3       at around $30.

4  Q.  And for students born outside of the state of

5       Indiana, the maximum cost would be somewhere around

6       $100 for those students born in Texas who want an

7       expedited birth certificate; right?

8  A.  Again, not counting subsequent documentation of

9       name changes, so it could be higher.

10  Q.  But for those born in Ohio, Illinois, New York, and

11       California, we are talking about max, $46 plus the

12       cost of obtaining a marriage certificate; right?

13  A.  I would say roughly that is correct.

14  Q.  Okay.  And you -- your testimony is that those

15       costs are akin to or more than the poll tax imposed

16       by the state of Alabama during Jim Crow?

17  A.  Well, I said that in 1966, I think the poll tax was

18       $1.50, which in terms is about $15.

19  Q.  Do you think that SB 10 violates the 24th

20       Amendment?

21  A.  I am not asserting --

22          MS. CHAMBLEE-RYAN:  Objection.  Legal

23       conclusion.

24  A.  I mean, I am simply stating a fact.  It is a fact

25       that obtaining the documentation to obtain even the

**EXHIBIT 15**

1       free ID could be $100 or more, depending on when

2       you were born.  I am stating as an empirical fact

3       that the poll tax in 1966, which was declared

4       unconstitutional, was 1.50, which is about $15 and

5       change in today's dollars.

6  Q.   In preparing your report, did you look at

7       socioeconomic data for students enrolled in

8       Indiana's four-year public universities?

9  A.   Can you be more specific on what you mean by

10      "socioeconomic data"?

11  Q.   Yeah, I guess my question is when I am talking

12      about socioeconomic data, I am talking about

13      resources, and specifically material, economic

14      resources, and yeah, I mean, did you do any kind of

15      analysis of the socioeconomic status of students

16      enrolled at public four-year universities in

17      Indiana?

18  A.   So I take it from the question you are talking

19      about wealth or income.  I did not.  I don't recall

20      seeing data on the personal or family income of

21      students at public institutions in Indiana.

22  Q.   Are you aware of any specific public university

23      student in the state of Indiana who is unable to

24      obtain an ID to vote after the enactment of Senate

25      Bill 10?

**EXHIBIT 15**

Page 78

1   A.   I mean, do I know anyone?  Is that what you are

2        asking?  I do not.  I haven't had contact with

3        anybody in Indiana.

4            MR. NUSSBAUM:  All right.  I have been going

5        for an hour, so I would like to take another break.

6        I am good with another five-minute break, but I am

7        happy to take longer if you'd like that, Doctor, or

8        anybody else?

9            THE WITNESS:  It is 12:00 o'clock here.  I

10       would like to take some time to grab a quick bite,

11       if that is okay?

12           MR. NUSSBAUM:  That is totally fine.  How long

13       do you need?

14           THE WITNESS:  Maybe a half hour.

15           MR. NUSSBAUM:  Is that good with everybody

16       else?  Do we need more?  All right.  Come back

17       12:40 Central, and we will reconvene then.

18           [A lunch recess was taken.]

19           MR. NUSSBAUM:

20   Q.   I want to go back a little bit to our discussion

21       about burdens.  Do you know how long it takes, on

22       average, to get a driver's license or other

23       state-issued ID in the state of Indiana?

24   A.   Well, it depends on what you mean by "how long."

25       Are we talking about the time required to assemble

**EXHIBIT 15**

Page 79

```
 1        the underlying documents, or the wait time once you
 2        arrive at a BMV office?
 3   Q.   Once you arrive at a BMV office.
 4   A.   So I don't know specifically.  I know -- I am aware
 5        that there is an online tracker that allows people
 6        to see the wait times at any particular office, but
 7        I don't know specifically what the average wait
 8        time is.
 9   Q.   Do you know if university students have more or
10        less spare time than the average person?
11   A.   Well, again, I would say it depends on your
12        definition of "spare time."  It would depend on how
13        you classify things like class time, meals, study
14        time.
15   Q.   How would you define "spare time"?
16   A.   I don't think that is relevant for the purposes of
17        my report because I am not offering an opinion on,
18        you know, wait times, or how long it takes to get
19        to a BMV.  My opinion is about the administrative
20        and opportunity and financial burdens of assembling
21        the underlying documents for someone who doesn't
22        have them.
23   Q.   One of the opinions you offer is that surrendering
24        an old driver's license from a different state is a
25        burden on young voters, and my question for you is
```

**EXHIBIT 15**

Page 80

```
 1           why is that a burden?
 2    A.     Well, because in Indiana, you need a driver's
 3           license to operate a vehicle, and Indiana does not
 4           accept out-of-state IDs as a voter ID.
 5                So if I am attending IU or Purdue from
 6           California, and I don't have a passport, my options
 7           are essentially getting a passport, or getting an
 8           Indiana driver's license, or ID.
 9                Getting a driver's license involves a specific
10           set of costs and testing and requirements, but even
11           getting the free ID, if I want -- if I obtain that
12           ostensibly free ID for voting, I have to surrender
13           my California driver's license, which means I can't
14           drive legally anywhere.  That is a burden.
15    Q.     So I just want to be clear.  If you surrender your
16           California driver's license and obtain an Indiana
17           driver's license, the burden is going through the
18           administrative process for obtaining that Indiana
19           driver's license; is that right?
20    A.     Well, that, and also the cost.  I think an Indiana
21           driver's license is $65, so there is a concrete,
22           substantial, monetary, and administrative cost for
23           doing that.
24    Q.     Anything else?
25    A.     Anything else what?
```

**EXHIBIT 15**

1   Q.   Anything else other than the burdens you just

2        identified?

3            MS. CHAMBLEE-RYAN:  Object to form.

4   A.   Well, there is a time cost, there is a monetary

5        cost, there is an opportunity cost, there is an

6        administrative cost, there is the possibility that,

7        depending on how long you've had your driver's

8        license, you might have to go through a written

9        test or even a driving test.  There is a vision

10       test.  There are all kinds of steps you have to go

11       through to obtain a driver's license.

12  Q.   Any other costs?

13           MS. CHAMBLEE-RYAN:  Object to form.

14  A.   I don't know what you mean by "costs."  Other than

15       the monetary, the time, the administrative, the

16       fact that it might take multiple attempts, I mean,

17       that encompasses a lot.

18  Q.   You said opportunity cost is one of the burdens

19       of --

20           [Internet disconnection.]

21           MR. NUSSBAUM:  Back on the record.

22  Q.   One of the burdens you identified, Dr. Mayer, with

23       regards to surrendering an out-of-state driver's

24       license for an Indiana driver's license is

25       opportunity cost.  Could you explain what you meant

**EXHIBIT 15**

Page 82

1          by that?

2    A.    So opportunity cost, in the context of the cost of

3          voting model, how an economist might think about

4          it, or rational choices.  Opportunity cost is

5          something that you give up.  You would rather be

6          doing something else.  You would rather be paying

7          attention, spending your time doing something else.

8          I mean, that is the essence of an opportunity cost.

9    Q.    Do you know when Senate Bill 10 was passed,

10         Dr. Mayer?

11   A.    I think I may have referred to it in my report.

12         Can I take a look?

13   Q.    Sure.  Yeah, Exhibit 1.  I am happy to share my

14         screen, too.

15   A.    So I think it is on page 6, so April 2025.

16   Q.    You state in your report, and let me go to it here.

17         You state in your report that there's been a long

18         history of restrictions on college students voting

19         where they go to school; is that fair?

20   A.    I would characterize it there is a long history of

21         efforts to make it difficult for students to vote

22         where they go to school, even when they meet the

23         underlying requirements for voting in a state.

24   Q.    And that is what this section of your report that

25         starts on page 17 titled, "Historical Barriers to

**EXHIBIT 15**

Page 83

1    Student Voting" discusses?

2    A.    That's correct.

3    Q.    Are you aware of any historic examples that arise

4          from the state of Indiana?

5    A.    Well, I am aware of what the sponsors of SB 10 said

6          in public legislative hearings and what

7          representatives of the Secretary of State's office

8          said.

9    Q.    Other than those?

10   A.    Did not identify specific examples from Indiana.

11   Q.    Are you aware of a documented pattern of the

12         Indiana legislature targeting student voters prior

13         to the enactment of Senate Bill 10?

14   A.    No.

15   Q.    And do you have evidence that the Indiana

16         legislature was motivated by the historic examples

17         you list from New York and Florida and other states

18         when it enacted Senate Bill 10?

19             MS. CHAMBLEE-RYAN:  Object to form.

20   A.    I am not making -- I am not offering an opinion

21         about the motivations of the legislature.  To the

22         extent I am offering an opinion about what the

23         sponsor of SB 10 said and what other elected

24         officials in Indiana have said about SB 10 and

25         students, so to that extent, secretary of what they

**EXHIBIT 15**

Page 84

```
 1        said, informed my opinion that that falls into this

 2        pattern.

 3   Q.   So I just want to make sure I understand because I

 4        think I maybe was a bit confused based on how this

 5        section of analysis operated in your report, but

 6        you don't think that the historic examples you

 7        offer on page 17 and page 18 speak to the

 8        motivation of the Indiana legislature in enacting

 9        Senate Bill 10?

10            MS. CHAMBLEE-RYAN:  Object to form.

11   A.   I am not making a claim about the motivations of

12        the legislature.  What I am saying is that if you

13        look at what officials, legislators, people in the

14        Secretary of State's office, the Secretary of

15        State, what they said about SB 10 and students,

16        that that falls into the space of these

17        longstanding efforts to make it difficult for

18        students to vote where they go to school.

19   Q.   And so why does that matter that it relates to

20        these patterns that you've identified?

21   A.   Because this is not new.  This has been going on

22        for decades.  And again, if you want, we can go to

23        my report, where, you know, we can look at what

24        they actually said about this, including a

25        representative from the Secretary of State's office
```

**EXHIBIT 15**

1    who said he doesn't think students should be voting

2    where they go to school.

3 Q.  So, is it your opinion that Indiana enacted this

4    law to prevent students from voting?

5        MS. CHAMBLEE-RYAN:  Object to form.

6 A.  I am not offering an opinion about the motivations.

7    I am offering an opinion about what the effects

8    are, and what the people responsible for

9    administering elections in Indiana and the sponsors

10    of the legislation said about this law.

11 Q.  So I guess my question is, why do those statements

12    matter?

13        MS. CHAMBLEE-RYAN:  Object to form.  Asked and

14    answered.

15 A.  I don't know how it cannot matter that, you know,

16    as I note in my report throughout these legislative

17    hearings, you have the sponsor of this bill making

18    demonstrably and provably incorrect claims about

19    the voter registration process in Indiana, and the

20    reason a voter ID law was in place making false

21    claims, provably false claims about what the

22    different forms of voter ID prove.  You have a

23    representative from the Secretary of State's office

24    saying he does not think that students should be

25    voting where they go to school.

**EXHIBIT 15**

1          You have repeated claims by elected officials

2     that they are concerned that student IDs don't

3     prove eligibility or residency in Indiana, which

4     ignores the fact that none of the forms of ID

5     required to vote in Indiana actually prove

6     residence in any particular address.  And many of

7     the forms of ID, a passport, a tribal ID, military

8     ID, say nothing about Indiana residency.  So to

9     that extent, I think it is perfectly material to

10    look at what these officials say about student ID

11    singling out student IDs in ways that also apply to

12    most of the forms of ID, but again, you look at

13    what they said.  They made demonstrably incorrect

14    claims about the purpose of voter ID and what a

15    voter ID does and does not do.  That is where it is

16    material.

17 Q.  And I guess my question is, why is it material?

18         MS. CHAMBLEE-RYAN:  Object to form.

19 A.  Well, I guess I don't know how I can make it more

20    clear.

21 Q.  I think what you've told me, and again, I apologize

22    if I am being obtuse.  I am not trying to be

23    obtuse.  You've told me that those statements were

24    made, and I hear you that the statements were made.

25    I accept that as a premise of your report, but why

**EXHIBIT 15**

1       does it matter that those statements were made for

2       purposes of your expert opinion in this case?

3               MS. CHAMBLEE-RYAN:   Asked and answered.

4    A.  Yeah.  I mean, I think it is material and relevant

5       to the extent I've already explained.

6    Q.  So I missed it, if you have already explained it.

7       I understand that you explained what they said.

8       You said that they made demonstrably false

9       statements, et cetera, et cetera.  I get that, but

10      what is that -- what work is that doing, in your

11      opinion, is my question?

12              MS. CHAMBLEE-RYAN:   Object to form.

13   A.  Well, I mean, I lay out in great detail in my

14      report about the specific effect that SB 10 will

15      have on students, making it difficult, if not

16      impossible for them to vote where they go to

17      school, even though they meet the requirements for

18      residency to vote in Indiana election, which

19      requires U.S. Citizenship, you have to be 18,

20      residence --

21   Q.  And --

22   A.  No, no, I want to finish my answer, Counsel.

23          And you have this new law, which eliminates a

24      form of ID that students have used and likely would

25      have continued to use.  You have elected officials,

**EXHIBIT 15**

Page 88

```
 1         sponsors saying the reason they are doing this is
 2         that student IDs don't prove eligibility to vote in
 3         Indiana, highlighting the crucial difference that
 4         no form of voter ID establishes Indiana residency
 5         for the purpose of voting.  You do that in the
 6         registration process, as I outline in my report.
 7              You have a Secretary of State employee
 8         testifying in a public hearing that he doesn't
 9         think students should be voting where they go to
10         school.  I have a section in my report saying this
11         falls into a decades if not centurylong pattern of
12         trying to make it difficult for students to vote
13         where they go to school.  That is my opinion.
14    Q.   I appreciate that, Dr. Mayer.  For the historic
15         examples you list in page 17 to 18 of your report
16         under Section 10, those historic patterns of states
17         trying to exclude students from voting, as you
18         represent them, are you aware of any of those
19         historic examples being struck down by a state or
20         federal court is unconstitutional?
21    A.   Well, I give some examples.  I am aware that I
22         think it was in the 1970s, the Supreme Court struck
23         down year-long residency requirements for voting.
24              I give the examples in Florida where multiple
25         attempts to make it difficult, or to locate early
```

**EXHIBIT 15**

1   voting centers on college campuses, one of those

2   was explicitly struck down, and the second one, I

3   think the litigation, the party -- the parties

4   settled, so yes, I am aware that some of the

5   examples I give were invalidated through legal

6   action.

7   Q.   So my question for you is, why is it relevant to

8        your analysis to consider those court precedents,

9        but not Crawford upholding Indiana's voter ID law?

10            MS. CHAMBLEE-RYAN:  Object to form.

11  A.   Well, because I am not offering an opinion about

12       voter ID laws in general.

13  Q.   Got it.  Do you know whether allowing for multiple

14       kinds of ID makes it difficult for poll workers to

15       administer a voter ID regime?

16  A.   Well, I am aware of some of the difficulties of

17       administering elections, but I think it is simply

18       untrue that the explicit, or the fact that, prior

19       to SB 10, a student ID could be used.  I don't

20       think it is credible to say that that was confusing

21       to poll workers any more than any other form of

22       voter ID law would have.

23  Q.   And do you have any data to support that opinion?

24  A.   Well, it is based on my experience.  It is based on

25       my understanding of voter ID laws.  It is based on

**EXHIBIT 15**

Page 90

1          the fact that all voter ID laws are ultimately
2          complicated.  But I don't think, based on the work
3          that I have done and my understanding of poll
4          workers is -- you know, you give people a list of
5          the five institutions in Indiana where the student
6          IDs were previously accepted, and again, it is, you
7          know, prior to SB 10, as I understand it, there
8          were no exclusions.  If it met the legal
9          requirements, picture, expiration date issued by
10         the state or federal government, it was accepted.
11         And, you know, now, it is -- actually, I think it
12         is more complicated because you will have, likely,
13         students showing up attempting to use their student
14         ID, which they have been able to do for 20 years,
15         and now being told, "No, you can't do it."
16    Q.   On page 25 of your report, you say, "Obtaining the
17         necessary ID could cost hundreds of dollars."  Do
18         you see that?  It is right here.
19    A.   Yes, I see that.
20    Q.   What is your support that it could cost hundreds of
21         dollars?
22    A.   Well, that is the fact that if you don't already
23         have one of the forms of ID, you have to get either
24         an Indiana driver's license or state ID or
25         passport.  Passport is hundreds of dollars, in

**EXHIBIT 15**

1       addition to the fact that even assembling the

2       underlying documentation.  If you were born in

3       Texas and you are trying to get a passport, you

4       could be talking about $265 for a passport.

5  Q.  Okay.  But obtaining an Indiana free ID wouldn't

6       cost hundreds of dollars.  We went through that

7       earlier.  The max would be if you were a student

8       born in Texas and you sought overnight expedited

9       birth certificate for a hundred bucks; right?

10       MS. CHAMBLEE-RYAN:  Object to form.

11  A.  Well, that would assume the student didn't have to

12       subsequently document, likely, her name changes.

13       And again, I think the premise of the question,

14       when you are saying, "Oh, it is only a hundred

15       dollars or a hundred bucks," I mean, that is a

16       considerable amount of money.

17  Q.  So the max outer limit for a student obtaining a

18       free ID in the state of Indiana would be if they

19       were born in Texas, had to obtain an expedited

20       birth certificate, and had been married and needed

21       to document their name change and obtain a marriage

22       certificate; right?

23       MS. CHAMBLEE-RYAN:  Object to form.

24  A.  That would be the monetary cost, but there would be

25       additional costs, such as the time it took,

**EXHIBIT 15**

Page 92

```
1          surrendering their Texas driver's license, but, you
2          know, the monetary cost, and again, the opportunity
3          cost here is what this individual would have to
4          give up in addition to the money.
5     Q.   I am just looking here in your report.  So, back on
6          page 25 of your report, and I will share my screen
7          again.  You write here, "There is no evidence that
8          student IDs from public universities in Indiana are
9          less secure than other forms of accepted voter ID."
10         Did I read that correctly?
11    A.   Yes.
12    Q.   You have no citation for that assertion in your
13         report; correct?
14    A.   Well, hold on a second, Counsel.  You are looking
15         at the conclusion, which is summarizing the
16         previous 25 pages.
17    Q.   So, where is the support for that assertion earlier
18         in your report?
19    A.   So it is based on the fact that the purpose, the
20         professed purpose of the voter ID law, or the
21         professed purpose of SB 10 is, and here we are
22         looking at what the legislative sponsor in this
23         Indiana Senate said is that he didn't -- he was
24         worried that it doesn't prove Indiana residence, it
25         doesn't prove citizenship, it doesn't prove
```

**EXHIBIT 15**

1    eligibility to vote.

2         And the same applies to every other form of

3    ID.  Noncitizens can get a REAL ID.  Noncitizens

4    can serve in the military.  It is possible for

5    someone who is not a U.S. Citizen to serve in the

6    Merchant Marine, to have a VA card, to be an

7    employee of the federal government.  So, you know,

8    even if you accept the underlying logic of the

9    voter ID law, the forms of documentation don't do

10   what the sponsors of SB 10 say it does.

11        Furthermore, there are -- there are

12   requirements that just not like anybody can walk up

13   and say, "I want an Indiana University ID card."

14   You have to prove your identity, and so, you know,

15   the premise of this argument is that even accepting

16   the logic of what the sponsors of SB 10 said about

17   the purpose of SB 10, that logic applies to every

18   form of voter ID accepted in the state of Indiana.

19   Q.  In your career as a political science, Dr. Mayer,

20       have you come across Brian Gaines at the University

21       of Illinois?

22   A.  I know who Dr. Gaines is.

23   Q.  And do you have an opinion of his ability as a

24       scholar?

25   A.  I am not terribly familiar with his work, but I

**EXHIBIT 15**

Page 94

```
 1          think in the space of elections, I think he is
 2          generally well-regarded.
 3   Q.     Have you had a chance to review his declaration
 4          that we disclosed in this case?
 5   A.     Not carefully.  I have skimmed it, but I haven't
 6          given it a close read.
 7   Q.     Are you intending to offer a rebuttal to his
 8          declaration?
 9              MS. CHAMBLEE-RYAN:  Objection.
10   A.     I don't know.
11   Q.     What about Professor Jim Gimpel at the University
12          of Maryland, have you come across him in your
13          career as a political science --
14   A.     Yes.
15   Q.     And do you have an opinion of his ability as a
16          scholar?
17   A.     I think as a scholar, he is generally regarded as
18          competent.
19   Q.     And have you had a chance to review his declaration
20          that we submitted in this case?
21   A.     I have had a chance to look at it.
22   Q.     And do you have any reaction to it?
23   A.     With respect to Dr. Gimpel's report, his -- the
24          entirety of his report is that students can get to
25          a BMV in ten minutes by car, which I don't think --
```

**EXHIBIT 15**

Page 95

1          I don't think either Dr. Gaines or Dr. Gimpel's

2          report has anything -- responded to anything that I

3          said.

4    Q.    Any other reactions to Dr. Gimpel's report?

5    A.    I mean, I have not given it a completely close

6          read, so that is my -- that is my initial

7          impression.

8    Q.    And you don't think that the time it takes to

9          travel to a BMV is relevant to the questions at

10         issue in this case?

11   A.    I think that is an infinitesimally small part of

12         the issues that I analyze.  You know, the fact that

13         my understanding of Dr. Gimpel's report is he is

14         talking about travel time by car, which, if you

15         don't have an Indiana driver's license and you

16         don't have a car is -- it is not the right question

17         to ask.

18   Q.    And why would you characterize it as

19         infinitesimally small?

20   A.    Well, because of the 25 pages of my report, which

21         is even if you can get to the BMV in a convenient

22         way, you still have to assemble the underlying

23         documents, which, you know, as we've discussed

24         throughout my deposition, could be substantial.

25   Q.    What about Dr. Gaines' report, do you have any

**EXHIBIT 15**

Page 96

1          reaction to his?

2    A.    Again, I skimmed it.  I have not given it a close

3          read.

4    Q.    Have you had a chance to review Matt Crane's

5          declaration submitted in this case?

6    A.    Again, I looked at it.  I haven't given it a close

7          read.

8    Q.    And are you aware that Matt Crane is or was an

9          election administration official?

10   A.    I think that is correct.

11   Q.    I assume you haven't come across him in your work

12         as a political scientist?

13   A.    Not that I recall.  It is possible that we had met

14         at a conference, but I don't know him.

15   Q.    He is not one of the county clerks that you've

16         trained previously?

17   A.    No.

18   Q.    Do you have any response to the opinions in his

19         declaration?

20   A.    Sitting here right now, no, I haven't given it a

21         close read.

22   Q.    All right.  If you just give me one minute, I want

23         to go back through my notes.  I think we are close

24         to being done.

25              So I want to follow up on one thing.  Is it

**EXHIBIT 15**

1       your opinion that through SB 10, the state of

2       Indiana is targeting the student vote?

3   A.  Well, you know, that requires --

4           MS. CHAMBLEE-RYAN:  Object to form.

5   A.  I mean, it is my opinion, as I explained in my

6       report, that SB 10 makes it much more difficult for

7       students to vote using a form because they can no

8       longer use a form of ID that previously qualified

9       unless they go through the process in incurring the

10      costs of obtaining an Indiana driver's license or

11      passport, one of the forms of qualifying ID.

12  Q.  So, and again, I know I am speaking in generality

13      here, but in general, SB 10 is a burden on the

14      right to vote as a result of age or because of age?

15  A.  Well, that is a legal --

16          MS. CHAMBLEE-RYAN:  Object to form.

17  A.  Yeah, that is a legal argument.  I am saying that

18      it imposes a particular burden on this -- this

19      population.

20  Q.  Yeah.  So, as a factual matter, SB 10 opposes a

21      burden on young voters in Indiana?

22  A.  That is -- my conclusion is that is where most of

23      the effect occurs.

