UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

COUNT US IN,                                              )
WOMEN4CHANGE INDIANA,                                     )
JOSH MONTAGNE,                                            )
                                                         )
                    Plaintiffs,                           )
                                                         )
         v.                                               )    No. 1:25-cv-00864-RLY-MKK
                                                         )
DIEGO MORALES,                                            )
PAUL OKESON,                                              )
SUZANNAH W. OVERHOLT,                                     )
KAREN CELESTINO-HORSEMAN,                                 )
LITANY A. PYLE,                                           )
J. BRADLEY KING,                                          )
ANGELA M. NUSSMEYER,                                      )
MONROE COUNTY BOARD OF ELECTIONS,                         )
                                                         )
                    Defendants.                           )
                                                         )
_____               )
                                                         )
REPUBLICAN NATIONAL COMMITTEE,                            )
                                                         )
                    Amicus.                               )
                                                         )
BLAKE DORIOT,                                             )
MIKE GASKILL,                                             )
CHRIS GARTEN,                                             )
                                                         )
                    Interested Parties.                   )

## ORDER

This matter comes before the Court on Plaintiffs' Motion for an Extension of Length, Dkt. [93]. The Court may allow a party to file a supporting brief exceeding thirty pages for extraordinary and compelling reasons. S.D. Ind. L. R. 7-1(e)(2). Plaintiffs state extraordinary and compelling reasons exist to allow an extension of the page limit for their reply brief in support of their motion for preliminary

1

injunction for three reasons: (1) the complexity of the claims and factual record in this case has required both sides to submit oversize briefs in their opening and response briefs, additional space is needed to adequately formulate a proportionate reply; (2) Defendants' response brief cites to the declarations of several expert and new fact witnesses; and (3) the parties have engaged in significant discovery regarding the motion for preliminary injunction since Plaintiffs filed their opening brief and require extra length to respond to the witness declarations Defendants presented in their brief.  Defendants oppose the motion, stating that none of these circumstances are extraordinary or compelling and instead propose only a 20% increase in length or three pages.

The Court, having fully reviewed the matter fully and being duly advised, finds the circumstances to be extraordinary and compelling and hereby **GRANTS** said Motion, Dkt. [93]. Plaintiffs are **GRANTED** leave to file a reply brief in support of their motion for preliminary injunction, (Dkt. 85), of twenty-five (25) pages.

So **ORDERED**.

Date:  3/19/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-Registered counsel of record via CM/ECF

2