UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COUNT US IN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00864-RLY-MKK |
| | ) | |
| DIEGO MORALES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PRELIMINARY INJUNCTION**

Today, the court found that Plaintiffs Count US IN, Women4Change Indiana, and Josh Montagne have a reasonable likelihood of succeeding on the merits of their claim that Defendants Diego Morales, Paul Okeson, Suzannah Overholt, Karen Celestino-Horseman, Litany Pyle, Bradley King, Angela Nussmeyer, and the Monroe County Board of Elections imposed an undue burden on their right to vote in violation of the First and Fourteenth Amendments.

Accordingly, the court **ISSUES A PRELIMINARY INJUNCTION ordering** that the parties; their officers, agents, servants, employees, and attorneys; and any other persons who act in concert with the parties or their agents, servants, employees, and attorneys, are prohibited from enforcing SB 10, to the extent that it prohibits voters from using documents issued by educational institutions as proof of identification, until this case has been finally resolved.

The court waives the security requirement of Rule 65(c) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 14th day of April 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribute Electronically to Registered Counsel of Record.