# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 15, 2026

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 26-1783 |
| Caption:<br>COUNT US IN, et al.,<br>    Plaintiffs - Appellees<br><br>v.<br><br>DIEGO MORALES, et al.,<br>    Defendants - Appellants |
| District Court No: 1:25-cv-00864-RLY-MKK<br>Clerk/Agency Rep Kristine L. Seufert<br>District Judge Richard L. Young<br><br>Date NOA filed in District Court: 04/15/2026 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)