# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 20, 2026

Before

MICHAEL B. BRENNAN, *Chief Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| | COUNT US IN, et al., |
| | Plaintiffs - Appellees |
| No. 26-1783 | v. |
| | DIEGO MORALES, et al., |
| | Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-00864-RLY-MKK |
| Southern District of Indiana, Indianapolis Division |
| District Judge Richard L. Young |

The following are before the court:

1. **EMERGENCY MOTION FOR IMMEDIATE ADMINISTRATIVE STAY OF PRELIMINARY INJUNCTION AND STAY PENDING APPEAL**, filed on April 16, 2026, by counsel for the appellants.

2. **PLAINTIFFS-APPELLEES' RESPONSE IN OPPOSITION TO DEFENDANTS-APPELLANTS' EMERGENCY MOTION FOR IMMEDIATE ADMINISTRATIVE STAY AND STAY PENDING APPEAL**, filed on April 17, 2026, by counsel for the appellees.

**IT IS ORDERED** that the motion is **GRANTED**. The preliminary injunction entered on April 14, 2026, is **STAYED** pending appeal. A reasoned decision will follow within two business days.

form name: **c7_Order_3J**    (form ID: **177**)