**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

COUNT US IN, WOMEN4CHANGE
INDIANA, and JOSH MONTAGNE,

       Plaintiffs,

v.

DIEGO MORALES, in his official capacity
as Indiana Secretary of State, *et al.*,

       Defendants.

Case No.: 1:25-CV-00864-RLY-MKK

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Count US IN, Women4Change, and Josh Montagne respectfully move pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56-1(a) for an order granting summary judgment in favor of Plaintiffs on Count I and Count II of Plaintiffs' Complaint, entering final judgment in favor of Plaintiffs, and permanently enjoining Defendants, including their agents, employees, and successors, from enforcing the Student ID Ban in SB 10, codified at Ind. Code § 3-5-2.1-84(c). Given the fast-approaching November 2026 general election, Plaintiffs respectfully request that this Court grant relief as soon as possible after the motion is fully briefed.

As set forth in the accompanying brief and supporting exhibits, the undisputed facts show that the Student ID Ban violates the First and Fourteenth Amendments (Count I) and the Twenty-Sixth Amendment (Count II) of the U.S. Constitution, and Plaintiffs are therefore entitled to judgment as a matter of law. Further, because the Student ID Ban violates Plaintiffs' constitutional rights, Plaintiffs are entitled to injunctive relief against its enforcement.

Accordingly, Plaintiffs' Motion for Summary Judgment should be granted.

Dated: May 1, 2026

Respectfully submitted,

/s/ *Aria C. Branch*
Aria C. Branch*
Katie Chamblee-Ryan*
Derek A. Zeigler*
Max C. Accardi*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
abranch@elias.law
kchambleeryan@elias.law
dzeigler@elias.law
maccardi@elias.law
Tel: (202) 968-4490

Jeffrey Macey
**Macey Swanson LLP**
429 N. Pennsylvania Street, Suite 204
Indianapolis, IN 46204
jmacey@maceylaw.com

*Attorneys for Plaintiffs*
*Admitted *Pro Hac Vice*

2