UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

COUNT US IN, WOMEN4CHANGE
INDIANA, and JOSH MONTAGNE,

      Plaintiffs,

v.

DIEGO MORALES, in his official capacity
as Indiana Secretary of State, *et al.*,

      Defendants.

Case No.: 1:25-CV-00864-RLY-MKK

**PLAINTIFFS' SUMMARY JUDGMENT BRIEF EXHIBIT INDEX**

| Exhibit Vol. | Exhibit No. | Description |
| --- | --- | --- |
| I | 1 | Indiana Secretary of State ID Guidance |
| I | 2 | Declaration of Dr. Kenneth Mayer |
| I | 3 | Indiana Fall 2025 University Enrollment Summary Report |
| I | 4 | Declaration of Meredith Kuhl |
| I | 5 | Declaration of Monique Vargas on Behalf of Plaintiff Count US IN |
| I | 6 | Declaration of Plaintiff Josh Montagne |
| II | 7 | Article by Daniel Nichanian, published on February 26, 2025 |
| II | 8 | Article by Ball State University Concerning the 2024 Election |
| II | 9 | Indiana University – South Bend Facebook Post Regarding Crimson Cards and Voting, dated November 5, 2018 |
| II | 10 | 2008 Media Release from Indiana Secretary of State |
| II | 11 | Indiana University – Bloomington 2020 Voting Guide |
| II | 12 | Article by Noah Crenshaw, published on October 21, 2020 |
| II | 13 | Declaration of Angie Klitzsch on Behalf of Plaintiff Women4Change Indiana |
| II | 14 | 2006 Email Exchange, produced at IED249142 |
| II | 15 | Article by Brandon Groves, published on Oct. 3, 2016 |
| II | 16 | Article by Dave Bangert, last updated on July 23, 2019 |
| II | 17 | Declaration of Karen S. Warnsman |

| Exhibit Vol. | Exhibit No. | Description |
|---|---|---|
| II | 18 | Deposition of Taylor Sand |
| II | 19 | Declaration of Loribeth Hettinger |
| II | 20 | Deposition of Meredith Kuhl |
| II | 21 | Deposition of Josh Montagne |
| II | 22 | Deposition of Sajida Qaddoura |
| II | 23 | Purdue University PurdueVotes Coalition 2024 Action Plan |
| II | 24 | ROG Response - ID Type Breakdown |
| II | 25 | Monroe County Pollbook Guide, produced at MONROECOUNTY_00000839 |
| III | 26 | Monroe County Poll Worker Training presentation, produced at MONROECOUNTY_00000910 |
| IV | 27 | Monroe County Poll Worker Information and Instructions, produced at MONROECOUNTY_00000976 |
| IV | 28 | Statewide Counts of County Election Precincts (2023) |
| IV | 29 | Transcript of SB 10 House Second Reading (Mar. 31, 2025) |
| IV | 30 | Transcript of SB 10 Senate Hearing (Feb. 4, 2025) |
| IV | 31 | 2024 Indiana Election Administrator's Manual |
| IV | 32 | Allen County "Checking ID: Easy As…1-2-3" Guide |
| IV | 33 | 2020 Election Day Handbook Produced by Bartholomew County |
| IV | 34 | *Report: Voter ID Laws*, National Conference of State Legislatures, last updated Apr. 24, 2026. |
| IV | 35 | Article by Tufts Center for Information & Research on Civic Learning and Engagement, published on Nov. 12, 2025 |
| IV | 36 | Article by Voting Rights Lab, published on Sep. 29, 2025 |
| IV | 37 | Article by Ethan DeWitt, published on Jan. 13, 2026 |
| IV | 38 | Article by Johanna Alonso, published on Sep. 27, 2024 |
| IV | 39 | Article by Josh Dawsey & Amy Gardner, published on Apr. 20, 2023 |
| IV | 40 | Article by Zachary Roth, published on Apr. 28, 2023 |
| V | 41 | Article by Ryan Quinn, published on Feb. 5, 2026 |
| V | 42 | Article by Hansi Lo Wang, published on Apr. 8, 2026 |
| V | 43 | Excerpts from the September 25, 2024 Deposition of Cleta Mitchell in *Democracy North Carolina v. Hirsch*, No. 23-878 (M.D.N.C.) |
| V | 44 | Article by Brendan Fischer & Victoria Cadostin, published on Aug. 14, 2024 |

