**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| COUNT US IN, WOMEN4CHANGE INDIANA, and JOSH MONTAGNE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:25-CV-00864-RLY-MKK ) ) |
| DIEGO MORALES, in his official capacity as Indiana Secretary of State, et al., | ) ) ) ) |
| Defendants. | ) ) |

**STATE DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Diego Morales, in his official capacity as Indiana Secretary of State; Beth Boyce, in her official capacity as Chair of the Indiana Election Commission; Suzannah Wilson Overholt, in her official capacity as Vice-Chair of the Indiana Election Commission; Karen Celestino-Horseman, in her official capacity as member of the Indiana Election Commission; John Westercamp, in his official capacity as member of the Indiana Election Commission; Joseph E. McLain[1], in his official capacity as Co-Director of the Indiana Election Division; and Angela M. Nussmeyer, in her official capacity as Co-Director of the Indiana Election Division hereby move for an order granting summary judgment on all claim in favor of Defendants under Federal Rule of Civil Procedure 56(a) and Local Rule 56-1(a) and dismissing all claims in this matter.

As established in the accompanying memorandum and exhibits, the undisputed facts show that Plaintiffs' claims fail as a matter of law and Defendants are therefore entitled to summary

---

[1] Beth Boyce succeeded Paul Okeson as chair and member of the Indiana Election Commission. John Westcamp succeeded Litany Pyle as member of the Indiana Election Commission. Joseph McLain succeeded Bradley King as Co-Director of the Indiana Election Division. They are consequently automatically substituted as parties under Federal Rule of Civil Procedure 25(d).

judgment. Accordingly, Plaintiffs' motion for summary judgment should be denied and the State

Defendants Cross-Motion for Summary Judgment should be granted.

Dated: May 29, 2026                                    Respectfully submitted,

ANDREW NUSSBAUM                              THEODORE E. ROKITA
CHRISTOPHER O. MURRAY                    Attorney General of Indiana

First & Fourteenth PLLC                            /s/ *James A. Barta*
2 N. Cascade Avenue, Suite 1430           JAMES A. BARTA
Colorado Springs, CO 80903                   Solicitor General
(719) 286-2475
andrew@first-fourteenth.com                  JEFFERSON S. GARN
chris@first-fourteenth.com                       BRADLEY DAVIS
                                                              KYLE HUNTER
                                                              Deputy Attorneys General

JAMES COMPTON
                                                              Office of Attorney General Todd Rokita
First & Fourteenth PLLC                            Indiana Government Center South, 5th Floor
800 Connecticut Avenue, Suite 300        302 West Washington Street
Washington, D.C. 20006                          Indianapolis, IN 46204-2770
(202) 998-1978                                        (317) 232-5933
james@first-fourteenth.com                     James.Barta@atg.in.gov

*Counsel for State Defendants*