**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

COUNT US IN, WOMEN4CHANGE            )
INDIANA, and JOSH MONTAGNE,          )
                                      )
      Plaintiffs,                )
                                      )    Case No. 1:25-CV-00864-RLY-MKK
    v.                              )
                                      )
DIEGO MORALES, in his official       )
capacity as Indiana Secretary of State, et )
al.,                                  )
                                      )
      Defendants.                )

**STATE DEFENDANTS' MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

In accordance with Local Rule 5-11, State Defendants file this Motion to Maintain Document under Seal with respect to their Memorandum in Support of Cross-Motion for Summary Judgment and Response in Opposition to Plaintiffs' Motion for Summary Judgment.

Exhibits 32 and 35 to State Defendants' Memorandum were marked as Attorneys' Eyes Only by Plaintiffs. These exhibits were appended to State Defendants' filing as exhibits and their contents are referenced on pages 8–9 of the memorandum. State Defendants therefore seek leave to file the documents under seal pursuant to the local rules.

Dated: May 29, 2026

Respectfully submitted,

ANDREW NUSSBAUM
CHRISTOPHER O. MURRAY

THEODORE E. ROKITA
Attorney General of Indiana

First & Fourteenth PLLC
2 N. Cascade Avenue, Suite 1430
Colorado Springs, CO 80903
(719) 286-2475
andrew@first-fourteenth.com
chris@first-fourteenth.com

/s/ *James A. Barta*
JAMES A. BARTA
Solicitor General

JEFFERSON S. GARN
BRADLEY DAVIS
KYLE HUNTER
Deputy Attorneys General

JAMES COMPTON

First & Fourteenth PLLC
800 Connecticut Avenue, Suite 300
Washington, D.C. 20006
(202) 998-1978
james@first-fourteenth.com

Office of Attorney General Todd Rokita
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
(317) 232-5933
James.Barta@atg.in.gov

*Counsel for State Defendants*