UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COUNT US IN,<br>WOMEN4CHANGE INDIANA,<br>JOSH MONTAGNE,<br><br>Plaintiffs,<br><br>v.<br><br>DIEGO MORALES,<br>PAUL OKESON,<br>SUZANNAH W. OVERHOLT,<br>KAREN CELESTINO-HORSEMAN,<br>LITANY A. PYLE,<br>J. BRADLEY KING,<br>ANGELA M. NUSSMEYER,<br>MONROE COUNTY BOARD OF ELECTIONS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:25-cv-00864-RLY-MKK |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

On June 9, 2026, the Parties, by counsel, appeared for a telephonic status conference with the Magistrate Judge.  The Parties discussed the status of discovery.

None of the Parties are requesting a hearing on the Motions for Summary Judgment.

This matter is set for a discovery conference on **June 22, 2026, at 1:00 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.  The Parties are to notify the Court if the discovery conference is not needed.

This matter is set for a telephonic status conference on **September 23, 2026, at 3:00 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate

email through the Court's electronic filing system with the call-in information to be used to

participate in the conference.

The conference concluded without further order.

Date: 6/10/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.