UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

COUNT US IN, et al.,                             )
                                                 )
                        Plaintiffs,              )
                                                 )
            v.                                    )        No. 1:25-cv-00864-RLY-MKK
                                                 )
DIEGO MORALES, et al.,                           )
                                                 )
                        Defendants.              )
                                                 )

## MINUTE ENTRY & ORDER

On June 22, 2026, the parties appeared, by counsel, for a telephonic discovery conference. The parties discussed a dispute regarding the Indiana Election Commission Defendants' request to take a second deposition of Plaintiff Count US IN.

As discussed on the record, Plaintiffs made a supplemental document production to Defendants on June 5, 2026. Plaintiffs indicated that they may rely on three pages of said production in their summary judgment briefing. The Indiana Election Commission Defendants request permission to conduct a second 30(b)(6) deposition of Plaintiff Count US IN, limited in scope to the supplemental production. Plaintiffs oppose the request.

For the reasons stated on the record, the Court finds that the Indiana Election Commission Defendants may conduct a second 30(b)(6) deposition of Plaintiff Count US IN. The requested deposition seeks information relevant to the claims and defenses at issue and does not pose an undue burden on Plaintiffs. The

deposition shall be conducted remotely and shall not exceed one hour. The scope of the deposition is limited to the documents produced by Plaintiffs on June 5, 2026. The parties should not anticipate any extensions of summary judgment briefing deadlines.

The conference concluded without further order.

Date: 06/22/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email