24  Q.  Okay.  So I guess my question, what I wanted to dig

25      into, and this goes back to our conversation about

**EXHIBIT 15**

Page 98

```
1         the percentage of students enrolled in public
2         four-year universities.  Do you recall that
3         conversation we had?
4    A.   I think so.
5    Q.   In that approximately 75 percent of Hoosiers aged
6         18 to 24 are not enrolled in public four-year
7         universities; right?
8    A.   That is what the data show.
9    Q.   Yeah.  And I am trying to draw through two threads
10        together here in this question, and we will see how
11        successful it is, but the other aspect of your
12        report that I am wondering about is that section of
13        the report that we discussed, that voting increases
14        as socioeconomic status increase, specifically
15        levels of wealth and education?
16             MS. CHAMBLEE-RYAN:  Object to form.
17   A.   I am sorry, I didn't quite catch the question.
18   Q.   The question was, your report states that higher
19        levels of socioeconomic status, specifically
20        education and wealth, are correlated with higher
21        rates of voting; right?
22   A.   That's correct.
23   Q.   So I guess my question for you is, if Indiana
24        wanted to target young voters with regulations that
25        discourage them from voting, why wouldn't it target
```

**EXHIBIT 15**

Page 99

```
 1           the large segment of the youth vote that is not

 2           highly educated, enrolled at a public university?

 3                MS. CHAMBLEE-RYAN:  Object to form.

 4    A.    I mean, I am not offering an opinion about how

 5           Indiana could effectively target particular

 6           populations.  My opinion is about the effect of

 7           SB 10.

 8                MR. NUSSBAUM:  Okay.  That is all I have,

 9           Dr. Mayer.  It was a pleasure to meet you today.  I

10           don't have any further questions for you.

11                THE WITNESS:  I appreciate it, Counsel.  Thank

12           you.

13                MS. CHAMBLEE-RYAN:  I just have a couple.

14    EXAMINATION

15    BY MS. CHAMBLEE-RYAN:

16    Q.    Does banning the use of student ID affect student

17           voters even if they have another form of ID, like a

18           driver's license?

19    A.    Yes.

20    Q.    Why is that?

21    A.    Well, the driver's license might be from another

22           state.  Their driver's license might be expired.

23           They might not know where it is, so it is entirely

24           possible for someone who has another form of

25           identification that their student ID might be what
```

**EXHIBIT 15**

Page 100

```
 1            they have on them most frequently.
 2   Q.    And we discussed digital ID earlier today.  Do you
 3            recall that?
 4   A.    Yes.
 5   Q.    You testified you believe schools that issued
 6            digital ID issue physical IDs as well.  Is that
 7            your understanding?
 8   A.    My understanding is that even -- that a student can
 9            ask for a physical ID, and I think I saw that even
10            schools will do that specifically for voting.
11   Q.    Are students at schools that issue digital IDs
12            impacted by SB 10?
13   A.    It depends on whether they have another form of
14            identification and whether they also have a
15            physical copy of their ID.
16   Q.    Can you explain that a bit more?
17   A.    So my understanding is the digital ID does not
18            qualify.  You can't show your ID on your phone as a
19            voter ID, but even someone with a digital ID can
20            request a physical copy of an ID.  So even someone
21            who has a digital ID could be affected because they
22            would be able -- I think, my understanding is that
23            they would be able to obtain a physical copy which
24            they, prior to SB 10, they could use as their voter
25            ID.
```

**EXHIBIT 15**

Page 101

```
1    Q.    All right.  And on the -- in the scholarly
2          literature on cost of voting, is each potential
3          administrative cost, like time, expenses, and so
4          on, considered in isolation?
5    A.    No, they can be, and you can look at them
6          separately, but in my own work, I have also looked
7          at them in combination.  Different combinations of
8          the burdens can have symbiotic, or symbiotic is the
9          long word, but interacting effects that magnify
10         them.
11   Q.    Could you explain what you mean by that?
12   A.    So an example would be, you know, combinations of
13         things that might, in combination, make it more
14         difficult or easier to vote.  So, you know, the
15         work that I've done is that sometimes, depending on
16         how a set of practices is structured, that the
17         overall effects can be surprising, even
18         counterintuitive.
19   Q.    So does that mean one burden, when you add it to
20         another, could create an overall burden that is
21         greater than the sum of its parts, essentially?
22   A.    Yes.  And especially when one of the burdens
23         creates an effect, a hurdle that people simply
24         might not be able to overcome.  Think of it that
25         there are -- there are five things that you need to
```

**EXHIBIT 15**

Page 102

```
 1          do in order to vote, five sets of administrative
 2          steps you need to take.  You are able to do three
 3          of them at a relatively low cost.  If the -- you
 4          know, the other two are things that you can't
 5          overcome, you know, those things together.  And
 6          sometimes your inability to overcome step 5 might
 7          affect your ability to overcome step 1.
 8     Q.   Do parties that retain you ever ask if you can
 9          render a particular opinion in a given case?  Do
10          they ever say, "Would you be able to testify to X
11          or Y," for example?
12     A.   I mean, the way that I approach it is that my
13          typical experience is I am asked to analyze an
14          empirical question, not to provide a particular
15          opinion that says X, Y, or Z.
16     Q.   Have you ever told a party that you can't give a
17          particular opinion because it is inaccurate, or you
18          don't have complete information, or some other
19          reason?
20     A.   I have many times.
21     Q.   Can you explain what that looks like?
22     A.   I mean, I can't get into specifics, but there have
23          been multiple occasions when I have been approached
24          and asked if I could offer an opinion on this
25          question, and my answer, I don't think the data --
```

**EXHIBIT 15**

Page 103

```
 1        there is sufficient data to provide an answer to

 2        that question, or there have been times when I have

 3        been approached to do something specific and I

 4        won't do it.

 5             MS. CHAMBLEE-RYAN:  Thanks, Dr. Mayer.  That

 6        is all I have.

 7   EXAMINATION

 8   BY MR. NUSSBAUM:

 9   Q.   A few more questions from me to follow up there.

10             You just testified, in response to

11        Ms. Chamblee-Ryan's questions, that banning the use

12        of a student ID would still affect students, even

13        if they had another form of ID.  Do you know how

14        many public university students at four-year public

15        universities in Indiana would fall into that

16        category?

17             MS. CHAMBLEE-RYAN:  Object to form.

18   A.   Well, I don't because, as I said, it depends -- you

19        know, it is not just possession of the ID that

20        matters.  It is having access to it, and there have

21        been surveys and studies that show that those can

22        be two different things.

23   Q.   But you haven't performed that kind of analysis

24        here?

25   A.   That's correct.
```

**EXHIBIT 15**

Page 104

1    Q.    Okay.  You testified a bit about digital versus

2          physical IDs.  Are you aware that the public

3          universities that have both physical and digital

4          ID's only allow students to have one form either

5          digital or physical, but not both?

6    A.    So I --

7              MS. CHAMBLEE-RYAN:  Object to form.

8          Foundation.

9    A.    Yeah, I am not aware of the specific policies at

10         each university.

11   Q.    You testified earlier that cost of voting must be

12         considered in toto for all of the regulations that

13         a state may impose to cast a ballot; is that fair?

14   A.    No, that is wrong.  What I said is that there are

15         times when those burdens are considered separately,

16         but there are also times when they are -- they can

17         act -- they can act -- I don't quite know what the

18         -- what the right word is, synergistically that

19         they can combine to have an effect that is greater

20         than the sum of the three discrete ones can have.

21   Q.    And how would I know when it is the former that it

22         is, you know, we should consider them independently

23         versus the latter that they are acting

24         synergistically, to use your phrase?

25   A.    Well, some of it would be a function of the data,

**EXHIBIT 15**

Page 105

```
 1          and it would be looking at the, you know, at the
 2          results and different combinations of these things,
 3          but that is based on, you know, my experience in
 4          doing this work.
 5    Q.    So apart from your experience, is there any test or
 6          markers or characteristics, anything validated in
 7          the literature that would allow me to know when it
 8          is the former versus the latter?
 9                MS. CHAMBLEE-RYAN:  Object to form.
10    A.    It would require, I think, for me to form an
11          opinion.  It would require data and an
12          investigation.
13    Q.    But you can't point me to a paper or study or, you
14          know, anything that would allow us to independently
15          verify when it is the former versus the latter?
16                MS. CHAMBLEE-RYAN:  Object to form.
17    A.    Well, I will give you a specific example, which
18          is -- and this is based on work that I and
19          colleagues did about 15 years ago.  If a practice
20          or rule or regulation, to use your terms, has the
21          effect of making it more difficult to vote, that
22          can have knock-on effects so that parties and
23          candidates start devoting their time and energy in
24          different ways that they are not going to focus on
25          students because it is tough for them to vote, and
```

**EXHIBIT 15**

Page 106

1    the payoff of trying to mobilize students can be

2    difficult.

3         And so it's -- in addition to something like

4    SB 10, it is conceivable that you could see parties

5    and candidates diverting their mobilization

6    resources elsewhere so that you would -- this would

7    be -- you would have an additional effect of SB 10

8    and something else where mobilization groups and

9    candidates might target their efforts elsewhere,

10   which would have an additional effect in addition

11   to just that one thing.

12 Q.  Anything else?  So are there any other things that

13   we would look for in the data like that?

14       MS. CHAMBLEE-RYAN:  Object to form.

15 A.  Well, that is the one that occurs to me sitting

16   there.  You know, there could well be others.

17 Q.  Do you think that SB 10 falls into the former

18   category that we should analyze it in isolation, or

19   in the latter category, that it is one of those

20   that acts synergistically?

21       MS. CHAMBLEE-RYAN:  Object to form.

22 A.  Well, I mean, we can identify the specific effects

23   of SB 10, but as you describe it, that would be the

24   lower bound that you could see additional

25   suppressive effects based on how candidates and

**EXHIBIT 15**

Page 107

1        parties and other people react to it.

2   Q.   And do you have any sense that that has occurred

3        here?

4   A.   Well, the law just went into effect.  I don't

5        think there has been a -- there hasn't been a

6        general election, but I think it is certainly

7        possible, but no, I have not looked specifically at

8        data on that because I haven't seen it.  I don't

9        think it exists yet.

10            MR. NUSSBAUM:  All right.  Thank you again,

11       Dr. Mayer.  I have no further questions.

12            MS. CHAMBLEE-RYAN:  That is it for me as well.

13       Thank you.

14            THE WITNESS:  Okay.  Thank you.

15            COURT REPORTER:  This concludes the deposition

16       of Dr. Mayer.  Will counsel please state if they

17       wish a copy of the transcript, any stipulations, or

18       other matters to be included in the record.

19            MR. NUSSBAUM:  I would like a copy of the

20       transcript, Tina.  I think we need it in a week if

21       possible, by the 3rd.

22            COURT REPORTER:  Okay.

23            Katie, do you want the witness to read and

24       sign the transcript?

25            MS. CHAMBLEE-RYAN:  Yes, please, and we would

**EXHIBIT 15**

Page 108

1   love a rough and an expedited, please.

2       COURT REPORTER:  When do you want your

3   expedite by?

4       MS. CHAMBLEE-RYAN:  Is a week all right for

5   you.

6       COURT REPORTER:  Is a week the 3rd?

7       MS. CHAMBLEE-RYAN:  I believe so.

8       COURT REPORTER:  Do you want a rough, Mr.

9   Nussbaum?

10      MR. NUSSBAUM:  That would be great.

11      [The deposition concluded at 1:37 p.m.]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT 15**

Page 109

```
1                 IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF INDIANA
2                         INDIANAPOLIS DIVISION


3

COUNT US IN, WOMEN 4 CHANGE    )
4  INDIANA, and JOSH MONTAGNE,  )
                                )
5       Plaintiffs,             )
                                )  Civil Action No.
6       -v-                     )  1:24-cv-03512-CNS-STV
                                )
7  DIEGO MORALES, in his        )
   official capacity as         )
8  Indiana Secretary of State,  )
   et al.,                      )
9                               )
        Defendants.             )
10

11

12                      Job No. 205663

13       I, KENNETH MAYER, Ph.D., state that I have read
    the foregoing transcript of the testimony given by
14  me at my deposition on February 24, 2026, and that
    said transcript constitutes a true and correct
15  record of the testimony given by me at said
    deposition except as I have so indicated on the
16  errata sheets provided herein.

17

18       _____
                   KENNETH MAYER, Ph.D.
19

20

21

22

23            STEWART RICHARDSON & ASSOCIATES
                Registered Professional Reporters
24            One Indiana Square, Suite 2425
                 Indianapolis, IN 46204
25                  (800) 869-0873
```

**EXHIBIT 15**

Page 110

```
1   STATE OF INDIANA   )
                       )
2   COUNTY OF PORTER   )

3

4          I, Tina A. Parent-Cowsert, RPR, CSR, CRI, a

5   Notary Public in and for said county and state, do

6   hereby certify that the deponent herein, KENNETH

7   MAYER, Ph.D., was by me first duly sworn to tell the

8   truth, the whole truth, and nothing but the truth in

9   the aforementioned matter;

10          That the foregoing deposition was held

11  remotely via videoconference on behalf of the

12  Defendants; that said deposition was taken at the time

13  and place heretofore mentioned between 10:02 a.m. and

14  1:37 p.m.;

15          That said deposition was taken down in

16  stenograph notes and afterward reduced to typewriting

17  under my direction; and the typewritten transcript is

18  a true record of the proceedings to the best of my

19  ability, taking into account technology difficulties

20  that may have occurred in connection with the

21  videoconference proceedings;

22          In the event of perceived interference and

23  technical difficulties during the videoconference

24  proceedings, I did interrupt to clarify to the best of

25  my ability;
```

**EXHIBIT 15**

Page 111

1    And thereafter presented to said witness for

2    signature; that this certificate does not purport to

3    acknowledge or verify the signature hereto of the

4    deponent.

5    I do further certify that I am a disinterested

6    person in this cause of action; and that I am not a

7    relative of the attorneys for any of the parties.

8    IN WITNESS WHEREOF, I have hereunto set my

9    hand and affixed my notarial seal this 3rd day of

10   March, 2026.

11

12

13

14

15

16

17

18

19   Notary Public - State of Indiana
     My Commission Expires:  September 21, 2030

20

21   Job No. 205663

22

23

24

25

**EXHIBIT 15**

Index: $1.50..3rd

### Exhibits

**Kenneth Mayer Ex 01** 3:7
14:24 15:13 24:17 40:25 47:12
82:13

**Kenneth Mayer Ex 02** 3:8 27:3

**Kenneth Mayer Ex 03** 3:10
33:22

**Kenneth Mayer Ex 04** 3:11
49:15,19

**Kenneth Mayer Ex 05** 3:13
50:6

### $

**$1.50** 76:18

**$10** 72:4

**$100** 73:13,17 76:6 77:1

**$15** 73:10 76:18 77:4

**$22.95** 72:8

**$23** 72:10

**$265** 91:4

**$30** 75:21,23 76:3

**$45** 73:10,22

**$46** 76:11

**$65** 80:21

**$8** 74:20

### -

**-vis** 11:21

### 0

**00016** 35:21

**056** 47:14

### 1

**1** 14:24 15:13 24:17 40:25 47:12
82:13 102:7

**1.50** 77:4

**10** 16:8,10,20,21 17:8,17,23 19:8
21:21,22,23 22:1,6 25:3 38:25
40:6 41:1 44:7,8,12 45:12,20,25
46:14,19 53:12,17 66:13,21 68:2
72:11 73:3 76:19 77:25 82:9 83:5,
13,18,23,24 84:9,15 87:14 88:16
89:19 90:7 92:21 93:10,16,17
97:1,6,13,20 99:7 100:12,24
106:4,7,17,23

**10's** 66:9

**10.1** 35:22 36:2

**100** 20:14 62:8,23

**1099** 71:11

**11** 45:22 72:19,20

**12** 72:19,22 74:10

**12:00** 78:9

**12:40** 78:17

**14** 47:12

**14.6** 61:9,14 62:6

**15** 8:20,21 28:4 105:19

**15.4** 28:2 29:14

**152,000** 55:23 58:6

**152,464** 55:8

**16** 61:8,16

**17** 82:25 84:7 88:15

**18** 29:6 47:4 48:11 53:22 54:3,12,
18 55:11 56:6,10 84:7 87:19
88:15 98:6

**18-** 17:6 49:2 55:7,13,19,23 56:2,
14,18 57:8,18,23 58:6,24

**18-to-24** 59:6

**1966** 76:17 77:3

**1970s** 88:22

**1:37** 108:11

### 2

**2** 27:3 54:9,16,23 55:5

**20** 90:14

**20-year-old** 53:18

**200040** 27:15

**2005** 23:20 42:23 43:14 50:22

**2008** 22:21

**2009** 43:2,5

**2010** 43:7

**2014** 24:22 25:1 27:22,23 28:3
29:13,18 35:22 36:2,13

**2016** 24:22 25:5,16,25

**2018** 24:22 26:3 29:21 36:14

**2020** 24:23 26:15 30:4,5 36:22
37:3,6

**2022** 8:19 24:23 26:18,22 30:15,
16 59:21

**2023** 54:24,25 55:1,4,6

**2024** 22:14 43:7 49:17 55:1 59:22

**2025** 82:15

**21.7** 50:18

**22.6** 27:22

**22.95** 72:5

**24** 47:5 48:12 53:23 54:3,12,18
55:11 56:6,10 98:6

**24-year-old** 55:14,19 56:14,18
57:18,24

**24-year-olds** 17:6 49:2 55:7,24
56:3 57:8 58:7,24

**24th** 76:19

**25** 20:8 50:11,15 52:5,13,15,17
56:5,22 90:16 92:6,16 95:20

**26** 50:17

**26.6** 30:17

**27.4** 49:24

### 3

**3** 33:22 54:9,16

**30** 26:9 45:21 50:17

**34.3** 50:2

**35** 26:9,18

**35.8** 29:21

**36.8** 36:14

**3rd** 107:21 108:6

**EXHIBIT 15**

**4**

**4** 49:15,19 59:4

**41** 26:4

**42.8** 50:14

**5**

**5** 15:19,20 19:11 21:10 26:12 50:6
59:8,9,10 60:1 102:6

**53** 25:6

**55-year-old** 53:12,17,21

**6**

**6** 15:20 21:23 42:8 75:13 82:15

**66** 26:16

**679,000** 56:2

**679,203** 54:18

**68.1** 28:12

**7**

**7** 24:19 26:7 27:19 28:22,25 29:9
64:11

**71.3** 30:6

**73.4** 56:24 57:7

**74.9** 36:23 37:3

**75** 55:13 56:9,14,18 98:5

**8**

**8** 65:2 66:25 71:6

**80** 75:11

**9**

**9** 71:25 72:12 73:2

**90** 62:8

**A**

**ability** 13:10,18 18:13 19:14

31:25 66:4 93:23 94:15 102:7

**able** 24:3 46:13 59:23 64:8 90:14
100:22,23 101:24 102:2,10

**about** 7:9 8:4 12:1 13:9,23 14:2,
4,16,18,19 15:19 16:19,20 18:23
19:1,17,21,22,24 20:8,19 21:15,
20 22:10 23:10,16,19 31:11,14
33:16,20 34:18 36:10 38:25 39:12
40:22 41:9,15 44:4,6,11 54:9,15,
23 55:13,19 56:2 58:3,20 59:4
63:4 66:6,14,23 67:18,25 68:25
70:9,13,14 72:2 75:11 76:11,18
77:4,12,19 78:21,25 79:19 82:3
83:21,22,24 84:11,15,24 85:6,7,
10,18,21 86:8,10,14 87:14 89:11
91:4 93:16 94:11 95:14,25 97:25
98:12 99:4,6 104:1 105:19

**above** 21:24

**absentee** 62:15

**academic** 9:8,9 11:16

**accept** 80:4 86:25 93:8

**accepted** 50:24 51:2 90:6,10
92:9 93:18

**accepting** 93:15

**access** 14:22 103:20

**accurate** 9:1 29:19 34:11 53:3

**Acrobat** 15:8

**across** 49:22 93:20 94:12 96:11

**act** 104:17

**acting** 104:23

**action** 89:6

**active** 22:12

**active-duty** 46:24 47:3,8 49:17,
22 50:9,10,15,18 51:13

**activities** 65:22

**acts** 106:20

**actual** 28:13,15

**actually** 11:7,24 26:8 28:21 45:8
54:25 68:9 69:16 71:22 73:12
84:24 86:5 90:11

**add** 22:7 50:23 101:19

**addition** 71:5 91:1 92:4 106:3,10

**additional** 69:7 72:9 91:25

106:7,10,24

**address** 70:22 86:6

**adequate** 12:8

**adjacent** 47:14 48:15,17 49:12

**administer** 19:14 89:15

**administered** 10:19

**administering** 4:3 8:7 10:24
11:5 12:23 85:9 89:17

**administration** 6:7 9:4,25 10:9
11:21 18:21 19:21,24 22:25 96:9

**administrative** 14:12 17:24
65:12 66:18 67:8 75:24 79:19
80:18,22 81:6,15 101:3 102:1

**administrator** 6:13 53:13,18

**admission** 39:16,18

**adopted** 42:23 43:14

**affect** 51:12 99:16 102:7 103:12

**affected** 11:15 23:17 31:15 38:25
40:5 41:15 42:10 44:4,6,11,17
100:21

**affecting** 18:7,19 19:6,12 21:13

**affidavit** 42:13

**affirmatively** 45:16

**after** 42:23 43:13 50:21 77:24

**again** 12:24 13:7 16:5,13 18:9
20:8 24:16 25:21 31:10 34:10,18,
23 37:17 38:17,23 39:19 40:11,24
47:11 49:4,10 53:5 56:12 57:21
58:1 60:16 61:20,22 62:11,25
67:13 70:4,13 76:8 79:11 84:22
86:12,21 90:6 91:13 92:2,7 96:2,6
97:12 107:10

**against** 17:4

**age** 17:5 29:5 46:23 47:8 49:24
50:2,9 51:24 52:3,17 57:24 59:1
97:14

**aged** 48:11 54:18 55:11 56:5,10
98:5

**ages** 47:4 54:3,12

**aggregate** 31:11

**ago** 8:18,20 105:19

**agree** 4:7 5:15 12:17 17:17 18:5
35:8 39:2,25 40:5

**EXHIBIT 15**

**ahead** 34:14

**akin** 76:15

**Alabama** 76:16

**all** 4:2 5:25 6:4,25 13:21 15:24 20:14 21:19 24:21 25:13 27:4,18 28:3 30:9,25 31:19 32:9,16 33:7, 14,20 35:25 36:22 38:13 44:24 49:14 50:5 60:3,14,18 62:4 63:3 67:9 69:11 70:24 71:18 73:21 75:17 78:4,16 81:10 90:1 96:22 99:8 101:1 103:6 104:12 107:10 108:4

**allow** 42:12 104:4 105:7,14

**allowed** 52:25

**allowing** 89:13

**allows** 72:23 79:5

**almost** 50:16 52:11

**already** 17:2 40:8 41:2 44:14 46:12 69:1 87:5,6 90:22

**also** 15:3 21:6 27:1 30:19 31:10 32:4 51:17 58:11,14 62:15 64:17 69:23 71:21 80:20 86:11 100:14 101:6 104:16

**alternative** 42:12 59:5,11

**although** 35:19 40:17

**always** 24:5 40:1

**am** 4:14,24 12:15,24 13:7,24 14:20,23 15:12 16:5,13,18 17:12 18:6,23 20:5 22:14 23:15 24:15, 18,19 25:16 26:25 27:1,14 29:24 31:11,12 33:21 35:5 38:17,18 39:12,13 43:1,9 46:7 47:11 51:23 52:8,25 53:5 54:8 58:2 59:17 60:20 62:20,25 64:25 66:13,23 67:18 68:7,20 70:6,7,8 71:2 72:11 76:21,24 77:2,11,12 78:6 79:4,17 80:5 82:13 83:5,20,22 84:11,12 85:6,7 86:22 88:21 89:4,11,16 92:5 93:25 97:12,17 98:9,12,17 99:4 102:13 104:9

**amended** 50:23

**amendment** 51:4,8 76:20

**American** 9:24 29:5 54:19

**among** 24:11,21 25:5,24 28:3 30:16 42:24 43:11 58:23 59:14 65:3,6 67:13

**amount** 91:16

**an** 4:14 6:5,12 9:3,15 10:24 11:5, 13,16 12:8,25 15:21 16:8,17,18 19:25 22:2,4,9,12,18 24:6,8 25:21 29:19 34:20 37:18 38:1,9,10,23 39:12 40:8 41:8,11 42:5,13 43:19 44:15 45:13,18,23 49:6 50:24 51:2 52:17 53:10,15,22 57:5 58:4, 19 59:22 62:21 64:9 66:19 72:3,9 76:6 77:2,24 78:5 79:5,17,24 80:7,16,20 81:5,23,24 82:3,8 83:20,22 85:6,7 89:11 90:24 91:5, 19 93:6,13,23 94:15 95:11,15 96:8 97:10 99:4 100:20 101:12, 20,23 102:13,24 103:1 104:19 105:10,11 106:7,10 108:1