| Exhibit Vol. | Exhibit No. | Description |
|---|---|---|
| V | 45 | Table of Expenditures in Indiana by the American Legislative Exchange Council (ALEC) |
| V | 46 | Email exchange between E. Davis, N. Gray, and B. King, produced by State Defendants at IED249268 |
| V | 47 | Deposition of Matthew Crane |
| V | 48 | Indiana Secretary of State Online Guide with Example IDs |
| V | 49 | Website Concerning Indiana Military Legislation Policies |
| V | 50 | Website from U.S. Department of Veterans Affairs with Statistics on Veterans in Indiana |
| V | 51 | 2021 HB 1485 Senate Vote |
| V | 52 | Indiana Government Website titled "Are there any Native American tribes in Indiana?", published on Mar. 1, 2023 |
| V | 53 | 2011 HB 1109 House Vote |
| V | 54 | 2011 HB 1109 Senate Vote |
| V | 55 | 2014 HB 1318 House Vote |
| V | 56 | 2014 HB 1318 Senate Vote |
| V | 57 | 2021 HB 1485 House Vote |
| V | 58 | 2011 HB 1109 Legislative Debate |
| V | 59 | 2014 HB 1318 Legislative Debate |
| V | 60 | 2021 HB 1485 Legislative Debate |
| V | 61 | State of Indiana Official Badge Template |
| V | 62 | Transcript of House Elections Committee SB10 Discussion (Mar. 12, 2025) |
| V | 63 | Memorandum from A. Nussmeyer to Reps. Jackson, Boy, Errington, and Pryor (Feb. 24, 2025), produced by State Defendants and beginning at IED249213 |
| V | 64 | Transcript of Senate Elections Committee SB 10 Hearing (Feb. 27, 2025) |
| V | 65 | Defendant Secretary of State's Answers to Plaintiffs' Interrogatories (Nov. 7, 2025) |
| V | 66 | Subpoena Response from Allen County |
| V | 67 | Subpoena Response from Bartholomew County |
| V | 68 | Subpoena Response from Delaware County |
| V | 69 | Subpoena Response from Knox County |
| V | 70 | Subpoena Response from Marion County Election Board |

3

| Exhibit Vol. | Exhibit No. | Description |
|---|---|---|
| VI | 71 | Subpoena Response from Marion County Voter Registration Board |
| VI | 72 | Subpoena Response from St. Joseph County |
| VI | 73 | Subpoena Response from Tippecanoe County |
| VI | 74 | Supplemental Subpoena Response from Tippecanoe County |
| VI | 75 | Subpoena Response from Wayne County |
| VI | 76 | Subpoena Response from Floyd County |
| VI | 77 | Subpoena Response from Vigo County |
| VI | 78 | Supplemental Subpoena Response from Vigo County |
| VI | 79 | Brief of State Respondents, *Crawford v. Marion Cnty. Election Bd.*, Nos. 07-21, 07-25 (U.S. Dec. 3, 2007) |
| VI | 80 | Photo ID Examples Produced by State Defendants at IED001441 |
| VI | 81 | Pollbook Guide for Early Voting (2020 Primary), produced by Monroe County at MONROECOUNTY_00000823 |
| VI | 82 | 2023 Election Manual, produced by Tippecanoe County |
| VI | 83 | Voter ID Guide, produced by Vigo County |
| VI | 84 | Voter ID Guide, produced by Wayne County |
| VI | 85 | Transcript of Senate SB 10 Concurrence Vote (Apr. 7, 2025) |
| VII | 86 | Transcript of Senate SB 10 House Third Reading |
| VII | 87 | Declaration of Taylor Sand |
| VII | 88 | Deposition of Monique Vargas |
| VII | 89 | Email from J. Garn to K. Chamblee-Ryan |
| VII | 90 | 2026 Indiana Election Administrator's Manual, produced by State Defendants at IED001472 |
| VII | 91 | 2025 Indiana Election Division's Election Legislation Summary, produced by State Defendants at IED000194 |
| VII | 92 | Indiana Election Division Presentation titled "VR Reminders, Legislative Changes & 2026 Candidate Filing," produced at IED000232 |
| VII | 93 | Presentation titled "2025 Election Legislation" by B. King and V. Warycha, produced at IED000399 |
| VII | 94 | Declaration of Patrick Becker |
| VII | 95 | Report of Professor Brian J. Gaines |
| VII | 96 | Declaration of Matthew Crane |
| VII | 97 | Article by Kyle Endres and Costas Panagopoulos, published in the July-September 2021 issue of *Research and Politics* |