**analysis** 19:17 45:17 60:5,9 61:5 63:19 66:9 77:15 84:5 89:8 103:23

**analyze** 95:12 102:13 106:18

**analyzed** 24:14 38:24

**and** 4:10,16,19,22 5:2,12,13,17 6:7,8,9,10,19,21 7:4,6,8,12,16,18, 22 8:1,10,14,18,22 9:6,8,9,18 10:2,6,11,19,22 11:2,3,6 12:4,14, 18,19,24 13:6,9,12,13,17,19,21 14:1,5,8,9,10,12,21 15:1,6,16,19, 23,24 16:2,9,22,23 17:4,9,13,17 18:6,12,17 19:7,17,19 20:11,21, 22 21:15,17,20 22:10,15,19 23:15 24:1,16,18,21,23,25 25:2,5,15,16 26:3,4,8,9,15,18,20 27:1,6,14 28:8,11,12,21,23 29:16,21,24 30:3,8,15,19 31:6,10,24 32:5 33:6,22 34:3,25 35:2,8,13,16 36:4,12,14,17,22,25 37:5,17 38:6, 24 39:9,21 40:6 41:9,13,16 42:3, 11,16,20 43:11 44:7,9,12,13,16, 18,24 45:10,11,16,17,18 46:7 47:1,5,12,21 48:3,5,8,14 49:8,12, 15,18 50:2,5,6,8,9 51:7,17,21,24 52:4 53:23 54:8,9,16,21 55:6 56:2,5,9,12,22 58:11,14,16,22 59:4,11,21,23 60:1,12,16,17,24 61:2,22 62:11,14,22 63:5,16,25 64:2,5,11,13,17,20 65:10,13,15, 21,22 66:8,16,24 67:1,2,6,8 68:7, 24 69:12,19,22 70:2,10,24,25 71:2,3,9,16,20,21,25 72:3,11,14, 16,19,21 73:2,4,5,7,9,10,13 74:14,22,23 75:2,5,15,23 76:1,4, 10,14 77:4,13,14 78:17 79:20,25 80:3,6,10,16,20,22 82:16,24 83:6,

15,17,23,24 84:7,15,19,22 85:8,9, 13,18,19 86:6,14,15,17,21,24 87:3,4,21,23,24 89:2,23 90:3,6, 11,15 91:3,8,13,20,21 92:2,6,21 93:2,13,14,23 94:15,19,22 95:8, 15,18 96:8 97:12,25 98:9,10,15, 20 100:2,9,14 101:1,3,5,22 102:5, 24,25 103:3,20,21 104:3,21 105:1,2,11,18,22,23,25 106:3,5,8, 25 107:1,2,23,25 108:1

**Andrew** 4:13

**another** 5:18 33:20 74:17 78:5,6 99:17,21,24 100:13 101:20 103:13

**answer** 5:19,25 20:23 44:7,16,25 55:17 87:22 102:25 103:1

**answered** 85:14 87:3

**anticipated** 68:24

**any** 4:2 5:2,22 6:1,17 7:2,24 8:6 11:6,9 13:14 16:2 18:18 19:25 20:16,18,24 21:11 24:9 32:18 37:25 45:23 51:24 55:14 57:3 58:16 60:12 61:3 64:1 67:3,20 68:5,11,14 69:25 71:13,18 74:2,4 75:3,7 77:14,22 79:6 81:12 83:3 86:6 88:18 89:21,23 94:22 95:4, 25 96:18 99:10 105:5 106:12 107:2,17

**anybody** 78:3,8 93:12

**anyhow** 35:6

**anyone** 4:25 43:22 78:1

**anything** 7:17 9:16 14:5,14 32:6, 13,24 33:11 41:5,18 51:8 70:12 80:24,25 81:1 95:2 105:6,14 106:12

**anyway** 15:4

**anywhere** 80:14

**apart** 105:5

**apologize** 65:1 71:3 86:21

**appear** 76:2

**appears** 15:17 27:19

**application** 73:19,24 74:1

**applied** 44:8

**applies** 44:12 93:2,17

**apply** 33:18 57:11 74:22 86:11

EXHIBIT 15

**applying** 44:25

**appreciate** 13:11 21:6 28:21 48:8 67:18 88:14 99:11

**approach** 66:14 73:13 102:12

**approached** 102:23 103:3

**approximately** 55:23 56:5 98:5

**April** 82:15

**are** 4:19,22 5:14 6:5 9:3,10,19 10:11 12:3,4,7 13:2 14:13 17:7,8, 9,10,12 18:24,25 19:7 20:8,19 22:11,12,19 23:17,18 24:9,16 25:9,11 28:2,17 30:25 32:9,15 34:3,18,23 36:10 37:16,23,24,25 38:5,6,13,18,25 39:7,17,18 40:6, 22 41:22 42:1,2,10,18 43:5 45:4 46:2,3 47:3,4,8,22 48:6,7,14 50:15,21 51:2,4,15,16,20 52:4,11 54:4,6,22,23 55:12 57:24,25 60:13,21 62:10 63:22 64:3,6,13 66:24 68:4 69:6,12,15,20,22,25 70:13,14,23,25 71:22 74:12 75:15 76:11,15 77:18,22 78:1,25 80:7 81:10 83:3,11 85:8 86:2 88:1,18 90:1 91:3,14 92:8,14,21 93:11 94:7 96:8,23 98:6,20 100:11 101:25 102:2,4 104:2,14,15,16,23 105:24 106:12

**area** 61:21

**areas** 41:24

**argued** 43:17

**argument** 68:8 93:15 97:17

**arise** 83:3

**around** 6:24 59:13 61:1,25 75:21 76:3,5

**arrive** 79:2,3

**articles** 12:14

**arts** 34:9,19 39:15

**as** 4:7,9,10 6:12,15 9:10,15,20 10:11 14:23 15:13,21 16:8,9 18:3, 7 19:2,20 20:16 21:9,23,24 22:17, 18 23:1 24:24 27:8 30:10,11 33:17,21 36:9 37:8 38:4,8 41:1 45:19,24 46:13 49:14 50:6,16,24 51:14,21 53:8,16,18 55:18 57:7 58:24 62:19 63:5,9,18,25 65:17 66:7 67:4,19 68:21 70:20 71:7 73:20 75:12 77:2 80:4 85:16 86:25 88:6,17 90:7 91:25 93:19,

23 94:13,15,17 95:18,23 96:12 97:5,14,20 98:14 100:6,18,24 103:18 106:23 107:12

**aside** 11:20

**ask** 5:25 25:16 40:10 53:5 95:17 100:9 102:8

**asked** 85:13 87:3 102:13,24

**asking** 18:25 78:2

**aspect** 20:13 21:15,18 98:11

**assemble** 78:25 95:22

**assembling** 79:20 91:1

**asserting** 76:21

**assertion** 41:7 92:12,17

**associated** 63:12 64:1 70:9

**assume** 91:11 96:11

**assuming** 53:15 58:23

**at** 4:22 5:22 9:11 12:3,25 13:1 20:1 21:10 22:11 24:1,15,17 25:9, 16 26:4,9,12 29:22 30:5,9 31:6, 17,18 32:10,24 33:10,14 34:23,25 35:7,13,17,22 36:1,17 37:2,5,11, 13,16,20 38:1,2,14,16 39:1,6 40:7,18,20 41:10,16 43:8 44:13, 18,25 45:10 48:4 50:17 51:15 52:19 53:13 54:4 55:6,11,14,20 56:10,12,15,19 57:19 58:7 59:13, 25 60:21 61:1,16,25 62:1,17 64:25 65:23 66:13,25 67:6,9,16 70:22 71:6,25 72:15 74:5,9,15 75:8,18 76:3 77:6,16,21 79:2,3,6 84:13,23 86:10,12 92:15,22 93:20 94:11,21 95:9 96:6,14 99:2 100:11 101:5,7 102:3 103:14 104:9 105:1 107:7 108:11

**attempt** 58:16,19 59:4 61:5 66:8, 12

**attempting** 90:13

**attempts** 81:16 88:25

**attending** 80:5

**attention** 82:7

**attorney** 4:14

**authored** 14:16,19

**authors** 42:1

**average** 25:2,5,20,21 30:24

39:10 49:24 50:2 53:10,11 78:22 79:7,10

**averages** 25:9 43:11

**aware** 22:19 24:9 34:3 35:5 43:6, 9 46:2,7 47:3 50:21 51:4,15,20,23 68:4,20 77:22 79:4 83:3,5,11 88:18,21 89:4,16 96:8 104:2,9

**B**

**bachelor** 45:8

**back** 13:20 16:14,15 18:16 21:8 28:23 29:7 30:3 35:20 40:13,15, 24 44:1 53:6,7 67:6 78:16,20 81:21 92:5 96:23 97:25

**background** 38:12

**bad** 48:24

**Ball** 25:2 35:1 36:12 61:3

**ballot** 104:13

**banning** 99:16 103:11

**Barriers** 82:25

**based** 9:6,8 41:8,12,13,14 42:4, 20 45:2 47:25 49:5 50:13 51:7 84:4 89:24,25 90:2 92:19 105:3, 18 106:25

**basically** 10:7 23:14 60:3

**basing** 62:25

**basis** 12:20

**Bates** 27:15 35:21

**bathroom** 5:23

**be** 9:22 11:15,25 12:16 13:3,4,6, 8,21,23 14:24 15:17 17:4,6,21 20:10 23:16,24 26:8,11 27:6 28:18 29:11 32:10 33:9 34:18,24 35:5,10 37:11,14,22,24 38:2,8 39:7 40:18,20 43:10,11 46:22 47:21 49:8,16,18 51:19,24 52:2, 12,15,16,17,20 53:8,10,20,25 54:25 55:1,3 60:25 61:3 62:6,8 63:16,19 64:8 67:11 68:9,22 69:17 72:9,19 73:12,17,22 74:7, 11 75:2,4,20,23 76:5,9 77:1,9 80:15 82:5,6 85:1,24 86:22 87:19 88:9 89:19 91:4,7,18,24 93:6 95:24 99:21,22,25 100:21,22,23 101:5,12,17,24 102:10 103:22 104:11,25 105:1 106:1,7,16,23

**EXHIBIT 15**

107:18 108:10

**because** 5:10,11 11:11 15:4
23:14,24 25:15 31:19 37:22 42:3,
9,11 45:13,18 49:5 53:21 54:23
57:21 58:20 62:13 65:12 67:7
68:9,22 73:18 74:7,24 79:17 80:2
84:3,21 89:11 90:12 95:20 97:7,
14 100:21 102:17 103:18 105:25
107:8

**becomes** 65:20

**been** 4:9 5:5 20:6 23:22 24:2 40:1
42:25 43:6,18 46:13 61:19,20
62:3,4 74:23 78:4 82:17 84:21
90:14 91:20 102:23 103:2,3,21
107:5

**before** 5:5,14,18 6:1 21:5 45:20
46:14 50:13 53:12 59:3 69:1

**behavior** 65:20

**being** 31:19 86:22 88:19 90:15
96:24

**believe** 46:11 60:24 100:5 108:7

**below** 25:25 43:10

**benefit** 63:17,18

**benefits** 63:7,14,16,25 64:20
66:15

**besides** 61:10

**between** 26:9 47:4 54:21 72:16
75:5

**big** 38:6 69:16,17

**bigger** 35:24

**bill** 21:22 40:6 45:20 66:9 77:25
82:9 83:13,18 84:9 85:17

**birth** 68:11 69:2,11,14,21 70:11
71:6 72:2,4,8 73:3,11,16,25 75:2,
5,16 76:7 91:9,20

**bit** 21:19 22:10 29:24 38:18 43:19
54:15 59:3 63:4 68:25 78:20 84:4
100:16 104:1

**bite** 78:10

**Bloomington** 25:2 34:12 35:4
36:12 39:6,14,20 59:14 60:4,17

**BMV** 69:5 79:2,3,19 94:25 95:9,
21

**body** 31:2,22 32:4 34:21 37:23

**born** 72:7 73:2 74:6,12,16 75:19,
25 76:4,6,10 77:2 91:2,8,19

**both** 10:6 46:7,16 104:3,5

**bottom** 25:9 61:16 71:6

**bound** 106:24

**break** 5:22 43:20 59:3 78:5,6

**Brian** 93:20

**brief** 5:8 43:24

**briefly** 24:15

**broadly** 63:17

**broken** 50:9

**bucks** 91:9,15

**bulk** 19:16

**burden** 16:11,22 17:2 70:9 79:25
80:1,14,17 97:13,18,21 101:19,20

**burdens** 10:3 14:12 23:10,17
63:11 64:1,6 65:12 68:25 69:20,
23 78:21 79:20 81:1,18,22 101:8,
22 104:15

**Bureau** 70:2

**but** 5:8 8:4,25 11:13 12:15,21,24
14:18 16:6 17:7,23,24 18:9,11
19:20 20:7,11 21:7,16 23:15 25:2,
17 26:12 27:3,19 31:18 32:16
34:9,18,23 35:2,6,11,12 36:11
37:9,17 38:8,23 39:19 42:4 43:9,
15 45:9 46:16 48:18 49:4 50:13
51:4,17 52:16 53:25 54:22 57:4,
25 58:2,21,25 60:5,22 61:5,20
62:15 64:9 66:4 67:24 68:11,21,
25 70:3,24 72:10 73:21 74:16
75:13,25 76:10 78:6 79:6 80:10
84:5 86:12,25 87:9 89:9,17 90:2
91:5,24 92:1 93:25 94:5 96:14
97:13 98:11 100:19 101:6,9
102:22 103:23 104:5,16 105:3,13
106:23 107:6,7

**Butler** 24:1 34:1,3,7,9,12,25
35:3,7,8,14,17,20,22 36:1 37:2,19
38:2,9 39:13,19,21

**Butler's** 39:9

**by** 4:5,12 5:11 15:24 16:15 18:2
22:4,9 23:11,17,24 24:24 28:16
40:5,7,15,25 44:7,11,13 45:3 50:9
52:11 53:7 55:10,12 57:2 59:21
60:10 64:21 65:8,22 73:16,19
76:16 77:9 78:24 81:14 82:1

83:16 86:1 88:19 90:9 94:25
95:14 99:15 100:12 101:11 103:8
107:21 108:3

---

## C

**calculate** 59:24

**calculating** 26:11

**California** 68:16 73:5,23 76:11
80:6,13,16

**call** 43:21

**called** 4:9 45:7

**came** 43:16

**campaign** 9:24

**campus** 37:25 41:10 49:12 60:4
61:2,24,25

**campuses** 61:4 89:1

**can** 11:17,23 15:3,6,13,16 16:25
17:12,22 20:16 21:10 27:16 31:6
35:24 40:10 42:3 44:24 50:10
51:24 53:5 54:4 61:21 69:16
70:20 75:10,23 77:9 82:12 84:22,
23 86:19 93:3,4,12 94:24 95:21
97:7 100:8,16,19 101:5,8,17
102:8,21 103:21 104:16,17,19,20
105:22 106:1,22

**can't** 20:23 21:15,16 35:24 42:8
67:20 80:13 90:15 100:18 102:4,
16,22 105:13

**candidates** 65:22 105:23 106:5,
9,25

**cannot** 85:15

**capital** 32:22

**car** 94:25 95:14,16

**card** 68:5 69:9,24 71:10 72:10
93:6,13

**career** 9:23 93:19 94:13

**careful** 26:11

**carefully** 94:5

**carry** 6:10

**case** 4:15 16:8 18:1 19:7,20,23
20:12,22 21:17 72:25 87:2 94:4,
20 95:10 96:5 102:9

**cases** 15:23,24 16:3 18:16,18

**EXHIBIT 15**

19:10,12,25 20:6,9,16,24 21:10, 11 68:8,22

**cast** 104:13

**catch** 98:17

**categorical** 38:4

**category** 75:9 103:16 106:18,19

**caught** 7:10

**caveat** 40:21

**census** 54:13

**centers** 89:1

**Central** 78:17

**centurylong** 88:11

**certainly** 107:6

**certificate** 68:11,14 69:2,11,14, 22 70:11 71:7 72:3,4,8 73:11,16, 25 74:20 75:2,5,16 76:7,12 91:9, 20,22

**certificates** 73:4 74:19

**cetera** 67:2 87:9

**chain** 75:4

**challenging** 13:24

**Chamblee-ryan** 4:7 16:16 17:11,20 18:22 19:15 20:4,25 21:14 22:23 23:4,13 32:14 33:1,4, 13 40:16 44:21 46:6,15,21 51:6, 11,18,22 52:1,7,9,14,22 53:1,2 60:15 62:9 66:3 76:22 81:3,13 83:19 84:10 85:5,13 86:18 87:3, 12 89:10 91:10,23 94:9 97:4,16 98:16 99:3,13,15 103:5,17 104:7 105:9,16 106:14,21 107:12,25 108:4,7

**Chamblee-ryan's** 103:11

**chance** 94:3,19,21 96:4

**change** 75:12 77:5 91:21

**changed** 74:23 75:15

**changes** 68:12 71:13 75:3 76:9 91:12

**characteristics** 22:3 105:6

**characterization** 8:25 16:18 18:15 29:20

**characterize** 30:10,11 82:20 95:18

**charge** 72:10

**chart** 28:7,9,12 29:8

**charts** 28:4

**chat** 14:20 27:1 33:22 50:5

**cheapest** 75:2

**Check** 72:23

**children** 65:18

**choices** 82:4

**circumstances** 64:6

**citation** 92:12

**cite** 41:5 67:3

**citizen** 75:1 93:5

**citizens** 29:5

**citizenship** 71:7 87:19 92:25

**city** 32:22

**civic** 63:16,19,20

**claim** 31:12 58:3 84:11

**claiming** 60:20

**claims** 85:18,21 86:1,14

**clarification** 8:12 29:12 44:10,24 45:15

**class** 79:13

**classify** 79:13

**clear** 5:19 27:6 37:1 55:23 80:15 86:20

**clerk** 6:15 13:6 59:20 61:23 62:16

**clerks** 6:20,21,23,24 8:14,22 10:2,22 96:15

**close** 54:22 57:20 58:2 94:6 95:5 96:2,6,21,23

**Code** 18:10

**colleagues** 105:19

**collected** 12:12 13:17

**collecting** 14:10

**college** 45:6 58:4 82:18 89:1

**column** 54:17

**combination** 67:16 101:7,13

**combinations** 101:7,12 105:2

**combine** 104:19

**come** 11:17 38:12 65:17 78:16 93:20 94:12 96:11

**comes** 11:1 13:10 14:7 34:21

**coming** 71:4

**commercial** 72:23,24

**Commission** 45:3

**community** 45:6 54:19

**comparable** 32:18 38:10 39:14, 19

**compare** 31:24 34:11,25 35:16 37:18

**compared** 35:2

**comparing** 32:11

**competent** 94:18

**complete** 32:20 67:15 102:18

**completely** 95:5

**compliance** 67:8

**complicated** 15:11 69:13 90:2, 12

**complying** 66:18

**Compound** 44:22

**computationally** 37:16

**computer** 15:9

**conceivable** 106:4

**concentrated** 37:25

**concentration** 49:2

**concentrations** 48:11

**concern** 67:3

**concerned** 86:2

**conclude** 43:3

**concluded** 20:7 42:2 108:11

**concludes** 41:23 107:15

**conclusion** 12:1 19:1,19 23:14 32:17 33:7 38:19 47:22 66:20 68:1 76:23 92:15 97:22

**conclusions** 13:10 38:24

**conclusively** 21:15

**concrete** 80:21

**EXHIBIT 15**

**conduct** 6:9 60:9

**conference** 96:14

**conflating** 12:4 13:2,3 64:3

**confused** 22:10 84:4

**confusing** 62:10 89:20

**Connecticut** 32:12

**consider** 20:10 33:14 89:8
104:22

**considerable** 91:16

**considered** 23:24 45:9 101:4
104:12,15

**consistent** 47:21

**contact** 78:2

**contests** 41:25

**context** 17:6 82:2

**contiguous** 60:3

**contingent** 51:12

**continue** 53:3

**continued** 87:25

**contractors** 51:21

**control** 66:8

**convenient** 95:21

**conversation** 44:2 97:25 98:3

**copy** 24:17 100:15,20,23 107:17,
19

**correct** 4:21 9:4,5 10:13,18,21
11:3 16:24 24:3,8,23 26:2,19,24
27:9,10,23 29:9,14,18,22,23 30:2,
6,7,9,17,18,22 33:16 34:5,6 36:3,
8,15,16,21,23,24 37:3,4 39:4,8,24
40:3,4,9,19,23 45:21,25 46:22
47:24 48:16,21 49:3,4 50:3,12,19,
20,25 51:10,25 52:21 54:3 56:1,4,
7,20 57:20 58:9,15 59:15 60:7
63:23 64:19,23 66:2 71:9,15,17
72:6 73:8 74:24 76:13 83:2 92:13
96:10 98:22 103:25

**correction** 59:10

**correctly** 15:25 41:3 47:19 48:12
61:12 65:24 92:10

**correlated** 98:20

**correlates** 33:6

**cost** 63:4 64:9,10 66:14 72:8
73:15,21,24,25 74:20,22 75:20
76:1,5,12 80:20,22 81:4,5,6,18,25
82:2,4,8 90:17,20 91:6,24 92:2,3
101:2,3 102:3 104:11

**costs** 63:7,14 66:15,18 72:4 73:3,
9 75:24 76:15 80:10 81:12,14
91:25 97:10

**could** 4:16 13:22 16:14 26:8
32:16 40:13 48:5 51:14 52:23
53:6,12 58:10 61:19,20 62:3,6,7,
15 63:11,16,19 64:1 68:12 70:1
73:12,13 76:9 77:1 81:25 89:19
90:17,20 91:4 95:24 99:5 100:21,
24 101:11,20 102:24 106:4,16,24

**couldn't** 20:21

**counsel** 4:5 5:17 12:10 52:23
87:22 92:14 99:11 107:16

**count** 12:25

**counted** 38:22

**counterintuitive** 101:18

**counties** 60:8

**counting** 76:8

**country** 42:25

**county** 6:15,17,23 22:24 41:17
47:15 59:13,20 60:1,6,16,18,19,
24 61:23 62:16 96:15

**couple** 5:8 30:3 64:23 99:13

**course** 9:23 40:12

**court** 4:1,3 15:24 18:17 22:19
23:10 88:20,22 89:8 107:15,22
108:2,6,8

**cover** 14:15

**covered** 7:24

**covers** 9:17 33:12 41:19

**Cowsert** 40:14

**Crane** 96:8

**Crane's** 96:4

**Crawford** 22:24 89:9

**create** 101:20

**creates** 17:23,25 18:11 101:23

**credentials** 68:15

**credible** 89:20

**credit** 72:10

**Crow** 76:16

**crucial** 31:10 88:3

**current** 75:6

**currently** 22:11

**cut** 58:22

**CV** 9:22

---

**D**

**Dame** 24:1 27:6,15,20 28:3,6
29:7,10,14,22 30:6,17 31:1,6,7,
17,20 32:10,18,24 33:14,19 34:8,
16 35:9,12 39:3

**Dame's** 27:23 30:23

**Dane** 6:23

**data** 10:10 11:19,20 12:2,3,11,12,
20 13:16 14:4,10 25:1 26:21 27:7,
11,16 28:25 29:7,8,18 30:20 31:6,
16 34:23 35:3,6,7 36:7 39:22 41:8
43:6 45:2 46:23 48:1,5 49:10 50:7
51:7 52:10 54:2,11,13 55:9 56:21
57:1,13,21,22 58:20,25 59:16,19
60:5,7,11,23 61:7 62:11 67:17
74:2,4,18 75:7,10,14 77:7,10,12,
20 89:23 98:8 102:25 103:1
104:25 105:11 106:13 107:8

**date** 22:4 45:14,18,24 51:3 53:16
90:9

**day** 59:24 62:12

**deal** 68:7 69:16,17

**dealing** 49:6

**dealt** 12:19,21 67:21

**decades** 14:9 20:20 33:5 84:22
88:11

**decision** 23:15

**declaration** 94:3,8,19 96:5,19

**declared** 77:3

**decreased** 42:22 43:13

**defendants** 4:6,15

**Defense** 49:21

**Defense's** 50:8

EXHIBIT 15

**define** 79:15

**defined** 63:25

**definition** 22:2 29:4 52:12 79:12

**definitions** 19:5

**definitively** 42:8

**degrees** 45:9

**deleterious** 18:13

**delivery** 73:16

**demographics** 31:3 37:23 46:23 49:17,22

**demonstrably** 85:18 86:13 87:8

**denominator** 28:24 29:3

**Department** 49:21 50:8 72:13,21

**Depauw** 24:1

**depend** 79:12

**depending** 77:1 81:7 101:15

**depends** 78:24 79:11 100:13 103:18

**deposed** 5:5

**deposition** 5:11 15:22 67:20 95:24 107:15 108:11

**depositions** 5:7

**describe** 6:4 106:23

**described** 18:7 63:17

**describing** 11:14

**description** 63:8

**detail** 87:13

**detect** 42:3,19

**determine** 59:4,11,14

**devoting** 105:23

**did** 8:2,6,10,13,21 16:3,18 18:18 19:11,25 20:7 22:6 23:1,7,8 27:11 33:18 35:6 41:3 43:3,17 45:12,13 47:1,18 48:12 53:16 54:11 58:19, 25 59:11 60:9,11 61:5,11 65:23 66:8 67:7 72:18 77:6,14,19 83:10 92:10 105:19

**didn't** 23:9 33:14 35:16 39:21 58:16 60:7,12 61:5,7 63:1 91:11 92:23 98:17

**difference** 88:3

**differences** 32:2

**different** 10:4,5,7 12:5 13:7 14:13 19:22 25:22 31:2,20 37:23 38:18 42:4,21 53:21 54:1 62:10 64:3 79:24 85:22 101:7 103:22 105:2,24