4

| Exhibit Vol. | Exhibit No. | Description |
|---|---|---|
| VII | 98 | Deposition of Professor Brian J. Gaines |
| VII | 99 | Webpage titled "College Students," maintained by the Indiana Secretary of State |
| VIII | 100 | Webpage titled "About CrimsonCard," maintained by Indiana University |
| VIII | 101 | Webpage titled "FAQ-ID Card Operations/Support – Finance," maintained by Purdue University |
| VIII | 102 | Deposition of Constance Andrews, *Crawford* (S.D. Ind. Nov. 18, 2005) |
| VIII | 103 | Webpage titled "Real ID Overview" maintained by the Bureau of Motor Vehicles |
| VIII | 104 | Bureau of Motor Vehicles' Real ID Documentation Checklist |
| VIII | 105 | Application for Search and Certified Copy of Birth Record maintained by Indiana State Department of Health |
| VIII | 106 | Webpage titled "Housing: Life at IU," maintained by the admissions office of Indiana University – Bloomington |
| VIII | 107 | Article by U.S. News & World Report titled "Indiana University – Bloomington Student Life" |
| VIII | 108 | Article by U.S. News & World Report titled "Purdue University – Main Campus Student Life" |
| VIII | 109 | Webpage titled "Vital Records Online," maintained by VitalChek Network |
| VIII | 110 | 2026 Indiana Election Calendar, published by the Indiana Election Division |
| VIII | 111 | Report titled "Passport possession, by state," published by the Center for American Progress |
| VIII | 112 | Webpage titled "Processing Times for U.S. Passports," maintained by the U.S. Department of State |
| VIII | 113 | Webpage titled "Passport Fees," maintained by the U.S. Department of State |
| VIII | 114 | Webpage titled "Amenities," maintained by Purdue University |
| VIII | 115 | Webpage titled "Energy Management & Utilities," maintained by Indiana University |
| VIII | 116 | Webpage on Healthcare.Gov Titled "Health Insurance Coverage for Children and Young Adults Under 26" |
| VIII | 117 | U.S. Bureau of Labor Statistics Report on Workforce Participation by High School and College Students |

| Exhibit Vol. | Exhibit No. | Description |
|---|---|---|
| VIII | 118 | U.S. Bureau of Labor Statistics Employment Projections on Civilian Labor Force Participation by Age, Sex, Race, and Ethnicity |
| VIII | 119 | Description of Application for a Social Security Card |
| VIII | 120 | Report by the Office of the Inspector General Concerning Wait Times for Social Security Cards |
| VIII | 121 | Article by Leila Faraday, updated on October 30, 2024 |
| VIII | 122 | Webpage titled "Identification Cards," maintained by the Indiana Bureau of Motor Vehicles |
| VIII | 123 | Excerpts of Senate Enrolled Act No. 463, 115th Gen. Assemb., 1st Reg. Sess. (Ind. 2007) |
| VIII | 124 | Declaration of Sajida Qaddoura |
| VIII | 125 | Deposition of Angela Carr Klitzsch |
| VIII | 126 | Article by Leslie Bonilla Muniz, published Apr. 20, 2026 |

Dated: May 1, 2026

Respectfully submitted,

/s/ *Aria C. Branch*
Aria C. Branch*
Katie Chamblee-Ryan*
Derek Zeigler*
Max Accardi*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
abranch@elias.law
kchambleeryan@elias.law
dzeigler@elias.law
maccardi@elias.law
Tel: (202) 968-4490

Jeffrey Macey
**Macey Swanson LLP**
429 N. Pennsylvania Street, Suite 204
Indianapolis, IN 46204
jmacey@maceylaw.com

*Attorneys for Plaintiffs*
*Admitted *Pro Hac Vice*