**difficult** 17:13 19:2,18 20:11,15 42:2,17 66:17 82:21 84:17 87:15 88:12,25 89:14 97:6 101:14 105:21 106:2

**difficulties** 10:24 11:10 12:22 89:16

**difficulty** 11:8

**dig** 97:24

**digital** 46:3,8,9,12,20 100:2,6,11, 17,19,21 104:1,3,5

**direct** 12:18 13:25 14:1 65:21

**directed** 65:23

**directly** 11:18,21 12:19,21 13:20, 23 32:18 38:9 39:13

**disclosed** 94:4

**disconnection** 81:20

**discourage** 98:25

**discrete** 104:20

**discuss** 69:3

**discussed** 9:7 51:7 95:23 98:13 100:2

**discusses** 83:1

**discussing** 8:15

**discussion** 78:20

**displayed** 46:9

**disproportionate** 66:21

**disproportionately** 47:4,7,23 48:7

**disputing** 38:17

**distributions** 37:17

**diverting** 106:5

**divide** 55:10

**divided** 28:16

**divides** 57:1

**divorce** 68:13 71:14

**DMV** 69:12

**do** 5:2,15 6:1 7:5,7 10:15 11:6,8 12:15 13:14 15:3,7,25 21:21,22 22:15 24:19 25:17 30:23 34:1 35:13 38:11 39:9 40:8 41:20 42:16,17,22,24 43:13,15 44:14,19 47:1 49:23 54:4 59:6 61:14 64:7,8 67:2 69:11 72:16 73:13 74:2,4,14 75:7 76:19 77:14 78:1,2,13,16,21 79:9 82:9 83:15 85:11 86:15 88:5 89:13,23 90:14,15,17 93:9,23 94:15,22 95:25 96:18 98:2 100:2, 10 102:1,2,8,9 103:3,4,13 106:17 107:2,23 108:2,8

**Doctor** 78:7

**document** 15:16 22:8 71:11 75:3 91:12,21

**document's** 49:16

**documentary** 70:4,23

**documentation** 71:13 75:4 76:2,8,25 91:2 93:9

**documented** 83:11

**documents** 69:10,14 79:1,21 95:23

**does** 5:19 7:19 12:25 16:6 18:4 22:8 41:23 42:15 45:8 53:17,20 66:5 67:17 80:3 84:19 85:24 86:15 87:1 93:10 99:16 100:17 101:19

**doesn't** 11:15 20:12 31:18 38:19 57:3 61:17 68:21 79:21 85:1 88:8 92:24,25

**doing** 12:14 80:23 82:6,7 87:10 88:1 105:4

**dollar** 76:1

**dollars** 77:5 90:17,21,25 91:6,15

**don't** 8:3,16,20 11:23,24 13:4,6, 19 17:2 27:2 31:5 34:10 35:12 37:17 39:13,16,18 41:5 43:15 46:11 48:3 51:2,23 52:15 53:2 57:14,17 62:5,22 70:20,24 75:13 77:19 79:4,7,16 80:6 81:14 84:6 85:15 86:2,19 88:2 89:19 90:2,22 93:9 94:10,25 95:1,8,15,16 96:14 99:10 102:18,25 103:18 104:17 107:4,8

**EXHIBIT 15**

Index: done..events

**done** 6:19,23 70:7 90:3 96:24
101:15

**down** 41:21 50:9 64:24 67:1
88:19,23 89:2

**downloaded** 15:6

**Dr** 4:13,19 5:5 6:4 8:18 10:12
14:24 15:3,14 21:8,20 24:16 27:4,
16 33:24 34:8 41:6 43:22 44:3,12
49:25 54:10 81:22 82:10 88:14
93:19,22 94:23 95:1,4,13,25 99:9
103:5 107:11,16

**drafting** 23:2 33:15 39:22

**draw** 31:25 47:25 48:5 98:9

**draws** 39:3

**drive** 41:2,21 80:14

**driver's** 24:6 40:8 41:11 44:15
53:22 56:24 57:2,4,6,9,14,17,25
58:5 59:22,25 61:10 68:18 78:22
79:24 80:2,8,9,13,16,17,19,21
81:7,11,23,24 90:24 92:1 95:15
97:10 99:18,21,22

**drives** 10:17

**driving** 81:9

**drop** 14:20 26:25 33:21 71:21

**dropped** 49:14 50:5

**duly** 4:9

**during** 76:16

**duties** 6:11

**E**

**each** 5:15 43:8 101:2 104:10

**earlier** 91:7 92:17 100:2 104:11

**early** 62:14 88:25

**ease** 12:22

**easier** 19:3 101:14

**economic** 63:19 77:13

**economist** 82:3

**educated** 99:2

**education** 45:4 64:13,17,20
98:15,20

**educational** 18:3 22:9

**effect** 12:1 18:13,20,24 19:8,13
20:2,7 32:1 33:16 38:20 45:25
46:19 51:9 66:10,21 67:23 68:2,
22 87:14 97:23 99:6 101:23
104:19 105:21 106:7,10 107:4

**effectively** 99:5

**effects** 9:25 10:3,5,7 12:1,12
13:5,7 16:19,21 17:1,4,7,10,12
23:16 38:25 42:2,7 53:25 85:7
101:9,17 105:22 106:22,25

**efforts** 82:21 84:17 106:9

**eight** 72:14

**either** 11:18 46:14 48:17 69:9
71:10 90:23 95:1 104:4

**elected** 83:23 86:1 87:25

**election** 6:7,10,12,18,19,21 7:7,
9,12,16 8:1,7,10,14,22 9:4,7,24,
25 10:2,3,4,9,22,24 11:2,5 14:13
19:21,24 24:8 25:1 30:5,16,20
36:2,18 37:3,6 42:19 59:24 62:12,
18 87:18 96:9 107:6

**elections** 6:10 8:5 22:25 24:23
43:7 85:9 89:17 94:1

**eligibility** 86:3 88:2 93:1

**eligible** 28:6,9,11,17 29:1,2,3

**eliminates** 87:23

**else** 7:17 9:14,16 14:6,14 32:6,
13,25 33:11 41:18 43:22 61:17
70:12 78:8,16 80:24,25 81:1 82:6,
7 106:8,12

**elsewhere** 106:6,9

**emerge** 11:18

**emeritus** 22:11,14,18

**empirical** 23:16 77:2 102:14

**employed** 40:7 44:13

**employee** 53:15 88:7 93:7

**enacted** 23:20 83:18 85:3

**enacting** 84:8

**enactment** 50:21 77:24 83:13

**encompasses** 81:17

**energy** 105:23

**engage** 71:2

**engaged** 47:16 48:19,22 49:1

**engagement** 24:25 63:19 65:16

**engages** 65:21

**enhances** 17:9

**enlisted** 49:24

**enlistment** 35:17

**enough** 12:6 17:15 25:23 69:18

**enrolled** 40:1,7 44:13 55:11,14,
20,24 56:6,10,15,19,23 57:8,19
58:7 65:19 74:5,15 75:8,18 77:7,
16 98:1,6 99:2

**enrollment** 55:6

**entail** 8:2

**entered** 49:7

**entirely** 99:23

**entirety** 94:24

**entity** 72:23,24

**entrance** 47:18 49:6

**equal** 31:19

**equivalent** 28:18

**error** 37:17

**especially** 101:22

**essence** 82:8

**essentially** 29:5 80:7 101:21

**establish** 74:25

**established** 74:9

**establishes** 88:4

**estimate** 28:5 57:5,7 58:1,19
62:22 73:18

**estimated** 24:24 62:17

**estimates** 72:13

**et** 67:2 87:9

**evaluate** 39:21

**even** 31:13 33:10 38:21 41:2
42:7,18 45:11,19,25 51:2 58:22
64:7 70:4 74:25 76:25 80:10 81:9
82:22 87:17 91:1 93:8,15 95:21
99:17 100:8,9,19,20 101:17
103:12

**events** 65:17

**EXHIBIT 15**

**ever** 6:12,15,17 8:6 14:16 16:3 19:11 23:21 46:9 102:8,10,16

**every** 19:20,23 20:12,13 21:15,16 57:22 93:2,17

**everybody** 14:22 78:15

**everyone** 27:3 43:20

**evidence** 24:9 83:15 92:7

**Ex** 27:3

**exactly** 18:23

**EXAMINATION** 4:11 99:14 103:7

**examined** 4:10

**example** 16:8 27:22 33:21 73:15, 22 101:12 102:11 105:17

**examples** 32:15 83:3,10,16 84:6 88:15,19,21,24 89:5

**exceed** 47:9 63:14

**Except** 73:23

**exception** 48:18 51:1

**exclude** 88:17

**excluded** 45:17

**excluding** 18:1,2

**exclusions** 90:8

**excuse** 59:17

**exhibit** 14:21,24 15:13 24:17 26:25 33:22 40:25 47:12 49:15,19 50:6 82:13

**exists** 107:9

**expect** 32:9 33:8 38:1,14 67:12

**expedite** 73:19 108:3

**expedited** 76:7 91:8,19 108:1

**expenses** 101:3

**experience** 9:15 10:14 13:19 14:1,7 52:4,6,10 65:14 89:24 102:13 105:3,5

**experienced** 11:8

**experiences** 14:5

**expert** 6:5 9:3,15 12:9 15:22 47:11 70:8 87:2

**expertise** 9:6

**expiration** 22:4 45:14,18,24 51:2 53:15 90:9

**expired** 99:22

**explain** 44:24 81:25 100:16 101:11 102:21

**explained** 45:21 87:5,6,7 97:5

**explanation** 66:20

**explanations** 66:6 67:10

**explicit** 89:18

**explicitly** 89:2

**extends** 14:11

**extent** 83:22,25 86:9 87:5

---

## F

**face** 65:11 66:16

**facility** 47:16 48:19,23 49:1,13

**fact** 4:2 65:19 76:24 77:2 81:16 86:4 89:18 90:1,22 91:1 92:19 95:12

**factors** 42:4,21 64:14 66:1

**factual** 97:20

**faculty** 22:13,17,18 40:6 44:9,13, 17 51:17,24

**fair** 6:2 9:12 12:6 16:12 17:15 18:8,14,15 25:23 30:13 34:7,13, 15 60:14 63:8,12 64:15 69:18 82:19 104:13

**fairly** 26:8

**fall** 31:13 42:4,20 54:25 55:1,3,4, 6 75:9 103:15

**falls** 84:1,16 88:11 106:17

**false** 85:20,21 87:8

**familiar** 23:15 93:25

**familiarity** 14:8

**families** 31:4 34:22

**family** 35:6 77:20

**favor** 16:3,7 21:12

**federal** 6:18 15:24 18:10,17 22:5 23:25 88:20 90:10 93:7

**feel** 5:22

**few** 43:3 103:9

**fewer** 8:24

**field** 6:5 9:3

**fifth** 55:19

**fight** 13:8

**figure** 28:12 62:7

**fill** 7:12

**filled** 7:8,14

**finance** 9:24

**financial** 79:20

**finding** 47:21

**finds** 42:6

**fine** 5:25 43:23 78:12

**finish** 5:13 21:4 70:6 87:22

**first** 4:9 14:20,24 15:12,17 21:4 28:12 43:3 44:2 54:16 72:2

**firsthand** 10:23 11:4,6,7,9,14,17 12:20 13:14

**fiscal** 54:24,25

**five** 43:21,23 73:5 90:5 101:25 102:1

**five-minute** 78:6

**flagship** 33:10

**Florida** 83:17 88:24

**fly** 25:17

**focus** 9:19,20 66:15 73:4 105:24

**focused** 9:23

**follow** 96:25 103:9

**following** 15:23

**follows** 4:10

**footnote** 45:21 72:19,20,22

**for** 4:5,14,16 6:6 10:21 16:2,14 17:15 21:3 24:14 25:10,11,18,25 26:3,9,15,18 27:5,6,10,11,19,22 29:10,12,13,17 30:20 33:25 36:1, 18 37:2,6,11,21,22 41:5,6 42:17 43:18 44:1 45:3,15 50:25 51:9 52:3 54:6,10,20 55:3 58:24 59:7, 10,18 60:23 63:20 65:7,10 66:6,8, 17,19 68:5,16 69:1,4 71:1 72:7, 10,20,25 73:2,3,9,10,21 74:8,9,10

**EXHIBIT 15**

75:1,17,18,25 76:4,6,10 77:7 78:5
79:16,21,25 80:12,18,22 81:24
82:21,23 84:17,22 85:8 87:1,16,
17 88:5,12,14,23 89:7,13,14
90:14 91:4,9,17 92:12,17 93:4
97:6 98:23 99:10,24 100:9,10
102:11 104:12 105:10,25 106:13
107:12 108:4

**form** 12:8 16:16 17:11,20 18:22
19:15 20:4,25 21:6,14 23:13,22
24:7 32:14 33:1,4,13 40:9,16
44:15 46:10,15,21 50:24 51:6,11,
18,22 52:1,7,14,22 59:20,23,25
60:15 61:18 62:9 66:3 67:8 81:3,
13 83:19 84:10 85:5,13 86:18
87:12,24 88:4 89:10,21 91:10,23
93:2,18 97:4,7,8,16 98:16 99:3,
17,24 100:13 103:13,17 104:4,7
105:9,10,16 106:14,21

**former** 104:21 105:8,15 106:17

**forms** 7:7,11,15 12:3 17:3 46:8
60:3 67:11 85:22 86:4,7,12 90:23
92:9 93:9 97:11

**forth** 30:3

**Foundation** 46:6 104:8

**four** 72:16

**four-year** 25:7,13,14 26:13,14
32:19 38:3 40:19,22 44:8,18 45:1
55:20 56:12,17,19,23 57:9,15,19
58:4,7 61:4 74:5,15 75:8,18 77:8,
16 98:2,6 103:14

**framework** 63:9,13

**framing** 66:13 67:25

**fraud** 10:1

**free** 5:22 68:4,9,18,23 70:5,15
74:25 77:1 80:11,12 91:5,18

**frequent** 65:13,14

**frequently** 100:1

**from** 4:19 5:17 11:1,16,17,18
12:8,10,11 13:10,17 14:7 18:10
25:1 31:3,6 34:21 35:7 38:12
39:3,7 42:11 43:2 45:17 49:21
50:8 59:16,19 60:5,7 61:23 64:22
65:17 68:15 69:21 72:4 73:10
75:16 77:18 79:24 80:5 83:4,10,
17 84:25 85:4,23 88:17 92:8
98:25 99:21 103:9 105:5

**front** 5:3

**full** 10:8

**full-time** 65:18

**function** 104:25

**fundamentally** 31:23 34:24

**further** 14:11 50:7 99:10 107:11

**Furthermore** 93:11

---

### G

**Gaines** 93:20,22 95:1

**Gaines'** 95:25

**general** 38:8 41:20 47:9 48:6
52:13 53:8,9 63:9,13 66:14 89:12
97:13 107:6

**generality** 97:12

**generalized** 49:5

**generally** 5:7 7:9,16 8:1 10:6
23:19 40:17 49:9 65:3 94:2,17

**geography** 61:20

**get** 5:23 32:20 55:22 66:7 68:18
69:1,7 70:4,15,17,20 74:24 78:22
79:18 87:9 90:23 91:3 93:3 94:24
95:21 102:22

**gets** 14:22 66:19

**getting** 70:14 73:25 74:10 80:7,9,
11

**Gimpel** 94:11

**Gimpel's** 94:23 95:1,4,13

**give** 25:12 82:5 88:21,24 89:5
90:4 92:4 96:22 102:16 105:17

**given** 61:20 94:6 95:5 96:2,6,20
102:9

**glass** 5:24

**go** 5:7,8 13:1 20:21 21:8 28:23
32:16 34:14 44:1 54:23 66:7 67:6,
9,17 69:12 70:1 78:20 81:8,10
82:16,19,22 84:18,22 85:2,25
87:16 88:9,13 96:23 97:9

**goes** 13:20 97:25

**going** 13:1 14:20,23 18:16 21:7
24:15,18 25:16 26:25 27:1,14
29:7 31:13 33:21 35:20 37:14
39:7 40:10 42:18 43:18 47:11
49:8 52:12 54:4 59:17 68:24 78:4

**good** 4:13 17:8 34:11 69:12 78:6,
15

**got** 25:15 26:11 29:12 55:4 57:7
89:13

**government** 22:5 23:25 90:10
93:7

**grab** 78:10

**graduate** 52:4,11,16,19 53:9

**gratification** 63:20 64:21

**great** 17:21 53:4 87:13 108:10

**greater** 74:7 101:21 104:19

**ground** 5:8

**group** 47:9 50:10,17 57:24 59:1

**groups** 17:5 106:8

**guess** 13:24 77:11 85:11 86:17,
19 97:24 98:23

---

### H

**habitual** 65:20

**had** 6:17 7:5,7,12 18:19 19:12
20:2 22:3 24:5 44:1 53:15 60:23
78:2 81:7 91:19,20 94:3,19,21
96:4,13 98:3 103:13

**half** 58:20,23 62:12 78:14

**Hamner** 67:2

**handles** 72:25

**happy** 78:7 82:13

**has** 11:15 13:13 18:12 19:8 23:21
24:10 27:3 31:2,21 32:1 38:20
42:24,25 43:6 46:19 57:4 68:2
70:17 71:12 84:21 95:2 99:24
100:21 105:20 107:2,5

**hasn't** 107:5

**have** 4:1 5:2,5 6:12,15,17,21,23
10:14,16,19,23 11:2,4,6,9,11,12,
15,20 12:11,19,21 13:4,6,14,17,
19 14:9,16,19,25 15:1,5,8 20:5,7
22:15 24:2,5 25:1 26:11 32:24
34:21,22 35:5 37:13 38:15 40:1,8
42:1,6 43:1,18 44:14 45:13 46:3,
7,13,23 49:7,18 51:2,8 53:14,22,
23 55:23 56:24 57:9,24 58:11,14,
17,25 59:1 60:7,11 61:7,19,20

**EXHIBIT 15**

62:3,15 64:12 66:21 67:6,15
68:10,13,14,15,17 69:1,7,8,11
70:16,21,24 73:19 74:2,4,9,18,22,
25 75:3,4,7,13,15 78:4 79:9,22
80:6,12 81:8,10 82:11 83:15,24
85:17,22 86:1 87:6,15,19,23,24,
25 88:7,10 89:22,23 90:3,12,14,
23 91:11 92:3,12 93:6,14,20,23
94:3,5,12,15,19,21,22 95:5,15,16,
22,25 96:2,4,18 99:8,10,13,17
100:1,13,14 101:6,8 102:16,18,
20,22,23 103:2,6,20 104:3,4,19,
20 105:22 106:7,10 107:2,7,11

**haven't** 35:2 43:8 50:13 78:2
94:5 96:6,11,20 103:23 107:8

**having** 4:9 58:21 65:18 103:20

**he** 32:14 85:1,24 88:8 92:23 94:1,
17 95:13 96:15

**Health** 72:13,21

**hear** 86:24

**hearing** 88:8

**hearings** 83:6 85:17

**her** 53:14 91:12

**here** 8:4 12:16,24 14:20 15:20
20:16 21:9,19 23:2 24:18 28:5
30:3 33:23 37:14 42:9 43:15
55:23 64:25 66:13 67:1,3,19
69:20 71:4,21,25 72:3,12 78:9
82:16 90:18 92:3,5,7,21 96:20
97:13 98:10 103:24 107:3

**high** 48:3 49:2 74:16

**higher** 29:16,25 30:8,11,12,13,
19,24 31:17,22 32:8 34:22 36:4,6,
9,10,11,20 37:5,9,10,11,22 38:2,
15,23 39:10,17 45:3 64:17,20
65:11 73:12 76:9 98:18,20

**highest** 48:11 60:2 73:15,21

**highlighting** 88:3

**highly** 99:2

**him** 94:12 96:11,14

**his** 93:23,25 94:3,7,15,19,23,24
96:1,18

**historic** 83:3,16 84:6 88:14,16,19

**Historical** 82:25

**history** 82:18,20

**hold** 52:20 92:14

**holding** 35:13

**holds** 63:6

**home** 4:24 65:18

**Hoosiers** 51:9 54:17 56:5,10,15,
19 57:18 98:5

**hope** 49:15

**hostile** 53:1

**hour** 43:19 78:5,14

**how** 5:7 6:4,10 7:22 8:10,13,18
71:3 78:12,21,24 79:12,15,18
81:7 82:3 84:4 85:15 86:19 98:10
99:4 101:16 103:13 104:21
106:25

**however** 48:9

**huge** 65:8

**hundred** 91:9,14,15

**hundreds** 90:17,20,25 91:6

**hurdle** 101:23

**hypothesis** 67:10

---

**I**

**I'M** 34:14

**I'VE** 6:19 15:21 49:14 50:6 87:5
101:15

**ID** 8:7 10:1 11:12,22,25 12:2,3,23,
25 13:5,12,14,15 14:17,18,19
17:4 18:3 21:25 22:2,6,15,20
23:11,19,20,21 24:6,7 31:8 32:1
33:17 38:20,22 40:2,9 41:1,11,16,
20,24 42:6,9,16,23 43:14 44:16
45:13,19,23,25 46:8,9,10,13,14,
17,20 50:22,23 51:14 53:14 59:2,
5,11,14,21,23,25 60:3 61:11,14,
18 62:2,19 63:2,3 66:2,6 67:5,7,
11,21,24 68:4,9,10,19 69:7,23
70:1,5,10,14,15,17 71:5 74:24,25
75:20 77:1,24 78:23 80:4,8,11,12
85:20,22 86:4,7,8,10,12,14,15
87:24 88:4 89:9,12,14,15,19,22,
25 90:1,14,17,23,24 91:5,18 92:9,
20 93:3,9,13,18 97:8,11 99:16,17,
25 100:2,6,9,15,17,18,19,20,21,
25 103:12,13,19

**ID's** 104:4

**identification** 22:8 23:22 50:24
99:25 100:14

**identified** 32:2 48:9 73:9 81:2,22
84:20

**identify** 15:16 20:16,23 21:11
74:19 83:10 106:22

**identifying** 31:14 69:20

**identity** 42:13 70:18,19 93:14

**IDS** 11:10 18:2 24:3,10 41:1
45:10,18 46:4 50:24 51:1,15,21
52:20 53:15,16 58:12,17 60:10
61:19,22 62:4 63:2 80:4 86:2,11
88:2 90:6 92:8 100:6,11 104:2

**if** 5:22,23 7:10 13:22 15:1 18:25
20:1 21:6 25:16 34:23 37:20
38:21 39:17,18 40:22 42:7,17,18
43:13,20 45:25 46:17 49:18 51:2,
8 52:22 54:4,23 55:10 58:22
60:23 62:22 63:6 67:7,8 69:10
70:24 71:3 72:5 73:13,18,24 78:7,
11 79:9 80:5,11,15 84:12,22
86:22 87:6,15 88:11 90:8,22 91:2,
7,18 93:8 95:14,21 96:22 98:23
99:17 102:3,8,24 103:13 105:19
107:16,20

**ignores** 86:4

**Illinois** 73:4,10 74:17 76:10
93:21

**impacted** 100:12

**implementation** 6:8

**implemented** 14:13

**important** 5:10,13 12:16

**impose** 104:13

**imposed** 23:11,18 76:15

**imposes** 17:1,2 97:18

**impossible** 13:22 42:17 87:16

**impression** 95:7

**in** 4:15,22,24,25 5:2 6:5,6,17,23,
25 7:2,24 8:7,19,22 9:3,22 10:1,6,
16,21 11:11,25 12:2 14:7,12 15:8,
18,21,22,23 16:2,3,6,9,10,20
17:5,21,24 18:1,3,9,17,18 19:7,
10,12,16,20,25 20:12,17,18
21:11,12,21 22:14,20,24 23:1,20,
22 24:8,22 25:1,5,6,25 26:21,22
27:8,12,19,22,23 28:3,12,13,22,
23,24,25 29:8,9,13,17,18,21,25

**EXHIBIT 15**

Index: in-state..is

30:4,5,15,16 32:19 33:14 34:4
35:11,18,22 36:7,13,14,19,20,22
37:6,15 38:11 39:1,10,22 40:1
41:5,8,16,20,24 42:3,11,15,19,22,
23,25 43:2,6,9,10,14 44:2 45:2,5,
21,25 46:10,25 47:1,6,8,9,15,16,
23 48:2,6,8,10,15,19,22,25 49:1
50:5,22 52:4,6,13,20 53:9,13,20,
24,25 54:11,16,22 55:4,6,16,21,
24 56:6,11,12,16,17,20,23 57:8,
22,23 58:8,9,23 59:1,5,12,13,21
60:1,8,12,18 61:9 62:14 63:5,18,
20,23,25 64:5,12 65:16,19,21
66:9,10,25 67:4,16,20 68:7,8,21,
22 70:10,15,16,19 71:2,4,21 72:7,
25 73:2,11,12,18,23 74:6,12,15,
16,17,21,24 75:11,19 76:1,6,10,
17,18 77:3,5,6,7,16,21,23 78:3,23
80:2 82:2,11,16,17,23 83:6,24
84:5,8,13 85:9,16,19,20 86:3,5,6,
11 87:2,10,13,18 88:2,5,6,8,10,
15,22,24 89:12 90:5,25 91:2,8,18,
19 92:4,5,8,12,18,22 93:4,5,18,19
94:1,4,12,20,25 95:10,21 96:5,11,
18 97:5,9,12,13,21 98:1,5,6,10
101:1,4,6,7,13 102:1,9 103:10,15
104:12 105:3,6,23 106:3,10,13,
18,19 107:18,20

**in-state** 74:8,11

**inability** 102:6

**inaccurate** 11:14 16:17 31:23
34:25 102:17

**incidents** 10:1

**include** 22:8 52:2 65:11

**included** 11:2 107:18

**includes** 47:16 48:19,25

**including** 84:24

**income** 31:22 64:13 77:19,20

**incorrect** 10:25 12:10 57:11 69:6
85:18 86:13

**incorrectly** 12:5

**increase** 24:18 98:14

**increases** 64:18,20 65:16 98:13

**increasing** 64:21

**incurring** 64:8 97:9

**independent** 12:12

**independently** 104:22 105:14

**Indiana** 7:2 16:9 18:3 21:22,24
22:5 23:12,25 24:2,6,8 25:6,8,10,
18 26:5,9,13,21 27:9,12 29:17
30:1,9,19 32:19 34:4 35:18 36:7
37:6 39:1,7,11 40:8 41:11 42:22,
24 43:2,10,13 44:14,15 45:3,5,20
46:2,10,25 47:10,23 48:10 50:22
51:15,20 52:20 53:13,22 54:13
55:7,11,16,19,21,25 56:7,11,13,
16,17,20,24 57:6,8,22 58:4,5,8,21
59:22 60:8 61:11 66:10 68:4,9,17,
20 70:2,10 71:16 72:3,7,13,21
73:1,7 74:6,12,16,21 75:7,14,19
76:1,5 77:17,21,23 78:3,23 80:2,
3,8,16,18,20 81:24 83:4,10,12,15,
24 84:8 85:3,9,19 86:3,5,8 87:18
88:3,4 90:5,24 91:5,18 92:8,23,24
93:13,18 95:15 97:2,10,21 98:23
99:5 103:15

**Indiana's** 14:16,18 22:20 23:11,
20 40:2 50:22 54:3,12 55:13 74:3
77:8 89:9

**Indianapolis** 35:1 39:20 47:17

**indicate** 55:9

**indicated** 24:24 54:20

**indicates** 26:7,17 48:1 55:18

**individual** 59:21 92:3

**individuals** 23:18 42:7,10,18
64:22

**inference** 31:25 41:8 47:25 48:5
49:5 68:1

**infinitesimally** 95:11,19

**information** 27:18 29:9 72:18
102:18

**informed** 84:1

**initial** 50:21 95:6

**initially** 43:17

**instability** 65:13

**instance** 20:12

**institution** 18:3 22:9 25:8 31:1,
20 32:3,5 33:8,10 34:10,19,20
35:9,11 37:18,19 38:2,3,9,10,11,
15,16 39:16 45:7,9 55:21

**institutional** 31:24

**institutions** 9:24 25:13,14 26:13
27:8 32:17,19 35:18 36:4,7,18
37:6,21,22 39:1 40:20,23 44:19

45:1,5 46:17 74:5 77:21 90:5

**instructions** 72:20

**integrity** 9:25

**intending** 94:7

**interacting** 101:9

**Internet** 5:12 81:20

**interrupt** 70:6

**interviews** 11:2

**into** 14:20 21:7 26:25 33:22 49:7
67:9,17 75:9 84:1,16 88:11 97:25
102:22 103:15 106:17 107:4

**invalidated** 89:5

**investigation** 105:12

**investigations** 11:1

**involve** 69:9

**involved** 20:10

**involves** 80:9

**irrelevant** 31:9

**is** 4:3,13,18,20,25 5:10,11,12,18,
19,25 6:1,6,7 7:13 8:24 9:2,4,6,8,
11 10:17,21,25 11:3,13,24,25
12:7,8,10,11,13,16 13:1,25 14:1,2
15:12 16:2,6,10,11,17,20,22,25
17:8,15,17 18:4,8,12,14,15 19:10
20:23 22:24 23:14,16 24:4,17,23
25:3,4,13,21,22 26:7,17 27:5,15,
18,21,24 28:2,14,15,23,24 29:1,3,
8,16,19,21,24 30:8,13,19 31:1,4,
5,8,10,12,14,16,17,18,20,22,23
32:4,5,8,16,18,23 33:5,25 34:3,7,
9,11,15 35:8,11,12,19,21 36:4,6,
9,11,17,19 37:1,5,9,14,18,20,23
38:4,9,12,20,21,22,23 39:5,6,13,
14,15,19 40:10,17,19,24 41:6,8,
12,13,14,15,22,24,25 42:5 43:20,
23 45:2,5,6,7,9,11 46:1,16,20
47:12,14 48:2,3,18,22,24 49:1,4,
5,6,8,10,11,13,17,18,20,24 50:2,
7,11,16 51:1 52:10,16 53:2,21,23
54:8,18,19 55:1,4,8,9,17,19,20
56:2,21 57:1,4,11,15,18,20,21
58:1,2,3,13,24 59:7,8,9,12 60:1,5,
14,17,24,25 61:21,24 62:11,12,
20,21,25 63:7,9,12,13,14,17,21,
23,24 64:4,5,7,15,16,23 65:8,6,8,
9,19 66:4,6,11,16,24 67:8,14,22,
23,24 68:8,9 69:4,6,10,11,12,15,
16 70:3,13 71:3,5,6,19,23 72:5,8,

9,19,20,22,23,24 73:15,22,23,24
74:20 75:10,22,23,24 76:13,14,
18,24 77:4,11,23 78:1,9,11,12,15
79:5,8,16,19,23,24,25 80:1,14,17,
19,21 81:4,5,6,9,18,24 82:4,8,15,
19,20,24 84:12,21 85:3,11 86:9,
15,17 87:4,10,11 88:1,13,20 89:7,
17,20,24,25 90:4,6,11,12,18,20,
22,25 91:14,15 92:3,7,15,17,19,
21,23 93:4,5,15,22 94:1,17,24
95:6,9,11,13,16,21 96:8,10,13,15,
25 97:2,5,13,15,17,22 98:8,11,12,
23 99:1,6,8,20,23 100:6,8,17,22
101:2,8,15,16,20 102:12,13,17
103:1,6,19,20 104:13,14,18,19,
21,22 105:3,5,8,15,18,25 106:4,
15,19 107:6,12 108:4,6

**isolation**  101:4 106:18

**issue**  11:8,12 14:8,10 20:1 38:20,
24 46:17 51:21 95:10 100:6,11

**issued**  18:2 22:4,8 23:24 51:16
90:9 100:5

**issues**  5:12 11:4 12:22 15:1
95:12

**it**  5:12 6:6 8:16,19,24 9:8,17 11:3,
15,24 12:10,11,13,16,25 13:19
14:7,11,15,21,22,25 15:2,5,6,8,20
16:11,14,22,23 17:1,9,13,25 18:4,
7,11,12 19:2,3,18 20:1,15,22
23:1,9 25:4,15,17,21,22 26:4,8,12
27:1,2,3,15,21 28:23 29:11,12,21
30:10,11,13 31:1,4,10,13,16,18,
23 32:4,10,16,23 33:5,12 34:7,10,
15,18,24 35:10,11,19,21,24 36:9,
11,19 37:9,11,18 38:4,20,21 39:6,
14,15,17 40:13 41:8,11,13,19,23
42:17,23,25 43:3,13,17 44:12
46:13,18 49:18 50:8,14 51:12
52:15 53:6,18,20 54:6 55:3,4,18
57:7,20 58:1,2,13 59:8,9,16,22
60:17,22 61:6,16,17,19,20,21
62:3,6,7,23 63:6,8,19 64:4,5,12,
23 65:5,21 66:6,16,24 67:6 68:22
69:10,12,15,16 70:2,3,13 71:5,12,
19 72:24 73:12,14,24 74:7 75:22,
23,24 76:9,24 77:18 78:9,21,24
79:11,12,18 81:16 82:4,11,15,16,
20,21 83:18 84:17,19 85:3,15
86:9,15,17,19 87:1,4,6,15 88:12,
22,25 89:7,13,14,17,20,24,25
90:6,7,8,10,11,15,18,20 91:14,25
92:19,24,25 93:4,10 94:5,6,21,22
95:5,8,16,18 96:2,6,13,20,25

97:5,6,18 98:11,25 99:9,11,23
100:13 101:13,19,24 102:12,17
103:4,18,19,20 104:21,25 105:1,
7,10,11,15,21,25 106:4,18,19,23
107:1,6,8,9,12,20

**it's**  34:13 106:3

**its**  32:22 34:15 39:16 45:18
101:21

**itself**  53:20,24

**IU**  25:1 31:7 34:12 35:1,3 36:12
38:10 39:6,14,19,20 46:7 59:13
60:4,17 61:24 80:5

**Ivy**  40:21 45:5,11,17

---

### J

**Jackson**  67:2

**January**  15:18

**Jim**  76:16 94:11

**job**  10:21

**just**  5:8,18,25 8:3,4,14 9:7 13:8
15:5,20 18:7 19:3,5 25:8 27:1,6
29:10 32:15 45:16 49:7 50:5 51:7,
16 54:6,9,53 57:21 61:16 62:7,
21 64:9,25 67:18 69:18,24 70:8,
10 72:24 75:23 80:15 81:1 84:3
92:5 93:12 96:22 99:13 103:10,19
106:11 107:4

---

### K

**Karl**  13:20

**Katie**  15:1 21:4 52:8 107:23

**Kenneth**  4:8,18

**kind**  9:19 77:14 103:23

**kinds**  30:25 32:9 38:13 81:10
89:14

**knock-on**  105:22

**know**  5:7 11:25 13:8,9,17,24
14:2,9,11 15:2,6 16:17 17:19,23,
25 18:23,24 20:5,19 21:17 34:10
35:12,13 39:16,18 41:20 42:22,24
43:1,13,15 48:3 51:23 52:15 53:9
57:14,17 61:2,14 62:22 64:9 67:1,
14 70:17,18,24 74:14 75:13 78:1,
21 79:4,7,9,18 81:14 82:9 84:23
85:15 86:19 89:13 90:4,7,11 92:2

93:7,14,22 94:10 95:12,23 96:14
97:3,12 99:23 101:12,14 102:4,5
103:13,19 104:17,21,22 105:1,3,
7,14 106:16

**knowledge**  10:23,25 11:4,6,7,9,
14,17 13:9 23:21 41:12

---

### L

**LA**  47:14

**lack**  23:10 65:14

**lacked**  45:18

**lacks**  45:23

**Lafayette**  60:24

**lag**  5:11

**laid**  70:23

**language**  17:22 18:6

**large**  38:5 45:4 50:16 67:23 99:1

**larger**  39:3

**largest**  17:4 50:10,17

**last**  8:21 14:23

**latter**  104:23 105:8,15 106:19

**law**  11:25 13:5 17:8,18,24 20:1,13
22:20 23:11,20 41:25 42:10
50:22,23 85:4,10,20 87:23 89:9,
22 92:20 93:9 107:4

**Lawrence**  47:15

**laws**  10:1 14:19 19:17 20:10
41:20 42:6,16 67:5,21,24 89:12,
25 90:1

**lay**  70:2 87:13

**lead**  38:19 52:25

**leading**  52:23

**leads**  68:1

**Learning**  24:25

**least**  70:22 74:10

**left**  28:5

**legal**  23:14 70:19 75:1,6 76:22
89:5 90:8 97:15,17

**legally**  80:14

**legislation**  85:10

**EXHIBIT 15**

Index: legislative..maybe

**legislative** 83:6 85:16 92:22

**legislators** 84:13

**legislature** 50:23 83:12,16,21 84:8,12

**Leighley** 67:1

**length** 7:6,11,15,22

**less** 8:16 25:3 34:7,15 57:24 62:12,23 79:10 92:9

**let** 5:8,13 15:2,6 21:3,4,7 25:23 36:25 54:9 55:22 57:15 82:16

**let's** 60:23

**levels** 98:15,19

**liberal** 34:9,19 39:15

**license** 24:6 40:8 41:11 44:15 53:22 56:25 57:4,6,14,17,25 58:5 59:22,25 61:10 68:18 78:22 79:24 80:3,8,9,13,16,17,19,21 81:8,11, 24 90:24 92:1 95:15 97:10 99:18, 21,22

**licenses** 57:2,10

**lifecycle** 65:17

**like** 10:10,17 25:17 26:4,12 27:21 32:10,11 34:20,24 35:9,21 37:19 38:2,9,10 39:2,14 40:20 42:13,14 43:19,22 62:21 63:18,21 66:21 69:15 71:11,21 75:22 78:5,7,10 79:13 93:12 99:17 101:3 102:21 106:3,13 107:19

**likely** 25:18 31:2,21 33:9 34:15 37:24 38:21 39:6 52:17 53:21,23 57:24 58:1 61:3,21 65:20,23 87:24 90:12 91:12

**limit** 91:17

**limited** 57:22 60:5,16,17

**line** 7:6,11,15,22

**linked** 64:14

**list** 15:23 20:17 21:10 65:10 66:8 71:4 83:17 88:15 90:4

**listed** 19:10 69:24 70:24

**literature** 12:8,11,13,14,21 22:25 33:6 41:12,23,25 42:5,15 66:12, 24 67:23 101:2 105:7

**litigation** 89:3

**little** 22:10 29:24 35:24 38:18 43:18 54:15 59:3 63:4 68:25 78:20

**local** 65:19

**locate** 88:25

**location** 69:5

**logic** 93:8,16,17

**long** 8:18 78:12,21,24 79:18 81:7 82:17,20 101:9

**longer** 43:22 78:7 97:8

**longstanding** 84:17

**look** 31:6 34:25 35:6 37:13,20 48:4 54:4 66:13 67:6,9,16 77:6 82:12 84:13,23 86:10,12 94:21 101:5 106:13

**looked** 43:1,8 59:13 96:6 101:6 107:7

**looking** 17:15 21:9 24:15,17 25:16 34:23 37:16 64:25 66:25 92:5,14,22 105:1

**looks** 25:17 26:4,12 27:21 35:21 102:21

**lot** 31:3 40:10 42:4 52:23 62:13 81:17

**love** 108:1

**low** 41:2 102:3

**lower** 25:19 26:5,8,13,22 35:19 39:19 41:2,24 42:9 43:11 65:3,6 67:13 106:24

**lowered** 67:4

**lowest** 42:24

**lunch** 78:18

---

**M**

**M-A-Y-E-R** 4:18

**made** 19:2,18 20:11,14 86:13,24 87:1,8

**Madison** 4:19

**magnify** 101:9

**mail** 73:20,24

**mainly** 9:13

**majority** 48:14

**make** 5:19 13:10,18,22 14:21 15:5,10 19:4 27:3 32:20 35:24 36:25 42:17 49:4 55:22 58:16,19 69:18 72:11 75:22 82:21 84:3,17 86:19 88:12,25 101:13

**makes** 17:13 25:15 89:14 97:6

**making** 19:3 31:11,12 58:2 69:15 83:20 84:11 85:17,20 87:15 105:21

**management** 7:6,11,16

**many** 8:10,13 42:20 46:2 64:5 86:6 102:20 103:14

**marginally** 30:12

**margins** 37:16 65:8

**Marine** 93:6

**Marion** 22:24 47:15

**mark** 14:23 33:21

**marked** 15:13 49:14,15,16,19 50:6

**markers** 105:6

**marriage** 68:13 69:2,22 70:11 71:13 74:19,20 76:12 91:21

**marriages** 75:12

**married** 74:23 75:15 76:1 91:20

**Maryland** 94:12

**material** 16:15 40:15 53:7 77:13 86:9,16,17 87:4

**materially** 24:10

**materials** 5:2

**math** 25:17 55:10

**mathematically** 28:18

**Matt** 96:4,8

**matter** 38:4,8 84:19 85:12,15 87:1 97:20

**matters** 103:20 107:18

**max** 76:11 91:7,17

**maximum** 72:8 75:20 76:5

**may** 4:1 5:17 20:5 22:14 72:9 82:11 104:13

**maybe** 15:20 17:24 26:8 70:22

**EXHIBIT 15**

73:23 78:14 84:4

**Mayer** 4:8,13,18,19 5:5 6:4 8:18 10:12 14:24 15:3,13,14 21:8,20 24:16,17 27:4,16 33:22,24 34:8 41:6 43:22 44:3,12 49:14,19,25 50:6 54:10 81:22 82:10 88:14 93:19 99:9 103:5 107:11,16

**me** 5:8,13 11:16 12:13 14:25 15:2,6 16:14 21:3,4,8 25:12,23 31:19 35:8 36:25 39:2,17,25 40:5 43:23 47:6 54:9 55:22 57:15 59:17 60:22 67:7 82:16 86:21,23 96:22 103:9 105:7,10,13 106:15 107:12

**meals** 79:13

**mean** 7:19 11:7 12:11,19,25 13:2, 20,21 16:6 17:21,22 19:3 20:12 32:7,16 36:4 37:8 38:5,13 48:4 49:10 53:8 63:16 65:6 67:14,22 68:12 69:15 70:23 75:22 76:24 77:9,14 78:1,24 81:14,16 82:8 87:4,13 91:15 95:5 97:5 99:4 101:11,19 102:12,22 106:22

**meaningfully** 36:10

**means** 18:24 28:11 56:9 80:13

**meant** 49:18 81:25

**median** 25:22,24 26:1,3,4,9,12, 14,15,18,23

**medians** 37:21

**meet** 45:12 82:22 87:17 99:9

**meet all** 70:16

**member** 22:13,17,18

**members** 47:3,8,22 49:17,22,24 50:9,11,15,17,19 51:24

**memory** 71:2

**men** 75:13

**mention** 32:23

**mentioned** 32:4,21 70:11

**Merchant** 93:6

**met** 22:2 68:16 90:8 96:13

**method** 42:13

**microphone** 59:17

**middle** 27:24 28:7

**might** 14:21 34:18 35:10 49:16 59:1 81:8,16 82:3 99:21,22,23,25 101:13,24 102:6 106:9

**military** 22:6 35:17 46:24 47:16, 17 48:6,19,23,25 49:1,9,13 50:24 51:1,13 58:12,17 59:1 61:19 86:7 93:4

**minimally** 37:9

**minimize** 7:22

**minute** 96:22

**minutes** 43:21,23 94:25

**Mischaracterization** 44:22

**Mischaracterizing** 21:1

**missed** 87:6

**mitigate** 68:21

**mixed** 42:2

**mobile** 46:4

**mobilization** 65:22 106:5,8

**mobilize** 106:1

**model** 63:5,6,9 66:14 82:3

**monetary** 64:9 80:22 81:4,15 91:24 92:2

**money** 75:24 91:16 92:4

**Monroe** 41:17 59:13,20 60:6,16, 18 61:23 62:16

**months** 72:16 74:10

**more** 15:11 17:13 19:2,18 20:11, 15 31:3,5,7,21 32:23 33:9 37:24 39:6 43:19 49:4 52:17 53:21,23 57:13 61:9 63:17 65:5,20,21,23 66:15,17 70:22 71:22 76:15 77:1, 9 78:16 79:9 86:19 89:21 90:12 97:6 100:16 101:13 103:9 105:21

**morning** 4:13

**most** 5:10 29:25 31:21 36:20 64:14 68:8,22 73:6 86:12 97:22 100:1

**motivated** 83:16

**motivation** 63:11 84:8

**motivations** 83:21 84:11 85:6

**Motor** 70:2

**moves** 65:13

**Mr** 4:5,12 15:1 16:14 21:4 40:13 43:18,25 52:25 53:4,6 78:4,12,15, 19 81:21 99:8 103:8 107:10,19 108:8,10

**Ms** 4:7 16:16 17:11,20 18:22 19:15 20:4,25 21:14 22:23 23:4, 13 32:14 33:1,4,13 40:14,16 44:21 46:6,15,21 51:6,11,18,22 52:1,7,9,14,22 53:1,2 60:15 62:9 66:3 76:22 81:3,13 83:19 84:10 85:5,13 86:18 87:3,12 89:10 91:10,23 94:9 97:4,16 98:16 99:3, 13,15 103:5,11,17 104:7 105:9,16 106:14,21 107:12,25 108:4,7

**much** 37:24 65:6 97:6

**multiple** 61:25 69:13 81:16 88:24 89:13 102:23

**municipal** 10:22

**must** 104:11

**my** 4:13,24 5:13 8:13,25 9:8,22, 23 10:25 11:1 12:18 13:9 14:7,20 15:3,8,10,13 16:2,20,25 17:6,21 18:25 19:1,16,17,19 20:13,23 21:4,8,9,23 23:15 24:4,16,18 25:23 27:1 28:22 31:13 33:16,22 37:20 38:24 40:24 41:12 42:15 45:10,22 46:1,16 52:6,10 54:4 55:10,17 59:17 62:6,20 63:21,23 64:11,25 68:7,21 71:3 73:18 77:11 79:17,19,25 80:6,13 82:11, 13 84:1,23 85:11,16 86:17 87:11, 13,22 88:6,10,13 89:7,24,25 90:3 92:6 95:6,13,20,24 96:23 97:5,22, 24 98:23 99:6 100:8,17,22 101:6 102:12,25 105:3

---

**N**

**name** 4:13,16,18 14:23 68:12 71:13 74:23 75:3,5,6,12,15 76:9 91:12,21

**national** 24:24 25:7,11,20,21 26:1,3,14,15,18,22 39:3 43:10

**nationally** 25:14 43:12

**nature** 7:4 14:12

**nearest** 69:5

**necessarily** 42:19 52:15

**necessary** 11:24 90:17

**EXHIBIT 15**

Index: need..of

**need** 5:23,24 27:2 36:25 69:11 78:13,16 80:2 101:25 102:2 107:20

**needed** 68:13 91:20

**negative** 17:7,10 18:13 19:8

**never** 10:19 11:12 24:2 45:19

**new** 26:25 73:5,11,22 76:10 83:17 84:21 87:23

**next** 50:16

**Niemi** 67:2

**no** 5:1,4 6:14,16 7:3 8:9 9:8 10:14,23 11:4 12:10 14:7 17:12 21:16 23:3,6,14,24 27:13,15,24 28:15 32:1 33:5 34:14 35:15,19 38:20 46:19,25 47:2,25 55:3 57:11 59:16 61:16 69:6,10,16 70:7 74:7,18 83:14 87:22 88:4 90:8,15 92:7,12 96:17,20 97:7 101:5 104:14 107:7,11

**noncitizen** 70:20

**Noncitizens** 93:3

**none** 66:1 86:4

**nonnegative** 18:19

**nonnegotiable** 70:25

**nonresident** 58:10

**normal** 63:18

**not** 5:14 7:14,25 10:16 11:3 12:10,15,20,24 13:7 14:18 16:5 17:8,24 18:9 19:20,23 20:7 22:8 23:7,8,19,24 24:13 25:8,10,16,21 27:25 30:10 31:11,12 32:18 33:18 34:22 35:5,6,8,11 37:9,14 38:4,9, 17,23 39:12,19,25 40:8 42:17,18 43:1 44:14 45:12,13,24,25 46:13, 25 47:6,13,25 48:4 49:11,16,18 51:16,23 52:10 54:25 55:14,18,20 56:10,15,19 57:11,21 58:2,25 60:11,17,20,22,25 62:20 63:1 64:5,8 66:5,8,12 67:14,22 68:10 69:10,16 70:13 71:2 74:18 75:13, 23 76:8,21 77:19 78:2 79:17 80:3 83:10,20 84:11,21 85:6,24 86:15, 22 87:15 88:11 89:9,11 93:5,12, 25 94:5 95:5,16 96:2,13,15 98:6 99:1,4,23 100:17 101:24 102:14 103:19 104:5,9 105:24 107:7

**notarized** 74:1

**notary** 4:3

**note** 21:23 31:10 61:16 63:23 68:21 85:16

**notes** 5:2 64:25 96:23

**nothing** 75:22 86:8

**Notre** 24:1 27:6,15,20,22 28:3,6 29:7,10,14,22 30:6,17,23,25 31:6, 7,17,20 32:10,18,24 33:14,18 34:8,16 35:9,12 39:2

**now** 13:18 15:8,10 33:14 54:6 73:12 90:11,15 96:20

**NSLVE** 27:5,7,11 29:7,18 30:21 33:25 36:8 37:21

**NSLVE's** 29:4

**number** 7:21 28:9,13,15,16 29:3 35:21 37:25 41:9 51:13 55:10 57:2 58:17,25 59:24 60:2 64:3 69:6,24 71:12 75:14

**numbers** 38:17 58:22 62:10

**Nussbaum** 4:5,12,14 15:1 16:14 21:4 40:13 43:18,25 52:25 53:4,6 78:4,12,15,19 81:21 99:8 103:8 107:10,19 108:9,10

**O**

**o'clock** 78:9

**oath** 4:4

**object** 5:17 16:16 17:11,20 18:22 19:15 20:4,25 21:5,6,14 23:13 32:14 33:1,4,13 40:16 46:15,21 51:6,11,18,22 52:1,7,14,22 60:15 62:9 66:3 81:3,13 83:19 84:10 85:5,13 86:18 87:12 89:10 91:10, 23 97:4,16 98:16 99:3 103:17 104:7 105:9,16 106:14,21

**objecting** 53:3

**objection** 4:2 22:23 23:4 44:21 46:6 76:22 94:9

**objections** 21:7 52:24

**observation** 14:1

**observations** 13:12,15

**observe** 11:18 13:6,23 17:1,13

**observed** 11:21 14:4

**obtain** 72:18 76:25 77:24 80:11, 16 81:11 91:19,21 100:23

**obtaining** 69:23 70:9 73:3 74:20 75:20 76:2,12,25 80:18 90:16 91:5,17 97:10

**obtuse** 86:22,23

**occasions** 102:23

**occurred** 107:2

**occurs** 97:23 106:15

**of** 4:23 5:3,8,12,24 6:8,9,19 7:4,5, 6,7,8,11,18,19,21 8:3,5,19,22,23 9:3,11,19,23,25 10:1,3,4,5,6,8,23, 24,25 11:2,4,5,9,10,14,19,20,21 12:1,2,3,13,22 13:5,7,15,18,21,25 14:12 15:12,17,20,24 16:2,3,4,7, 18,19,20,21 17:3,6,24 18:9,10,13, 18,21 19:11,16,19,22,25 20:8,13, 14,16,20,24 21:10,11,12,16,18,23 22:4,7,12,14,15,19 23:1,16,22,25 24:7,9,10,17,19,25 26:20 27:5,8, 19,20,22,24,25 28:5,6,8,9,13,15, 16,19,22 29:1,2,3,6,10,14,22 30:1,6,25 31:14,17,25 32:3,8,9, 11,16,18,22 33:5,6,18 34:4,8,16 35:3,13,16,18 36:20 37:16,25 38:11,12,13,25 39:11 40:9,12,25 41:9,12,15,16,22 42:4,9,11,13 43:2,9,11 44:2,15 45:10,12,21 46:8,10,23 47:1,4,7,12,15,23 48:2,5,9,10,11,14 49:2,21,22,24 50:2,8,10,15,17,18,21,24 51:4,13, 23,24 52:3,24 54:17 55:7,10,13, 19 56:5,9,14,18,20,22,24 57:2,5, 8,15,18 58:3,6,8,11,17,18,20,25 59:14,20,23,24,25 60:2,3,9,10,14, 21 61:3,8,9,14,16,18,21 62:1,13, 14,18 63:1,2,4,7,8,16,18,21 64:3, 6,11,18,20,23 65:2,12,14 66:1,9, 11,13,14,18 67:3,5,8,9,10,11,12, 15,16,20,23,24,25 68:6,11 69:4,6, 8,25 70:1,2,3,10,16,17,18,19,21, 22 71:6,7,9,13,16,25 72:8,13,14, 21 73:1,24,25 74:2,4,6,14,20 75:4,7,11,13,14,19,20 76:1,4,8, 12,16 77:14,15,20,22,23,24 78:23 79:12,16,20,23 80:10 81:10,18, 19,22 82:2,8,18,20,24 83:3,4,5,7, 11,13,21,23,25 84:5,8,11,14,16, 25 85:10,17,22,23 86:4,6,7,12,14, 25 87:2,24 88:4,5,7,11,15,16,18 89:1,4,14,16,21,25 90:3,4,16,17, 20,23,25 91:6,13,16,18 92:6,9,20, 21 93:2,7,8,9,10,15,16,17,18,21,

**EXHIBIT 15**

23 94:1,12,15,24 95:11,13,20
96:15 97:1,8,10,11,14,22 98:1,5,
11,12,15,19,21 99:1,6,16,17,24
100:13,15,20 101:2,7,12,16,21,
22,24 102:1,3 103:12,13,19,23
104:9,11,12,20,25 105:2,21
106:1,7,19,23 107:16,17,19

**off** 59:17 71:4

**offer** 19:25 45:8 79:23 84:7 94:7
102:24

**offering** 16:18 39:12 79:17
83:20,22 85:6,7 89:11 99:4

**offers** 68:4,20

**office** 4:24 79:2,3,6 83:7 84:14,
25 85:23

**officers** 50:2

**offices** 4:22

**official** 96:9

**officials** 6:10 7:8 8:7 10:2,4
83:24 84:13 86:1,10 87:25

**often** 5:11 65:8,21

**Oh** 72:12 91:14

**Ohio** 73:5 76:10

**okay** 4:25 5:7 6:21 7:4,15 8:25
9:18 15:8,10,16,19 16:2,22 17:7,
15 18:5,12,16 25:9 26:3,15,25
27:11 29:7,12,21 30:15 43:5,20
45:15 48:18,22 50:2 52:9 54:15
55:4 56:9,22 59:3,10 60:5 64:17,
25 72:7 73:21 76:14 78:11 91:5
97:24 99:8 104:1 107:14,22

**old** 50:11,15,18 52:5 79:24

**older** 52:12,21 53:10 57:25 58:24
65:7 66:7

**on** 7:11 9:6,8,23 10:5,7 12:2,3,12,
19 13:1 14:10,25 15:8,13 16:4,9,
11,22 17:2 18:6,13,20 19:8,10,13
20:2,17 21:10,23 22:10 23:11,18
24:10 25:17 27:1,7,14,16 28:5
30:23 32:16 33:6,16 35:6,20
37:25 39:9 40:10 41:8,12,14 42:4,
7,20 43:20 45:2,22 46:9,12,19,23
47:13,25 48:17 49:5,11 50:14
51:7,9,12,14 53:10,11 54:2,7,12,
13 58:25 60:3 61:1,7,8,23,24
62:25 64:11 65:2 66:10,15,22
67:15,23 68:2 69:23 71:12 72:11,
12 73:2,4 74:2,4,18 75:5,7,14,16

77:1,9,20 78:21,24 79:11,12,17,
25 81:7,21 82:15,18,25 84:4,7,21
87:15 89:1,24,25 90:2,16 92:5,14,
19 96:25 97:13,18,21 100:1,13,18
101:1,2,4,15 102:24 105:3,18,24
106:25 107:8

**on-the-ground** 10:14

**once** 79:1,3

**one** 5:10 14:24 17:3 20:22 21:17,
18 25:12 28:5,22 43:8 44:1 45:5
46:20 48:4,18 49:11 62:22 63:16
65:21 67:12 68:5 70:22 73:13
79:23 81:18,22 89:1,2 90:23
96:15,22,25 97:11 101:19,22
104:4 106:11,15,19

**ones** 104:20

**online** 72:5,15,22,25 73:11 79:5

**only** 13:22 14:2 25:1 40:5 44:8,
17,25 46:19 47:13 62:11 68:11
69:3 74:8,22 75:12 91:14 104:4

**open** 14:25 15:6,8

**operate** 80:3

**operated** 84:5

**opinion** 12:9 16:19,20,22,25
19:25 39:12 70:9 79:17,19 83:20,
22 84:1 85:3,6,7 87:2,11 88:13
89:11,23 93:23 94:15 97:1,5 99:4,
6 102:9,15,17,24 105:11

**opinions** 38:24 79:23 96:18

**opportunities** 51:9

**opportunity** 64:9 79:20 81:5,18,
25 82:2,4,8 92:2

**opposed** 19:2 75:12

**opposes** 97:20

**opposite** 75:11

**opposition** 16:10

**option** 33:17 75:2

**options** 80:6

**or** 5:2,12 6:17,18 8:6,21 9:18,19
10:17 11:4,5,8,18 12:2,22 13:1
14:4 15:14,22 16:3 17:17 18:2,13,
20 19:13 20:1 21:12,13,18 22:1,5,
6,12 23:10,25 24:7,13,24 25:11
32:17 34:11,12 35:1,2,17 36:11,
12 38:10,14 39:18,20,21 40:7,8,
21 41:11 42:2,14 43:22 44:13,15

46:3,4 47:13 48:17,23 49:11
50:11,15 58:17,18 59:22,23,25
60:3 61:1,3,10 62:2,3,7,8,22,23
64:8 65:18 66:6,16,20 67:4,10
68:1,13 69:2,9,14,24 70:18,22
71:6,10,11,14 72:4 74:17 76:15
77:1,19,20 78:7,22 79:1,9,18
80:5,7,8 81:9 82:4 86:3 88:19,25
89:18 90:10,24 91:15 92:20 95:1
96:8 97:10,14 101:8,14 102:11,
15,17,18 103:2 104:5 105:5,6,13,
20 106:18 107:17

**order** 70:15,16 73:13 74:24 102:1

**ordered** 72:5

**ordering** 72:20,22 73:10,16

**orders** 72:10,25

**organization** 7:6,18,19

**original** 12:12

**ostensibly** 70:15 74:25 80:12

**other** 5:2,12,15 7:24 8:6,25
13:11,14 14:4 17:3 24:2,7 31:19
39:21 40:9 41:8,10 43:5 44:15
45:7 58:9 59:23,25 60:2,7,21
62:22 63:1 68:14 73:2,21 74:10,
12 78:22 81:1,12,14 83:9,17,23
89:21 92:9 93:2 95:4 98:11 102:4,
18 106:12 107:1,18

**others** 69:25 71:18 106:16

**our** 44:2 78:20 97:25

**out** 6:10 7:8,12,14 28:12 43:16
58:17,18 65:2 70:3,23 74:6 76:2
86:11 87:13

**out-of-state** 73:6 80:4 81:23

**outer** 91:17

**outlay** 75:23

**outline** 88:6

**outside** 52:3 76:4

**outweigh** 63:7,11 64:1

**over** 5:15 8:21 9:23 20:20 29:5
52:4,13,15,17 62:17

**overall** 61:8 101:17,20

**overcome** 66:4,17 101:24 102:5,
6,7

**overnight** 73:16,20 91:8

**EXHIBIT 15**

Index: own..precise

**own** 21:21 101:6

**P**

**p.m.** 108:11

**page** 15:12,17,20 18:6 19:11
21:10,23 27:14,16 35:20 45:22
47:12 54:7 61:8,16 64:11 65:2
66:25 71:6,25 72:11,12 82:15,25
84:7 88:15 90:16 92:6

**pages** 15:19 20:20 73:2 92:16
95:20

**pains** 17:21

**paper** 105:13

**paragraph** 64:13 66:5

**paragraphs** 64:23 66:25

**part** 21:12 23:1 42:3,11 44:2 45:2
67:24 95:11

**participated** 10:16

**participating** 63:20

**participation** 24:11

**particular** 16:19 17:5,25 18:1
20:6,22 41:14 42:6 48:7 57:3,12
68:2 79:6 86:6 97:18 99:5 102:9,
14,17

**parties** 4:2 65:22 89:3 102:8
105:22 106:4 107:1

**parts** 101:21

**party** 89:3 102:16

**passed** 82:9

**passport** 24:7 32:8 35:13 53:23
58:19,21 69:14 70:18 71:6 80:6,7
86:7 90:25 91:3,4 97:11

**passports** 32:24 35:16 58:14,18

**past** 15:21

**pattern** 57:23 61:1 83:11 84:2
88:11

**patterns** 41:16 84:20 88:16

**pause** 5:13,18 21:3

**paying** 82:6

**payoff** 106:1

**pending** 6:1

**people** 16:23 18:14 39:25 40:5
49:7 52:2 57:23,25 58:25 59:1
62:13 65:4 66:7 67:13 72:24 79:5
84:13 85:8 90:4 101:23 107:1

**perceive** 10:2 63:14

**percent** 20:14 25:3,6 26:4,9,16,
18 27:22 28:2,12 29:14,21 30:6,
17 35:22 36:2,14,23 37:3 50:14,
18 55:13 56:5,9,14,18,22,24 57:7
61:9,14 62:6,8,23 75:11,13 98:5

**percentage** 27:24,25 28:6,8
29:1,2 32:7 36:11 41:9 42:9 47:7
48:2,7 57:12 58:3 74:2,4,14 75:7
98:1

**percentages** 25:18 47:9 60:20

**perfectly** 86:9

**performed** 103:23

**period** 62:18

**person** 57:4 63:6 79:10

**personal** 13:12 14:1,5 77:20

**personally** 10:19 11:16 13:11

**personnel** 48:6 49:9,13 51:13

**pertained** 20:2

**Ph.d.** 4:8

**phone** 100:18

**photo** 22:3

**phrase** 65:5 104:24

**phrased** 55:18

**physical** 46:17 71:10 100:6,9,15,
20,23 104:2,3,5

**picture** 90:9

**piece** 48:4

**pieces** 41:22

**place** 7:5 10:20 32:10 39:14
61:24 62:17 85:20

**places** 7:18,20,22 12:4

**please** 4:17 21:5 107:16,25 108:1

**pleasure** 99:9

**plus** 73:25 76:11

**point** 15:4 20:21 21:16 27:14
33:7 36:11 48:1 62:20 65:2
105:13

**points** 32:16 42:9 66:20

**policies** 6:8 7:9,12,16 8:1 10:3
13:7 104:9

**policy** 12:2

**political** 9:10,20 10:11 65:16
93:19 94:13 96:12

**politics** 64:22

**poll** 7:8,14,15 8:6 13:4 76:15,17
77:3 89:14,21 90:3

**polling** 7:5,18,19,21 10:20 12:4
61:24 62:17

**polls** 12:25 13:1 41:16

**Popper** 13:20

**population** 28:14 31:14 32:5
34:15,17 38:6,14 39:3 41:15 44:5,
6,11,17 47:10 52:21 54:3,12,14,
17 55:12,14,20 56:2,22 57:2,5,7
58:1,6,8,10,11 59:6,15 97:19

**populations** 68:3 99:6

**poses** 16:11

**positive** 18:20,24 19:13 20:2,18
51:8

**possess** 12:3 17:3 32:8 58:4

**possession** 57:5,15,18 58:20,23
67:11 103:19

**possibilities** 30:25

**possibility** 81:6

**possible** 38:21 58:13 64:4,5 93:4
96:13 99:24 107:7,21

**potential** 65:16 101:2

**practical** 10:23 11:9

**practice** 12:2 18:1,11 20:6 53:20,
25 105:19

**practices** 6:7 8:3 10:5 11:5 14:9,
13 19:18 101:16

**preceded** 41:14

**precedents** 89:8

**precinct** 47:13,14,16 48:3,18,22,
25 49:11 62:2,14

**precincts** 41:10 48:10,14 59:13
60:1,2,13,18,22 61:1,9,25

**precise** 12:16,18 13:9 17:21 18:6

**EXHIBIT 15**

**precisely** 19:4 69:19

**premise** 13:25 86:25 91:13 93:15

**preparation** 23:1 47:1

**preparing** 27:7,12 54:2,11 77:6

**presence** 70:19 75:1

**present** 11:25

**presentation** 41:16

**presentations** 6:23

**presumably** 49:8

**presume** 13:13

**prevent** 85:4

**prevented** 42:11

**previous** 92:16

**previously** 90:6 96:16 97:8

**primarily** 9:6

**primary** 9:19,20

**prior** 22:1 45:11 83:12 89:18 90:7 100:24

**private** 23:21 24:2,5,10,11 27:11 31:1 33:8 34:4,19 37:18,21 38:5, 14,22 39:15,21

**probability** 64:18

**probably** 8:16,24 20:19 25:15 28:17 31:3 34:9 35:19 39:5 57:20

**problem** 68:8

**problems** 11:5

**process** 69:13 80:18 85:19 88:6 97:9

**processes** 8:4 65:15

**processing** 47:18 49:6 72:14,15

**professed** 92:20,21

**Professor** 94:11

**prohibiting** 40:25

**prohibition** 24:9

**proof** 22:7 68:11 69:8,25 70:17, 18,19,21,22 71:7,9,16

**properly** 49:15,16

**proposition** 41:5

**provably** 85:18,21

**prove** 85:22 86:3,5 88:2 92:24,25 93:14

**provide** 102:14 103:1

**provided** 45:3

**proving** 42:13

**provision** 16:19

**provisions** 15:5

**public** 18:2 24:22 25:5,7,10,11, 13,19,24 26:5,10,21 27:8 29:17, 25 30:9,19,24 31:18 32:19 35:17 36:7,17 37:5,19,22 38:3,6,16 39:1,10 40:1,7,18,20 44:8,14,18 45:1,7,23 46:2 47:14 48:15 49:12 51:15,16,20 52:19 53:13,14,17,19 55:7,11,15,24 56:6,10,12,15,17, 19,23 57:9,19 58:7 59:12 60:10, 14 62:4 74:5,15 75:8,9,18 77:8, 16,21,22 83:6 88:8 92:8 98:1,6 99:2 103:14 104:2

**pull** 27:2 54:6

**pulled** 50:7

**purchasing** 65:17

**Purdue** 34:12 38:10 39:20 46:7 60:25 61:2 73:7 80:5

**purpose** 74:10 86:14 88:5 92:19, 20,21 93:17

**purposes** 6:6 68:6 79:16 87:2

**puts** 72:15

**Q**

**qualification** 12:6 28:21 48:8

**qualified** 21:24 44:7,16 45:19 97:8

**qualify** 16:9 45:24 100:18

**qualifying** 17:3 24:7 41:1 67:11 97:11

**question** 5:14 8:13 12:18 13:25 16:2 19:4,10 20:23 21:8,9 24:13 25:23 36:1 40:11 44:1,22 48:24 53:5 54:10 55:17 62:5,6 71:3 77:11,18 79:25 85:11 86:17 87:11 89:7 91:13 95:16 97:24 98:10,17, 18,23 102:14,25 103:2

**questions** 6:1 21:5 28:22 95:9 99:10 103:9,11 107:11

**quibble** 12:15,24 16:5 62:20

**quick** 43:20 78:10

**quickly** 73:14

**quite** 38:20 64:4,5 98:17 104:17

**quote/unquote** 68:18 70:5

**R**

**range** 10:8 36:19 52:3 73:9

**ranges** 43:11

**rate** 28:3,15,19 29:8,13,17,21 30:1,5,9,16 31:12 35:13,16,22 36:1,6,14,17,22 37:2,5 39:9 57:5, 15,18 58:23

**rates** 31:24 33:25 36:12 39:16,18 41:2 42:25 59:12 67:11 98:21

**rather** 21:7 82:5,6

**rational** 82:4

**reach** 12:1

**react** 107:1

**reaction** 94:22 96:1

**reactions** 95:4

**read** 14:4 16:14,15 40:13,15 41:3 47:18 48:12 53:6,7 61:11 65:23 92:10 94:6 95:6 96:3,7,21 107:23

**reading** 12:14

**REAL** 68:10 69:7 70:1,5,17 71:5 74:24 75:20 93:3

**reason** 5:18 85:20 88:1 102:19

**reasons** 32:9 38:1,13 65:10,11 67:12

**rebuttal** 94:7

**recall** 7:25 8:3,16,20 19:20 44:19 59:6 67:20 77:19 96:13 98:2 100:3

**receive** 64:22

**received** 59:19

**recently** 49:7

**recess** 43:24 78:18

**recollection** 19:16 37:20

**reconvene** 78:17

**EXHIBIT 15**

**record** 4:17 27:6 37:1 54:10 55:22 81:21 107:18

**recruitment** 47:17 48:20,23 49:1

**redistricting** 19:22

**reduced** 43:3

**refer** 66:1,5

**reference** 60:13

**referenced** 62:7 66:1

**referred** 82:11

**referring** 9:10

**reflected** 9:22

**regard** 13:16 36:9 37:8

**regarded** 94:17

**regards** 81:23

**regime** 8:8 11:22 12:23 13:15 89:15

**register** 71:23

**registered** 27:23 28:7,20 48:2

**registering** 10:15

**registrants** 27:25 28:8 48:11

**registration** 6:9 10:5,16 28:19 65:15 85:19 88:6

**regulating** 17:18

**regulation** 16:4,7,9 17:17,22 20:18 21:13 105:20

**regulations** 6:8 18:10 98:24 104:12

**related** 10:8 44:25

**relates** 84:19

**relatively** 54:22 102:3

**Relevance** 22:23

**relevant** 23:9 79:16 87:4 89:7 95:9

**relied** 27:7 67:15

**religious** 31:1 32:5 35:9,11

**rely** 46:12 51:14

**remaining** 69:3

**remotely** 4:4 60:22,25

**removing** 33:17

**render** 102:9

**repeated** 86:1

**report** 15:17,20,23 17:6 19:11 20:17 21:10,16,23 23:2,15 24:14, 15,18,19 27:5,8,12,15,19 28:23 31:14 33:15,16,25 35:20 39:22 41:6,9 45:22 47:1,11,13 48:9 49:21 54:2,5,8,11 58:16,21 60:12 61:5,8 63:5,23,25 64:11 65:2 67:17,24,25 68:7,21 69:21 72:1 77:6 79:17 82:11,16,17,24 84:5, 23 85:16 86:25 87:14 88:6,10,15 90:16 92:5,6,13,18 94:23,24 95:2, 4,13,20,25 97:6 98:12,13,18

**reported** 26:20,21 29:8,9,18 30:20 36:7,12

**reporter** 4:1,3 8:12 16:15 40:15 44:10 53:7 107:15,22 108:2,6,8

**represent** 27:4 33:24 49:20 50:7, 18 88:18

**representation** 50:14

**representational** 19:23

**representative** 60:13,21 84:25 85:23

**representatives** 83:7

**request** 100:20

**Requested** 16:15 40:15 53:7

**requests** 8:12 44:10 46:18 68:5

**require** 65:13 74:9 105:10,11

**required** 71:23 78:25 86:5

**requirement** 69:3

**requirements** 40:3 45:12 66:19 68:16 69:7 70:4,16,23,25 71:22 74:8 80:10 82:23 87:17 88:23 90:9 93:12

**requires** 68:10 69:13 71:10 87:19 97:3

**reregistration** 65:14

**research** 9:8,9,19,20

**residence** 71:16 86:6 87:20 92:24

**residency** 68:16 74:9 86:3,8 87:18 88:4,23

**resident** 68:5

**residential** 65:12 74:8

**residents** 58:21 74:12

**resources** 77:13,14 106:6

**respect** 6:9 94:23

**respond** 5:14

**responded** 95:2

**response** 67:4 96:18 103:10

**responsible** 85:8

**rest** 67:16,25

**restate** 25:23 54:10

**restricted** 20:11

**restrictions** 22:1 82:18

**restrictive** 19:17

**result** 67:4 97:14

**results** 105:2

**resume** 22:11

**retain** 102:8

**retired** 22:14

**review** 12:14 23:1 27:11 54:11 94:3,19 96:4

**reviewed** 46:23 54:2,13

**reviewing** 60:12

**revised** 21:24

**right** 4:20 6:4 7:10,13 9:2 16:11, 23 17:8,9,10,18 18:20 19:8,13 20:3 21:19 24:7,21 25:3 26:10,23 27:4,18,20 28:14 30:1,21 33:15, 20 35:23,25 36:2,18,20,22 37:7,8 38:7 39:7,23 44:24 48:20 49:14 50:5 54:6,18,24 55:2,8,25 56:3 58:12,18 60:6 62:4,8,24 64:2 69:5 71:7,18 72:5,9,11,12 73:7,22,23 75:17,21 76:7,12 78:4,16 80:19 90:18 91:9,22 95:16 96:20,22 97:14 98:7,21 101:1 104:18 107:10 108:4

**rise** 42:3,20

**ritual** 63:20

**role** 6:17

**room** 4:25

**rough** 108:1,8

**EXHIBIT 15**

**roughly** 55:13 56:8,9,14,18 76:13

**row** 25:12

**rule** 17:23 18:7,9 19:6 21:13,18 53:8 105:20

**rulemaking** 18:10

**rules** 5:9 10:9 18:19 19:12

**running** 6:17 8:5

---

**S**

---

**said** 7:10 9:3 20:17 22:2,7 23:10 32:14 62:1,16,21,25 63:2 66:24 76:17 81:18 83:5,8,23,24 84:1,15, 24 85:1,10 86:13 87:7,8 92:23 93:16 95:3 103:18 104:14

**same** 18:6 26:3 29:9 53:18,25 54:7 57:12 58:24 61:2 93:2

**save** 52:23

**saw** 100:9

**say** 6:6 8:1,24 9:9,15,23 10:17,25 11:3,7,10,13 12:13 13:16 14:7 16:13,25 19:16 20:9,22 21:2,17 31:6 34:7,11,15 35:3,16 38:21 39:5 40:17,18 42:7,8 43:2,7 44:7, 16 47:7 48:5 52:5,6 53:8 61:21 63:1 65:10 71:4,5,25 74:17 76:13 79:11 86:8,10 89:20 90:16 93:10, 13 102:10

**saying** 12:7 17:8,9,12 18:24 19:7 28:2 38:18 39:13 63:22 84:12 85:24 88:1,10 91:14 97:17

**says** 15:20 61:17 102:15

**SB** 16:8,10,20,21 17:8,17,23 19:8 21:21,23 22:1,6 38:25 41:1 44:7, 8,12 45:12,25 46:14,19 53:12,17 66:13,21 68:2 76:19 83:5,23,24 84:15 87:14 89:19 90:7 92:21 93:10,16,17 97:1,6,13,20 99:7 100:12,24 106:4,7,17,23

**scholar** 93:24 94:16,17

**scholarly** 11:1 101:1

**school** 39:2 74:17 82:19,22 84:18 85:2,25 87:17 88:10,13

**schools** 65:19 100:5,10,11

**science** 13:21 93:19 94:13

**scientist** 9:11,21 10:11 96:12

**screen** 14:25 15:3,10,14 24:16, 18 27:2 33:23 40:24 64:12 82:14 92:6

**second** 14:21 21:3 25:12 59:18 89:2 92:14

**secretary** 83:7,25 84:14,25 85:23 88:7

**sectarian** 35:10

**section** 22:7 48:9 70:1 82:24 84:5 88:10,16 98:12

**secure** 92:9

**Security** 69:8,9,24,25 70:12,21 71:9,12

**see** 11:24 13:1,19 15:13,25 24:19 27:16 34:1 35:24 38:22 49:23 50:10 60:12,21,23,25 67:12 72:16 79:6 90:18,19 98:10 106:4,24

**seeing** 77:20

**seen** 13:17 34:22 50:13 74:18 75:14 107:8

**segment** 99:1

**selecting** 10:4

**selective** 31:5,21 33:8 34:7

**selectiveness** 32:3,21

**Senate** 21:22 40:6 45:20 66:9 77:24 82:9 83:13,18 84:9 92:23

**send** 73:19

**sending** 73:6

**sense** 5:20 17:24 18:9 25:15 37:15 47:6 53:24 107:2

**separate** 11:23

**separately** 101:6 104:15

**serve** 93:4,5

**served** 6:12,15

**service** 47:3,8,22 49:8,24 50:11, 17,19

**set** 67:10,15 70:3 80:10 101:16

**sets** 102:1

**setting** 11:20 67:25

**settled** 89:4

**sex** 75:12

**share** 15:3,10 24:16 27:1 33:22 40:24 64:11 82:13 92:6

**she** 62:1,16,25 63:1,2

**should** 5:22 29:11 49:18 54:25 85:1,24 88:9 104:22 106:18

**shouldn't** 13:3

**show** 12:25 31:16 42:15 47:11 49:11 52:11 56:21 57:22 62:11 98:8 100:18 103:21

**showed** 58:20 59:20

**showing** 15:12 24:19 90:13

**shown** 12:3

**shows** 24:21 25:4,12 28:5,8,9 50:9,14 54:17 55:5 60:1 75:11

**sign** 107:24

**signature** 22:3

**significance** 37:14

**significant** 37:15 71:23 75:23

**significantly** 29:16 31:4,5 37:9, 11

**similar** 27:18 36:17 57:23 61:1

**similarly** 18:12

**simply** 62:21 76:24 89:17 101:23

**since** 23:20 43:1

**single** 48:1

**singling** 86:11

**sit** 20:16 21:9 67:19

**sitting** 8:4 43:15 96:20 106:15

**six** 72:14

**size** 32:22 41:15

**skimmed** 94:5 96:2

**slightly** 25:19,22,25 26:5 30:11 36:20 38:23

**small** 32:22 34:9,19 38:6 95:11, 19

**smaller** 31:4,21 32:6 37:24 39:15

**smartphone** 46:9

**snack** 5:24

**EXHIBIT 15**

**so** 4:5 5:7,12,14,17,19 6:1,6,12,
19 7:10,15 8:13,21 9:3 10:7,17,23
11:20 12:4,6,15,18 13:11,24 14:4
15:6,10,12 16:5,8 18:4,5,6,16
19:5,10,23 20:9,20,23 21:3,9,18
24:1 25:9,12,22,23 26:15 27:2,18,
22 28:2,4,11,21,22 29:1,2,7,13,24
31:1,5,8,16,23 32:2,20 34:10,19
35:20 36:1 38:17 40:10,17,21
41:6,13,22 42:7,15,24 43:5 44:1,
11,23 45:2,16,23 46:11,12,19
47:3,11,21 48:22 49:10,16 51:7
52:19 53:20,24 54:4,6,8,9,15
55:1,4,6,10,17,22 56:5,9,14,18
57:1,3,7,14,20 58:22 59:10,23
60:16,20 61:19 63:11,25 64:7,8,
12 66:12,23 67:6 68:15,20,24
69:10,18 70:8,19,22 71:5 72:2,7
73:15 74:11 75:3,17 76:9 77:18
78:5 79:4 80:5,11,21 82:2,15
83:25 84:3,19 85:3,11 86:8 87:6
89:4,7 91:17 92:5,17,19 93:7,14
95:6 96:25 97:12,20,24 98:4,23
99:23 100:17,20 101:3,12,14,19
104:6 105:5,22 106:3,6,12 108:7

**social** 13:21 69:8,9,24,25 70:12,
21 71:9,12

**socio-economic** 64:14

**socioeconomic** 35:3 77:7,10,
12,15 98:14,19

**some** 7:5,6,7,8,11 8:19 19:21,22
25:15 42:12 43:2,16 45:8 51:20
58:6,8,11,14 59:23,25 62:14
69:10 71:11 78:10 88:21 89:4,16
102:18 104:25

**someone** 53:22 63:15 64:7
68:10,15 75:25 79:21 93:5 99:24
100:19,20

**something** 11:15 17:22 24:13
34:23 41:10 42:14 61:10,17 82:5,
6,7 103:3 106:3,8

**sometimes** 101:15 102:6

**somewhere** 76:5

**sorry** 16:13 23:5 29:24 33:3 52:8
53:5 59:5 70:6 98:17

**sort** 66:13

**sought** 91:8

**sound** 69:15 75:22

**space** 84:16 94:1

**spare** 79:10,12,15

**speak** 84:7

**speaking** 21:7 97:12

**specific** 15:4 17:23 21:17 23:17,
18 27:14 58:3 66:12 67:17,19
68:2 70:3,25 77:9,22 80:9 83:10
87:14 103:3 104:9 105:17 106:22

**specifically** 8:16 14:18 16:24
17:7 21:20 43:8 54:9 66:5 77:13
79:4,7 98:14,19 100:10 107:7

**specifics** 102:22

**specify** 61:17

**spell** 4:16

**spending** 82:7

**spent** 14:9

**sponsor** 83:23 85:17 92:22

**sponsors** 83:5 85:9 88:1 93:10,
16

**spring** 55:1

**staff** 40:6 44:9,13,18 51:17,24

**standard** 40:2

**standpoint** 11:16 13:18

**start** 105:23

**starting** 66:25

**starts** 82:25

**state** 4:6,14,16 6:18,24 8:23
13:10 15:24 18:17 22:4 23:23,25
24:6 25:2 27:8 29:25 33:10 34:4,
13 35:1,18 36:13 38:11 39:11
40:25 45:16 47:23 48:10,15 56:20
57:22 58:18 61:3,11 68:4,10
70:10 71:5 72:4 73:1 74:6,17
75:19 76:4,16 77:23 78:23 79:24
82:16,17,23 83:4 84:15 88:7,19
90:10,24 91:18 93:18 97:1 99:22
104:13 107:16

**State's** 83:7 84:14,25 85:23

**state-issued** 78:23

**statement** 31:11 41:14 61:23

**statements** 13:18,22 85:11
86:23,24 87:1,9

**states** 22:20 42:12 49:23 58:9
73:2,6,9,21 74:13 83:17 88:16

98:18

**statewide** 42:19 43:9,12 60:9

**stating** 76:24 77:2

**station** 47:18 49:6

**stations** 7:21

**statistically** 37:15

**status** 77:15 98:14,19

**statutes** 21:24

**step** 102:6,7

**steps** 81:10 102:2

**stick** 21:6 40:21

**still** 95:22 103:12

**stipulated** 4:5

**stipulation** 4:1

**stipulations** 107:17

**stop** 52:23

**strict** 41:24 42:6,16

**strike** 30:4,15 36:5,25 44:5 57:15
74:3 75:17

**strongly** 64:14 65:5

**struck** 88:19,22 89:2

**structured** 101:16

**structures** 19:23

**student** 18:2 29:5 31:2,8,16,21
32:1,4 33:17,25 34:16,21 37:23
38:6,20,22 41:1 45:10 46:4,18
52:16 53:9,11,16 61:22,25 62:2,
19 63:2,3 72:7 73:15 77:23 83:1,
12 86:2,10,11 88:2 89:19 90:5,13
91:7,11,17 92:8 97:2 99:16,25
100:8 103:12

**students** 17:2 24:1,5,12,22 25:6,
10,11,24 27:23 28:1,3,7,10,11,13,
16,17,20 29:2,4 30:17,24 31:3,7,
8,15,25 32:8,24 33:9,10 37:24
38:11,12,14,16 39:1,6,10 40:6,18,
20 44:8,12,18 46:12,19 51:16
52:3,4,11,19 55:10 58:4 59:12
60:10,14 69:1,4,23 73:2,6 74:3,5,
11,14,22 75:8,14,18 76:4,6 77:7,
15,21 79:9 82:18,21 83:25 84:15,
18 85:1,4,24 87:15,24 88:9,12,17
90:13 94:24 97:7 98:1 100:11
103:12,14 104:4 105:25 106:1

**EXHIBIT 15**

**studied** 11:11

**studies** 14:19 42:1 43:2,5,16 67:3,19,21,22 103:21

**study** 10:8 11:19,20 12:8 14:16 24:25 79:13 105:13

**studying** 12:20,21 14:8,10

**subject** 14:2 40:2

**subjects** 10:8

**submitted** 15:18,22 16:10 94:20 96:5

**subpopulation** 57:12

**subpopulations** 10:7

**subsequent** 43:7 68:12 76:8

**subsequently** 91:12

**subset** 69:4

**substantial** 80:22 95:24

**substantially** 26:22 30:8,10 71:22

**subtract** 58:16

**successful** 98:11

**such** 64:6 65:17 91:25

**sufficient** 103:1

**suggests** 63:10

**sum** 101:21 104:20

**summarizing** 66:24 92:15

**summary** 49:20 66:11

**supervisors** 10:22

**support** 16:4 41:6 89:23 90:20 92:17

**suppress** 42:16

**suppressed** 24:11

**suppressive** 106:25

**Supreme** 22:19 23:10 88:22

**sure** 14:21 15:5 19:4 27:3 32:20 36:25 55:22 69:18 72:11 82:13 84:3

**surprise** 31:19 39:17 47:6 60:22 67:7

**surprised** 60:25

**surprising** 101:17

**surrender** 68:14,17 80:12,15

**surrendering** 79:23 81:23 92:1

**survey** 54:19 75:10

**surveys** 11:2 103:21

**suspect** 31:13 32:7 34:20 35:19 57:20

**suspicion** 32:23

**switch** 21:19

**Switching** 74:19

**sworn** 4:9

**symbiotic** 101:8

**synergistically** 104:18,24 106:20

**system** 13:14 14:17 18:21 19:14 40:21 45:6

**T**

**table** 24:19 26:7,17 27:10,19,24 28:22,25 29:9 54:16,23 55:5 59:4, 7,8,9,10 60:1

**tables** 54:9,16,21

**take** 5:22 12:6 14:21 17:21 28:11 43:19 77:18 78:5,7,10 81:16 82:12 102:2

**taken** 43:24 78:18

**takes** 78:21 79:18 95:8

**taking** 16:8

**talk** 15:19 21:20 33:20 54:15 63:4 68:25 72:2

**talked** 59:3

**talking** 5:14 8:4 20:8,19 34:18 36:10 40:22 44:4,6,11 54:23 55:13 66:6,23 70:13,14 76:1 77:11,12,18 78:25 91:4 95:14

**target** 98:24,25 99:5 106:9

**targeting** 83:12 97:2

**targets** 16:23

**tax** 69:10 71:11 76:15,17 77:3

**Tech** 40:21 45:5,11,17

**tell** 14:25 57:3 75:10

**ten** 8:17,21,24 15:21 94:25

**tend** 52:20 66:21

**tends** 43:10,11 66:7,15

**tens** 20:19

**term** 19:6 22:7

**terminology** 18:18

**terms** 10:6 12:2 38:11 76:18 105:20

**terribly** 93:25

**test** 71:2 81:9,10 105:5

**testified** 4:10 15:21 18:16 21:12 100:5 103:10 104:1,11

**testify** 16:3 18:18 19:11 21:15 102:10

**testifying** 4:19 16:6 88:8

**testimony** 16:10 18:12,25 19:20 20:13 21:1 32:21 69:19 76:14

**testing** 80:10

**Texas** 73:5,12,15,18 76:6 91:3,8, 19 92:1

**text** 20:20 53:20,24

**than** 8:17,24,25 13:11 14:4 21:7 25:3,19 26:5,14,22 29:16,25 30:8, 19,24 31:7,18 33:9 34:8,16 36:4, 6,11 37:5,22 38:2,15 39:10 41:11 43:5,19 49:9 52:12,17,21 53:10, 22 57:25 61:9 62:12,23 63:17 65:5,6,7 66:15 71:23 74:7,10 76:15 79:10 81:1,14 83:9 89:21 92:9 101:21 104:20

**Thank** 29:12 35:25 45:15 59:10 99:11 107:10,13,14

**Thanks** 103:5

**that** 4:2,3,20 5:10,13,15,18,19,24, 25 6:1 7:7,10,12,13,14,19,24,25 8:2,14,18,25 9:2,3,4,6,7,11,17 10:10,17,21,25 11:1,13,15,17,18 12:6,7,9,10,13 13:3,11,16,23,25 14:2,15 15:4,7,13,18,20,21,25 16:6,11,12,13,17,22,25 17:1,4,8, 10,12,13,15 18:4,8,12,14,15,19, 23,25 19:1,4,5,8,11,18,19,25 20:5,7,10,11,14,18,22,24 21:18 22:2,7,19 23:14,18 24:4,9,13,23 25:3,4,7,12,13,15 26:6,7,17,20,21

**EXHIBIT 15**

27:5,10,16,21,24 28:2,4,13,14,21,
22 29:12,16,17,19,24 30:4,8,15,
19,20 31:2,10,12,16,18,22,25
32:4,5,7,8,17,23 33:5,7,8,12,17,
24 34:1,3,7,20,21,25 35:5,8,12,21
36:4,5,6,7,17,18,25 37:5,8,20
38:4,8,17,18,19,21,23,24 39:2,5,
6,12,25 40:5,10,17,19,22 41:3,5,
7,8,13,15,19,22,23,25 42:2,5,6,7,
8,10,12,14,15,19,24 43:1,3,16,17,
20 44:5,7,12,16,19,24 45:2,11,15,
16,21,23 46:1,2,7,16,22 47:1,3,6,
7,8,15,18,22,25 48:1,2,3,4,5,6,8,
12,18,22,24,25 49:4,5,8,10,11,20,
23 50:7,10,14,16,21 51:1,4,7,14,
15,19,20,23 52:2,10,11,15,23
53:2,8,9,15,24 54:4,17,18,19,20,
21,25 55:2,4,8,9,18 56:9,21,22
57:1,3,4,11,16,20,23 58:2,8,20,23
59:6,7,10,15,16,19,24 60:2,11,13,
14,20,23 61:5,7,11,14,16,21,23,
24 62:6,16,17,18,21,23,25 63:6,7,
9,12,13,14,21,23,24 64:4,5,6,15,
16,17,21,23 65:2,5,9,10,16,19,20,
23 66:4,23 67:3,9,15,18 68:1,4,7,
8,12,13,15,18,20,21 69:3,4,6,10,
13 70:4,14,15,20 71:1,3,12,19,21,
25 72:3,5,9,12,16,18,19,23,25
73:12,17,18,23 74:3,18,22 75:9,
10,11,17 76:13,14,17,19,25 77:3
78:1,7,11,12,15 79:5,16,23 80:1,
11,14,18,19,20,23 81:6,16,17
82:1,5,8,17,19,24 83:3,15,25
84:1,6,12,16,19,20 85:3,15,24
86:2,4,9,11,15,23,24,25 87:1,7,8,
9,10,14,24 88:2,3,9,15,8,13,14,21
89:4,18,20,23 90:1,3,18,19,20,22
91:1,6,11,15,24 92:7,10,12,17,19,
23,24 93:12,15,17 94:4,20,24
95:2,6,8,11,12 96:8,10,13,15
97:1,3,6,8,15,17,22 98:2,5,8,12,
13,18,24 99:1,8,20,25 100:3,5,6,
8,9,10,11,16,22 101:9,11,13,15,
16,19,20,23,24,25 102:4,8,12,15,
16,21 103:2,5,11,15,19,21,23
104:2,3,11,12,13,14,18,19,21,23
105:3,7,14,18,21,22,24 106:4,6,
11,12,13,15,17,18,19,20,23,24
107:2,8,12 108:10

that's 4:21 10:13,21 24:8 26:2,
19,24 27:10 29:23 30:2 33:16
34:6 36:3,16,21,24 37:8 39:8,24
40:4,23 45:21 48:21 49:15 50:20
52:9 56:1,4 60:7 64:19 72:6 73:8
74:24 83:2 98:22 103:25

the 4:2,3,6,14,16,22,25 5:10,12,
19,23 6:4,7,9,24 7:4,7,11,19,21
8:3,4,21,22 9:3,11,18,23,25 10:1,
2,3,4,6,8,9,23 11:4,8,9,11,12,19,
20,21,23 12:1,7,8,10,12,13,20,22,
25 13:1,5,7,16,17,18,22,24 14:1,
4,8,9,10,11,12,20,24 15:12,17,21,
23,24 16:11,19,20,23 17:1,3,4,5,
7,9,10,12,24 18:6,9,10,13,16,19,
20 19:4,6,8,10,12,13,16,19,25
20:1,2,13,16,17,23 21:11 22:1,4,
5,7,11,19,24,25 23:5,10,15,16,17,
22,25 24:10,22,24 25:1,2,5,7,9,
12,17,18,19,24,25 26:3,4,9,14,
15,17,18,20,22,25 27:5,6,7,8,15,
16,19,24,25 28:2,5,6,7,8,9,11,12,
13,15,16,18,19,24,25 29:1,2,3,4,
5,7,8,10,13,16,18,22,25 30:5,8,
16,19,21 31:2,8,12,17,25 32:2,3,
5,7,11,17,18 33:3,5,6,7,8,16,18,
22,25 34:4,8,16,22 35:2,11,13,16,
18,21 36:1,2,4,6,8,12,14,17,19,
22,25 37:2,5,6,13,15,20,22,23
38:11,12,17,19,20,25 39:11 40:5,
21,25 41:9,12,15,16 42:1,2,15,24,
25 43:2,6,9,11,23 44:2,4,6,11,17
45:3,5,6,10,12 46:17,23 47:4,6,7,
9,13,15,17,23 48:2,5,10,14,15,18,
23,25 49:7,10,16,21,22,23 50:2,5,
8,10,16,21,22,23 51:1,7,12 52:3,
8,10,21 53:5,15,17,18,20,24,25
54:7,10,13,16,17,19 55:3,6,9,10,
12,17,19,22 56:2,20,21,22 57:1,2,
5,14,17 58:3,6,10,23,24,25 59:3,
6,7,20,24 60:1,2,4,9,18 61:1,3,16,
20,23,24,25 62:1,5,6,11,13,15,16,
17,18,22 63:1,4,6,7,9,11,13,14,16
64:2,6,13,18,20,21 65:6,10,15,19,
20 66:4,11,13,14,15,17,18,20
67:9,10,12,14,16,23,24,25 68:1,5,
7,9,16,22 69:2,3,4,12,21,22 70:1,
9,10,16,19,23 71:6,10,25 72:2,4,
7,13,15,20,21,22,25 73:3,5,6,9,
15,19,21,24,25 74:7,20,25 75:1,5,
14,17,19,20,24,25 76:1,2,4,5,11,
15,16,17,19,25 77:3,15,18,20,23,
24 78:9,14,23,25 79:1,6,7,10,16,
19,21,23 80:11,17,20 81:1,6,15,
18,21,22 82:2,8,22 83:4,5,7,11,
13,15,16,21,22 84:6,7,8,11,12,13,
14,16,25 85:6,7,8,9,10,17,19,21,
23 86:4,7,12,14,24 87:5,14,17
88:1,3,5,14,22,24 89:2,3,4,16,18
90:1,2,5,8,10,16,22,23 91:1,7,11,
13,17,18,24,25 92:2,4,15,17,19,
20,22 93:2,4,5,7,8,9,10,15,16,17,

18,20 94:1,11,23 95:8,9,12,16,20,
21,22 96:15,18 97:1,2,9,11,13,23
98:1,8,11,13,17,18 99:1,6,11,16,
21 100:17 101:1,8,14,16,21,22
102:3,4,12,25 103:11,19 104:2,9,
12,17,18,20,21,23,25 105:1,7,8,
15,20 106:1,13,15,17,19,22,23
107:4,14,15,17,18,19,21,23,24
108:6,11

their 6:11 24:3 28:5 30:1 32:1
39:18 42:13 51:14 62:19 68:17
74:23 75:12,15,16 90:13 91:21
92:1 99:22,25 100:15,24 105:23
106:5,9

them 7:5,7,9,11 12:3 36:20 53:24
56:24 58:22 62:15 67:6 70:24
79:22 87:16 88:18 98:25 100:1
101:5,7,10 102:3 104:22 105:25

then 14:5 15:23 19:7 28:12 30:15
64:2 66:19 67:1 68:11 74:16
78:17

there 5:11 17:16 20:5,6 21:3 28:4
30:25 32:9 33:9 35:5 37:25 38:5,
6,13 40:10,18,19 41:22,25 42:1,5,
10 43:1,16 45:4 49:1,12,13,23
52:16 61:22 67:22,23 69:1,6,25
70:3,25 72:9,12 74:11 75:4,10
79:5 80:21 81:4,5,6,9,10 82:20
90:7 91:24 92:7 93:11 101:25
102:22 103:1,2,9,20 104:14,16
105:5 106:12,16 107:5

there's 82:17

therefore 31:8 45:19

thereof 23:11

these 6:6 8:19,20 14:23 16:2
20:9,14,24 22:2 25:9 41:2 54:21
58:22 60:13,20 61:9,22 62:13
66:8,25 67:19,21,22 84:16,20
85:16 86:10 105:2

they 25:10 37:21 39:17 42:16
45:11,12,13 51:2 52:2 54:22
61:17 67:7 70:2 82:19,22 83:25
84:15,18,24 85:2,25 86:2,13 87:7,
8,16,17 88:1,9,13 90:14 91:18
97:7,9 99:17,23 100:1,13,14,21,
23,24 101:5 102:10 103:13
104:16,17,19,23 105:24 107:16

thing 26:3 96:25 106:11

things 10:10,17 11:17,18 12:5
13:2,23 19:1 20:14 31:19 33:5

EXHIBIT 15

63:21 64:4 66:20 67:9,15 79:13
101:13,25 102:4,5 103:22 105:2
106:12

**think**  8:13 9:2,17 11:23,24 12:4,
15 13:2 14:2,15 15:18 16:17 18:7,
15 19:6 23:9 25:7 27:2 28:15,17
29:19 30:23 31:5,23 33:12 34:10,
24 37:17 39:9,13 41:19 42:5
46:22 51:1 52:16,25 53:2 63:18
70:21 71:19 72:9 73:23 76:17,19
79:16 80:20 82:3,11,15 84:4,6
85:1,24 86:9,21 87:4 88:9,22
89:3,17,20 90:2,11 91:13 94:1,17,
25 95:1,8,11 96:10,23 98:4 100:9,
22 101:24 102:25 105:10 106:17
107:5,6,9,20

**thinking**  20:5 43:21 54:8

**third**  28:9

**this**  4:15 5:10 13:20 15:10,16,17
16:8 18:1 19:7 21:10,17 22:10
23:17 24:9,14,17,21 27:5,18 29:1
33:24 35:20 40:24 41:14 43:20
45:2 47:12,21 48:8 49:5,20 50:7,
13 54:8 55:1 57:21 58:1,2,3,6,11,
17 59:1,4,7,16,19 60:5,16,17
61:21 62:1,11,14,17 64:12 66:4,5,
11,12 67:9,10,14,16,24 68:1 71:5
72:25 82:24 84:1,4,21,24 85:3,10,
17 87:2,23 88:1,10 92:3,22 93:15
94:4,20 95:10 96:5 97:18,25
98:10 102:24 105:4,18 106:6
107:15

**those**  7:4 9:22 18:18 19:10,12
23:24 24:5 25:9 26:20 29:17
31:24 32:15,17 39:25 43:5 44:17,
25 48:14 50:11 52:19 54:15 58:17
63:25 66:1,23 67:3 68:25 71:21
73:9 76:6,10,14 83:9 85:11 86:23
87:1 88:16,18 89:1,8 102:5
103:21 104:15 106:19

**though**  31:13 87:17

**thousands**  20:20

**threads**  98:9

**three**  28:4 72:16 102:2 104:20

**threshold**  37:12

**through**  5:8 19:6 20:21 55:1
71:13 72:21,22 73:3 80:17 81:8,
11 89:5 91:6 96:23 97:1,9 98:9

**throughout**  85:16 95:24

**time**  5:17,22 19:17 54:22 72:14,
15 75:25 78:10,25 79:1,8,10,12,
13,14,15 81:4,15 82:7 91:25 95:8,
14 101:3 105:23

**times**  7:23 8:10,13 28:19 30:3
50:16 79:6,18 102:20 103:2
104:15,16

**Tina**  107:20

**Tippecanoe**  60:23

**title**  49:17

**titled**  82:25

**to**  4:2 5:15,17,18,22,23 6:9,24
7:5,7,12,22 9:10 10:8 11:3,12,15,
24,25 12:1,8,15,16,24 13:4,6,8,
10,13,18,19,20 14:2,11,20,21,22,
23 15:4,5,10,17,19 16:5,10,11,16,
23 17:6,9,11,13,20,21 18:5,14,16,
20,22 19:2,3,8,13,14,15,18 20:2,
3,4,10,15,21,23,25 21:6,8,14,16,
19,20,22 22:1 23:9,13,21 24:3,6,
8,15,18 25:16,17 26:11,25 27:1,2,
3,4,6,8,14,18 28:18,23 29:7,18
30:21 31:10,13,23,25 32:11,14,
17,18,20 33:1,4,7,9,13,18,20,21,
24 34:7,11,12,13,15,25 35:20
36:8,17,25 37:13,14,18,19,24
38:2,10,19 39:7,14,19 40:2,16,24
41:11 42:3,12,18 43:7,10,11,19
44:1,7,8,12,16,25 45:12,16 46:3,
13,15,21 47:11,14 48:11,15,17
49:2,8,12,18,20 50:7,17,23 51:6,
11,16,17,18,21,22 52:1,7,12,14,
17,20,22,25 53:14,21,22,23 54:3,
4,12,15,18,23 55:7,11,14,17,19,
22,23 56:2,6,10,14,18 57:8,12,18,
21,22,23,24 58:2,6,16,19,24 59:4,
11,14,17,23 60:3,5,15,16,17,25
61:11,15 62:2,9,20 63:4 64:7,8,14
66:1,3,4,5,7,8,12,15,17,19,20,21
67:4,6,12,16 68:1,5,10,13,14,17,
18,24,25 69:4,7,8,11,12,18 70:1,
4,6,8,15,16,17,21 71:2,21,23
72:2,11,14,24 73:6,10,13,19 74:9,
16,19,22,24,25 75:3,4,12 76:2,15,
25 77:23,24 78:5,7,10,20,22,25
79:6,18,19 80:3,12,15 81:3,8,10,
11,13,23 82:11,13,16,19,21,22,25
83:13,19,21,25 84:3,7,10,17,18,
19,22 85:2,4,5,13,25 86:5,8,9,11,
18,22 87:5,12,16,18,19,22,25
88:2,9,12,13,15,17,25 89:7,8,10,
14,19,20,21,23 90:7,13,14,23
91:1,3,10,11,19,21,23 92:3,4

93:1,2,5,6,14,17 94:3,7,19,21,22,
23,24 95:2,4,8,9,17,21,22 96:1,4,
18,23,24,25 97:4,7,14,16,24,25
98:6,9,16,24 99:3,9 100:23,24
101:14,19,24,25 102:1,2,6,7,10,
13,14 103:1,3,9,10,17,20 104:4,7,
13,19,24 105:7,9,10,13,14,16,20,
21,24,25 106:1,3,11,14,15,21
107:1,18,23

**today**  20:17 21:9 32:21 67:19
99:9 100:2

**today's**  77:5

**together**  98:10 102:5

**toggle**  30:3 54:21

**told**  86:21,23 90:15 102:16

**too**  82:14

**took**  58:22 91:25

**top**  71:25 76:2

**topic**  9:18

**topics**  7:24 8:3 9:18 21:19

**total**  29:3 54:17 55:6,12 56:2
75:17

**totaled**  54:18

**totally**  12:17 78:12

**toto**  104:12

**tough**  105:25

**town**  47:15

**tracker**  79:5

**tractable**  37:16

**train**  8:6,10,14

**trained**  6:22 7:10 10:11 96:16

**training**  6:19 7:24

**trainings**  7:4 8:22

**transcript**  5:19 107:17,20,24

**transitioned**  46:3

**transitioning**  46:3

**travel**  95:9,14

**treat**  53:17

**treats**  53:18,24

**trial**  15:22

**EXHIBIT 15**

Index: tribal..voter

**tribal** 22:5 86:7

**trip** 69:4

**true** 31:16 38:4,8 39:5 40:17 46:16 53:9 61:3 64:5 69:10

**try** 73:13

**trying** 12:15,24 13:8 16:5 62:20 70:8 71:2 86:22 88:12,17 91:3 98:9 106:1

**tuition** 74:8,11

**turn** 59:17

**turnout** 10:6 24:21 25:3,5,18,25 26:12,20 30:23 31:11,12,24 32:10 33:6 38:1,15,23 39:9 41:2,13,21, 24 42:3,8,16,20,22,25 43:4,6,9, 10,12 64:15 65:3,6 66:7 67:4,13

**two** 11:23 12:5 31:24 32:17 36:4, 6,11 41:22 45:4 50:16 62:10 66:25 98:9 102:4 103:22

**two-thirds** 62:1,3,7,18,23 63:1,2

**two-year** 45:4,9

**type** 61:14

**types** 19:22 59:14 60:9

**typical** 51:19 52:3 102:13

**typically** 19:1,18 20:9 26:13 66:16

**U**

**U.S.** 70:19 71:6 87:19 93:5

**ultimately** 90:1

**unable** 64:7 77:23

**unclear** 18:23

**unconstitutional** 77:4 88:20

**under** 29:4 88:16

**undergrad** 53:19

**undergraduate** 52:18,21 53:10

**undergraduates** 52:12

**underlying** 10:9 79:1,21 82:23 91:2 93:8 95:22

**understand** 12:7,9 13:5,6 19:4 21:21 23:9 54:21 62:5 63:5 69:19 70:8 84:3 87:7 90:7

**understanding** 14:11 24:4 45:10 46:1,16 63:21 89:25 90:3 95:13 100:7,8,17,22

**understood** 69:21

**undisputed** 42:5

**union** 62:1

**United** 22:20 49:23

**universities** 24:2 25:19 26:5,10, 21 27:12 29:17,25 30:9,20 31:18 38:5,7 40:7 44:14 46:2 48:15 51:16,20 52:19 55:7,12,24 56:6, 11,15,17,20,23 57:9,19 58:8 74:15 75:19 77:8,16 92:8 98:2,7 103:15 104:3

**university** 4:23 9:11 11:10,12 22:12,15 23:21 24:3,5,10,12,22 25:6,10,11,24 27:5,20 29:10,13, 22 30:6,24 31:17 32:11 33:18 34:1,3,4,8,16 35:14 37:2 39:10,22 40:1,19 45:8 46:13,20 47:14 49:12 51:15 52:20 53:12,13,14, 17,19 55:15 56:12 59:12 60:10,14 61:2 62:2,4 73:7 75:8,9 77:22 79:9 93:13,20 94:11 99:2 103:14 104:10

**university-issued** 45:23

**unless** 43:21 97:9

**untrue** 89:18

**up** 27:2 54:6 66:7 72:14 73:10 82:5 90:13 92:4 93:12 96:25 103:9

**upheld** 22:20

**upholding** 89:9

**us** 105:14

**usage** 59:5,12,14

**use** 5:23 18:5 24:3,6,10 32:1 40:25 41:10 42:12 46:13 62:2 87:25 90:13 97:8 99:16 100:24 103:11 104:24 105:20

**used** 11:12 19:6 53:14 59:21,25 60:10 61:10,15,17 62:18 63:3 87:24 89:19

**users** 63:2

**uses** 59:5

**using** 11:10 13:11 18:17 19:5 97:7

**V**

**VA** 93:6

**Vague** 21:1

**valid** 23:22 34:11 37:18 40:9 44:15 45:13,24 46:10

**validated** 105:6

**variables** 66:9

**varied** 8:19

**various** 66:18

**vast** 48:14

**vehicle** 80:3

**Vehicles** 70:2

**vendor** 72:15

**vendors** 51:21

**verification** 70:12

**verify** 105:15

**versus** 22:24 35:17 104:1,23 105:8,15

**very** 17:23 31:20 61:21

**veteran's** 22:6

**view** 42:15

**Vincennes** 40:20 45:7,11,17

**violates** 76:19

**vis-** 11:21

**vision** 81:9

**Vital** 72:22

**vote** 11:13 13:2,13 16:11,23 17:9, 14 18:14,20 19:2,3,9,13,19 20:3, 15 24:3,8 33:9 41:11 42:18 53:14 58:9,18 61:11,15 62:2 63:6,15 64:2,7 71:24 77:24 82:21 84:18 86:5 87:16,18 88:2,12 93:1 97:2, 7,14 99:1 101:14 102:1 105:21,25

**voted** 27:23,25 28:1,8,10,13,16 29:2 31:7 43:13 62:14,15

**voter** 6:9 8:7 10:1,16 11:22,25 12:2,23 13:5,12,13,15 14:17,18, 19 17:3 18:3 21:25 22:20 23:11, 19,20,22 24:11,21 25:3,5,18,25 33:17 38:15 39:22 40:2,9 41:1,20, 21,23,24 42:6,9,16,23 43:6,14

**EXHIBIT 15**

44:16 45:13,19,24 46:10,14
50:22,23 51:14 62:19 63:11 64:2
65:3,15 66:1,5 67:5,7,21,23 69:23
70:10,14 80:4 85:19,20,22 86:14,
15 88:4 89:9,12,15,22,25 90:1
92:9,20 93:9,18 100:19,24

**voters**  7:12,14 10:15 17:5 23:12
41:10 42:12 48:2 59:21,24 61:9,
15 62:1,12,14,18 63:3,13 65:7,11,
23 66:10,16,17,22 79:25 83:12
97:21 98:24 99:17

**voting**  14:5 16:4,9 17:18 18:8,19,
21 19:7,12,14 20:1,2,11,18 21:12,
13 24:25 28:2,15,19 29:8,13,16,
21 30:1,5,8,16 31:17 33:6,25
34:24 35:22 36:1,6,14,17,22 37:2,
5 41:13 42:11 50:25 51:9 63:5,7,
12 64:1,6,18,21 65:15,19 66:14,
19 68:6,17 80:12 82:3,18,23 83:1
85:1,4,25 88:5,9,17,23 89:1
98:13,21,25 100:10 101:2 104:11

---

**W**

**W-2**  69:9 71:11

**wait**  7:22 75:25 79:1,6,7,18

**waive**  4:2

**walk**  73:3 93:12

**want**  13:8 15:5,19 18:5 19:3
21:19,20 27:3 32:20 33:20 40:24
54:15 55:22 63:4 68:24 69:18
72:2,11 76:6 78:20 80:11,15 84:3,
22 87:22 93:13 96:22,25 107:23
108:2,8

**wanted**  44:1 97:24 98:24

**wants**  64:7

**was**  4:10 7:4 8:13,16,18,25 9:18
12:18 16:15 17:15 18:25 19:1,17,
19,20,23 20:6,13,18,22 21:9,17
22:4,5,6,10 23:9,18,20 24:13
25:2,6,7,19,25 26:4,5,13,16,18,22
28:22 29:14 30:6,17,23 33:16
35:22 36:1,2,14,22 37:3 39:9
40:15 42:8 43:21,24 44:17 45:25
46:9 53:7 55:8 59:16,19,21,22,23
60:16,17 61:22,24 62:6,23 66:12
68:15,24 73:18 75:16,25 76:17
77:3,4 78:18 82:9 83:16 84:4
85:20 88:22 89:2,20 90:10 92:23
96:8 98:18 99:9

**water**  5:24

**way**  10:1 11:11,14 14:2 20:18
35:11 62:22 95:22 102:12

**ways**  10:4 14:12 86:11 105:24

**we**  4:1,7 5:14 8:14 9:7 19:5 20:8,
19 24:16 25:1 26:11 34:18 40:22
43:18 44:4,6,11 51:7 54:4,6
55:12,22,23 59:3 62:22 63:17
69:1 70:13,14 76:11 78:16,17,25
84:22,23 91:6 92:21 94:4,20
96:13,23 98:3,10,13 100:2 104:22
106:13,18,22 107:20,25

**we'd**  21:6

**we've**  95:23

**wealth**  32:3,22 34:22 35:2,6
77:19 98:15,20

**wealthy**  31:4 34:16

**website**  50:8

**week**  107:20 108:4,6

**weeks**  72:14

**well**  4:7 9:22 11:11,23 16:25
17:19 20:5,19,22 21:2,23 25:21
26:11 28:4 29:19 30:25 31:7 32:7
33:2 34:9,14 35:10 37:13 38:8
39:12 43:8,10 50:13 51:1,12,21
52:6 55:18 56:17 57:1 62:10
63:13 64:3 65:5 66:4,11 67:22
70:1,13 72:24 73:20 75:10,22
76:17 78:24 79:11 80:2,20 81:4
83:5 86:19 87:13 88:21 89:11,16,
24 90:22 91:11 92:14 95:20 97:3,
15 99:21 100:6 103:18 104:25
105:17 106:15,16,22 107:4,12

**well-known**  22:24

**well-regarded**  94:2

**went**  13:13 19:5 74:16 91:6 107:4

**were**  7:9 8:14,19,20 9:19 19:21,
22 20:14 28:4,7 32:2 39:17 43:2,
16 44:4,6,11 55:14 56:6,10,15,19
60:3 61:22 63:2 74:6,12,16 75:19
77:2 86:23,24 87:1 89:5 90:6,8
91:2,7,19

**West**  60:24

**what**  6:21 7:4,19 8:2 9:14,18
11:20 12:3,7 13:1 15:12 16:6,18
17:12,15 18:4,23 20:10 21:21,24
22:6 23:9,17 25:4 26:7,17 27:18,

21 28:23,24 33:21 37:12 38:12
39:16 41:6,14 43:6 48:1 49:10,14
50:5 52:10 54:19 55:4,9 56:21
57:14,17 59:11 60:1,21 61:14,18
62:11,21,25 63:9,17,21 64:16
65:8,9 66:23 69:19 71:23 74:2,4,
14 75:7,16 77:9 78:1,24 79:7
80:25 81:14,25 82:24 83:5,6,22,
23,25 84:12,13,15,23 85:7,8,21
86:10,13,14,21 87:7,10 90:20
92:3,22 93:10,16 94:11 95:25
97:24 98:8 99:25 101:11 102:21
104:14,17,18

**whatever**  5:24

**when**  8:1 9:9 11:6,25 12:13,25
13:1,12 14:25 15:7 27:7,12 37:11
47:6 63:13,14 77:1,11 82:9,22
83:18 91:14 101:19,22 102:23
103:2 104:15,16,21 105:7,15
108:2

**where**  4:22 13:9 20:6 37:15
38:11 42:1,20 57:23 60:24 68:24
72:18 82:19,22 84:18,23 85:2,25
86:15 87:16 88:9,13,24 90:5
92:17 97:22 99:23 106:8

**whether**  41:20 42:22 57:3 59:22
67:20 89:13 100:13,14

**which**  6:5,7 10:2 11:1 13:25
14:13 16:20 17:5 20:17 21:11
28:17 29:4 33:18 38:25 45:6,8
47:12 49:6 59:20 60:24 61:24
62:12,25 65:13 66:19 67:13,17
68:10,12 69:8 70:17 71:10 72:19,
23 73:22 75:1 76:18 77:3,4 80:13
86:3 87:18,23 90:14 92:15 94:25
95:14,20,23 100:23 105:17
106:10

**while**  42:25

**who**  12:2 17:2 23:16 27:25 28:1,
7,8,10,13,16,17 29:2 40:7 41:10
44:14 46:12 47:8 49:7 50:18
51:13 52:2,20 57:25 58:4,17 59:1,
24 64:7 68:5,15,16 69:1 74:11,12,
22 75:14,15,19,25 76:6 77:23
79:21 85:1 93:5,22 99:24 100:21

**whole**  21:12 62:17

**whose**  46:19

**why**  30:23 32:9 38:1,13 39:9
66:6,7,14,16,20 67:12 68:1 80:1
84:19 85:11 86:17,25 89:7 95:18
98:25 99:20

**EXHIBIT 15**

Index: will..your

**will** 5:15 14:24 15:3,4,10 17:4
27:4 28:23 30:3 31:13 33:21,22,
24 37:21 41:1 42:20 46:17 49:20
50:6 52:16 53:3,20,25 54:6 58:9
63:6,15 64:11 74:7,11 78:17
87:14 90:12 92:6 98:10 100:10
105:17 107:16

**Wines** 67:2

**Wisconsin** 4:20,23 6:25 8:23
9:11 10:21 13:13 22:12,15

**wish** 107:17

**with** 4:25 6:8 7:5,7 9:7 10:14
11:24 12:19,22 14:8 15:2 18:5
23:15 26:12 34:22 35:3,8 38:5
39:2,25 40:5,21 41:24 43:20,23
47:21 48:10 49:7 53:1 60:2 62:20
63:12 64:1 65:14 66:18 67:1,16,
21 68:7,8 70:9 78:2,6,15 81:22
93:25 94:23 98:20,24 100:19

**without** 57:13 64:8

**witness** 4:9 9:15 15:22 23:5 33:3
43:23 52:8 53:1 78:9,14 99:11
107:14,23

**women** 75:11

**won't** 68:9,22 103:4

**wondering** 67:18 98:12

**word** 101:9 104:18

**words** 21:21

**work** 9:6,8,10 20:9 87:10 90:2
93:25 96:11 101:6,15 105:4,18

**worker** 7:15 13:4

**workers** 6:19,21 7:8,14 8:6,11,
14,22 9:7 11:3 89:14,21 90:4

**working** 65:18

**worried** 92:24

**worth** 20:8

**would** 5:25 6:4,6 8:24 9:22
10:17,25 11:3,13 13:16,21,23
14:7,15 16:8,25 17:6,17 19:16
20:9,10 21:2,5 23:16,24 28:18
30:10,11 32:7,9,10 33:7,9 34:20,
21,24 35:5 37:8,11,13 38:1,8,14,
15,21,22 39:2,5 40:17,18,19
43:19 45:24 46:13,22 47:6,9,21,
25 48:4 51:8,12,14,19 52:2,15,20,
23 53:8,10 55:1,3 57:9,11 58:11,
14 60:21,22,25 61:3 63:18 64:2,8

65:5 67:6,11,12 68:14,17 69:8
70:16 71:21 72:19 73:17,22 74:22
75:2,3,4,20 76:2,5,13 78:5,10
79:11,12,15 82:5,6,20 87:24
89:22 91:7,11,18,24 92:3 95:18
100:22,23 101:12 102:10 103:12,
15 104:21,25 105:1,7,10,11,14
106:6,7,10,13,23 107:19,25
108:10

**wouldn't** 36:9 39:17 49:4 52:6
67:7 91:5 98:25

**write** 47:13 61:8 64:12 65:8 72:3,
12 92:7

**written** 81:8

**wrong** 14:3 59:7 104:14

**wrote** 64:16,17 65:9

---

**Y**

**Yale** 32:11

**yeah** 7:18 19:5 50:13 64:4 67:18
72:10 77:11,14 82:13 87:4 97:17,
20 98:9 104:9

**year** 54:20,24

**year-long** 88:23

**years** 8:20,21 15:21 43:3 50:11,
15,17 52:5 54:22 90:14 105:19

**years'** 20:8

**yes** 4:7 5:6,16,21 6:3 7:1 9:13
11:11 15:15 16:1 18:4,9 22:16,18,
22 24:20,24 25:12 26:12 27:17
29:15,19 30:14 34:2 36:11 41:4
44:20,23 46:5,7 47:20 48:13
49:10 50:1,4 51:5 53:16 54:13
55:17 58:13 59:9 61:13 63:9,24
65:25 68:20 71:8,10 72:17 75:25
89:4 90:19 92:11 94:14 99:19
100:4 101:22 107:25

**yet** 107:9

**York** 73:5,11,22 76:10 83:17

**you** 4:16,19,22,25 5:2,3,5,7,13,
14,15,18,22,23,24,25 6:1,4,5,12,
15,17,21 7:10,24 8:1,6,10,13,21
9:3,9,10 10:11,14,15,19,23 11:6,
7,8,17,20,23,25 12:4,7,13,19,21
13:2,4,5,8,9,12,14,17,19,22,23,24
14:4,9,10,16,25 15:1,4,5,6,7,12,
13,16,19,23 16:2,3,14,17,25 17:8,

9,12,17,19,23,25 18:5,7,18,23,24,
25 19:6,7,11,25 20:5,16,17,19,23
21:5,9,11,17,21 22:11,12,15,19
23:1,7,9 24:9,19 25:17 27:2,4,7,
11,14,16 28:2,11 29:12 30:23
31:6 32:2,4,7,9,21,22 33:7,14,20,
24 34:1,3,10,23 35:2,8,13,16,24,
25 36:10 37:11,13,15,20 38:1,13,
22 39:2,9,21,25 40:5,10,13,25
41:5,20 42:7,18,22 43:5,13 44:2,
7,16,19,24 45:15,16 46:2,23 47:1,
3,7,11,13 48:3,5 49:20,23 50:7,
10,21 51:4,15,20 53:5,6,9 54:2,6,
11,23 55:10,18 57:3,11,14,17
58:22 59:6,10,11,12 60:9,21 61:2,
8,14 62:7,10,20,21 63:22 64:3,9,
12,17 65:2,8,10 66:1,8,19,24
67:1,3,8,12,14,15,19,20 68:4,12,
14,15,24,25 69:3,7,11,12,15,20,
23 70:1,6,10,15,17,18,20,21 71:4,
5,25 72:3,12,16,18 73:3,4,9,13,
18,19 74:2,4,9,14,19,25 75:3,7,
10,22 76:14,19 77:2,6,9,14,18,22
78:1,13,21,24 79:1,3,9,13,15,18,
23,25 80:2,15 81:1,8,10,14,18,22,
25 82:5,6,9,16,17 83:3,11,15,17
84:6,12,22,23 85:15,17,22 86:1,
12,24 87:6,7,8,19,23,25 88:5,7,
15,17,18 89:7,13,23 90:4,6,11,12,
15,16,18,22,23 91:2,3,7,8,14
92:1,7,12,14 93:7,8,14,20,23
94:3,7,12,15,19,22 95:8,12,14,15,
18,21,22,23,25 96:4,8,11,18,22
97:3 98:2,23 99:9,10,12 100:2,5,
16,18 101:5,11,12,14,19,25
102:2,3,4,5,8,10,16,17,21 103:10,
13,18,23 104:1,2,11,22 105:1,3,
13,17 106:4,6,7,16,17,23,24
107:2,10,13,14,23 108:2,5,8

**you'd** 43:21 78:7

**you've** 18:16 48:9 81:7 84:20
86:21,23 96:15

**young** 16:23 18:14 39:25 47:4,23
48:7 51:9 65:3,6 66:10 67:13
79:25 97:21 98:24

**younger** 49:8 50:11,15 65:11
66:16,17,22

**your** 4:16,22 5:17 9:6,9,10,19,20
13:12 14:5,23,25 15:14 16:10,22
18:5,12,17 19:5,11 20:17 21:10,
21 22:10 23:1,2,21 24:15,17,19
27:7,12,19 28:22,23,25 29:9
32:20,23 33:15 39:22 41:6 44:7,

**EXHIBIT 15**

Index: youth..Zoom

16,25 45:17 47:1,11,12 48:9
50:14 52:4 54:2,8,11 58:16 59:4
60:12 61:5,8 63:5,25 64:11 65:2
66:9 67:20 69:19,21 70:8 71:12,
25 75:1,5 76:14 77:6 79:11 80:15
81:7 82:7,16,17,24 84:5 85:3
86:25 87:2,10 88:15 89:8 90:16,
20 92:5,6,12,18 93:14,19 94:12
96:11 97:1 98:11,18 100:7,18
102:6,7 104:24 105:5,20 108:2

**youth** 67:4 99:1

---

**Z**

---

**zero** 74:7

**Zoom** 5:11

**EXHIBIT 15**